# NOTARIZED AFFIDAVIT OF JUSTINO NEWTON LOPEZ-RUPARD

I, Justino Newton Lopez-Rupard, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters contained in this declaration.

2. I am Lonnie Newton Rupard II's biological son.

3. Attached as <u>Exhibit 1</u> to this affidavit is a true and correct copy of my birth certificate.

4. I am an heir to Lonnie Newton Rupard II, who is deceased.

5. Attached as <u>Exhibit 2</u> to this affidavit is a true and correct copy of Lonnie Rupard II's death certificate.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed this 18th day of May, 2023 at San Diego, California.

*Justino Newton Lopez-Rupard*

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Diego__

On __May 18, 2023__ before me, __Letty R Macedo, Notary Public__,
                  Date                        Here Insert Name and Title of the Officer
personally appeared __Justino Newton Lopez-Rupard__
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: LETTY R. MACEDO, Notary Public - California, San Diego County, Commission # 2371364, My Comm. Expires Sep 14, 2025]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
         Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

---------- OPTIONAL ----------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit of Justino Newton Lopez Rupard__
Document Date: __May 18, 2023__                Number of Pages: __5__
Signer(s) Other Than Named Above: __No other signs__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association

EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH — STATE OF CALIFORNIA** — 18407032001

| Field | Value |
|---|---|
| STATE FILE NUMBER | 0696 |
| 1A. NAME OF CHILD — FIRST (GIVEN) | JUSTINO |
| 1B. MIDDLE | NEWTON |
| 1C. LAST (FAMILY) | LOPEZ-RUPARI |
| 2. SEX | MALE |
| 3A. THIS BIRTH, SINGLE, TWIN, ETC. | SINGLE |
| 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | — |
| 4A. DATE OF BIRTH | 09/23/1996 |
| 4B. HOUR (24 HOUR CLOCK TIME) | 1952 |
| 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY | SHARP CORONADO HOSPITAL |
| 5B. STREET ADDRESS | 250 PROSPECT PLACE |
| 5C. CITY | CORONADO |
| 5D. COUNTY | SAN DIEGO |
| 5E. PLANNED PLACE OF BIRTH | HOSPITAL |
| 6A. NAME OF FATHER — FIRST (GIVEN) | LONNIE |
| 6B. MIDDLE | NEWTON |
| 6C. LAST (FAMILY) | RUPARD II |
| 7. STATE OF BIRTH | PA |
| 8. DATE OF BIRTH | 10/01/75 |
| 8A. NAME OF MOTHER — FIRST (GIVEN) | JUSTINA |
| 9B. MIDDLE | MARIE |
| 9C. LAST (MAIDEN) | LOPEZ |
| 10. STATE OF BIRTH | CA |
| 11. DATE OF BIRTH | 07/14/76 |
| 12B. RELATIONSHIP TO CHILD | MOTHER |
| 12C. DATE SIGNED | 10/01/96 |
| 13A. ATTENDANT OR CERTIFIER — SIGNATURE | M Magone MD |
| 13B. LICENSE NUMBER | G69985 |
| 13C. DATE SIGNED | 10/04/96 |
| 13D. TYPED NAME, TITLE, AND MAILING ADDRESS OF ATTENDANT | M MAGONE, MD, 1001 B AVE, STE 309, CORONADO, 92118 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

May 22, 2009

**David Butler**
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk.

*002580432*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE