# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### COUNTY OF SAN DIEGO
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3202237006090

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | LONNIE |
| 2. MIDDLE | — |
| 3. LAST (Family) | RUPARD |
| AKA | LONNIE NEWTON RUPARD |
| 4. DATE OF BIRTH | 10/01/1975 |
| 5. AGE | 46 |
| 6. SEX | M |
| 7. DATE OF DEATH | 03/17/2022 |
| 8. HOUR | 2351 |
| 9. BIRTH STATE/FOREIGN COUNTRY | PHILIPPINES |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | UNK |
| 12. MARITAL STATUS | DIVORCED |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC? | NO |
| 16. DECEDENT'S RACE | FILIPINO, AMERICAN, CAUCASIAN |
| 17. USUAL OCCUPATION | NEVER WORKED |
| 19. YEARS IN OCCUPATION | 0 |
| 20. DECEDENT'S RESIDENCE | 3814 POLO DRIVE |
| 21. CITY | BONITA |
| 22. COUNTY/PROVINCE | SAN DIEGO |
| 23. ZIP CODE | 91902 |
| 24. YEARS IN COUNTY | 46 |
| 25. STATE | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | RONNIE NEWTON GEORGE RUPARD, POA |
| 27. INFORMANT'S MAILING ADDRESS | 3814 POLO DRIVE, BONITA, CA 91902 |
| 31. NAME OF FATHER – FIRST | GERRY |
| 32. MIDDLE | NEWTON |
| 33. LAST | RUPARD |
| 34. BIRTH STATE | NC |
| 35. NAME OF MOTHER – FIRST | FLORINTINA |
| 36. MIDDLE | G. |
| 37. LAST (BIRTH NAME) | GRUSPE |
| 38. BIRTH STATE | PHILIPPINES |
| 39. DISPOSITION DATE | 03/29/2022 |
| 40. PLACE OF FINAL DISPOSITION | RES-FLORINTINA RUPARD, LA PAZ SAN NARCISO, ZAMBALES 2205, PHILIPPINES |
| 41. TYPE OF DISPOSITION(S) | CREMATE/TRANSIT/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | FEATHERINGILL MORTUARY INC |
| 45. LICENSE NUMBER | FD1085 |
| 46. SIGNATURE OF LOCAL REGISTRAR | WILMA WOOTEN MD |
| 47. DATE | 03/24/2022 |
| 101. PLACE OF DEATH | UC SAN DIEGO HEALTH HILLCREST – HILLCREST MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | SAN DIEGO |
| 105. FACILITY ADDRESS | 200 W ARBOR DR |
| 106. CITY | SAN DIEGO |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PENDING |
| 108. DEATH REPORTED TO CORONER? | YES |
| Coroner Number | 22-01007 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | — |
| 111. USED IN DETERMINING CAUSE? | YES |
| 113. WAS OPERATION PERFORMED | UNK |
| 113A. IF FEMALE, PREGNANT? | UNK |
| 123. MANNER OF DEATH | Could not be Determined |
| 126. SIGNATURE OF CORONER | BETHANN SCHABER |
| 127. DATE | 03/21/2022 |
| 128. TYPE NAME, TITLE OF CORONER | BETHANN SCHABER, DME |



County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

*Wilma J. Wooten, M.D.*

DATE ISSUED: 4/26/2022
WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego

A004055059



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE