CLAUDIA G. SILVA, County Counsel (SBN 167868)
FERNANDO KISH, Senior Deputy (State Bar No. 236961)
ANDREI DUMITRESCU, Senior Deputy (State Bar No. 320456)
OFFICE OF COUNTY COUNSEL, SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101
619-531-6229
Email: andrei.dumitrescu@sdcounty.ca.gov; Fernando.kish@sdcounty.ca.gov

Rada Feldman, Esq. (State Bar No. 285931)
John M. Normanly, Esq. (State Bar No. 306588)
COLLINS + COLLINS LLP
2011 Palomar Airport Road, Suite 207
Carlsbad, CA 92011
(760) 274-2110 - FAX (760) 274-2111
Email: rfeldman@ccllp.law
Email: jnormanly@ccllp.law

Attorneys for Defendants
County of San Diego, Bill Gore, Kelly Martinez, Jon Montgomery, Christina Anosike, Ben Samonte, and May Ng

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, By and Through His Successors-In-Interest Justino Rupard & Ronnie Rupard; JUSTINO RUPARD, Individually and In His Capacity as Successor in Interest; RONNIE RUPARD, Individually and In His Capacity as Successor in Interest;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, In His Individual Capacity; | CASE NO. 3:23-cv-1357-CAB-BLM<br>*Assigned to Hon. Cathy Ann Bencivengo; Magistrate Hon. Barbara L. Major; Dept. 15A*<br><br>**DECLARATION OF JOHN M. NORMANLY IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**<br><br>**Complaint Filed:** 7/26/2023<br>**Trial Date:** None |

25163

1

| | |
|---|---|
| 1 | KELLY MARTINEZ, In Her Individual Capacity; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, In His Individual Capacity; LIBERTY HEALTHCARE CORPORATION; CHRISTINA ANOSIKE, In Her Individual Capacity; ANTHONY CRUZ, MD, In His Individual Capacity; BEN SAMONTE, In His Individual Capacity; MAY NG, In Her Individual Capacity; DEFENDANT DEPUTIES DOES 1-10, DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10 |

Defendants.

# DECLARATION OF JOHN M. NORMANLY

I, JOHN M. NORMANLY, hereby declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and the Southern District of California and an associate with the law firm of Collins + Collins LLP, the attorney of record for Defendants County of San Diego, Bill Gore, Kelly Martinez, Dr. Jon Montgomery, Christina Anosike, Ben Samonte, and May Ng (collectively, "County Defendants"). The following facts and circumstances are personally known to me, and if called upon to do so, I could and would testify as to them.

2. This Declaration is submitted in support of County Defendants' Opposition to Plaintiffs' Renewed *Ex Parte* Motion for Leave to Conduct Limited Discovery.

25163

2

DECLARATION OF JOHN M. NORMANLY ISO COUNTY DEFS' OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

3. On December 15, 2023, Plaintiff Justino Rupard served Special Interrogatories, Set One. Attached hereto as **Exhibit A** is a true and correct copy of Special Interrogatories, Set One.

4. On January 5, 2024, County served responses to Special Interrogatories, Set One. Through inadvertence, County's responses to Special Interrogatories, Set One were not marked "Confidential."

5. On January 24, 2024, I emailed Plaintiffs' counsel informing them of the inadvertent mistake of not marking County's responses to Special Interrogatories, Set One as "Confidential." I informed counsel that pursuant to Paragraph 17 of the Protective Order, the email was to serve as written notice that County's responses to Special Interrogatories, Set One are deemed confidential information and that the responses should be treated as such in accordance with that designation under the Protective Order.

6. On January 24, 2024, my office re-served County's responses to Special Interrogatories, Set One. Attached hereto as **Exhibit B** is a true and correct copy of County's responses to Special Interrogatories, Set One properly marked "Confidential."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 25th day of January 2024, at Carlsbad, California.

