CLAUDIA G. SILVA, County Counsel (SBN 167868)
FERNANDO KISH, Senior Deputy (State Bar No. 236961)
ANDREI DUMITRESCU, Senior Deputy (State Bar No. 320456)
OFFICE OF COUNTY COUNSEL, SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101
619-531-6229
Email: andrei.dumitrescu@sdcounty.ca.gov; Fernando.kish@sdcounty.ca.gov

Rada Feldman, Esq. (State Bar No. 285931)
John M. Normanly, Esq. (State Bar No. 306588)
COLLINS + COLLINS LLP
2011 Palomar Airport Road, Suite 207
Carlsbad, CA 92011
(760) 274-2110 - FAX (760) 274-2111
Email: rfeldman@ccllp.law
Email: jnormanly@ccllp.law

Attorneys for Defendants
County of San Diego, Bill Gore, Kelly Martinez, Jon Montgomery, Christina Anosike, Ben Samonte, and May Ng

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, By and Through His Successors-In-Interest Justino Rupard & Ronnie Rupard; JUSTINO RUPARD, Individually and In His Capacity as Successor in Interest; RONNIE RUPARD, Individually and In His Capacity as Successor in Interest;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, In His Individual Capacity; | CASE NO. 3:23-cv-1357-CAB-BLM<br>*Assigned to Hon. Cathy Ann Bencivengo; Magistrate Hon. Barbara L. Major; Dept. 15A*<br><br>**DECLARATION OF MAX BLUMENSHINE IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**<br><br>**Complaint Filed:** 7/26/2023<br>**Trial Date:** None |

25163

1

DECLARATION OF MAX BLUMENSHINE IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

KELLY MARTINEZ, In Her Individual Capacity; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, In His Individual Capacity; LIBERTY HEALTHCARE CORPORATION; CHRISTINA ANOSIKE, In Her Individual Capacity; ANTHONY CRUZ, MD, In His Individual Capacity; BEN SAMONTE, In His Individual Capacity; MAY NG, In Her Individual Capacity; DEFENDANT DEPUTIES DOES 1-10, DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10

Defendants.

## DECLARATION OF MAX BLUMENSHINE

I, MAX BLUMENSHINE, hereby declare as follows:

1. I am a Detective in the Homicide Unit of the San Diego County Sheriff's Department. The following facts are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify hereto I could and would do so competently.

2. This Declaration is submitted in support of Defendants County of San Diego, Bill Gore, Kelly Martinez, Dr. Jon Montgomery, Christina Anosike, Ben Samonte, and May Ng's (collectively, "County Defendants") Opposition to Plaintiffs' Renewed Ex Parte Motion For Leave To Conduct Limited Discovery to Ascertain "DOE" Defendants' Identities.

3. On March 18, 2022, I was designated lead investigator relating to the in-

25163

2

DECLARATION OF MAX BLUMENSHINE IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

custody death of Lonnie Rupard ("Decedent") at the San Diego Central Jail on March 17, 2022.

4. I was informed that this Court ordered video surveillance of Decedent in the 72 hours leading up to his death be produced in this action.

5. There is an ongoing criminal investigation of Decedent's death by the San Diego County Sheriff's Homicide Unit. At the conclusion of the investigation, it will be subject to review by the San Diego District Attorney's Office, the United States Attorney's Office, and the Federal Bureau of Investigations. In my discussions with the District Attorney's Office and the United States Attorney's Office, the DDA and AUSA advised of their office's objections to disclosure of materials from the homicide investigation, including the videos, until their review of the investigation. They have requested that these materials not be disclosed until their review of the investigation is complete.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this ___th day of January 2024, at San Diego, California.

_____
Max Blumenshine

25163

3

DECLARATION OF MAX BLUMENSHINE IN SUPPORT OF COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY