UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINO RUPARD; RONNIE RUPARD; ESTATE OF LONNIE RUPARD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, ET AL.,<br><br>Defendants. | Case No.: 23CV1357 CAB (BLM)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

Currently calendared before the Court on March 13, 2025 is an Order to Show Cause ("OSC") why monetary sanctions should not be imposed. ECF No. 176. In response to the OSC, Counsel for the County of San Diego were ordered to submit declarations which they filed on February 19, 2025. ECF No. 183. The Court hereby **VACATES** the March 13, 2025 hearing date and takes this matter under submission.

**IT IS SO ORDERED.**

Dated: 3/3/2025

Hon. Barbara L. Major
United States Magistrate Judge