UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINO RUPARD, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                             Defendants. | Case No.: 3:23-cv-1357-CAB (BLM)<br><br>**ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE REPLY PAPERS IN SUPPORT COUNTY'S MOTION FOR RECONSIDERATION**<br><br>**[ECF No. 190]** |

Currently pending before the Court is the County's Motion for Reconsideration of the Court's February 5, 2025 Order. ECF No. 186. The Court issued a briefing schedule that did not include a time for a reply brief to be filed. The County has now filed an Ex Parte Motion for Leave to File Reply to Plaintiffs' Opposition to the County's Motion for Reconsideration. ECF No. 190. For good cause shown, the Court **GRANTS** the County's motion to file a reply brief and directs the County to file a reply brief, responding to any arguments made in the Plaintiffs' opposition to the motion for reconsideration, on or before **March 19, 2025**.

      **IT IS SO ORDERED.**

Dated: 3/4/2025

                                        Hon. Barbara L. Major
                                        United States Magistrate Judge