Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
TRESSLER LLP
400 Continental Boulevard, Suite 6125
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, Anthony Cruz,
D.O. and Liberty Healthcare of California,
Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ; AND JUSTINO RUPARD, <br><br> Plaintiffs. <br><br> v. <br><br> COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVIDUAL CAPACITY; JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE OF CALIFORNIA, INC.; CHRISTINA ANOSIKE, IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; AGUILERA, M., VILADIU, J. MARTINEZ, G., AMADO, J., MACE, T., AGUIREE, E., JAMES, T., ROMERO, B., JOHNSON, M., TORRES, A., TREYVONNE, J., WERESKI, A., ROMANS, B., GUTIERREZ, L. IN THEIR INDIVIDUAL CAPACITIES, DEFENDANT DEPUTIES DOES 15-20, DEFENDANT MEDICAL PROVIDERS DOES 1-20; DEFENDANT SUPERVISOR DOES; 1-10, <br><br> Defendant(s). | Case No. 3:23-cv-01357-CAB-BLM <br><br> Assigned for All Purposes: <br> Judge: Hon. Cathy Ann Bencivengo <br> Courtroom: 15A <br> Magistrate Judge: Barbara Lynn Major <br><br> **ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.** |

COMES NOW Defendants, ANTHONY CRUZ, D.O. and LIBERTY HEALTHCARE OF CALIFORNIA, INC. (erroneously sued and served herein as Liberty Healthcare Corporation) ("Defendants") and hereby answer the Third Amended Complaint filed by the Plaintiffs, THE ESTATE OF LONNIE RUPARD, by and through its Successors-in-Interest JUSTINO RUPARD and RONNIE RUPARD, JUSTINO RUPARD, individually and in his capacity as Successor-in-Interest, and RONNIE RUPARD, individually and in his capacity as Successor-in-Interest ("Plaintiffs") in the above-entitled action as follows:

## INTRODUCTION

1. In answering paragraph 1, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

2. In answering paragraph 2, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

3. In answering paragraph 3, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

4. In answering paragraph 4, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

5. In answering paragraph 5, these answering Defendants deny generally and specifically each and every allegation contained therein.

## JURISDICTION AND VENUE

6. In answering paragraph 6, these answering Defendants admit that Plaintiffs are ostensibly invoking the subject matter jurisdiction of this district court under 28 U.S.C. 1331. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

denial on that ground, deny generally and specifically each and every allegation contained therein.

7.    In answering paragraph 7, these answering Defendants admit that Plaintiffs are ostensibly invoking the subject matter jurisdiction of this district court under 28 U.S.C. 1331. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

8.    In answering paragraph 8, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

9.    In answering paragraph 9, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

10.    In answering paragraph 10, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

11.    In answering paragraph 11, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

12.    In answering paragraph 12, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

13.    In answering paragraph 13, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

14.    In answering paragraph 14, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

ground, deny generally and specifically each and every allegation contained therein.

15.    In answering paragraph 15, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

16.    In answering paragraph 16, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

17.    In answering paragraph 17, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

18.    In answering paragraph 18, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

19.    In answering Paragraph 19, these answering Defendants deny generally and specifically the accuracy of the cause of death assigned by the Medical Examiner. As to the remainder of Paragraph 19, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

20.    In answering paragraph 20, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

21.    In answering paragraph 23, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

22.    In answering paragraph 22, these answering Defendants admit that Plaintiffs are ostensibly representing that venue is proper in this district court under 22 U.S.C. 1391. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

ground, deny generally and specifically each and every allegation contained therein.

**PARTIES**

23.    In answering paragraph 23, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

24.    In answering paragraph 24, these answering Defendants state on information and belief that Plaintiffs Justino Rupard and Ronnie Rupard are surviving biological children of decedent Lonnie Rupard. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

25.    In answering paragraph 25, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

26.    In answering paragraph 26, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

27.    In answering paragraph 27, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

28.    In answering paragraph 28, these answering Defendants state on information and belief that Plaintiffs Justino Rupard and Ronnie Rupard are surviving biological children of decedent Lonnie Rupard. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

29.    In answering paragraph 29, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

ground, deny generally and specifically each and every allegation contained therein.

30.    In answering paragraph 30, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

31.    In answering paragraph 31, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

32.    In answering paragraph 32, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

33.    In answering paragraph 33, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

34.    In answering paragraph 34, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

35.    In answering paragraph 35, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

36.    In answering paragraph 36, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

37.    In answering paragraph 37, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

38.    In answering paragraph 38, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

39.    In answering paragraph 39, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

40.    In answering paragraph 40, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

41.    These answering Defendants admit the allegations in paragraph 41.

42.    In answering paragraph 42, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

43.    In answering paragraph 43, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

44.    In answering paragraph 44, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

45.    In answering paragraph 45, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

46.    In answering paragraph 46, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

47.    In answering paragraph 47, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

48.    In answering paragraph 48, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

49.     In answering paragraph 49, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

50.     In answering paragraph 50, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

51.     In answering paragraph 51, these answering Defendants admit that at the time of the incident alleged herein as concerns decedent Lonnie Rupard, Liberty Healthcare Corporation had a contract with County of San Diego, Sheriffs' Department, to provide certain contracted-for mental health services for certain correctional facilities in San Diego County, inclusive of the Men's Central Jail, but deny that it provided medical services. These answering Defendants also deny that Liberty Healthcare of California, Inc. and its agents and employees were responsible for all aspects of decedent's mental health care, there being certain health care that was being provided by other individuals, entities and corporations who are not these answering Defendants. The answering Defendants admit that Defendant Liberty Healthcare of California, Inc. employed Defendant Anthony Cruz, D.O. as a Psychiatrist providing certain mental health services at the Men's Central Jail but deny that he provided medical services. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein. In answering paragraph 52, these answering Defendants admit that Defendant Anthony Cruz, D.O. was working within the scope and course of his employment with Liberty Healthcare of California, Inc. when he provided certain mental health services to decedent. These answering Defendants admit that Liberty Healthcare of California, Inc. does business within the County of San Diego. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground,

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

deny generally and specifically each and every allegation contained therein.

52.    In answering paragraph 52, these answering Defendants admit that at the time of the incident alleged herein as concerns decedent Lonnie Rupard, Liberty Healthcare Corporation had contract with County of San Diego, Sheriffs' Department, to provide certain contracted-for mental health services for certain correctional facilities in San Diego County, inclusive of the Men's Central Jail, but deny that it provided medical services. These answering Defendants also deny that Liberty Healthcare of California, Inc. and its agents and employees were responsible for all aspects of decedent's mental health care, there being certain health care that was being provided by other individuals, entities and corporations who are not these answering Defendants. The answering Defendants admit that Defendant Liberty Healthcare of California, Inc. employed Defendant Anthony Cruz, D.O. as a Psychiatrist providing certain mental health services at the Men's Central Jail but deny that he provided medical services. These answering Defendants admit that Defendant Anthony Cruz, D.O. was working within the course and scope of his employment with Liberty Healthcare of California, Inc. when he provided certain mental health services to decedent. These answering Defendants admit that Liberty Healthcare of California, Inc. does business within the County of San Diego. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

53.    In answering paragraph 53, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

54.    In answering paragraph 54, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

55.    In answering paragraph 55, these answering Defendants lack information

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

56.    In answering paragraph 56, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

57.    In answering paragraph 57, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

58.    In answering paragraph 58, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

59.    In answering paragraph 50, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

60.    In answering paragraph 60, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

61.    In answering paragraph 61, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

62.    In answering paragraph 62, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

63.    In answering paragraph 63, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

64.    In answering paragraph 64, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

ground, deny generally and specifically each and every allegation contained therein.

