

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINO RUPARD, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23cv1357 CAB (BLM)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED |

On February 5, 2025, this Court issued an Order to Show Cause (OSC) why monetary sanctions should not be imposed on counsel for Defendant, County of San Diego ("County"). ECF No. 176 at 21-23. In this Order, the Court described a number of deficiencies in the pleadings filed by counsel for the County and found that the "County's failure to provide a full and accurate record before the Court has caused unreasonable delays in discovery and wasted judicial resources." Id. at 23. Counsel were ordered to submit declarations to the Court addressing the errors found in the pleadings as well as explaining how the errors occurred and why they were not corrected before submitting the pleadings and documents to the Court. Id.

Counsel complied and submitted declarations in response to the Court's OSC. See ECF No. 183. The Court has reviewed these declarations and is satisfied that Counsel has taken responsibility for the errors and represented that they have taken remedial measures to prevent any similar errors from happening in the future.

1

23CV1357 CAB (BLM)

1      While the Court is disappointed in the quality of the pleadings that were submitted to the Court and finds that the deficiencies imposed a significant burden on the Court, the Court will not impose monetary sanctions at this time.  Accordingly, the Court discharges the OSC.

Dated:  3/14/2025

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge