# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Estate of Lonnie Rupard, et al. v. County of San Diego, et al.** | Case Number: | 23-CV-1357-CAB-BLM |

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: N/A

The dial in for the status conference on September 19, 2025 at 2:00 PM PST is +1 619-657-0677,,341246351#.

Date: September 18, 2025                                                              Initials: MS