AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| ESTATE OF LONNIE RUPARD, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.  3:23-cv-1357-CAB-JAC |
| COUNTY OF SAN DIEGO, et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

Date:  July 29, 2026

_CAROLINE M. PARK_
_Attorney's signature_

Caroline M. Park 344008
_Printed name and bar number_

Collins + Collins LLP
750 The City Drive, Suite 400
Orange, CA 92868
_Address_

cpark@ccllp.law
_E-mail address_

714-823-4100
_Telephone number_

714-823-4101
_FAX number_