# EXHIBIT 1

**From:** Nicholas R. Colletti <NColletti@cclip.law>
**Sent:** Tuesday, July 21, 2026 4:29 PM PT
**To:** Jeremiah Lowe; Eugene Iredale; Sarah Musumeci; Corey Krueger
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

All,

Looking ahead to some of our law and motion tasks, it appears prudent to have joint agreement and clarity on certain matters (also, I believe some of these matters have been previously discussed and agreed to in principle, but haven't been finalized).

1. Joint Motion for Leave of Court for Additional Pages for MSJ/Opposition/Reply – It's no secret this is a very large and somewhat complex case, with multiple parties and claims. It makes sense that the standard 25 pages for Motion and Opposition (and the 10 for the Reply as well), will not be suitable. As such, we would like to agree to additional pages for each (Motion, Opposition, Reply), and then file a joint motion for the Court to rule on.

a. We should discuss a number that we agree is reasonable.

2. Extension of Deadline for Daubert Motions – With the deadline for expert discovery pushed to September 15, 2026, it does not make sense to have the deadline for Daubert motions as September 4, 2026. We suggest at least a 30-day extension from the expert discovery deadline to October 15, 2026. Here, we would also suggest a joint motion to amend the scheduling order.

My office (me) would be happy to handle the initial drafts of both Motions and also have them filed upon completion/agreement from the parties.

While this is likely all fairly straightforward, feel free to give me a call with any questions, or we can all jump on a call/zoom as needed.

Thanks,

Nicholas R. Colletti