# EXHIBIT 2

Case 3:23-cv-01357-CAB-JAC    Document 283-3    Filed 07/31/26    PageID.5742    Page 1 of 2

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Tuesday, July 21, 2026 4:51 PM PT
**To:** Nicholas R. Colletti; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

We are open to these. The court likely won't want a huge increase in page limits, so we probably shouldn't ask for more than about 30-35 for moving papers and opposition, and perhaps 15-20 for reply. Even those could be viewed as excessive by the court.

I agree that Daubert motions need to have additional time, but that also raises an issue – with expert discovery running to September 15 and pre-trial motions to be filed by September 4, does it perhaps make sense to ask the court to push the pre-trial motion filing deadline (to include MSJs) to the same time as the later Daubert motion deadline, so that expert depos are done before motions are prepared and filed?

Corey E. Krueger