# EXHIBIT 4

**From:** Nicholas R. Colletti <NColletti@cclip.law>
**Sent:** Wednesday, July 29, 2026 11:21 AM PT
**To:** Corey Krueger; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

All,

The County Defendants agree here re: Moving the trial date and the associated deadlines.

Also, re: additional pages, we obviously will need to further discuss the number, but the County anticipates needing well beyond the 25 page limit.

Would we like to jump on a zoom to further discuss? What is everyone's availability for the rest of the week?

Thanks,

Nicholas R. Colletti