# EXHIBIT 5

**From:** Jeremiah Lowe <jeremiah@lowelawapc.com>
**Sent:** Wednesday, July 29, 2026 11:31 AM PT
**To:** Nicholas R. Colletti; Corey Krueger; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

I will do my best to make myself available for a meet and confer. Plaintiff's position is that we are not agreeable to extending any deadlines, nor the trial date. Further, we will not stipulate to additional pages for MSJs.

Sincerely,

Jeremiah Lowe