# EXHIBIT 6

**From:** Nicholas R. Colletti <NColletti@cclip.faw>
**Sent:** Wednesday, July 29, 2026 3:37 PM PT
**To:** Jeremiah Lowe; Corey Krueger; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

All,

I am available the rest of the day, and I am flexible tomorrow. Let's put something on calendar in that time frame.

Although, from the sound of Mr. Lowe's email, even in the face of the very real concerns and conflicts raised by Mr. Krueger (and myself), it does not appear that Plaintiffs have much more to say, and they are not agreeable in any way.

Mr. Lowe, please let us know if a further meet and confer call and further discussion would be futile in your estimation. I'd hate to waste everyone's time, for Plaintiffs to simply continue to be unwilling to work collaboratively. It may be more prudent and efficient to move forward with a motion to the Court.

Let us know.

Thanks,

Nicholas R. Colletti