# EXHIBIT 7

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Wednesday, July 29, 2026 4:38 PM PT
**To:** Nicholas R. Colletti; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

I have availability tomorrow (7/30) before 10:30am or after 1pm. On Friday (7/31), I'm available before 10am or after 12pm.

Corey E. Krueger