# EXHIBIT 9

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Wednesday, July 29, 2026 6:02 PM PT
**To:** Nicholas R. Colletti; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

All, I had not realized that Judge Cabral changed our August 10 MSC from Zoom to in-person. I have an email out to my carrier and client to see if we can still make that happen. Regardless, with two fact discover motions to compel still pending and much expert discovery still outstanding, I don't know if August 10 is going to be a productive date. I propose to add moving the MSC to the list of things we will discuss. Thanks.