# EXHIBIT 10

**From:** Nicholas R. Colletti <NColletti@ecllp.law>
**Sent:** Wednesday, July 29, 2026 6:30 PM PT
**To:** Corey Krueger; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** Re: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

I am also not available 130-430 Friday.

Nicholas R. Colletti