# EXHIBIT 11

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Thursday, July 30, 2026 12:54 PM PT
**To:** Nicholas R. Colletti; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

There being no response or acknowledgment from plaintiffs' counsel other than Jeremiah's email in which he expressed opposition to all requests, I think we will need to proceed with a request to the Court. I have confirmed today that my adjuster cannot attend the MSC in person on the date specified due to the travel involved, but can attend via Zoom. We will include a request to the Court continuing the MSC, or alternatively allowing Zoom appearance.