# EXHIBIT 12

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Friday, July 31, 2026 9:49 AM PT
**To:** Nicholas R. Colletti; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

All,

Following up on my email of yesterday, please accept this email as formal notice that we will be filing an Ex Parte Application seeking the following:

• Continuance of the MSC, or alternatively converting it back to videoconference attendance

• Continuance of all dates on the scheduling order, starting with rebuttal reports and all the way through trial date

As discussed in this chain, there are a number of issues warranting change to the scheduling order, all of which will be briefed in the papers.

Judge Cabral does not provide hearing dates for Ex Parte Applications. I expect to file the papers later today, but it could roll over to Monday. Either way, I will try to update you once I know for sure when they will be filed. Thank you.

Corey Krueger