# EXHIBIT 13

**From:** Nicholas R. Colletti <NColletti@ecllp.law>
**Sent:** Friday, July 31, 2026 10:11 AM PT
**To:** Corey Krueger; Jeremiah Lowe; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn; Caroline M. Park
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

Thanks Corey,

To be clear, the County agrees with Liberty's positions and understands the issues raised in previous correspondence necessitating the requested Court intervention. The County intends to join in Liberty's motion. The County also intends to raise the issues of extension of page numbers which was another matter summarily dismissed by Plaintiffs.

Best,

Nicholas R. Colletti