# EXHIBIT 14

**From:** Jeremiah Lowe <jeremiah@lowelawapc.com>
**Sent:** Friday, July 31, 2026 10:13 AM PT
**To:** Nicholas R. Colletti; Corey Krueger; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn; Caroline M. Park
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

To clarify, Plaintiff is not opposed to virtual appearances at the MSC, but will oppose the remainder of the requests.