# EXHIBIT 15

**From:** Corey Krueger <CKrueger@tresslerllp.com>
**Sent:** Friday, July 31, 2026 10:25 AM PT
**To:** Jeremiah Lowe; Nicholas R. Colletti; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn; Caroline M. Park
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

Jeremiah, I just spoke with Gene, who told me that he does want in-person attendance (ie, he opposes returning to virtual), but he is open to a reasonable continuance of the MSC. He does oppose the other relief sought. Please coordinate with Gene and provide the consolidated plaintiff view. Thanks.