# EXHIBIT 16

**From:** Jeremiah Lowe <jeremiah@lowelawapc.com>
**Sent:** Friday, July 31, 2026 10:43 AM PT
**To:** Corey Krueger; Nicholas R. Colletti; Eugene Iredale; Sarah Musumeci
**Cc:** Rada Feldman; Robert S. Kahn; Caroline M. Park
**Subject:** RE: (25163) | Rupard v. CSD et al | Meet and Confer re: MSJ and Daubert Motions

Got it. To avoid any confusion with the back and forth, consistent with Corey's discussion with Gene, we are amenable to a brief (1-3 week) continuance of the MSC in order for allow for personal attendance.