UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LONNIE RUPARD,<br><br>                              Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.:  23-cv-1357-CAB-JAC<br><br>**ORDER FOR AMENDED PRIVILEGE LOG** |

Before the Court is Plaintiff Estate of Lonnie Rupard's Motion to Compel the Production of Internal Affairs Records. ECF No. 276. Defendant County of San Diego opposes the Motion. ECF No. 280.

Plaintiff challenges the County's assertion of attorney-client privilege, work product protection, official information privilege, and deliberative process privilege for certain internal affairs documents. ECF No. 276. The County's privilege log lacks sufficient detail to determine the applicability of these privileges and protections. ECF No. 275. Necessary but missing information includes: (1) the author of the document; (2) the identity of all individuals listed as receiving a copy of the document and their relationship to the County; (3) the identity of any other individuals to whom the document was disseminated and their relationship to the County; and (4) a description of the subject matter or nature of the

23-cv-1357-CAB-JAC

document with enough detail that Plaintiff and the Court may determine whether the document is relevant to the customs or course of conduct that Plaintiff alleges. Specifically, the County is ordered to describe the nature of the complaint which is the subject of the IA investigation. A statement that the document is not related to Lonnie Rupard is insufficient. The Court, therefore, directs the County to lodge under seal and serve on Plaintiff an amended privilege log on or before **August 14, 2026**. The Court orders that this amended privilege log shall be subject to the Protective Order entered in this case and may not be used or disseminated outside the scope of this current litigation.

**IT IS SO ORDERED**.

Dated:  August 4, 2026

_Janet A. Cabral_

Hon. Janet A. Cabral
United States Magistrate Judge

23-cv-1357-CAB-JAC