**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**

Attorneys for Defendants,
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA -

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>                    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>                    Defendants. | CASE NO. 3:23-cv-1357-CAB-JAC<br>*Assigned to Hon. Cathy Ann Bencivengo Magistrate Hon. Janet A. Cabral in Dept. 15A*<br><br>**DECLARATION OF RADA FELDMAN IN SUPPORT OF COUNTY DEFENDANTS' EX PARTE APPLICATION AND REQUEST TO EXCUSE INDIVIDUAL SUPERVISOR DEFENDANTS SHERIFF KELLY MARTINEZ, FORMER SHERIFF BILL GORE, AND CHIEF MEDICAL OFFICER JON MONTGOMERY, D.O.** |

**COLLINS + COLLINS** LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

*25163*

1

**FROM ATTENDANCE AT THE AUGUST 10, 2026 MANDATORY SETTLEMENT CONFERENCE**

**Complaint Filed:   7/26/2023**
**Trial Date:        2/8/2027**

## DECLARATION OF RADA FELDMAN

I, Rada Feldman, declare:

1.     I am an attorney admitted to practice before this Court and a partner with Collins + Collins LLP, counsel of record for the County Defendants. The following facts are personally known to me, and if called as a witness I could and would competently testify to them.

2.     I submit this Declaration in support of the County Defendants' request to excuse the Supervisor Defendants Sheriff Kelly Martinez, Former Sheriff Bill Gore, and Chief Medical Officer Jon Montgomery, D.O., from in-person and/or remote standby attendance at the Mandatory Settlement Conference (MSC) set for August 10, 2026 (or at such future date not yet determined and to be determined).

3.     During the meet and confer call between all parties, Plaintiff agreed to excusing all named deputy Defendants (Miguel Aguilera, Jason Viladiu, Gustavo Martinez, Jeff Amado, Ernesto Aguirre, Treyvonne James, Bernardo Romero, Michael Johnson, Andrew Torres, Allen Wereski, Blade Romans, Linda Gutierrez, and Thomas Mace) and the clinician Defendant Christina Goodall (sued as Christina Anosike) from in-person and standby remote attendance at the MSC. These parties therefore will not attend and a concurrent application for an order excusing their attendance will be filed.

4.     The Court has set the MSC for August 10, 2026, at 9:30 a.m., mostly in-person before Magistrate Judge Janet A. Cabral. (Dkt. 264.)

5.     The Court's Order Setting Mandatory Settlement Conference issued by Magistrate Judge Major (Dkt. 245) states that, "[a]ll parties, adjusters for insured

*25163*

**DECLARATION OF FELDMAN IN SUPPORT OF EX PARTE**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, as well as the principal attorneys responsible for the litigation." (Dkt. 245, ¶ 3(a)). It is County Defendants' understanding that Court's Order provides that all parties, adjusters, and other representatives with settlement authority are required to participate in the MSC.

6.     The Court's Order at Dkt. 245, ¶ 3(a) provides that "all parties, adjusters, and other representatives having full and complete authority to enter into a binding settlement" — "as well as the principal attorneys responsible for the litigation" — must be present via videoconference for the MSC. County Defendants understanding is that Defendants Sheriff Kelly Martinez, former Sheriff Bill Gore, and Jon Montgomery, D.O. (the "Supervisor Defendants") do not have settlement authority for the County and therefore are not required to attend, whether in person or on standby by videoconference.

7.     Based on County Defendants' understanding of the Order, the Supervisor Defendants are excused from MSC attendance. These individual Supervisor Defendants do not have authority to enter into a binding settlement on behalf of the County Defendants. Authority rests with the County and its insurance carrier, whose representative will appear by videoconference; counsel with primary responsibility for the litigation will appear in person.

8.     Counsel for the parties met and conferred two different times via telephone on August 5, 2026 (at 9:00 a.m. and against at 2:00 p.m.). Although Plaintiff's counsel agreed to excuse the County deputy and clinician defendants from attendance, Plaintiff's counsel, Eugene Iredale, did not agree to the request to excuse the Supervisor Defendants. Mr. Iredale's provided reason for Plaintiff's position and his refusal to agreement to excuse their attendance is that these individual Supervisory Defendants are "parties" to the matter.

9.     Additionally, during the parties' 2:00 p.m. meet-and-confer call on August 5, 2026, my colleague Nicholas Colletti and I reasonably explained to Mr.

25163

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**DECLARATION OF FELDMAN IN SUPPORT OF EX PARTE**

Iredale what County Defendants' position was, specifically that under the plain text of the Court's MSC Order (Dkt. No. 245 ¶ 3(a)) issued by Magistrate Judge Major, the Supervisor Defendants are not required to attend because they are parties who do not have settlement authority and thus not required to appear.

