**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;

Plaintiff,

vs.

COUNTY OF SAN DIEGO; et al.

Defendants.

CASE NO. 3:23-cv-1357-CAB-JAC
***Assigned to Hon. Cathy Ann Bencivengo***
***Magistrate Hon. Janet A. Cabral in Dept. 15A***

**NOTICE OF WITHDRAWAL OF DOCUMENT (ECF NO. 290)**

**Complaint Filed: 7/26/2023**
**Trial Date: 2/22/2027**

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**TO THE HONORABLE COURT, AND PLAINTIFF AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that Defendant County of San Diego ("the County") hereby submits this Notice of Withdrawal of the Amended Privilege Log lodged under seal with the Court and served on Plaintiff on August 14, 2026 (ECF No. 290), pursuant to the Court's August 4, 2026 Order for Amended Privilege Log (ECF No. 286).

The County mistakenly lodged and served the incorrect version of its Amended Privilege Log. The County therefore withdraws ECF No. 290 and has lodged and served the correct version, the Corrected Amended Privilege Log (ECF No. 291), with the Court and Plaintiff to substitute for and supersede the version served on August 14, 2026 (ECF No. 290). Defendant's counsel apologizes for any confusion.

The Corrected Amended Privilege Log remains subject to the Protective Order entered in this case and is lodged under seal and served on Plaintiff. The County respectfully requests that the Court and the parties treat the Corrected Amended Privilege Log (ECF No. 291) as the operative amended privilege log in place of the version served on August 14, 2026 (ECF No. 290).

DATED: August 15, 2026

COLLINS + COLLINS LLP

By: ______________________

RADA FELDMAN
ADAM A. AINSLIE
NICHOLAS R. COLLETTI
ROBERT S. KAHN
CAROLINE M. PARK
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA,

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111