UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF LONNIE RUPARD,
Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,
Defendants.

Case No.: 23-cv-1357-CAB-JAC

**ORDER REQUIRING IN CAMERA SUBMISSION**

Currently pending before the Court is a motion to compel the production of internal affairs records that Defendant County of San Diego claims are privileged. *See generally* ECF Nos. 276, 280. The County has filed its amended privilege log. ECF No. 291 (under seal). The Court finds that an *in camera* review of the contested documents will assist the Court in resolving the parties' dispute. Accordingly, the Court **ORDERS** that the County shall deliver hard copies of all contested documents to the Court no later than **September 2, 2026**. Any questions regarding this Order may be directed to the Court's staff at (619) 557-5874.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Hon. Janet A. Cabral
United States Magistrate Judge