UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF LONNIE RUPARD,
Plaintiff,
v.
COUNTY OF SAN DIEGO, et al.,
Defendants.

Case No.: 23-cv-1357-CAB-JAC

**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE**

Counsel, parties, and party representatives are ordered to appear in person for a Mandatory Settlement Conference ("MSC") in this case on **November 9, 2026** at **9:30 a.m.** before the Honorable Janet A. Cabral, United States Magistrate Judge, at the Edward J. Schwartz Federal Courthouse located at 221 West Broadway, San Diego, California, 92101. Upon arrival to the 5th floor, parties should contact Judge Cabral's chambers at 619-557-5874 to obtain check-in instructions. All discussions at the MSC will be informal, off the record, privileged, and confidential.

1. **Personal Appearance Required:** All named parties, party representatives, claims adjusters for insured defendants, and the principal attorneys responsible for the litigation must be present ***in person*** at the ENE, prepared to discuss and resolve the case. Counsel appearing without their clients (whether counsel has been given settlement

authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference. Unless there is good cause, persons required to attend the conference pursuant to this Order shall not be excused from personal attendance. Requests for excuse from attendance for good cause shall be made in writing at least five days prior to the conference.

2. **Full Settlement Authority Required:** In addition to counsel who will try the case, a party or party representative with full settlement authority must be present for the conference. In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present and must have discretionary authority to commit the corporation to pay an amount up to the amount of the Plaintiff's prayer (excluding punitive damages prayers). The purpose of this requirement is to have representatives present who can settle the case during the conference without consulting any other person. Counsel for a government entity is excused from this requirement if the government attorney who participates in the MSC (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

3. **Pre-MSC Settlement Demand:** Counsel for Plaintiff shall make a written settlement demand on Defendants with supporting documentation by **October 12, 2027**.

4. **Confidential MSC Statements Required:** By noon on **November 4, 2026**, each of the parties must submit via email (efile_cabral@casd.uscourts.gov) confidential statements no more than ten pages in length. Confidential MSC statements must include the following: (1) the party's statement of the case, identifying controlling legal issues and concisely setting out issues of liability and damages; and (2) the party's settlement position, including any previous settlement negotiations, mediation sessions, or mediation efforts, the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. The County's brief also must

include a description of any settlement approval process required by applicable law or policy.

**IT IS SO ORDERED**.

Dated: August 27, 2026

Hon. Janet A. Cabral
United States Magistrate Judge