**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>Defendants. | Case No. 3:23-cv-1357-CAB-JAC<br><br>**ORDER PARTIALLY GRANTING COUNTY DEFENDANTS' EX PARTE MOTION TO INCREASE PAGE LIMIT FOR COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 297] |

Defendants' COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE (hereinafter "County Defendants"), by and through their counsel, have jointly moved this Court for an Order granting leave to file one consolidated

memorandum of points and authorities for all County Defendants in excess of the page limits specified in Local Rule 7.1(h) with respect to County Defendants' Motion for Summary Judgement.

The Court **PARTIALLY GRANTS** the motion and **ORDERS** that County Defendants shall have up to 50 pages for their consolidated Motion for Summary Judgment, Plaintiff shall have up to 50 pages for the Opposition and County Defendants shall have up to 30 pages for the Reply.

Dated: September 18, 2026



Hon. Cathy Ann Bencivengo
United States District Judge