UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF LONNIE RUPARD,
Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,
Defendants.

Case No.: 23-cv-1357-CAB-JAC

**ORDER FOR DEFENDANT COUNTY OF SAN DIEGO TO RETRIEVE AND MAINTAIN INTEGRITY OF LODGED INTERNAL AFFAIRS DOCUMENTS**

On August 25, 2026, the Court ordered Defendant County of San Diego to deliver to the Court hard copies of the internal affairs documents identified as responsive to the discovery request at issue in Plaintiff's motion to compel (ECF No. 276), but which the County withheld due to a claim of privilege. ECF No. 293. On September 2, 2026, the County lodged the hard copies to the Court. The Court conducted an *in camera* review of the contested documents and issued an order on Plaintiff's motion to compel on September 16, 2026. ECF No. 298. The Court **ORDERS** the Clerk of the Court to return the lodged internal affairs documents to counsel for Defendant County of San Diego.

Defendant **SHALL RETRIEVE** the documents from the Clerk's Office, located on the fourth floor of the Carter-Keep Courthouse, 333 West Broadway, Suite 420 in San Diego, CA 92101 <u>within 7 days</u> of the docketing of this order. Upon a showing of proper

identification, the Clerk may release the documents to either (1) counsel of record for Defendant County of San Diego or (2) Joseph Holden. Defendant **SHALL MAINTAIN** the integrity of the documents reviewed by the Court pending the resolution of this case.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Hon. Janet A. Cabral
United States Magistrate Judge