Corey E. Krueger, Esq. (SBN 244989)
ckrueger@tresslerllp.com
Alexandra Sennet, Esq. (SBN 360861)
asennet@tresslerllp.com
TRESSLER LLP
909 North Pacific Coast Highway, Suite 840
El Segundo, California 90245
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ; AND JUSTINO RUPARD,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br><br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br>Magistrate Judge: Janet A. Cabral<br><br>**NOTICE OF WITHDRAWAL OF JOINT MOTION TO MODIFY SUMMARY JUDGMENT AND *DAUBERT* BRIEFING DEADLINES, FOR LEAVE TO EXCEED PAGE LIMITS AND FILE SEPARATE STATEMENTS, AND TO MODIFY REMAINING PRETRIAL AND TRIAL DATES [DOCUMENT NO. 302]** |

NOTICE IS HEREBY GIVEN THAT Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc., hereby withdraw its JOINT MOTION TO MODIFY SUMMARY JUDGMENT AND DAUBERT BRIEFING DEADLINES, FOR LEAVE TO EXCEED PAGE LIMITS AND FILE SEPARATE STATEMENTS, AND TO MODIFY REMAINING PRETRIAL AND TRIAL DATES filed with the court on October 9, 2026 as [DOCUMENT NO. 302]

/ / /

DATED: October 9, 2026

TRESSLER LLP

Corey E. Krueger
Alexandra Sennet
Attorneys for Defendants,
Anthony Cruz, D.O. and Liberty
Healthcare of California, Inc.

#4928-7876-0408