**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ,

Plaintiff,

vs.

COUNTY OF SAN DIEGO, et al.

Defendants.

Case No. 3:23-cv-1357-CAB-JAC

**ORDER PARTIALLY GRANTING JOINT MOTION TO MODIFY SCHEDULE AND SUMMARY JUDGMENT BRIEFING REQUIREMENTS**

[Doc. No. 304]

The parties have jointly moved to modify (1) the remaining case schedule and (2) this Court's summary judgment briefing requirements. [Doc. No. 304.] The Court very recently extended the then-existing deadlines at the County Defendants' request. [*See* Doc. No. 288.] Considering the history of this case and the recent extension already granted, the Court does not find good cause for the requested continuance. However, the Court will grant a shorter continuance of deadlines to account for the upcoming mandatory settlement conference. The revised schedule is set forth below:

///

| Event | Current Deadline | New Deadline |
|---|---|---|
| Mandatory Settlement Conference | November 9, 2026 at 9:30 a.m. | N/A |
| Pretrial and *Daubert* Motion Filing | October 30, 2026 | November 13, 2026 |
| Opposition to Pretrial and *Daubert* Motions | November 13, 2026 | December 4, 2026 |
| Replies in Support of Pretrial and *Daubert* Motions | November 20, 2026 | December 11, 2026 |
| Hearing on Pretrial and *Daubert* Motions | To be set by District Judge if argument is needed | N/A |
| Pretrial Disclosure | January 8, 2027 | January 29, 2027 |
| L.R. 16.1(f)(4) Meeting | January 15, 2027 | February 5, 2027 |
| Objections to Pretrial Disclosures and Deadline to File Motions *in Limine* | January 22, 2027 | February 12, 2027 |
| Lodge Proposed Final Pretrial Conference Order and Oppositions to Motions *in Limine* | January 29, 2027 | February 19, 2027 |
| Final Pretrial Conference and Motions *in Limine* Hearing | February 5, 2027 at 2:00 p.m. | February 26, 2027 at 2:00 p.m. |
| Trial | February 22, 2027 at 8:45 a.m. | March 8, 2027 at 8:45 a.m. |

///

///

///

///

The Court declines the request to submit a separate statement of facts. Liberty and Dr. Cruz may file a consolidated motion for summary judgment with up to 50 pages for opening, 50 pages for opposition, and 30 pages for reply.

Dated: October 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge