# EXHIBIT 1

EXHIBIT 1

# EXHIBIT 1

## COUNTY DEFENDANTS' EXHIBITS TO BE FILED UNDER SEAL

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 1 | Lonnie Rupard Prior Arrest Reports; SDSD Crime/Incident Reports (incl. Field Interview #168407) | COSD 001136-001142; COSD 000379-000380 | SEAL |
| 2 | Superior Court Records: Conviction (SCS305746); PRCS Revocation Petition; Felony Minutes re Competency | COSD 006428-006429; COSD 000691-000699 | SEAL |
| 3 | Probation PCMS Contact Reports (PRCS CPR210150) | COSD 001169-001208 | SEAL |
| 4 | Booking / eJIMS Inmate Detail / Mugshot; Inmate Detail Report | COSD 000700-000704; COSD 006426; COSD 006436 | SEAL |
| 5 | Receiving Screening Records (RN Samonte); Intake Medical Records | COSD 000027-000051 | SEAL |
| 6 | Refusal to Accept Medical Care (RN Ng) | COSD 000063-000064 | SEAL |
| 7 | Nursing (Ng) Intake Refusal of Medications | COSD 000496-000497 | SEAL |
| 8 | Criminal History: CLETS System Sheets | COSD 000420-000435; COSD 000679-000690 | SEAL |
| 10 | Psychiatric Progress Notes (Dr. Cruz) with RN addenda | COSD 000058-000062; duplicate COSD 000474-000478; COSD 004081-004085 | SEAL |
| 11 | Medication Administration Records (eMAR) | COSD 000143-000150; 000565–000571; 004187–004194 | SEAL |
| 12 | Documented Medication Refusals (33 daily forms) | COSD 000070-000135; COSD 000498-000563; COSD 004088-004153 | SEAL |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 13 | Sick Calls (psychiatric sick-call records) | COSD 000049; COSD 000152; COSD 000473; COSD 004078 | SEAL |
| 14 | TechCare Sick Call List | COSD 006437 | SEAL |
| 15 | 2020 Prior Sick Call Records | COSD 003587-003588 | SEAL |
| 16 | Classification Navigator Report; Inmate Classification Records | COSD 017940-017945; COSD 018168-018172 | SEAL |
| 17 | Area Activities Summary Report — Hygiene/Sanitation Inspections Log | COSD 000755-000758 | SEAL |
| 18 | Incident Report No. 224004460 (1/29/2022) and Segregated Housing Order | COSD 018163-018165; COSD 018167 | SEAL |
| 19 | QMHP Progress Note (MHC Goodall sued as Anosike) | COSD 000479–000486; COSD 000052–000057 | SEAL |
| 20 | SDSD Incident Report No. 224007616 (2/19/2022) and Segregated Housing Order | COSD 018160-018162; COSD 000443-000445; COSD 018166 | SEAL |
| 21 | Dr. Nicolas Badre Forensic-Psychiatry Examiner / FEU Competency-Examination File re Rupard (Case No. CPR210150) | COSD 006417-006432 | SEAL |
| 22 | Area Activity Logs Area 7 (3/10/2022-3/17/2022) | COSD 000160-000265<br>COSD 004591-004834 | SEAL |
| 23 | Deputy Defendants Shift Deployment / Staffing Sheets (Unit 7D) | COSD 004245-004590; COSD 000959-001135 | SEAL |
| 24 | Forensic Psychiatry Competency & Involuntary-Medication Reports (Dr. Badre) | COSD 000153-000158; duplicate COSD 000375-000380 | SEAL |
| 25 | Lonnie Rupard Mortality Review | COSD 002033-002035 | SEAL |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 26 | San Diego Prehospital Patient Record (Falck Unit M18) | COSD 018175-018178 | SEAL |
| 28 | Medical Examiner / Autopsy Report No. 2022-01007 and ME Reports | COSD 006376-006416 (SEAL); COSD 001678-001721; COSD 002057-002077; COSD 002085-002106 | PARTIAL — SEAL as to COSD 006376-006416 |
| 29 | Homicide / Follow-Up Investigative Reports (Det. Blumenshine) | COSD 001591-001632; COSD 001633-001677 | SEAL |
| 30 | Internal Affairs Complaint No. 2022-273 and Letter to File | COSD 006433-006436 | SEAL |
| 31 | District Attorney Declination; U.S. Attorney's Office Declination | COSD 018183; COSD 018184 | SEAL |
| 33 | SDSD Training Records History (13 deputy defendants) | COSD 009060-009089 | SEAL |
| 34 | LMS Training Transcript — Dep. Linda A. Gutierrez | COSD 009867-009935 | SEAL |
| 35 | LMS Training Transcript — Christina N. Anosike (sued as Goodall) MHC | COSD 009936-009938 | SEAL |
| 36 | LMS Training Transcript — Cpl. Thomas R. Mace | COSD 009939-009973 | SEAL |
| 37 | LMS Training Transcript — Dep. Ernesto Aguirre Jr. | COSD 009974-010008 | SEAL |
| 38 | LMS Training Transcript — Dep. Andrew S. Torres | COSD 010009-010043 | SEAL |
| 39 | LMS Training Transcript — Dep. Bernardo J. Romero | COSD 010044-010052 | SEAL |
| 40 | LMS Training Transcript — Dep. Miguel A. Aguilera | COSD 010053-010065 | SEAL |
