**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants,
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;

Plaintiffs,

vs.

COUNTY OF SAN DIEGO; et al.

Defendants.

CASE NO. 3:23-cv-1357-CAB-JAC
***Assigned to Hon. Cathy Ann Bencivengo***
***Magistrate Hon. Janet A. Cabral, Dept. 15A***

**DECLARATION OF ROBERT S. KAHN IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Date:
Time:
Dept.: 15A
**Complaint Filed: 7/26/2023**
**Trial Date: 3/08/2027**

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

# DECLARATION OF ROBERT S. KAHN

I, Robert S. Kahn, declare as follows:

1. I am an attorney licensed to practice before this Court and a partner at Collins + Collins LLP, counsel of record for the County Defendants in this action. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently to them.

2. I submit this Declaration in support of the County Defendants' Application to File Documents Under Seal. Its purpose is to identify the materials the County Defendants seek to file under seal and to set forth the specific factual basis for the confidential treatment of each.

3. On December 28, 2023, the Court entered the stipulated Protective Order (ECF No. 46) governing the handling of confidential discovery materials in this action. In the course of discovery, the County Defendants designated the documents identified in **Exhibit 1** to the Application as confidential pursuant to the Protective Order, based on an articulable, good-faith belief that each qualifies for protection.

4. The documents identified in **Exhibit 1** are the confidential exhibits included in the County Defendants' Appendix of Evidence in support of their forthcoming Motion for Summary Judgment. **Exhibit 1** identifies each exhibit by Bates number and the specific privacy or security interest supporting its confidential treatment, and falls within the following categories: (a) the decedent's and non-parties' medical, mental-health, and psychiatric records; (b) the Medical Examiner and autopsy records and the decedent's criminal-history, court, booking, classification, and investigative records; (c) peace-officer personnel, training, and POST/academy records; (d) security-sensitive jail operational materials; and (e) confidential deposition transcripts and exhibits.

5. The County Defendants seek to file the exhibits identified in **Exhibit 1** under seal in the manner and to the extent set forth in **Exhibit 1** — most in their



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

entirety, and a limited number only in part or with the confidential portions redacted, as **Exhibit 1** specifies. The County Defendants' Motion for Summary Judgment and supporting memorandum will be filed on the public docket, with only discrete confidential information quoted from the sealed exhibits redacted, so that the public record reflects the substance of the matters on which the motion will be decided.

6. The County Defendants do not lodge the proposed sealed documents with the public Application. They will lodge the proposed sealed documents separately, deliver courtesy copies of the Application and the unredacted materials to Chambers within twenty-four hours of filing, and submit a proposed order to Chambers in Word format.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2026, at Pasadena, California.

ROBERT S. KAHN

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111