# EXHIBIT 1

EXHIBIT 1

# EXHIBIT 1

## PLAINTIFF'S EXHIBITS TO BE FILED UNDER SEAL

COSD007270-17939 Personnel Records (training records only)

COSD 000026-150 Medical Records

COSD 006376-6416 Autopsy Report and ME's Office Notes

COSD 006417-6432 Dr. Badre Emails and Attachments

COSD 000152 Lonnie Rupard Sick Calls.

COSD 000153-158 Dr. Badre Reports

COSD 000161-265 Area Activities Summary Report

COSD000266-274 Blumenshine Report 2.7.2024

COSD 000275-280 L.2.C.1 Green Sheet 1.4.2024

COSD 000343-344 Dr. Badre's Response to CLERB

COSD 000381-382 Lab Report

COSD 000383-392 Lab Investigation Notes

COSD 000393-396 Thumbnails of Scene Photos

COSD  000397-403 Thumbnails of Autopsy Photos

COSD 000408 Houg Lab Service Report 03.24.2022

COSD 000409 Crime Lab - Crime Scene Investigation Notes

COSD 000410 Sheriff's Evidence Report

COSD 000411-412 Gervasoni Lab Service Report

COSD 000413 Lab Service Report

COSD 000414-419 Sheriff's Evidence Report

COSD 000436-440 Incident Detail Report 3.17.2022

COSD 000441-442 Homicide Briefing Log 3.18.2022

COSD 000443-445 Incident Report 02.19.2022

**EXHIBIT 1**

COSD 000446-449 Pre-Hospital Patient Record 03.17.2022

COSD 000572-611 Rescue Report 03.18.2022

COSD 000612-618 Reason Code Table

COSD 000652-653 Refusal of Medical Treatment 07.06.2020

COSD 000673-676 Photos of Rupard

COSD 000677-678 Timeline

COSD 000707-711 Floor Evacuation List 3.18.2022

COSD 000712 Inmate History Summary Report

COSD 000713-727 Area Activities Summary Reports

COSD 000743 Segregated Housing Order 1.31.2022

COSD 000744-746 Incident Report 02.19.2022

COSD 000747 Segregated Housing Order 02.20.2022

COSD 000748 Disciplinary Rights Waiver 02.19.2022

COSD 000751 Sheriff's Quality Assurance Review Sheet

COSD 000752 Warrant Abstract 12.19.2021

COSD 000755-758 Area Activity Sheet

COSD 000904-908 Hearing Report - Incident 01.29.2022

COSD 000909-913 Hearing Report - Incident 02.19.2022

COSD 000959-1091 SDCJ Staffing Logs 01.09.2022-03.15.2022

COSD 001092 SDCJ Staffing Log 03.16.22

COSD 001093-1094 SDCJ Staffing Log 03.17.2022

COSD 0001095-1135 SDCJ Staffing Logs 12.19.2021-01.08.2022

COSD 001143-1148 Policy 1.43 Count Procedures 05.09.2022

COSD 001149-1154 L.2.C.1 Sanitation and Hygiene Inspections 04.06.2022

COSD 001155-1157 1.43 Inmate Count Procedures 12.23.2020

# EXHIBIT 1

COSD 001158 L.2 Sanitation and Hygiene Inspections 07.03.2018

COSD 001159-1160 Green Sheet 1.43.C.1 Count Procedure 02.14.2022

COSD 001161-1162 Green Sheet 1.43.C.1 Inmate Count Procedure 08.17.2020

COSD 001163-1168 L.2.C.1 Sanitation and Hygiene Inspection 09.12.2019

COSD 001208 Warrant Violation of Probation Terms 12.08.2021

COSD 001216-1442 Autopsy Photos of Lonnie Rupard

COSD 001443-1451 Autopsy Photos of Lonnie Rupard's Belongings

COSD 001452-1458 Photos of Rupard's Cell and Hallway

COSD 001459-1509 Photos of Module 7D

COSD 001510-1547 Photos of Rupard's Cell

COSD 001556-1573 Photos of Module 7D, Medical Equipment and Stretcher

COSD 001574-1580 Photos of Rupard entering shower and on stairs

COSD 001581-1590 Photos of Module 7D

COSD 001591 Angel Ortiz Officer Report 03.18.2022

COSD 001592-1593 Robert Mata Officer Report 03.18.2022

COSD 001594-1595 Justin Officer Report 03.18.2022 - Justin Labrador

COSD 001596-1597 Officer Report 03.18.2022 - Kevin Moore

COSD 001598-1601 Officer Report 03.18.2022 - Devin Rodarte

COSD 001602 Officer Report 03.18.2022 - Dylan Wannamaker

COSD 001603-1604 Officer Report 03.18.2022 - Benjamin Costelow

COSD 001605-1606 Officer Report 03.18.2022 - Gaspar Salvador

COSD 001607-1618 Crime Incident Report 3.18.2022 - Michael Crowley

COSD 001619-1621 Officer Report 03.18.2022 - Scott Paris

COSD 001622-1625 Officer Report 03.18.2022 - Victorino David

COSD 001626-1628 Officer Report 03.18.2022 - Jesus Magna, Jr.

