Corey E. Krueger, Esq. (SBN 244989)
ckrueger@burgermeyer.com
BURGER, MEYER & D'ANGELO, LLP
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1888
Fax: (949) 427-1889

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ,<br><br>Plaintiff.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Janet A. Cabral<br><br>**DECLARATION OF COREY E. KRUEGER IN SUPPORT OF DEFENDANTS ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Location: Edward J. Schwartz Federal Courthouse, 221 West Broadway, San Diego, California 92101, 5th Floor |

/ / /

I, Corey E. Krueger, declare as follows:

1. I am an attorney licensed to practice before this Court and a Partner with Burger, Meyer & D'Angelo, LLP, counsel of record for Defendants Anthony Cruz, D.O. and Liberty Healthcare of California, Inc. As the primary handling attorney for Cruz and Liberty, I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently to them.

2. I submit this Declaration in support of Defendants' Application to File Documents Under Seal. Its purpose is to identify the materials Defendants seek to file under seal, to set forth the specific factual basis for the confidential treatment of each, and to set forth the basis for the Court to permit the filing of this Application notwithstanding the elapsed seven-calendar-day period under Chamber Rule V.A.

3. On December 28, 2023, the Court entered the stipulated Protective Order (ECF No. 46). In the course of discovery, the County designated the documents identified in Exhibit 1 confidential under that Order.

4. Exhibit 1 identifies each document by the exhibit letter it bears in Defendants' MSJ, by Bates number or deposition page, and by the specific privacy or confidentiality interest supporting its treatment. The documents fall within three categories: (a) the decedent's jail medical and mental-health records (Exhibits L, M, and N); (b) the County's Rule 30(b)(6) nursing deposition transcript, which is stamped confidential in its entirety (Exhibit D); and (c) deposition testimony reading a confidential CLERB record into the record (Exhibit F).

5. Each of the records in category (a) consists entirely of private medical and mental health information, and Defendants therefore seek to seal those exhibits in their entirety. The deposition transcript in category (b) bears a confidentiality legend on every page; Defendants seek to seal only the pages quoting inmate medical records and the confidential deposition exhibits, and will file a public, redacted version of the remainder. The testimony in category (c) quotes a confidential CLERB record; Defendants seek only to redact those lines.

6. On November 6, 2026, the County filed two applications to file documents under seal, ECF Nos. 308 and 309, each of which sought to seal the same records identified in Exhibit 1. Exhibit 1 cross-references the corresponding County request for each document.

7. I have remained counsel of record for Dr. Cruz and Liberty throughout this action, and their representation transferred with me when I joined Burger, Meyer & D'Angelo, LLP.

8. I resigned from my former firm, Tressler LLP, and my access to that firm's systems and email was terminated on October 23, 2026. Case communications transmitted to my former Tressler email address or firm during the weeks of October 26 and November 2, 2026, if any existed, were not forwarded to me.

9. I updated my PACER and CM/ECF registration to reflect my Burger, Meyer & D'Angelo address over the weekend of October 24, 2026. A copy of the file for this matter from my prior firm was transmitted during the week of October 26, 2026, but download issues caused it to be less than fully accessible until the week of November 2, 2026. I first learned of the County's November 6, 2026 applications to seal (ECF Nos. 308 and 309). Upon having full access to the file, and upon noting the County's November 6, 2026 filings, I acted promptly to bring this Application.

10. The delay in filing this Application is short and has caused no prejudice. The County timely moved on November 6, 2026 to seal the identical records at issue here (ECF Nos. 308 and 309), so the governing compelling-reasons showing is already before the Court; no party has relied on the absence of this Application; and the delay has not affected the summary judgment briefing schedule.

11. Consistent with Chamber Rule V, Civil Local Rule 79.2, and Section 2.j of the ECF Manual, Defendants do not lodge the proposed sealed documents with this public Application. Defendants will lodge the proposed sealed documents separately using the "Sealed Lodged Proposed Document" event, deliver courtesy copies of the Application and the unredacted materials to Chambers within twenty-four hours of

filing, and submit a proposed order to Chambers in Word format.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2026, at Ladera Ranch, California.

*Corey E. Krueger*

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 999 Corporate Drive, Suite 225, Ladera Ranch, California.

On the date indicated below, I served the within document(s) described as **DECLARATION OF COREY E. KRUEGER IN SUPPORT OF DEFENDANTS ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as stated on the attached mailing list.

| | |
|---|---|
| Jeremiah A. Lowe, Esq.<br>LOWE LAW, LLP<br>402 W. Broadway, Suite 1720<br>San Diego, CA 92101 | Plaintiff Justino Rupard and the Estate of Lonnie Rupard<br><br>T: (619) 878-2725<br>F: (619) 878-2737<br>E: jeremiah@lowelawapc.com<br>laura@lowelawapc.com |
| Eugene G. Iredale, Esq.<br>Julia Yoo, Esq.<br>Sarah Musumeci, Esq.<br>Peter Bibring, Esq.<br>IREDALE & YOO, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036 | Attorneys for Plaintiff Justino Rupard<br><br>T: (619) 233-1525<br>F: (619) 233-3221<br>E: egiredale@iredalelaw.com<br>jyoo@iredalelaw.com<br>smusumeci@iredalelaw.com<br>admin@iredalelaw.com<br>creherman@iredalelaw.com<br>gjun@iredalelaw.com<br>sbrockett@iredalelaw.com<br>pbibring@iredalelaw.com |
| Rada Feldman, Esq.<br>Nicholas R. Colletti, Esq.<br>Robert S. Kahn, Esq.<br>Caroline M. Park, Esq.<br>Cristina I. Butoiu, Esq.<br>2011 Palomar Airport Road, Suite 207<br>Carlsbad, CA 92011 | Attorneys for Defendants, County of San Diego, Bill Gore, Kelly Martinez, Jon Montgomery, Christina Goodall (Sued As Christina Anosike), Miguel Aguilera, Jason Viladiu, Gustavo Martinez, Jeff Amado, Ernesto Aguirre, Treyvonne James (Sued In Duplicate J. Treyvonne), Bernardo Romero, Michael Johnson, Andrew Torres, Allen Wereski, Blade Romans, Linda Gutierrez, and Thomas Mace<br><br>T: 760-274-2110<br>F: 760-274-2111<br>E: rfeldman@ccllp.law<br>ncolletti@ccllp.law<br>rkahn@ccllp.law<br>cpark@ccllp.law<br>cbutoiu@ccllp.law |

[x] **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address vcuevas-carey@burgermeyer.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[x ] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 9, 2026, at Ladera Ranch, California.

*/s/ Victoria Cuevas-Carey*
Victoria Cuevas-Carey