# EXHIBIT 1

**LIBERTY DEFENDANTS' EXHIBITS TO BE FILED UNDER SEAL**

| Exhibit | Description | Bates Range(s) | Sealing Treatment |
|---|---|---|---|
| D | Rognlien-Hood Deposition 30(b)(6) (3-26-26) | | Seal confidential portions; public redacted version to be filed. |
| F | Badre Deposition (12-19-25) | | Seal confidential portions; public redacted version to be filed. |
| L | County Sick-Call Summary | (COSD 000152) | Seal in its entirety. |
| M | QMHP Progress Note | (COSD 000052-000057) | Seal in its entirety. |
| N | Ex. N - Psychiatric Progress Note 2-22-22 | (COSD 000477-000478) | Seal in its entirety. |