Corey E. Krueger, Esq. (SBN 244989)
ckrueger@burgermeyer.com
BURGER, MEYER & D'ANGELO, LLP
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1888
Fax: (949) 427-1889

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ; AND JUSTINO RUPARD,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Janet A. Cabral<br><br>**NOTICE OF ERRATA RE EXHIBITS TO DEFENDANTS ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Location: Edward J. Schwartz Federal Courthouse, 221 West Broadway, San Diego, California 92101, 5th Floor |

/ / /

Defendants Anthony Cruz, D.O. and Liberty Healthcare of California, Inc. hereby submit this Notice of Errata of Exhibit D and Exhibit F in Support of the Motion to File Documents Under Seal in Support of their Motion for Summary Judgment filed on November 9, 2026, as Document No. 310. The Exhibits were inadvertently omitted from the filing. Complete copies of the Exhibits are attached hereto.

DATED: November 9, 2026

BURGER, MEYER & D'ANGELO, LLP



Corey E. Krueger
Attorneys for Defendant,
Anthony Cruz, D.O. and Liberty
Healthcare of California, Inc.