EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Jeremiah A. Lowe (CA SBN 239166)
*jeremiah@lowelawapc.com*
Lowe Law, APC
402 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 878-2725
Facsimile: (619) 878-2737

**Attorneys for Plaintiff**
**ESTATE OF LONNIE RUPARD**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD,

Plaintiff,

vs.

COUNTY OF SAN DIEGO, *et al.*,

Defendants,

Case No: 23-CV1357-CAB-JAC

**PLAINTIFF'S OPPOSITION TO DEFENDANTS ANTHONY CRUZ, D.O. AND LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (ECF No. 310)**

Plaintiff adopts the legal arguments set forth in the opposition to the County's motion to seal exhibits (ECF No. 314) and to force Plaintiff to seal its exhibits (ECF No. 315), and incorporates by reference those arguments.

Plaintiff Estate of Lonnie Rupard waives any privacy interest or privilege in the documents designated as "L, M, and N" in the medical and mental health records. Exhibit D, the deposition transcript of Serina Rognlien-Hood provides no basis for any invocation of confidentiality nor any justification for sealing. Exhibit F, the deposition of Nicolas Badre, M.D. is similarly devoid of any legitimate need for sealing, much less any factually supported compelling justification for such a request.

Respectfully submitted,

**IREDALE & YOO, APC**

Dated: November 10, 2026

/s/ Eugene Iredale
Eugene Iredale
Julia Yoo
Sarah Musumeci
Attorneys for Plaintiff Estate of Lonnie Rupard