Corey E. Krueger, Esq. (SBN 244989)
ckrueger@burgermeyer.com
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1888
Fax: (949) 427-1889

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Janet A. Cabral<br><br>**DECLARATION OF COREY E. KRUEGER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OR LIMIT CERTAIN EXPERT OPINIONS (FED. R. EVID. 702; DAUBERT)**<br><br>Hearing Date: None set; to be set by the Court if needed (Doc. No. 305)<br><br>Action filed: July 26, 2023<br>Trial Date: March 8, 2027 |

**<u>DECLARATION OF COREY E. KRUEGER</u>**

I, Corey E. Krueger, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record for Defendants Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.,

with the firm Burger, Meyer & D'Angelo, LLP. As lead counsel for the above parties in this action, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to them. I make this declaration in support of Defendants' Motion to Exclude or Limit Certain Expert Opinions. The expert-report exhibits (Exhibits 1, 3, 5, 7, 9, and 11) consist of excerpts of the reports comprising each expert's qualifications section and curriculum vitae, together with the portions cited in the accompanying Memorandum; the deposition transcript exhibits (Exhibits 2, 4, 6, 8, 10, and 12) consist of the certified transcript's cover page, the excerpted pages, and the reporter's certificate.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Mace Beckson, M.D., dated July 14, 2026, served by the County Defendants.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts of the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Mace Beckson, M.D., taken September 25, 2026.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Paul A. Cappitelli, dated July 15, 2026, served by the County Defendants.

5. Attached as Exhibit 4 is a true and correct copy of relevant excerpts of the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Paul A. Cappitelli, taken September 8, 2026.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Kathryn J. Wild, R.N., dated July 15, 2026, served by the County Defendants.

7. Attached as Exhibit 6 is a true and correct copy of relevant excerpts of

the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Kathryn J. Wild, R.N., taken October 1, 2026.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Kristina L. Tyler, Ph.D., dated July 15, 2026, served by the County Defendants.

9. Attached as Exhibit 8 is a true and correct copy of relevant excerpts of the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Kristina L. Tyler, Ph.D., taken September 28, 2026.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Homer Venters, M.D., dated July 14, 2026, served by Plaintiff.

11. Attached as Exhibit 10 is a true and correct copy of relevant excerpts of the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Homer Venters, M.D., taken September 10, 2026.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the expert report (comprising the qualifications section, the curriculum vitae, and the portions cited in the accompanying Memorandum) of Daphne Glindmeyer, M.D., dated July 13, 2026, served by Plaintiff.

13. Attached as Exhibit 12 is a true and correct copy of relevant excerpts of the certified transcript (including the transcript cover page and the reporter's certificate) of the deposition of Daphne Glindmeyer, M.D., taken September 16, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2026, at Ladera Ranch, California.

______________________________

Corey E. Krueger