_____
JOHN M. NORMANLY

25163

3

DECLARATION OF JOHN M. NORMANLY ISO COUNTY DEFS' OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

# Exhibit A

Jeremiah A. Lowe (CA SBN 239166)
jeremiah@lowelazarlaw.com
Victoria J. Lazar (CA SBN 298668)
victoria@lowelazarlaw.com
**Lowe Lazar Law, LLP**
402 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 878-2725
Facsimile: (619) 878-2737

**Attorneys for Plaintiff**
**JUSTINO RUPARD**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, BY AND THROUGH HIS SUCCESSORS-IN-INTEREST JUSTINO RUPARD & RONNIE RUPARD; JUSTINO RUPARD INDIVIDUALLY AND IN HIS CAPACITY AS SUCCESSOR IN INTEREST; AND RONNIE RUPARD INDIVIDUALLY AND IN HIS CAPACITY AS SUCCESSOR IN INTEREST<br><br>     Plaintiffs,<br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVDIUAL CAPACITY; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE CORPORATION; CHRISTINA ANOSIKE, IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; BEN SAMONTE, IN HIS INDIVIDUAL CAPACITY; MAY NG, IN HER INDIVIDUAL CAPACITY; DEFENDANT DEPUTIES DOES 1-10, | Case No: 23CV1357 CAB BLM<br><br>[Assigned to the Hon. Barbara L. Major]<br><br>**PLAINTIFF JUSTINO RUPARD'S SPECIAL INTERROGATORIES TO DEFENDANT COUNTY OF SAN DIEGO, SET ONE** |

-1-

Case No: 23CV1357 CAB BLM

DEFENDANT MEDICAL
PROVIDERS DOES 1-10;
DEFENDANT SUPERVISOR DOES;
1-10.

           Defendants,

**Propounding Party:**     **Plaintiff, Justino Rupard**

**Responding Party:**     **Defendant, County of San Diego**

**Set No.:**     **One (1)**

      Plaintiff JUSTINO RUPARD demands that Defendant COUNTY OF SAN DIEGO answer the following special interrogatories in writing and under oath pursuant to Federal Rules of Civil Procedure, Rule 33, within thirty (30) days after service of same.

## DEFINITIONS

      As used herein, "ALL" shall mean any and all.

      As used herein, "DOCUMENT" or "DOCUMENTS" shall mean all documents, electronically stored information, and tangible things, including without limitation all writings (as defined in Federal Rule of Evidence 1001), drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data or data compilations, stored in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form. Each draft, annotated, or otherwise non-identical copy is a separate DOCUMENT within the meaning of this term. DOCUMENTS shall also include any removable sticky notes, flags, or other attachments affixed to any of the foregoing, as well as the files, folder tabs, and labels appended to or containing any DOCUMENTS.

      As used herein, "CONCERN" or "CONCERNING" shall mean and include, evidencing, constituting, mentioning, embodying, identifying, discussing, supporting, memorializing, describing, summarizing, referring to, relating to, or pertaining to.

      "IDENTIFY" shall mean (1) in the case of a person or entity, state the name, last

known address, and telephone number; and (2) in the case of a document, state the name of the document, the date of the document, and the name, last known address, and telephone number of the custodian of the document; and (3) in the case of a policy or procedure, state the source of the policy and/or procedure, the terms of the policy and/or procedure, how the policy and/or procedure is communicated to employees and what the policy and/or procedure entails.

## INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

IDENTIFY the Sheriff's Department deputies whose duties included summoning medical or mental health care, observing any audio or video monitors, and/or conducting wellness or safety checks on decedent Lonnie Rupard in any housing unit at the San Diego County Jail in which Lonnie Rupard was housed from March 14, 2022 through March 17, 2022.

**SPECIAL INTERROGATORY NO. 2:**

IDENTIFY the Sheriff's Department deputies who worked shifts in housing unit "7D" or "Module D" on the seventh floor from March 14, 2022, through March 17, 2022.