65.    In answering paragraph 65, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

66.    In answering paragraph 66, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

67.    In answering paragraph 67, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

68.    In answering paragraph 68, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

69.    In answering paragraph 69, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

70.    In answering paragraph 70, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

71.    In answering paragraph 71, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

72.    In answering paragraph 72, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

## FACTUAL ALLEGATIONS

73.    In answering paragraph 73, these answering Defendants admit that Lonnie Rupard died while in custody at the Men's Central Jail. These answering

11

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

Defendants lack information and belief sufficient to enable them to answer whether decedent died from pneumonia, malnutrition, dehydration and/or untreated schizophrenia. Except as so admitted these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

74. In answering paragraph 74, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

75. In answering paragraph 75, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

76. In answering paragraph 76, these answering Defendants deny generally and specifically the accuracy of the Medical Examiner's classification of decedent's death as a homicide. As to the remainder of paragraph 76, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

77. In answering paragraph 77, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

78. In answering paragraph 78, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

79. In answering paragraph 79, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

80. In answering paragraph 80, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

ground, deny generally and specifically each and every allegation contained therein.

81.    In answering paragraph 81, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

82.    In answering paragraph 82, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

83.    In answering paragraph 83, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

84.    In answering paragraph 84, these answering Defendants admit that decedent appeared on Anthony Cruz, D.O.'s patient list for the date of December 24, 2021, and further admit that decedent was not seen by Dr. Cruz on that date "due to time constraints".  In answering the remainder of paragraph 84, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

85.    In answering paragraph 85, these answering Defendants admit that Anthony Cruz, D.O. did not see decedent on December 24, 2021 "due to time constraints".  These answering defendants deny, both generally and specifically, that decedent had "clear and obvious symptoms of serious mental illness", either at time of booking or on December 24, 2021.  In answering the remainder of paragraph 85, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

86.    In answering paragraph 86, these answering Defendants admit that decedent appeared on Anthony Cruz, D.O.'s patient list for the date of December 28, 2021, and further admit that decedent was not seen by Dr. Cruz on that date "due to

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

time constraints". In answering the remainder of paragraph 86, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

87. In answering paragraph 87, these answering Defendants admit that decedent appeared on Anthony Cruz, D.O.'s patient list for the date of December 28, 2021, and further admit that decedent was not seen by Dr. Cruz on that date "due to time constraints".

88. In answering paragraph 88, these answering Defendants admit that Anthony Cruz, D.O. performed an initial psychiatric evaluation of decedent on December 29. 2021. These answering defendants deny, both generally and specifically, plaintiff's implications by inserting the word "finally" into paragraph 88. In answering the remainder of paragraph 88, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

89. In answering paragraph 89, these answering Defendants admit that Dr. Cruz noted a prior psychiatric sick call in 2020, and further admit that Dr. Cruz noted a prior diagnosis of unspecified schizophrenia and other psychiatric disorders and personality disorders. These answering defendants deny, both generally and specifically, the allegation that during the previous sick call, decedent was diagnosed with "a myriad of serious psychiatric issues". In answering the remainder of paragraph 89, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

90. In answering paragraph 90, these answering Defendants admit that Dr. Cruz noted prior prescriptions for decedent of Haldol, Depakene, Zyprexa, and Klonipin. In answering the remainder of paragraph 90, these answering Defendants

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

91.    In answering paragraph 91, these answering Defendants admit that Dr. Cruz noted a history of treatment at Patton State Hospital. Except as so admitted, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

92.    In answering paragraph 92, these answering Defendants admit that Dr. Cruz saw decedent "cell-side".  These answering defendants admit that Dr. Cruz documented that decedent "yelled, rambled incoherently", but deny, both generally and specifically, the clinical significance implied by the allegations in this paragraph. These answering defendants admit that Dr. Cruz documented that decedent "was verbally aggressive", but deny, both generally and specifically, the clinical significance implied by the allegations in this paragraph.  These answering defendants admit that decedent was uncooperative with Dr. Cruz.  In answering the remainder of paragraph 92, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

93.    In answering paragraph 93, these answering Defendants admit that decedent was uncooperative.  These answering defendants deny, both generally and specifically, plaintiffs' implied allegation that decedent was not uncooperative.

94.    In answering paragraph 94, these answering Defendants deny plaintiff's implied allegation that, on December 29, 2021, decedent met clinical criteria for admission to the PSU.  These answering defendants admit that Dr. Cruz did not admit decedent to the PSU on December 29, 2021.  These answering defendants admit that Dr. Cruz ordered "start/offer Haldol", "start/offer Cogentin", and "start/offer Valproic acid", and they further admit that Dr. Cruz's plan stemmed, at least in part, from

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

decedent's "presentation, [psychiatric history], and potential for decompensation".

95.     These answering defendants admit the allegations within paragraph 95.

96.     In answering paragraph 96, these answering Defendants admit that the PSU at Central Jail functions as an inpatient psychiatric hospital.  In answering the remainder of paragraph 96, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

97.     In answering paragraph 97, these answering Defendants deny plaintiff's characterization of the "function of the PSU" as being legally incomplete under the Lanterman-Petris-Short Act.

98.     In answering paragraph 98, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

99.     These answering defendants admit the allegations within paragraph 99.

100.    In answering paragraph 100, these answering Defendants deny plaintiff's characterization of the permissibility of involuntary admission to the PSU as being legally incomplete under the Lanterman-Petris-Short Act and other relevant authorities, including but not limited to Welfare and Institutions Code § 5150.

101.    In answering paragraph 101, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

102.    In answering paragraph 102, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

103.    In answering paragraph 103, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

denial on that ground, deny generally and specifically each and every allegation contained therein.

104.   In answering paragraph 104, these answering Defendants admit that on January 20, 2022, Dr. Cruz performed a psychiatric chart review and noted that decedent "consistently refuses psych meds".  As to the remainder of paragraph 104, these answering defendants deny, both generally and specifically, all allegations therein.

105.   In answering paragraph 105, these answering Defendants admit that on January 20, 2022, Dr. Cruz did not admit decedent to the PSU, and they further admit that on that date, Dr. Cruz discontinued Haldol, Cogentin, and Valproic acid due to decedent's non-compliance.   These answering defendants otherwise deny, both generally and specifically, the remainder of paragraph 105.