10.    My colleague and I also requested during the discussion that the correspondence to the Court represented accurately that the County Defendants' counsel, County Counsel, and its carrier representative (those who would be required to attend per the Order (Dkt. No. 245) would be available on August 10, 2026, for the MSC, in contrast to Mr. Iredale's contention that County Defendants would not be available on the set date.

11.    During the parties' meet-and-confer call on August 5, 2026, my colleague Mr. Colletti and I explained to Plaintiff's counsel County Defendants' position that, under the plain text of the Court's MSC Order (ECF No. 245 ¶ 3(a)), the Supervisor Defendants are excused from attendance because they lack settlement authority and are not required to appear and that Dkt. 245 ¶ 3(a) provides attendance is required of all parties, insurer representatives, and others with full and complete settlement authority, plus principal attorneys. In response, rather than address the substance of that position, Plaintiff's counsel, Eugene Iredale, directed demeaning and profane remarks at Mr. Colletti and me, including: "You are an idiot;" "Learn to read;" "Learn the English language;" "You are on my last fucking nerve;" and "Be quiet, I don't want to talk to you anymore"; and further exclaiming in a loud and shouting tone that County's position was "frivolous." As a result of this exchange, the parties were unable to reach agreement on the excusal of the Supervisor Defendants, notwithstanding the County Defendants' good-faith effort to confer, and the dispute now requires the Court's resolution through this Application.

12.    In addition to excusal of Sheriff Martinez, Mr. Gore, and Dr. Montgomery from personal attendance at the Mandatory Settlement Conference, County Defendants will also be filing applications requesting an order for excusal of the other Individual

25163

**DECLARATION OF FELDMAN IN SUPPORT OF EX PARTE**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

County Defendant Parties (by agreement); and remote appearance by the carrier's representative.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2026, at Carlsbad, California.

DATED:  August 5, 2026

_____
RADA FELDMAN

**COLLINS + COLLINS** LLP
2011 Palomar Airport Rd., Suite
207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

*25163*

5

**DECLARATION OF FELDMAN IN SUPPORT OF EX PARTE**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                    )
                                       )  ss.
County of Los Angeles.                 )

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **DECLARATION OF RADA FELDMAN IS SUPPORT OF COUNTY DEFENDANTS' EX PARTE APPLICATION AND REQUEST TO EXCUSE INDIVIDUAL SUPERVISOR DEFENDANTS SHERIFF KELLY MARTINEZ, FORMER SHERIFF BILL GORE, AND CHIEF MEDICAL OFFICER JON MONTGOMERY, D.O. FROM ATTENDANCE AT THE AUGUST 10, 2026 MANDATORY SETTLEMENT CONFERENCE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on August 5, 2026 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-------------------------------------------------------------------------------
Evelyn Greve
egreve@ccllp.law

*25163*

1

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**ESTATE OF LONNIE RUPARD ET AL. V. COUNTY OF SAN DIEGO ET AL.**
Case Number: 3:23-cv-1357-CAB-JAC
CCLLP File Number: 25163

SERVICE LIST

Jeremiah A. Lowe
LOWE LAW, LLP
402 W. Broadway, Suite 1720
San Diego, CA 92101
T: (619) 878-2725 - F: (619) 878-2737
jeremiah@lowelawapc.com
laura@lowelawapc.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD and the Estate of Lonnie Rupard**

Eugene G. Iredale
Julia Yoo
Sarah Musumeci
Peter Bibring
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525 - F: (619) 233-3221
egiredale@iredalelaw.com
jyoo@iredalelaw.com
smusumeci@iredalelaw.com
admin@iredalelaw.com
creherman@iredalelaw.com
gjun@iredalelaw.com
sbrockett@iredalelaw.com
pbibring@iredalelaw.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD**

Corey E. Krueger
Alexandra Sennet
Kimberly B. Pinkerton
TRESSLER LLP
909 North Pacific Coast Highway, Suite 840
El Segundo, CA 90245
T: (310) 203-4800 - F: (323) 486-2704
ckrueger@tresslerllp.com
asennet@tresslerllp.com
kpinkerton@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**

25163

2

**DECLRATION OF RADA FELDMAN IN SUPPORT OF COUNTY DEFENDANTS' EX PARTE APPLICATION AND REQUEST TO EXCUSE FROM ATTENDANCE AT THE AUGUST 10, 2026 MANDATORY SETTLEMENT CONFERENCE**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111