| 41 | LMS Training Transcript — Dep. Jeff Ryan M. Amado | COSD 010066-010114 | SEAL |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 42 | LMS Training Transcript — Dep. Jason J. Viladiu | COSD 010115-010155 | SEAL |
| 43 | LMS Training Transcript — Sgt. Michael J. Johnson | COSD 010156-010215 | SEAL |
| 44 | LMS Training Transcript — Dep. Allen P. Wereski | COSD 010216-010245 | SEAL |
| 45 | LMS Training Transcript — Dep. Treyvonne J. James | COSD 010246-010283 | SEAL |
| 46 | LMS Training Transcript — Cpl. Blade W. Romans | COSD 010284-010337 | SEAL |
| 47 | LMS Training Transcript — Dep. Gustavo Martinez | COSD 010338-010399 | SEAL |
| 48 | Academy/POST Certificate — Dep. Miguel Aguilera (cert at 007270) | COSD 007270-007527 | SEAL |
| 49 | Academy/POST Certificate — Dep. Ernesto Aguirre Jr. (cert at 007531) | COSD 007528-007818 | SEAL |
| 50 | Academy/POST Certificate — Dep. Jeff Ryan M. Amado (cert at 007820) | COSD 007819-007928 | SEAL |
| 51 | Academy/POST Certificate — Dep. Linda A. Gutierrez (cert at 008023) | COSD 007929-008027 | SEAL |
| 52 | Academy/POST Certificate — Dep. Treyvonne J. James (cert at 008031) | COSD 008028-008206 | SEAL |
| 53 | Academy/POST Basic Certificate — Sgt. Michael J. Johnson (008207; 008301-008302) | COSD 008207-008308 | SEAL |
| 54 | Academy/POST Certificate — Dep. Thomas R. Mace (cert at 008309) | COSD 008309-008557 | SEAL |
| 55 | Academy/POST Certificate — Dep. Gustavo Martinez (cert at 008558) | COSD 008558-008752 | SEAL |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 56 | Academy/POST Certificate — Cpl. Blade W. Romans (cert at 008754) | COSD 008753-008849 | SEAL |
| 57 | Academy/POST Certificate — Dep. Bernardo J. Romero (cert at 008850) | COSD 008850-009059 | SEAL |
| 58 | Academy/POST Certificate — Dep. Andrew S. Torres (cert at 009167) | COSD 009090-009343 | SEAL |
| 59 | Academy/POST Basic Certificate — Dep. Jason J. Viladiu (009344; 009346) | COSD 009344-009517 | SEAL |
| 60 | Academy/POST Certificate — Dep. Allen P. Wereski (cert at 009526) | COSD 009518-009713 | SEAL |
| 61 | Deputy Personnel / WTU Files (13 deputy defendants) | COSD 009714-009814 | SEAL |
| 63 | DSB Manual of Policies & Procedures / Green Sheets – Safety-Check Green Sheets (I.64.C.1) | COSD 006438-006439; COSD 006451-006454 | PARTIAL — SEAL Safety-Check Green Sheets only |
| 64 | Mental Health Master Staffing Plan | COSD 002040-002041 | SEAL |
| 66 | SDCJ Area Activities Log full custody period (12/19/2021-3/16/2022) | COSD 001818-002026 | SEAL |
| 67 | Area Activity Reports | COSD 004864-006087 | SEAL |
| 68 | Depo of Linda Gutierrez (12/11/2024) — conf. exhibits | COSD 000159; COSD 000160-000163; COSD 001728-001729 | SEAL (confidential exhibits) |
| 69 | Depo of Christina Goodall/Anosike (12/16/2024) — conf. exhibits | Ex. 20 Sick Calls (COSD 000152) | SEAL (confidential exhibits) |
| 70 | Depo of Blade Romans (1/13/2025) — conf. exhibits | COSD 000160; COSD 001722-001724 | SEAL (confidential exhibits) |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 72 | Depo of Jon Montgomery D.O. Vol. I (1/15/2026) — conf. exhibits | COSD 002085-002106; COSD 000059-000062; COSD 000052-000058; COSD 002033-002035 | SEAL (confidential exhibits) |
| 80 | Depo of Thomas Randall Mace (2/27/2026) — conf. exhibits | COSD 004885; COSD 000704-000711 | SEAL (confidential exhibits) |
| 81 | Depo of Michael Joseph Johnson (2/27/2026) — conf. exhibits | COSD 000266-000274; COSD 000169 | SEAL (confidential exhibits) |
| 82 | Depo of Anthony Cruz M.D. (3/3/2026) — conf. exhibits | COSD 000058-000065; COSD 003141; COSD 004078; COSD 000565-000571; COSD 000498-000563; COSD 006437 | SEAL (confidential exhibits) |
| 83 | Deposition of Serina Rognlien-Hood, 30(b)(6) (3/26/2026) — transcript stamped Confidential; conf. exhibits | COSD 000152; COSD 017963 | PARTIAL — SEAL confidential exhibits (Ex. 1 Sick Calls, COSD 000152; Ex. 13 Medical Services Deployment, COSD 017963) and any transcript pages quoting inmate medical records; transcript otherwise filed publicly |
| 84 | Depo of Andrew Santiago Torres (4/13/2026) — conf. exhibits | COSD 001163-001168; COSD 000136-000139 | SEAL (confidential exhibits) |
| 85 | Depo of Miguel Aguilera (4/13/2026) — conf. exhibits | COSD 000183 | SEAL (confidential exhibits) |
| 86 | Depo of Allen Wereski (5/18/2026) — conf. exhibits | COSD 000707-000711 | SEAL (confidential exhibits) |