**EXHIBIT 1**

COSD 001629 Officer Report 03.29.2022 - Chase Meyer

COSD 001630-1632 Officer Report 03.30.2022 - Francis Gardner

COSD 001633-1636 Follow Up Investigative Report re Autopsy - Det. Blumenshine

COSD 001637-1649 Follow Up Investigative Report by Det. Blumenshine 06.07.2022

COSD 001650-1651 Follow Up Investigative Report by Det. Jurisaga 05.18.2022

COSD 001652-1653 Follow Up Investigative Report by Det. Pantoja 06.07.2022

COSD 001654-1655 Follow Up Investigative Report by Det. Spencer 06.08.2022

COSD 001656-1677 Follow Up Investigative Report Il by Det. Blumenshine 03.16.2023

COSD 001678-1721 Medical Examiner and Toxicology Reports

COSD 001682-001721 Rupard Autopsy Report

COSD 001722-1724 Follow Up Investigative Report by Det. Jurisaga

COSD 001725-1727 Follow Up Investigative Report by Det. Jurisaga

COSD 001728-1729 Follow Up Investigative Report by Det. Jurisaga

COSD 001730-1731 Follow Up Investigative Report by Det. Pantoja

COSD 001732-1733 Follow Up Investigative Report by Det. Pantoja

COSD 001734-1735 Follow Up Investigative Report by Det. Pantoja

COSD 001736-1737 Follow Up Investigative Report by Det. Pentoja

COSD 001738 - 2022-01-29 10-54-20-574

COSD 001739 - 0 - 2022-03-15 20-20-00-420

COSD 001740 - 0 - 2022-03-15 22-04-07-632

COSD 001741 - 0 - 2022-03-15 23-46-40-304

COSD 001742 - 0 - 2022-03-16 01-21-27-452

COSD 001743 - 0 - 2022-03-16 02-56-14-600

**EXHIBIT 1**

COSD 001744 - 0 - 2022-03-16 04-30-34-364

COSD 001745 - 0 - 2022-03-16 06-05-28-189

COSD 001746 - 0 - 2022-03-16 07-43-23-684

COSD 001747 - 0 - 2022-03-16 09-27-23-850

COSD 001748 – 0 – 2022-03-16 22-00-00-125

COSD 001749 - 0 - 2022-03-16 23-46-28-565

COSD 001750 - 0 - 2022-03-17 01-23-37-307

COSD 001751 - 0 - 2022-03-17 02-58-31-133

COSD 001752 - 0 - 2022-03-17 04-33-39-720

COSD 001753 - 0 - 2022-03-17 06-08-40-225

COSD 001754 - 0 - 2022-03-17 07-47-36-499

COSD 001755 -0 - 2022-03-17 09-32-25-154

COSD 001756 - 0 - 2022-03-17 11-17-00-385

COSD 001757 - 0 - 2022-03-17 12-51-48-536

COSD 001758 - 0 - 2022-03-17 14-31-18-872

COSD 001759 - 0 - 2022-03-17 16-15-25-717

COSD 001760 - 0 - 2022-03-17 18-00-26-663

COSD 001761 - 0 - 2022-03-17 19-46-28-386

COSD 001762 - 0 - 2022-03-17 21-31-36-444

COSD 001763 - 0 - 2022-03-17 23-11-20-071

COSD 001764 - 1 - Food Pushed into Cell

COSD 001765 - 2 - Security Check Before Rupard Found Deceased

COSD 001766 - 3 - Security Check of Rupard Found Unresponsive

COSD 001767 - 4 - Rupard Removed from Cell

COSD 001768 - 5 - FD Arrival

**EXHIBIT 1**

COSD 001769 - 6 - Chism contact

COSD 001788 - Deputy B. Romans 3-18-22

COSD 001789 - Deputy F. Mendoza 3-18-22

COSD 001790 - Deputy Gutierrez

COSD 001791 - Deputy L. Gutierrez 3-18-22

COSD 001792 - Deputy Mendoza

COSD 001793 - Deputy Romans

COSD 001802 - Nurse Barrera, Jameelyn 3-18-22

COSD 001803 - Nurse Echon, Carina 3-18-22

COSD 001804 - Nurse Gomez-Mercado, Marisol 3-18-22

COSD 001805 - Nurse Samonte, Ben 3-18-22

COSD 001806 - Ramsey Sweidan BN 22710401 Cell 13

COSD 001807 - Rupard Alive at 3-16-21 0714 Video Clip

COSD 001809 - Rupard, Ronnie 3-18-22 (Blumenshine)