Dated:  December 15, 2023         **LOWE LAZAR LAW, LLP**

By:  S/ Jeremiah A. Lowe

Jeremiah A. Lowe, Esq.
Victoria J. Lazar, Esq.
Attorneys for Plaintiff Justino Rupard

Jeremiah A. Lowe (CA SBN 239166)
jeremiah@lowelazarlaw.com
Victoria J. Lazar (CA SBN 298668)
victoria@lowelazarlaw.com
**Lowe Lazar Law, LLP**
402 W. Broadway, Suite 1720
San Diego, CA  92101
Telephone:   (619) 878-2725
Facsimile:    (619) 878-2737

**Attorneys for Plaintiff
JUSTINO RUPARD**

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, BY AND THROUGH HIS SUCCESSORS-IN-INTEREST JUSTINO RUPARD & RONNIE RUPARD; JUSTINO RUPARD INDIVIDUALLY AND IN HIS CAPACITY AS SUCCESSOR IN INTEREST; AND RONNIE RUPARD INDIVIDUALLY AND IN HIS CAPACITY AS SUCCESSOR IN INTEREST | Case No:  23CV1357 CAB BLM  <br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVDIUAL CAPACITY; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE CORPORATION; CHRISTINA ANOSIKE, IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; BEN SAMONTE, IN HIS INDIVIDUAL CAPACITY; MAY NG, IN HER INDIVIDUAL CAPACITY; DEFENDANT DEPUTIES DOES 1-10, | |

LOWE LAZAR LAW, LLP

| | |
|---|---|
| DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10.<br><br>            Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to the case. I am employed in, or a resident of, the County of San Diego where the service occurred; and my business address is 402 West Broadway, Suite 1720, San Diego, California 92101.

Pursuant to agreement between the parties, I served the above listed documents by transmitting via email to the internet address listed above. I did not receive within a reasonable period of time after the transmission any electronic message or other indication that the transmission was unsuccessful.

On December 15, 2023 I served the following document(s):

**PLAINTIFF JUSTINO RUPARD'S SPECIAL INTERROGATORIES TO DEFENDANT COUNTY OF SAN DIEGO, SET ONE**

| | |
|---|---|
| Andrei V. Dumitrescu, Senior Deputy<br>Office of County Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>andrei.dumitrescu@sdcounty.ca.gov<br>Antonia.Smith@sdcounty.ca.gov<br>chelsea.andersen@sdcounty.ca.gov<br>Danielle.Murray@sdcounty.ca.gov<br>nora.guerra@sdcounty.ca.gov<br><br>Attorneys for Defendants County of San Diego, Bill Gore, Kelly Martinez, Barbara Lee and Jon Montgomery, DO | Jeffrey S. Doggett, Esq.<br>Lauren E. Hardisty, Esq.<br>Sara R. Sabzerou, Esq.<br>101 West Broadway, Suite 1110<br>San Diego, CA 92101<br>lhardisty@ldrlaw.com<br><br>Attorneys for Defendants Coast Correctional Medical Group, Mark O'Brien, MD, Coast Hospitalist Medical Associates, Inc., and Correctional Healthcare Partners |

| | |
|---|---|
| Daniel M. Gilleon, Esq.<br>Gilleon Law Firm, APC<br>1320 Columbus St., Suite 200<br>San Diego, CA 92121<br>dan@gilleon.com<br>kathy@gilleonlawfirm.com<br>ana@gilleonlawfirm.com<br>phil@gilleonlawfirm.com<br><br>Attorneys for Plaintiffs Ronnie Rupard and the Estate of Lonnie Rupard | Rada Feldman, Esq.<br>John M. Normanly, Esq.<br>COLLINS + COLLINS LLP<br>2011 Palomar Airport Road, Suite 207<br>Carlsbad, CA 92011<br>rfeldman@ccllp.law<br>jnormanly@ccllp.law<br>alieber@ccllp.law |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 15, 2023 at San Diego, California.

By: s/ *Laura Saucedo*
Laura T. Saucedo

# Exhibit B

# [Proposed] Order Under Seal to be Filed