106.   In answering paragraph 106, these answering Defendants admit that Dr. Cruz did not admit decedent to the PSU on January 20, 2022.  These answering defendants deny that decedent met criteria for admission to the PSU at that time and further deny that admission to the PSU "was required for his medical needs".  In answering the remainder of paragraph 106, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

107.   In answering paragraph 107, these answering Defendants deny generally and specifically each and every allegation contained therein.

108.   In answering paragraph 108, these answering Defendants deny that Dr. Cruz's discontinuance of certain of decedent's mental health medications presented a substantial risk to decedent of any mental (or physical) deterioration, the discontinuance being medically appropriate and reasonable. These answering Defendants also deny that at the time that Dr. Cruz discontinued certain of decedent's mental health medications that decedent was undergoing "deterioration" of his mental

17                    Case No. 23CV01357-CAB-BLM

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

health.  These answering defendants deny, both generally and specifically, the any alleged act or omission by them "constituted deliberate indifference to [decedent's] serious medical needs."  In answering the remainder of paragraph 108, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

109.   In answering paragraph 109, these answering Defendants deny generally and specifically each and every allegation contained therein.

110. In answering paragraph 110, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

111. In answering paragraph 111, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

112. In answering paragraph 112, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

113. In answering paragraph 113, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

114. In answering paragraph 114, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

115. In answering paragraph 115, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

116. In answering paragraph 116, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

117. In answering paragraph 117, these answering Defendants deny generally and specifically each and every allegation contained therein.

118. In answering paragraph 118, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

119. In answering paragraph 119, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

120. In answering paragraph 120, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

121. In answering paragraph 121, these answering Defendants deny plaintiff's implied allegation that ordering decedent to be weighed was within the scope of Dr. Cruz's responsibilities, and further deny that decedent had "known and obviously visible weight loss" at any time when Dr. Cruz saw decedent. In answering the remainder of paragraph 121, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground,

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

deny generally and specifically each and every allegation contained therein.

122.   In answering paragraph 122, these answering Defendants deny generally and specifically each and every allegation contained therein.

123.   In answering paragraph 123, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

124.   In answering paragraph 124, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

125.   In answering paragraph 125, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

126.   In answering paragraph 126, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

127.   In answering paragraph 127, these answering Defendants admit that Dr. Cruz saw decedent on February 22, 2022, and further admit that Dr. Cruz documented that decedent was "currently not prescribed psychotropic medical" due to consistent refusals to take said medication.  In answering the remainder of paragraph 127, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

128.   In answering paragraph 128, these answering Defendants admit that on February 22, 2022, Dr. Cruz documented that decedent *refused* to answer questions,

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

rambled incoherently, and became verbally aggressive.  In answering the remainder of paragraph 128, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

129.   In answering paragraph 129, these answering Defendants admit that on February 22, 2022, decedent was uncooperative and was admitted to person.  They further admit that at that time, decedent was verbally aggressive and that decedent was rambling incoherently at times, and that Dr. Cruz documented that decedent had disorganized thought process.  These answering defendants deny, both generally and specifically, the implied clinical implications alleged in this paragraph.  These answering defendants deny, both generally and specifically, that decedent was "not oriented to place, time or event".  In answering paragraph 129, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

130.   In answering paragraph 130, these answering Defendants deny, both generally and specifically, plaintiff's implied allegation that decedent's cell was "only" "relatively clean", insofar as that allegation attempts to place meaning not intended upon Dr. Cruz's documentation.  These answering defendants admit that Dr. Cruz noted the presence of a cloth over the toilet seat, but deny the allegation that this "may be a symptom of a psychiatric condition", or even the possibility of same.  In answering the remainder of paragraph 130, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

131.   In answering paragraph 131, these answering Defendants admit that decedent had a potential for decompensation.  In answering the remainder of paragraph 131, these answering Defendants lack information and belief sufficient to

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.  To the extent that this paragraph refers to the determination by an unqualified non-mental health clinician that decedent had been in "full-blown psychosis" two days before, these answering defendants deny that characterization, both generally and specifically.

132.   In answering paragraph 132, these answering Defendants deny generally and specifically each and every allegation contained therein.

133.   In answering paragraph 133, these answering Defendants deny generally and specifically each and every allegation contained therein.

134.   In answering paragraph 134, these answering Defendants deny, both generally and specifically, the allegations of this paragraph as being legally incomplete and inaccurate.

135.   In answering paragraph 135, these answering Defendants admit that as of February 22, 2022, decedent was not referred to PSU and state that referral to PSU was not appropriate. Except as expressly admitted, Defendants deny the remaining allegations contained in this paragraph.

136.   In answering paragraph 136, these answering Defendants deny generally and specifically each and every allegation contained therein.

137.   In answering paragraph 137, these answering Defendants admit that Dr. Cruz's plan for decedent as of January 22, 2022 included to continue to monitor him and offer treatment with follow-up in six to seven weeks or sooner if needed.  These answering defendants deny, both generally and specifically, this paragraph's allegations that decedent presented on this date with "severe physical decompensation", and that decedent was at "significant" risk of further decompensation.  In answering the remainder of paragraph 137, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

138.   In answering paragraph 138, these answering Defendants admit that Dr. Cruz did not admit decedent to the PSU.  As to the remainder of paragraph 138, these answering defendants deny all allegations therein, both generally and specifically.

139.   In answering paragraph 139, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

140.   In answering paragraph 140, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

141.   In answering paragraph 141, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

142.   In answering paragraph 142, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

143.   In answering paragraph 139, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

144.   In answering paragraph 144, these answering Defendants state, on information and belief, that they believe the allegations of paragraph 144 to be true.

145.   In answering paragraph 145, these answering Defendants admit that the allegations of this paragraph accurately reflect the contents of the report by Dr. Badre.

146.   In answering paragraph 146, these answering Defendants admit that the

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

allegations of this paragraph accurately reflect the contents of the report by Dr. Badre.

147.   In answering paragraph 147, these answering Defendants admit that the allegations of this paragraph accurately reflect the contents of the report by Dr. Badre.

148.   In answering paragraph 148, these answering Defendants admit that the allegations of this paragraph accurately reflect the contents of the report by Dr. Badre.