# EXHIBIT 1

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| 90 | Depo of Bethann Schaber M.D. Medical Examiner (5/5/2025) — conf. exhibit (Ex.1 Autopsy + toxicology) | (autopsy report) | SEAL (confidential exhibit) |
| 91 | Depo of Nicolas Badre M.D. (12/19/2025) — conf. exhibits | COSD 000136-000139; COSD 000140-000141; COSD 006417-006432; COSD 000343-000344 | SEAL (confidential exhibits) |
| 92 | Depo of Det. Max Blumenshine (1/7/2026) — conf. exhibits | COSD 001637-001655; COSD 001633-001636; COSD 001656-001677; COSD 000266-000274; COSD 000051 | SEAL (confidential exhibits) |
| 93 | Depo of Lt. Gino Matrone (1/16/2026) — conf. exhibits | COSD 004864-004889; COSD 000755-000758 | SEAL (confidential exhibits) |
| 94 | Depo of Sandeep Jouhal M.D. Liberty (4/10/2026) — conf. exhibits | COSD 003601; COSD 000058-000062 | SEAL (confidential exhibits) |
| 95 | Depo of Francis Ysla M.D. Liberty (4/10/2026) — conf. exhibit | COSD 000058-000062 | SEAL (confidential exhibit) |
| 105 | Declaration of Christina Goodall (sued as Anosike) with Exs. (a)-(b) | COSD 000479; [DOPS spreadsheets] | PARTIAL — CONFIDENTIAL (redacted) |