COSD 001810 - Scott Miller 21147051 (1)

COSD 001811 - Security Check of Rupard Found Deceased (Entire Video)

COSD 001812 - WS701207 (WONDAFRASH)

COSD 001813 - WS701208 (BARONE)

COSD 001814 - WS701209 (CHISM)

COSD 001815 - X81141554-2021-08-23-15-29-46 (2021) (Price)

COSD 001818-002026 Activity Log 12.19.2021-03.16.2022

COSD 002027-2032 RN-LVN Shift Logs 02.25.2022-03.24.2022

COSD 002033-2035 Montgomery Notes re Rupard Medical Review

COSD 002036-2037 CLERB Employee Response Form to Badre

COSD 002040-2041 Mental Health Master Staffing Plan (rev. 03.17.2022)

**EXHIBIT 1**

COSD 002042-2043 SDCJ RN-LVN Team 1 AM Shifts 2.25-3.10

COSD 002044-2055 Time Line

COSD 002084 DOJ Death in Custody Reporting Form

COSD 002085-2106 Autopsy Report (Unredacted)

COSD 003841-3846 Patton State Hospital Rupard Psych Chart 01.30.2020

COSD 003847-3848 Patton State Hospital Rupard Psych Chart 01.07.2019

COSD 003849-3850 Physician Quarterly Rev Medical Progress Note 11.04.2019

COSD 003851 Patton Hospital Note 08.08.2019

COSD 003852-3853 Patton Hospital Commitment Admission 05.17.2019

COSD 003856-3864 Patton Hospital Discharge Summaries 01.30.2020

COSD 003865-3866 Patton Hospital Monthly Psychiatric Progress Note 01.07.2019

COSD 003867-3868 Patton Hospital Physician Quarterly Rev Progress Note 11.04.2019

COSD 003869 Patton Hospital Note 08.08.2019

COSD 003870-3873 Patton Hospital Commitment Admission 05.17.2019

COSD 003874-3876 Patton Hospital Discharge Summary 01.30.2020

COSD 004245-4590 SDCJ Deployment and Staffing Logs March 2022

COSD 004591-4835 JIMS Area Activity Reports 03.10.2022-03.17.2022

COSD 004836-4863 SDCJ Staffing and Deployment Logs 03.14.2022-03.17.2022

COSD 004864-6087 Area Activities Summary Reports 12.22.2021-03.18.2022

COSD 006116-6117 M.13 Health Staff Definitions 12.23.2020

COSD 004056-4244 Rupard Screening and Medical Chart for 12.19.21-03.17.22 Incarceration

COSD 006437 CONFIDENTIAL Excel of Sick Calls and Referrals

**EXHIBIT 1**

COSD 006438-006439 Green Sheet 1.64.C.1 Safety Checks of Housing Units 02.17.2022

COSD 006451-006452 Green Sheet 1.43.C.1 Inmate Count Procedure 08.17.2020

COSD 006453-006454 Green Sheet 1.64.C.1 Safety Checks of Inmates 10.11.2021

COSD 006455 J.1.C.1 Safety Cells 09.12.2019

COSD 006456-00657 J.4.C.1 Enhanced Observation Housing 09.12.2019

COSD 006458 M.25.C.1 Psychiatric Stabilization Units 12.27.2019

COSD 006474-6528 Training on Title 15 Mentally Disordered Patients

COSD 006529-6648 Training on Booking & Intake Part 2

COSD 006649-6779 Training on Interventions and Resources

COSD 006780-6880 Training on Medical Issues and Universal Precautions

COSD 007084-7116 Addressing Mental Health Issues in Jails

COSD 007117-7131 Foundation and Definitions Signs and Symptoms

COSD 007132-7149 Booking and Intake Procedures

COSD 007150-7178 Suicide Prevention

COSD 007179-7205 Classification of Offenders

COSD 007206-7222 PSU Orientation

COSD 007223-7241 Medical Issues and Universal Precautions

COSD 007242-7247 Suicide Detection and Prevention Part 1

COSD 007250-7252 Sick Call Procedures

COSD 007253-007269 Roles and Responsibilities ACO

COSD 017940-17945 Classification Navigator Report

COSD 018124-018159 7D Floor Count Sheet

COSD 018160-018162 Incident Report 2.19.2022

COSD 007179-7205 Classification of Offenders

# EXHIBIT 1

COSD 007248-7249 Inmate Status Reports

COSD 018160-018162 Incident Report 2.19.2022

COSD 018166 Segregated Housing Order 2.20.2022

COSD 018167 Segregated Housing Order 01.31.2022

COSD 018168-018172 Inmate Classification Records

COSD 018175-018178 San Diego Prehospital Patient Record

IA File UIN000248-252

IA File UIN000309-346

IA File UIN001347-1359

IA File UIN1380-1404

IA File UIN1539-1540

IA File UIN1569-1591

IA File UIN1878-1879