149.   In answering paragraph 149, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

150.   In answering paragraph 150, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

151.   In answering paragraph 151, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

152.   In answering paragraph 152, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

153.   In answering paragraph 153, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

154.   In answering paragraph 154, these answering Defendants deny, both generally and specifically, the allegations of this paragraph as they relate to Dr. Cruz. As the allegations of this paragraph relate to others, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

155. In answering paragraph 155, these answering Defendants deny, both generally and specifically, the allegations of this paragraph as they relate to Dr. Cruz, and further deny that decedent could have legally been medicated involuntarily. As the allegations of this paragraph relate to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

156. In answering paragraph 156, these answering Defendants deny, both generally and specifically, the allegations of this paragraph as they relate to Dr. Cruz. These answering defendants deny that decedent met criteria for admission to the PSU, and further deny that anything about decedent's presentation at any visit by Dr. Cruz to decedent warranted a request for medical attention. These answering defendants deny that attempting to feed decedent was within Dr. Cruz's scope. In answering the remainder of paragraph 137, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

157. In answering paragraph 157, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

158. In answering paragraph 158, these answering Defendants deny, both generally and specifically, the allegations of this paragraph as they relate to Dr. Cruz. As the allegations of this paragraph relate to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

159. In answering paragraph 159, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

160. In answering paragraph 160, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

161. In answering paragraph 161, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

162. In answering paragraph 162, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

163. In answering paragraph 163, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

164. In answering paragraph 164, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

165. In answering paragraph 165, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

166. In answering paragraph 166, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

167. In answering paragraph 167, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

168. In answering paragraph 168, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

169. In answering paragraph 169, these answering Defendants admit the allegations as set forth, in the abstract, but adds that the patient has the right, unless ordered by a Court of competent jurisdiction, to refuse the taking of his/her vital signs and/or the taking of his/her weight which these answering Defendants are informed and believe that decedent refused the taking of his vital signs and the taking of his weight.

170. In answering paragraph 170, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

171. In answering paragraph 171, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

172. In answering paragraph 172, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

173. In answering paragraph 173, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

174. In answering paragraph 174, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

175. In answering paragraph 175, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

176. In answering paragraph 176, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

177. In answering paragraph 177, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

178. In answering paragraph 178, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

179. In answering paragraph 179, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

1  information and belief sufficient to enable them to answer thereto and basing their
2  denial on that ground, deny generally and specifically each and every allegation
3  contained therein.

4       180.   In  answering  paragraph  180,  these  answering  Defendants  lack
5  information and belief sufficient to enable them to answer thereto and basing their
6  denial on that ground, deny generally and specifically each and every allegation
7  contained therein.

8       181.   In  answering  paragraph  181,  these  answering  Defendants  lack
9  information and belief sufficient to enable them to answer thereto and basing their
10 denial on that ground, deny generally and specifically each and every allegation
11 contained therein.

12      182.   In  answering  paragraph  182,  these  answering  Defendants  lack
13 information and belief sufficient to enable them to answer thereto and basing their
14 denial on that ground, deny generally and specifically each and every allegation
15 contained therein.

16      183.   In  answering  paragraph  183,  these  answering  Defendants  lack
17 information and belief sufficient to enable them to answer thereto and basing their
18 denial on that ground, deny generally and specifically each and every allegation
19 contained therein.

20      184.   In  answering  paragraph  184,  these  answering  Defendants  lack
21 information and belief sufficient to enable them to answer thereto and basing their
22 denial on that ground, deny generally and specifically each and every allegation
23 contained therein.

24      185.   In  answering  paragraph  185,  these  answering  Defendants  lack
25 information and belief sufficient to enable them to answer thereto and basing their
26 denial on that ground, deny generally and specifically each and every allegation
27 contained therein.

28      186.   In  answering  paragraph  186,  these  answering  Defendants  lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

187. In answering paragraph 187, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

188. In answering paragraph 188, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

189. In answering paragraph 189, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

190. In answering paragraph 190, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

191. In answering paragraph 191, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

192. In answering paragraph 192, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

193. In answering paragraph 193, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

194. In answering paragraph 194, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

195. In answering paragraph 195, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

196. In answering paragraph 196, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

197. In answering paragraph 197, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

198. In answering paragraph 198, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

199. In answering paragraph 199, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

200. In answering paragraph 200, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

201.  In answering paragraph 201, these answering Defendants deny that decedent showed "obvious signs of psychosis." In answering the remainder of paragraph 201 these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

202.  In answering paragraph 202, these answering Defendants deny that decedent showed "obvious signs of psychosis." In answering the remainder of paragraph 201 these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

203.  In answering paragraph 203, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

204.  In answering paragraph 204, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

205.  In answering paragraph 205, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

206.  In answering paragraph 206, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

contained therein.

207. In answering paragraph 207, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

208. In answering paragraph 208, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

209. In answering paragraph 209, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

210. In answering paragraph 210, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

211. In answering paragraph 211, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

212. In answering paragraph 212, insofar as these answering defendants dispute the findings and opinions of the Medical Examiner, these answering defendants deny the allegations of this paragraph. Otherwise. these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

213. In answering paragraph 213, insofar as these answering defendants

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

dispute the findings and opinions of the Medical Examiner, these answering defendants deny the allegations of this paragraph.  Otherwise. these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

214.  In answering paragraph 214, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

215.  In answering paragraph 215, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

216.  In answering paragraph 216, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

217.  In answering paragraph 217, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

218.  In answering paragraph 218, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

219.  In answering paragraph 219, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

220. In answering paragraph 220, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

221. In answering paragraph 221, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

222. In answering paragraph 222, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

223. In answering paragraph 223, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

224. In answering paragraph 224, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

225. In answering paragraph 225, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

226. In answering paragraph 226, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

227. In answering paragraph 227, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

228. In answering paragraph 228, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

229. In answering paragraph 229, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

230. In answering paragraph 230, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

231. In answering paragraph 231, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

232. In answering paragraph 232, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

233. In answering paragraph 233, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

contained therein.

234. In answering paragraph 234, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

235. In answering paragraph 235, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

236. In answering paragraph 236, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

237. In answering paragraph 237, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

238. In answering paragraph 238, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

239. In answering paragraph 239, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

240. In answering paragraph 240, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

241.  In answering paragraph 241, these answering Defendants deny the allegations as they pertain to Liberty Healthcare.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

242.  In answering paragraph 242, these answering Defendants deny this paragraph's implication that Liberty Healthcare bears responsibility for alleged deficiencies.  As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

243.  In answering paragraph 243, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

244.  In answering paragraph 244, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

245.  In answering paragraph 245, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

246.  In answering paragraph 246, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

247. In answering paragraph 247, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

248. In answering paragraph 248, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

249. In answering paragraph 249, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

250. In answering paragraph 250, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

251. In answering paragraph 251, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

252. In answering paragraph 252, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

253. In answering paragraph 253, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

254. In answering paragraph 254, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

255. In answering paragraph 255, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

256. In answering paragraph 252, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein, subparts inclusive.

257. In answering paragraph 257, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

258. In answering paragraph 258, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

259. In answering paragraph 259, these answering Defendants deny, both generally and specifically, that decedent met criteria for admission to the PSU, and further deny that any aspect of the psychiatric care provided to him by Dr. Cruz fell below the applicable standard of care. As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

260. In answering paragraph 260, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

261. In answering paragraph 261, these answering Defendants deny this paragraph's characterization of the PSU and the criteria for admission thereto as legally incomplete and inaccurate. As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

262. In answering paragraph 261, these answering Defendants deny this paragraph's characterization of the PSU and the criteria for admission thereto, as well as this paragraph's purported understanding of Welfare and Institutions Code § 5150, as legally incomplete and inaccurate. As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

263. In answering paragraph 263, these answering Defendants deny this paragraphs' description of the PSU as incomplete and inaccurate, and further deny the allegations of this paragraph insofar as decedent was not in general population. As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

264. In answering paragraph 264, these answering Defendants deny the allegations of this paragraph as incomplete, legally inaccurate, and inaccurate as to the criteria for admission to the PSU.

265. In answering paragraph 265, these answering Defendants deny each and every allegation therein.

266. In answering paragraph 266, these answering Defendants admit that Patton State Hospital does, through proper legal processes, involuntarily medicate patients and does treat patients who lack capacity. As to the remainder of this

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

paragraph, these answering defendants deny the allegations, both generally and specifically.

267.  In answering paragraph 267, these answering Defendants deny the allegations of this paragraph, both generally and specifically, as to themselves.  As to others, lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

268.  In answering paragraph 270, these answering Defendants deny that they "were aware of their [purported] failure to medicate mentally ill patients".  As to others, and as to the remainder of the paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

269.  In answering paragraph 269, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

270.  In answering paragraph 270, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

271.  In answering paragraph 271, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

272,  In answering paragraph 272, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

273. In answering paragraph 273, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

274. In answering paragraph 274, these answering Defendants deny the allegations of this paragraph insofar as defendant Cruz did provide psychiatric care to decedent. As to the remainder of this paragraph, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

275. In answering paragraph 275, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein, subparts inclusive.

276. In answering paragraph 276, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

277. In answering paragraph 277, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

278. In answering paragraph 278, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

279. In answering paragraph 279, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

280. In answering paragraph 280, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

281. In answering paragraph 281, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

282. In answering paragraph 282, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

283. In answering paragraph 283, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

284. In answering paragraph 284, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

285. In answering paragraph 285, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

286. In answering paragraph 286, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

287.   In answering paragraph 287, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

288.   In answering paragraph 288, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

289.   In answering paragraph 289, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

290.   In answering paragraph 290, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

291.   In answering paragraph 291, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

292.   In answering paragraph 292, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

293.   In answering paragraph 293, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

Case No. 23CV01357-CAB-BLM
ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

294. In answering paragraph 294, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

295. In answering paragraph 295, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

296. In answering paragraph 296, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

297. In answering paragraph 297, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

298. In answering paragraph 298, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein, subparts inclusive.

299. In answering paragraph 299, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

300. In answering paragraph 300, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

301. In answering paragraph 301, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

302. In answering paragraph 302, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

303. In answering paragraph 303, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

304. In answering paragraph 304, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

305. In answering paragraph 305, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

306. In answering paragraph 306, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

307. In answering paragraph 307, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

308. In answering paragraph 308, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

denial on that ground, deny generally and specifically each and every allegation contained therein.

309. In answering paragraph 309, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein, subparts inclusive.

310. In answering paragraph 310, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

311. In answering paragraph 311, these answering Defendants deny generally and specifically each and every allegation contained therein as they pertain to themselves. As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

312. In answering paragraph 312, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

313. In answering paragraph 313, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

314. In answering paragraph 314, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

315. In answering paragraph 315, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

316. In answering paragraph 316, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

317. In answering paragraph 317, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

318. In answering paragraph 318, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

319. In answering paragraph 319, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

320. In answering paragraph 320, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

321. In answering paragraph 321, these answering Defendants admit that Liberty Healthcare contracts to provide certain mental healthcare services within the San Diego County jails. These answering defendants deny that Liberty Healthcare is solely responsible for staffing levels, and they further deny that Liberty Healthcare is responsible for all aspects of mental healthcare services within San Diego County

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

jails.

322.   In answering paragraph 322, these answering Defendants deny generally and specifically each and every allegation contained therein.

323.   In answering paragraph 323, these answering Defendants deny generally and specifically each and every allegation contained therein.

324.   In answering paragraph 324, these answering Defendants deny generally and specifically each and every allegation contained therein.

325.   In answering paragraph 325, these answering Defendants deny generally and specifically each and every allegation contained therein.

326.   In answering paragraph 326, these answering Defendants deny generally and specifically each and every allegation contained therein.

327.   In answering paragraph 327, these answering Defendants deny generally and specifically each and every allegation contained therein.

328.   In answering paragraph 328, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

329.   In answering paragraph 329, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

330.   In answering paragraph 330, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

331.   In answering paragraph 331, these answering Defendants deny generally and specifically each and every allegation contained therein.

332.   In answering paragraph 332, these answering Defendants deny generally and specifically each and every allegation contained therein.

333.   In answering paragraph 333, these answering Defendants, as to

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

themselves, deny generally and specifically each and every allegation contained therein. As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

334. In answering paragraph 334, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

335. In answering paragraph 335, these answering Defendants, as to themselves, deny generally and specifically each and every allegation contained therein. As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

336. In answering paragraph 336, these answering Defendants, as to themselves, deny generally and specifically each and every allegation contained therein. As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

337. In answering paragraph 337, these answering Defendants deny generally and specifically each and every allegation contained therein.

## I.

## FIRST CAUSE OF ACTION

**42 U.S.C. Section 1983: Deliberate Indifference of Serious Medical Needs (By the Estate of Lonnie Rupard Against Defendants Anosike, Cruz, Aguilera, Viladiu, G. Martinez, Amado, Mace, Aguirre, James, Romero, Johnson, Torres, Treyvonne, Wereski, Romans, Guttierez, Doe Deputies 15-20 and Doe Medical Providers)**

338. In answering paragraph 338, these answering Defendants repeat and re-

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

allege their responses to paragraphs 1 through 337.

339.   In answering paragraph 339, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

340.   In answering paragraph 340, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

341.   In answering paragraph 341, these answering Defendants admit that plaintiffs contend that decedent was a pre-trial detainee, and thus the Due Process Clause of the Fourteenth Amendment applies.

342.   In answering paragraph 342, these answering Defendants admit that plaintiffs contend that if decedent was not a pre-trial detainee, the Eighth Amendment would apply.

343.   In answering paragraph 343, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

344.   In answering paragraph 346, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

345.   In answering paragraph 345, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

346.   In answering paragraph 346, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

347.   In answering paragraph 347, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

348.   In answering paragraph 348, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

349.   In answering paragraph 349, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

350.   In answering paragraph 350, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

351.   In answering paragraph 351, these answering Defendants deny generally and specifically each and every allegation contained therein as to themselves.  As to others, these answering Defendants lack information and belief sufficient to enable

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

352.   In answering paragraph 352, these answering Defendants admit that Dr. Cruz knew about decedent's prior incarceration in 2020, that Dr. Cruz knew that decedent had previously been treated pharmacologically, that Dr. Cruz knew that decedent had previously been hospitalized at Patton State Hospital, and that Dr. Cruz observed that decedent had a potential for decompensation.   These answering defendants deny that decedent met criteria for involuntary medication.   These answering defendants deny that Dr. Cruz "refused to perform more frequent evaluations".  These answering defendants deny that decedent met criteria for Welfare and Institutions Code § 5150 and/or involuntary admission to the PSU.   These answering defendants further deny the remainder of this paragraph, both generally and specifically.

353. In answering paragraph 353, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

354. In answering paragraph 354, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

355. In answering paragraph 355, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

356. In answering paragraph 356, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

357. In answering paragraph 357, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein. These answering defendants specifically deny that they had access to or knowledge of Dr. Badre's report or findings at any time prior to decedent's death.

358. In answering paragraph 358, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

359. In answering paragraph 359, these answering Defendants deny, both generally and specifically, the allegations as they relate to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

360. In answering paragraph 360, these answering Defendants deny, both generally and specifically, the allegations as they relate to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

361. In answering paragraph 361, these answering Defendants deny, both generally and specifically, the allegations as they relate to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

362. In answering paragraph 362, these answering Defendants deny, both generally and specifically, the allegations as they relate to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

363.  In answering paragraph 363, these answering Defendants admit that plaintiffs seek punitive damages, but deny their entitlement to same.

364.  In answering paragraph 364, these answering Defendants admit that plaintiffs seek costs and reasonable attorney's fees, but deny their entitlement to same.

## II.

## SECOND CAUSE OF ACTION

## 42 U.S.C. Section 1983: Right of Association

365.  In answering paragraph 365, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 364.

366.  In answering paragraph 366, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

367.  In answering paragraph 367, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

368.  In answering paragraph 368, these answering Defendants deny that there was any failure to medicate and/or treat decedent.  Otherwise, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

369.  In answering paragraph 369, these answering Defendants deny that access to psychiatric care was denied, and further denies that decedent was "in severe

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

and obvious medical danger and distress" at any time when Dr. Cruz saw him.  These answering defendants deny that decedent met criteria for admission to the PSU.  Otherwise, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

370.  In answering paragraph 370, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

371.  In answering paragraph 371, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

372.  In answering paragraph 372, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

373.  In answering paragraph 373, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

374.  In answering paragraph 374, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

375.  In answering paragraph 375, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

376.   In answering paragraph 376, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

377.   In answering paragraph 375, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

378.   In answering paragraph 378, these answering Defendants admit that plaintiffs seek punitive damages, but deny their entitlement to same.

379.   In answering paragraph 379, these answering Defendants admit that plaintiffs seek costs and reasonable attorney's fees, but deny their entitlement to same.

## III.

## THIRD CAUSE OF ACTION

**Failure to Properly Train and Supervise (42 U.S.C. Section 1983)**

**(By the Estate of Lonnie Rupard Against Defendants Montgomery, Gore, Kelly, Martinez, Doe Medical Providers and Doe Supervisors)**

380.   In answering paragraph 380, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 379.

381.   In answering paragraph 381, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

382. In answering paragraph 382, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

383. In answering paragraph 383, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

384. In answering paragraph 384, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

385. In answering paragraph 385, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

386. In answering paragraph 386, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

387. In answering paragraph 387, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

388. In answering paragraph 388, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

389.   In answering paragraph 389, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

390.   In answering paragraph 390, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

391.   In answering paragraph 391, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

392.   In answering paragraph 392, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

393.   In answering paragraph 393, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

394.   In answering paragraph 394, these answering Defendants deny generally and specifically each and every allegation contained therein.

395.   In answering paragraph 395, these answering Defendants deny generally and specifically each and every allegation contained therein.

396.   In answering paragraph 396, these answering Defendants deny generally and specifically each and every allegation contained therein.

397.   In answering paragraph 397, these answering Defendants deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

398. In answering paragraph 398, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

399. In answering paragraph 399, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

400. In answering paragraph 400, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

401. In answering paragraph 401, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

402. In answering paragraph 402, these answering Defendants deny generally and specifically each and every allegation contained therein.

403. In answering paragraph 403, these answering Defendants deny generally and specifically each and every allegation contained therein.

404. In answering paragraph 404, these answering Defendants deny generally and specifically each and every allegation contained therein.

405. In answering paragraph 405, these answering Defendants deny generally and specifically each and every allegation contained therein.

406. In answering paragraph 406, these answering Defendants state that the allegations are in the form of legal statements by Plaintiffs which do not require a response from these answering Defendants.

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

## IV

## FOURTH CAUSE OF ACTION

### 42 U.S.C. SECTION 1983: Monell Municipal Liability

### (By Plaintiffs Against Defendant County and Defendant Liberty Healthcare of California Inc.)

407.   In answering paragraph 407, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 406.

408.   In answering paragraph 408, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

409.   In answering paragraph 409, these answering Defendants deny generally and specifically each and every allegation contained therein.

410.   In answering paragraph 410, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

411.   In answering paragraph 411, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

412.   In answering paragraph 412, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

413.   In answering paragraph 413, these answering Defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

414.  In answering paragraph 414, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

415.  In answering paragraph 415, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

416.  In answering paragraph 416, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

417.  In answering paragraph 417, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

418.  In answering paragraph 418, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

419.  In answering paragraph 419, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

420.  In answering paragraph 420, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

421.  In answering paragraph 421, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

422.  In answering paragraph 422, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

423.  In answering paragraph 423, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

424.  In answering paragraph 424, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

denial on that ground, deny generally and specifically each and every allegation contained therein.

425. In answering paragraph 425, these answering Defendants deny the allegations as to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

426. In answering paragraph 426, these answering Defendants deny the allegations as to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

427. In answering paragraph 427, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

428. In answering paragraph 428, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

429. In answering paragraph 429, these answering Defendants deny generally and specifically each and every allegation contained therein.

430. In answering paragraph 430, these answering Defendants deny generally and specifically each and every allegation contained therein.

431. In answering paragraph 431, these answering Defendants deny generally and specifically each and every allegation contained therein.

432. In answering paragraph 432, these answering Defendants deny the allegations as to themselves. As to others, these answering defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

433.    In answering paragraph 433, these answering Defendants deny generally and specifically each and every allegation contained therein.

434.    In answering paragraph 434, these answering Defendants admit that plaintiffs seek punitive damages, but deny their entitlement to same.

435.    In answering paragraph 435, these answering Defendants admit that plaintiffs seek costs and reasonable attorney's fees, but deny their entitlement to same.

## V.

## FIFTH CAUSE OF ACTION

## Cal. Gov. Code Section 52.1 (Bane Act)

**(By the Estate of Lonnie Rupard Against Defendants County of San Diego, Anosike, Cruz, Aguilera, Viladiu, G. Martinez, Amado, Mace, Aguirre, James, Romero, Johnson, Torres, Treyvonne, Wereski, Romans, Gutierrez, Doe Deputies 15-20, and Doe Medical Providers)**

436.    In answering paragraph 436, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 435.

437.    In answering paragraph 437, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

438.    In answering paragraph 438, these answering Defendants deny the allegations as to themselves.    As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

439.    In answering paragraph 439, these answering Defendants deny the allegations as to themselves.    As to others, these answering defendants lack

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

440.  In answering paragraph 440, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

441.  In answering paragraph 441, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

442.  In answering paragraph 442, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

443.  In answering paragraph 443, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

444.  In answering paragraph 444, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

445. In answering paragraph 445, these answering Defendants deny the allegations as to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

446. In answering paragraph 446, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

447. In answering paragraph 447, these answering Defendants deny the allegations as to themselves. As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

448. In answering paragraph 448, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

449. In answering paragraph 432, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

450. In answering paragraph 450, these answering Defendants admit that plaintiffs seek the damages identified therein. These answer defendants deny plaintiffs' entitlement to same, legally or factually.

451. In answering paragraph 432, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

# VI.

## SIXTH CAUSE OF ACTION

### Negligence Survival Claim (CCP Section 377.30)

### (By the Estate of Lonnie Rupard Against All Defendants)

452.   In answering paragraph 452, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 451

453.   In answering paragraph 453, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

454.   In answering paragraph 454, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

455.   In answering paragraph 455, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

456.   In answering paragraph 456, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

457.   In answering paragraph 457, these answering Defendants deny generally and specifically each and every allegation contained therein.

458.   In answering paragraph 458, these answering Defendants deny generally and specifically each and every allegation contained therein.

459.   In answering paragraph 459, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

460.   In answering paragraph 460, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

denial on that ground, deny generally and specifically each and every allegation contained therein.

461. In answering paragraph 461, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

462. In answering paragraph 462, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

463. In answering paragraph 463, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

464. In answering paragraph 464, these answering Defendants deny the allegations as to themselves.  As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

465. In answering paragraph 465, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

466. In answering paragraph 466, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

467.   In answering paragraph 467, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

468.   In answering paragraph 468, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

469.   In answering paragraph 469, these answering Defendants deny the allegations as to themselves.   As to others, these answering defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

470.   In answering paragraph 470, these answering Defendants deny generally and specifically each and every allegation contained therein.

471.   In answering paragraph 471, these answering Defendants deny generally and specifically each and every allegation contained therein.

472.   In answering paragraph 472, these answering Defendants deny generally and specifically each and every allegation contained therein.

473.   In answering paragraph 473, these answering Defendants deny generally and specifically each and every allegation contained therein.

474.   In answering paragraph 474, these answering Defendants deny generally and specifically each and every allegation contained therein.

475.   In answering paragraph 475, these answering Defendants deny generally and specifically each and every allegation contained therein.

///

///

///

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

# VII.

## SEVENTH CAUSE OF ACTION

### Dependent Adult Neglect

### (By the Estate of Lonnie Rupard Against Defendants Montgomery, Liberty Healthcare Corporation, Anosike, Cruz and Doe Medical Providers)

476.   In answering paragraph 476, these answering Defendants repeat and re-allege their responses to paragraphs 1 through 284.

477.   In answering paragraph 477, these answering Defendants deny generally and specifically each and every allegation contained therein.

478.   In answering paragraph 478, these answering Defendants deny generally and specifically each and every allegation contained therein.

479.   In answering paragraph 479, these answering Defendants deny generally and specifically each and every allegation contained therein.

480.   In answering paragraph 480, these answering Defendants deny generally and specifically each and every allegation contained therein.

481.   In answering paragraph 481, these answering Defendants deny generally and specifically each and every allegation contained therein.

482.   In answering paragraph 482, these answering Defendants deny generally and specifically each and every allegation contained therein.

483.   In answering paragraph 483, these answering Defendants deny generally and specifically each and every allegation contained therein.

484.   In answering paragraph 484, these answering Defendants deny generally and specifically each and every allegation contained therein.

# VIII.

## EIGHTH CAUSE OF ACTION

### Wrongful Death

### (By Justino Rupard against All Defendants)

485.   In answering paragraph 485, these answering Defendants repeat and re-

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

allege their responses to paragraphs 1 through 484.

486.   In answering paragraph 486, these answering Defendants deny generally and specifically each and every allegation contained therein.

487.   In answering paragraph 487, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

488.   In answering paragraph 488, these answering Defendants state that the allegations are in the form of legal statements proposed by Plaintiffs which do not require a response from these answering Defendants.

489.   In answering paragraph 489, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

490.   In answering paragraph 468, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

491.   In answering paragraph 491, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation contained therein.

492.   In answering paragraph 492, these answering Defendants admit that Liberty Healthcare is vicariously liable for the alleged acts and/or omissions of Dr. Cruz.   As to unidentified Doe Defendants, these answering defendants deny the allegations of this paragraph.

493.   In answering paragraph 493, these answering Defendants lack information and belief sufficient to enable them to answer thereto and basing their denial on that ground, deny generally and specifically each and every allegation

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

contained therein.

494.   In answering paragraph 494, these answering Defendants deny generally and specifically each and every allegation contained therein.

## **AFFIRMATIVE DEFENSES**

### **I.**

### **(Failure to State a Cause of Action)**

As a further, separate and affirmative defense, Defendants allege the Third Amended Complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against these answering Defendants.

### **II.**

### **(Active – Passive Negligence Defenses)**

As a further, separate and affirmative defense, Defendants allege that if, in fact, Defendants are found to have been negligent in any manner, their negligence could only be passive and secondary, while the negligence of other named Defendants, or other unknown, unnamed parties would be active and primary and thus bar recovery on Plaintiffs' Third Amended Complaint.

### **III.**

### **(Negligence of Others/Independent Contractors)**

As a further, separate and affirmative defense, Defendants allege that at all times mentioned herein, if Plaintiffs were damages, such damage was proximately caused by the independent conduct of third parties or entities, both known or unknown, and/or by independent contractors and each of them, who were negligent, careless, and reckless and unlawfully conducted themselves so as to substantially contribute to Plaintiffs' injuries. Said negligence, if any, either bars in whole or in part damages sought herein against these answering Defendants and recovery against these Defendants must therefore be reduced accordingly. These answering Defendants would not be responsible for any actions or omissions by independent contractors.

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

## IV.

### (Comparative Negligence)

As a further, separate and affirmative defense, Defendants allege that at all times mentioned herein, Plaintiffs and or Plaintifs' decedent were negligent, careless and reckless and unlawfully conducted themselves so as to substantially contribute to Plaintiffs' alleged injuries and damages compared to the conduct of all other parties, all of which said negligence either bars in whole or in part damages sought herein or any recovery by Plaintiffs against these answering Defendants.

## V.

### (Joint and Several Liability)

As a further, separate affirmative defense, Defendants allege that in the event Plaintiffs should establish any liability on the part of these answering Defendants, which liability is expressly denied, these answering Defendants may be obligated to pay sums representing a percentage of fault not its own, but that of Plaintiffs and/or Plaintiffs' decedent, other parties to this action and/or third persons not parties to this action. These answering Defendants are entitled to adjudication and determination of the respective proportions or percentages of fault, if any, on these answering Defendants' part and on the part of the Plaintiffs and other parties to this action and third persons not parties to this action pursuant to the Doctrines of Comparative Negligence and the Fair Responsibility Act of 1986, codified in C.C.P. §§ 1431, 1431.1, 1431.2, 1431.3, 1431.4, 1431.5 and 1432.

## VI

### (Unavoidable Accident)

As a further, separate and affirmative defenses, Defendants allege that the damages sustained by Plaintiffs, if any, were the result of an unavoidable accident insofar as Defendants are concerned which occurred without any negligence, want of care, default or other breach of duty to the Plaintiffs on the part of these Defendants.

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

## VII

### (Failure to Mitigate Damages)

As a further, separate and affirmative defense, Defendants allege that at all times mentioned herein, Plaintiffs and/or Plaintiffs' decedent failed to use reasonable care to reduce and mitigate or minimize as much as reasonably possible, the damages, if any, and that said failure was the direct and proximate cause of any and all damages, if any, sustained by Plaintiffs.

## VIII

### (Statute of Limitations)

As a further, separate and affirmative defense, Defendants allege that the Third Amended Complaint and every cause of action contained therein is barred by the Statute of Limitations set forth in C.C.P. §§ 335, 335.1, 337 and 340.5.

## IX

### (Civil Code § 1714.8)

As a further, separate and affirmative defense, Defendants allege that Plaintiffs are barred from recovering the relief sought within the Third Amended Complaint on file herein pursuant to Civil Code § 1714.8.

## X

### (MICRA)

As a further, separate and affirmative defense, Defendants allege that pursuant to Civil Code §§ 3333.1, 3333.2 and C.C.P. § 667.6, Defendants intend, at the time of trial, to diminish, strike or eliminate those damages allegedly sustained by Plaintiff.

## XI

### (Superseding Causes)

As a further, separate and affirmative defense, Defendants allege that if Plaintiffs herein suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by superseding actions of other parties, either served or not yet served, either known or unknown, and not these

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

answering Defendants and such strict liability, breach of warranty, conduct, acts, omissions, activities, carelessness, recklessness and negligence of said other parties bars recovery of Plaintiffs therein.

## XII

### (Health and Safety Code § 1317(c))

As a further, separate and affirmative defense, Defendants allege that Plaintiffs are barred from recovering the relief sought within the Third Amended Complaint on file herein pursuant to *Health and Safety Code* § 1317(c).

## XIII

### (Protection and Immunity)

As a further, separate and affirmative defense, Defendants allege that Plaintiffs have failed to state facts sufficient to constitute a cause of action or basis for recovery and Defendants are entitled to the protections and immunities contained in Health and Safety Code, including but no limited to Sections 1799.102, 1799.104, 1799.106-108, and 1799.110.

## XIV

### (Failure to Join Indispensable Parties)

As a further, separate and affirmative defense, Defendants allege that to the extent Plaintiffs have failed to join necessary and indispensable parties to this action, some or all of Plaintiffs' claims are barred.

## XV

### (Qualified Immunity)

As a further, separate and affirmative defense, Defendants allege that all actions taken, were undertaken in good faith and with reasonable belief that said actions were valid, necessary and constitutionally proper, thus, Defendants are entitled to qualified immunity.

///

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

## XVI

### (Government Code Section 815)

As a further, separate and affirmative defense, Defendants allege that pursuant to Government Code Section 815, these answering Defendants are not liable for any injury, except as otherwise provided by statute.

## XVII

### (Government Code Section 820.4)

As a further, separate and affirmative defense, Defendants allege that these answering Defendants are immune from liability pursuant to Government Code Section 820.4.

## XIX

### (California Penal Code)

As a further, separate and affirmative defense, Defendants are immune from liability by reason of the provisions of the California Penal Code, including but not limited to Sections 834a, 835, 835a, 836, 836.5, 847 and Civil Code Sections 43, 55.

## XX

### (California Code of Civil Procedure 425.13(a))

As a further, separate and affirmative defense, Defendants allege that Plaintiffs have failed to comply with the California Code of Civil Procedure Section 425.13(a0 with respect to its alleged claim for punitive damages against medical care providers, with respect to any alleged claim against such health care provider under California statutes.

## XXI

### (Immune under Federal Civil Rights Act)

As a further, separate and affirmative defense, these answering Defendants are immune from liability pursuant to Federal Civil Rights Act where they reasonably believed their actions were lawful.

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

## XXII

### (No Violation of Federal Civil Rights)

Plaintiffs and/or Decedent did not sustain an injury sufficient to give rise to a violation of their federal civil rights.

## XXIII

### (Policy, Custom, Usage Not Established)

The requisite policy, custom, or usage to establish governmental liability under 42 U.S.C. § 1983 may not be proven through reference to a single unconstitutional incident unless proof of that incident includes proof that it was caused by an existing unconstitutional policy.

## XXIV

### (Superseding and Intervening Cause)

These answering Defendants allege that the damages allegedly suffered by Plaintiffs, which said damages are generally and specifically denied to exist, were the result of the active and affirmative negligent acts or omissions to acts of independent third parties and/or entities whose active and affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiffs' alleged damages which thereby relieves these answering Defendants from liability.

## XXV

### (Civil Code §§ 1431 and 1431.5)

The damages, if any, should be in direct proportion to the fault of this Defendants/Decedent, if any, as provided by Civil Code §§ 1431 to 1431.5.

## XXVI

### (Assumption of the Risk)

Defendants are not liable pursuant to the doctrine of assumption of risk.

## XXVII

### (Health and Safety Code)

Neither a public entity nor a public employee is liable for any injury resulting from

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

his act or omission where the act or omission was providing emergency services pursuant to Health and Safety Code §§ 1799.106 and 1799.107.

## XXVIII

As a separate and further affirmative defense to the Third Amended Complaint and to the alleged violations of U.S.C. §1983, Defendants allege that Plaintiffs have failed to exhaust administrative and/or contractual remedies.

## XXIX

### (Reckless and Wanton)

At all times mentioned in the Third Amended Complaint, Decedent acted in a careless, reckless, wanton, and negligent manner in and about the matters set forth in the Third Amended Complaint; that such careless, reckless, and wanton and negligent conduct proximately contributed to the injuries and damages sustained or claimed by Plaintiffs; that as a consequence, Plaintiffs' claims are barred.

## XXX

### (Reservation for Additional, Unknown Affirmative Defenses)

As further, separate and affirmative defense, Defendants presently have insufficient knowledge or information upon which to form a belief as to whether or not they have additional, as yet unstated affirmative defenses available. Defendnants reserve the right to assert such affirmative defenses by this reservation.

WHEREFORE, these answering Defendants pray for judgment against Plaintiff as follows:

    1.    That Plaintiffs take nothing by way of the Third Amended Complaint;

    2.    That the Court award Defendants their costs of suit incurred herein;

    3.    That the Court award Defendants their reasonable attorneys fees and legal expenses; and

    4.    For such other and further relief as the Court may deem just and proper.

///

///

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.

1   DATED:  March 4, 2025                    TRESSLER LLP

2

3

4                                           _____

5                                           Corey E. Krueger

6                                           Attorneys for Defendant,
                                            Anthony Cruz, D.O. and Liberty
7                                           Healthcare of California, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO THIRD AMENDED COMPLAINT BY DEFENDANTS, ANTHONY CRUZ,
D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.