# EXHIBIT 1

MACE BECKSON, M.D.
A PROFESSIONAL CORPORATION
DISTINGUISHED LIFE FELLOW, AMERICAN PSYCHIATRIC ASSOCIATION
FELLOW, AMERICAN SOCIETY OF ADDICTION MEDICINE
DIPLOMATE IN PSYCHIATRY, AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
DIPLOMATE IN ADDICTION MEDICINE, AMERICAN BOARD OF ADDICTION MEDICINE

July 14, 2026

Rada Feldman, Esq.
Collins + Collins, LLP
2011 Palomar Airport Road, Suite 207
Carlsbad, CA 92011

*Re:* *Rupard v. County of San Diego*
United States District Court, Southern District of California
Expert Report

Dear Ms. Feldman:

At your request, I have reviewed the records provided as itemized below in Appendix A. I understand that you have asked me to evaluate whether the psychiatric care of Lonnie Rupard by Anthony Cruz, M.D. in the San Diego County Jail between December 2021 and March 2022 met the psychiatric standard of care, and whether it had a causal link to Mr. Rupard's death. My opinions as discussed below are stated to a reasonable degree of medical probability/certainty, based upon the information I currently possess, including my review of materials provided, as well as my education, training, knowledge, and experience. Should I become aware of additional information in the future, my opinions would be subject to revision accordingly.

BACKGROUND AND CREDENTIALS

I am a physician licensed by the states of California, Arizona, Florida, and Minnesota; and am board certified in Psychiatry (American Board of Psychiatry and Neurology) and Addiction Medicine (American Board of Addiction Medicine). I am a Distinguished Life Fellow of the American Psychiatric Association, Fellow of the American Society of Addiction Medicine, and Clinical Professor of Psychiatry and Biobehavioral Sciences at the David Geffen School of Medicine at UCLA, where I teach in the forensic psychiatry fellowship program. I am a certified correctional health care professional (by the National Commission on Correctional Health Care). I was certified as a forensic suicidologist by the American Association of Suicidology. I graduated

with an A.B. magna cum laude in biochemical sciences from Harvard College and obtained my medical degree from Cornell University. Subsequently, I completed my residency training in psychiatry at UCLA, where I served as a chief resident, and completed two years of fellowship training in behavioral neurology at UCLA.

Since 2017, I have worked as a half-time psychiatrist in the National Telemental Health Hub, which is part of the Clinical Resources Hub of Veterans Integrated Service Network (VISN) 22 of the Veterans Health Administration of the U.S. Department of Veterans Affairs (VA), providing outpatient psychiatric assessment and treatment of veterans with psychiatric and substance use disorders in the Southern Arizona VA Health Care System.

From 2016-2017, I was a full-time staff physician in the outpatient dual diagnosis and buprenorphine clinics at the VA West Los Angeles Medical Center. For a decade, I served as a California Medical Board Expert Reviewer for addiction issues in impaired physicians. I also served for many years as member and Chair of the Addiction Psychiatry Committee of the American Academy of Psychiatry and the Law.

From 1998 to 2016, I served as medical director of the VA Greater Los Angeles Healthcare System (VAGLAHCS) Psychiatric Intensive Care Unit (PICU), an involuntary inpatient crisis unit for suicidal and violent individuals who were Veterans. Many patients had histories of incarceration in jail or prison often related to transgressions of the law while experiencing an acute episode of a serious mental illness and/or intoxicated on substances. Co-occurring major psychiatric disorders and substance use disorders were present in most patients. Suicide and violence risk assessment and management, as well as stabilization of acute psychiatric and substance-induced mental illness were the missions of the PICU, in which I directed intensive care and forensic psychiatry rotations for two UCLA residency training programs. From 2003 to 2016, I served on the Aggregate Parasuicide Root Cause Analysis Committee at VA Greater Los Angeles Health Care System, providing root cause analyses of suicide attempts or deaths by suicide within the System. This Committee provided a significant contribution in achieving a Gold Award to the VAGLAHCS from the Cornerstone Recognition Program of the VA National Center for Patient Safety. My work in suicide risk assessment and management was recognized on more than one occasion by VAGLAHCS. I have been certified as a Forensic Suicidologist by the American Association of Suicidology. In addition, I have served on the Suicidology Committee of the American Academy of Psychiatry and the Law since 2005.

From 1991-1997, I directed substance abuse treatment programs in inpatient, day hospital, outpatient, and hospital consultation settings at the VA West Los Angeles Medical Center and founded a substance abuse day hospital that was cited nationally as an innovation of care by VA Headquarters in Washington, D.C. I directed the psychiatry residency substance abuse rotations

for two UCLA training programs. Concurrent with my clinical work, I conducted scientific research as a member of the National Institute on Drug Abuse (NIDA)-VA Medication Development Research Center (MDRC), where I served as Co-Director of the Brain Imaging Program and Director of Clinical Trials. For over two decades, I have maintained a small private practice specializing in psychiatric and addictive disorders. (*Curriculum Vita*e is attached to report.)

RECORDS REVIEWED

See Appendix A

SELECTIVE REVIEW OF RECORDS

See Appendix B

OPINIONS

1. Lonnie Rupard was a 46-year-old Filipino American man with a long history of psychotic mental disorder who was booked into San Diego County Jail in December of 2021, and who posed a treatment challenge because of his long history of relapsing serious mental illness, lack of insight, medication refusal/non-compliance, substance abuse, and criminal recidivism.

2. The psychiatric care provided to Lonnie Rupard by Anthony Cruz, M.D. in the San Diego County Jail fell below the standard of care for such a patient under similar circumstances.

    a. Dr. Cruz failed to provide appropriately close follow-up and treatment for this severely ill medication-refusing patient.
        i. Dr. Cruz discontinued Mr. Rupard's medication orders in response to the latter's medication refusals, despite Mr. Rupard's serious mental illness and need for psychiatric treatment, and without maintaining close follow-up.
            1. Mr. Rupard was incarcerated in jail without medication or psychiatric treatment for three months.
                a. Dr. Cruz failed to place Mr. Rupard on a W.I.C. 5150 72-hour hold as gravely disabled due to his mental disorder.

b. Dr. Cruz failed to admit Mr. Rupard to the San Diego County Jail's Psychiatric Stabilization Unit (PSU), an LPS-designated psychiatric inpatient unit in which Mr. Rupard could have been involuntarily hospitalized, where he could have received inpatient psychiatric care and involuntary medication administration if necessary.

3. While not the sole cause, Dr. Cruz's failure to meet the standard of care substantially contributed to Mr. Rupard's demise.

4. Mr. Rupard's past psychiatric history makes it likely that, had he not died in March 2022, his clinical prognosis would have been guarded.

5. Based on statistics in the published scientific literature, had Mr. Rupard not died in March 2022, he likely would have had a substantially reduced life expectancy.

REASONING AND FACTUAL BASIS FOR OPINIONS

1. **Lonnie Rupard was a 46-year-old Filipino American man with a long history of psychotic mental illness who was booked into San Diego County Jail in December of 2021, and who posed a treatment challenge because of his long history of relapsing serious mental illness, lack of insight, medication refusal/non-compliance, substance abuse, and criminal recidivism.**

Nevertheless, Mr. Rupard had previously been demonstrated to be a medication-responder who had repeatedly achieved marked improvement with resolution, for the most part, of his psychotic symptoms when he had been treated with antipsychotic medication on an involuntary basis by court order.

At the time of his final incarceration in the San Diego County Jail, Lonnie Rupard had a long-standing psychotic mental disorder and polysubstance abuse/dependence. His clinical course included a history of numerous psychiatric hospitalizations; medication non-compliance; repeated criminal violations; non-compliance with the requirements of post-release community supervision (PRCS); and he had twice been adjudicated as incompetent to stand trial (PC 1368/1370).

As a psychiatry expert, I defer to the medical and pathology experts regarding cause of death. However, it is my opinion that the failure to provide Mr. Rupard with appropriate psychiatric treatment at an appropriate level of care substantially contributed to Mr. Rupard's demise by leaving him in a psychotic state in which he lacked the capacity to provide for his own basic needs, including accessing medical care. It is my opinion that Mr. Rupard's death on March 17, 2022, likely would have been prevented had timely intervention been undertaken to appropriately treat his psychosis by involuntarily admitting Mr,. Rupard to the PSU and appropriately medicating him, involuntarily if necessary.

4. **Based on his past psychiatric and substance use history, it is likely that, had he not died in March 2022, Mr. Rupard's clinical prognosis would have been guarded**.

Mr. Rupard likely would have had ongoing intermittent psychiatric decompensations to a psychotic mental state in the context of medication/treatment non-compliance and substance abuse. He likely would have had additional involuntary hospitalizations and involuntary medication treatment. In addition, it is likely that his irrational psychotic behavior would have resulted in additional arrests and incarcerations, and additional commitments to Patton State Hospital for involuntary treatment under PC1368/1370.

Having a greater frequency of acute episodes of illness in patients with schizophrenia and bipolar disorder has been associated with a worse long-term prognosis. Episodes of illness may worsen the course of the mental health disorder, resulting in more frequent and more severe episodes that are increasingly more disabling. In other words, individuals with a mental health disorder who have a good response to treatment, combined with treatment compliance and abstinence from substances of abuse, typically have a considerably better long-term course of illness, as compared with individuals with a poor treatment response and/or frequent non-compliance and substance abuse. Not only does their mental health deteriorate, their physical health does as well, typically related to poor diet, poor sleep, lack of exercise, smoking cigarettes, not having regular health care, and non-compliance with medications for health conditions.

Mr. Rupard's psychiatric and legal problems were largely attributable to his non-compliance with his psychiatric medication outside of controlled environments (e.g., hospitals, jails) and his abuse of substances. When he received adequate

expectancy compared with schizophrenia alone. Similarly, chronic non-compliance with treatment and frequent episodes of illness may result in a worse than average number of YPLL and a worse than average reduction in life expectancy. While this makes sense because these are factors that worsen clinical prognosis, nevertheless, there currently is no formula to calculate the specific effects of various comorbidities.

An important caveat is that the averages reported by the assorted studies refer to large groups or populations of people, rather than an individual person. The large group or populations contain individuals who died earlier than the group's average age and individuals that died later than the group's average age. For example, in Chan et al. (2023), the average life expectancy reported for substance use disorders was 54.7 years of age based on large groups or populations of people, some of whom likely died in their teens and twenties and some of whom likely died in their seventies and eighties. Therefore, it must be understood that an average life expectancy for a large group or populations is not a prediction how long an individual will live. The group statistics provide probability or likelihood, as in any actuarial analysis that compares individuals with known groups based on individual factors. In other words, a specific individual's age at death cannot be predicted accurately.

Nevertheless, it can be concluded that more likely than not, had he not died in March 2022, Mr. Rupard would have had a substantially reduced life expectancy.

Please do not hesitate to contact me with any questions.

Sincerely,

Mace Beckson, MD
Clinical Professor
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine at UCLA

APPENDIX C

*Curriculum Vitae* (attached to this report)

# MACE BECKSON, M.D., DLFAPA, FASAM

DIPLOMATE, AMERICAN BOARD OF PSYCHIATRY & NEUROLOGY
LIFETIME DIPLOMATE, AMERICAN BOARD OF ADDICTION MEDICINE
CLINICAL PROFESSOR, DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA


## *Curriculum Vitae*

(June 20, 2026)

**Contact Information:**


Mailing Address: P.O. Box 81027, San Marino, CA 91118-1027
Telephone (Office): 310.966.1907
Emails: macebeckson@outlook.com; mace.beckson@gmail.com


**Education:**

| | | |
|---|---|---|
| Harvard College | A.B. *magna cum laude* in Biochemical Sciences | 1976-1980 |
| The Rockefeller University | Graduate studies in molecular biology | 1980-1983 |
| Cornell University Medical College | M.D. | 1980-1985 |

**Post-Graduate Training:**

The New York Hospital-Cornell Medical Center/Payne Whitney Clinic 1985-1986
Internship

University of California, Los Angeles/Neuropsychiatric Institute 1986-1989
Psychiatry Residency and Chief Residency

University of California, Los Angeles/Department of Neurology Fellowship/Division of Neurobehavior — 1989-1991

## Medical Licensure (active):

| | |
|---|---|
| Physician and Surgeon, License No. G59242, State of California | 1986— |
| Medical Doctor, License No. ME 102592, State of Florida | 2008— |
| Physician, License No. 61904, State of Minnesota | 2017— |
| Medicine, License No. 54954, State of Arizona | 2018— |

## DEA Registration:

2, 2N, 3, 3N, 4, 5; X (buprenorphine) — 2015—

## Certifications:

*American Board of Psychiatry & Neurology:*

| | | | |
|---|---|---|---|
| Psychiatry (Lifetime) | Certificate | 33666 | 1991 |
| Forensic Psychiatry | Certificate | 0625 | 1998-2018 |
| Addiction Psychiatry | Certificate | 0499 | 1994-2014 |
| Geriatric Psychiatry | Certificate | 0874 | 1994-2004 |

*American Board of Addiction Medicine:*

| | | | |
|---|---|---|---|
| Lifetime Diplomate | Certificate | 000241 | 2009 |

*National Commission on Correctional Health Care:*

Certified Correctional Health Care Professional — 2013—

*Medical Review Officer Certification Council:*

| | | | |
|---|---|---|---|
| Medical Review Officer | Certificate | 25-554212 | 2025-2030 |

*American Association of Suicidology:*

| | |
|---|---|
| Certified Forensic Suicidologist | 2010-2025 |
| Certified Psychological Autopsy Investigator | 2014-2017 |

*National Board of Medical Examiners*

| | | |
|---|---|---|
| Diplomate (Parts I, II, III) | Certificate 289627 | 1986 |

## Academic Appointments:

Clinical Professor (Volunteer) 2023—
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Clinical Professor 2018-2023
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Health Sciences Clinical Professor 2010-2018
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Clinical Professor (Compensated) 2005-2010
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Associate Clinical Professor (Compensated) 2000-2005
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles School of Medicine

Assistant Clinical Professor of Psychiatry (Compensated) 1996-2000
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles School of Medicine

Assistant Clinical Professor of Psychiatry (Voluntary) 1991-1996
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles School of Medicine

Clinical Instructor of Psychiatry (Voluntary) 1990-1991
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles School of Medicine

Clinical Instructor of Neurology (Voluntary) 1989-1991
Department of Neurology
University of California, Los Angeles School of Medicine

## Clinical Positions:

Staff Physician, Clinical Resources Hub/Telemental Health 2017—
Desert Pacific Healthcare Network (VISN 22)
U.S. Department of Veterans Affairs

Private Practice of Addiction Psychiatry 1997—

Staff Physician, Substance Use Disorders Section 2016-2017
Dual Diagnosis Treatment Program
Buprenorphine Treatment Program
VA Greater Los Angeles Healthcare System

Medical Director, Psychiatric Intensive Care Unit 1998-2016
VA Greater Los Angeles Healthcare System

Staff Physician, Psychiatric Intensive Care Unit 1997-1998
VA Greater Los Angeles Healthcare System

Consulting Psychiatrist 1988-1998
Didi Hirsch Community Mental Health Center
Culver City, California

Chief and Founder, Intensive Outpatient Treatment of Addictions 1995-1997
Day Hospital, VA Medical Center West Los Angeles

Chief and Founder, Substance Abuse Consultation Team 1995
VA Medical Center West Los Angeles

Program Director, Alcohol and Drug Treatment Program 1991-1995
VA Medical Center West Los Angeles

Attending Psychiatrist, Consultation-Liaison Service 1990-1991
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles Medical Center

Staff Psychiatrist (Voluntary), Student Psychological Services 1989-1991
University of California, Los Angeles

## Consultation:

Expert Reviewer, Medical Board of California 2000-2009
California Department of Consumer Affairs

Psychiatric Consultant to Sexual Recovery Institute 1998-2003
Los Angeles, California

Consultant to Ventura County (California) Sheriff's Department 1998-1999

**Teaching:**

Forensic Psychiatry Fellowship Faculty 2018—
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Faculty, Doctoring 1 2020
David Geffen School of Medicine
University of California, Los Angeles

Director, Intensive Care & Forensic Psychiatry Residency Rotation 1998-2016
UCLA/VA Integrated Psychiatry Residency Program
UCLA/San Fernando Valley Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Core Faculty 1998-2016
UCLA/VA Integrated Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Lecturer, PGY-1 Core Curriculum 2001-2016
UCLA/VA Integrated Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Forensic Psychiatry Fellowship Faculty 1998-2008
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Director, Addiction Psychiatry Rotation 1995-1997
UCLA/Harbor Psychiatry Residency Program
David Geffen School of Medicine

University of California, Los Angeles

Lecturer, PGY-3 Psychopharmacology Course 1993-2000
UCLA/VA Integrated Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Lecturer, Forensic Psychiatry Fellowship 1992-2008
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California, Los Angeles

Supervisor, Addiction Therapists 1991-1997
VA Medical Center West Los Angeles

Preceptor, Medical Student Psychiatry Clerkship 1991-1993
David Geffen School of Medicine
University of California, Los Angeles

Preceptor, Medical Student Neurology Clerkship 1989-1991
David Geffen School of Medicine
University of California, Los Angeles

## Awards and Recognition:

Service Award 2026
Thirty-Five Years of Federal Service
U.S. Department of Veterans Affairs

Fellow 2022
American Society of Addiction Medicine

Service Award 2021

Thirty Years of Service
U.S. Department of Veterans Affairs

Distinguished Life Fellow 2020

American Psychiatric Association

Service Award 2016

Twenty-Five Years of Service
U.S. Department of Veterans Affairs

Certificate of Appreciation 2012

Exemplary Performance in the Realm of Patient Safety:
Management of High-Risk Patients with Severe Mental Disorders
Greater Los Angeles Healthcare System
U.S. Department of Veterans Affairs

Certificate of Appreciation 2012

Service to the Profession of Psychiatry and CPA as a
Member of the Judicial Action Committee
California Psychiatric Association

Service Award 2011

Twenty Years of Service
U.S. Department of Veterans Affairs

Outstanding Contribution 2010

Improving Patient Safety through Root Cause Analysis
Contribution to Gold Award, Cornerstone Recognition Program
National Center for Patient Safety
U.S. Department of Veterans Affairs

On-the-Spot Award 2006

Aggregate Parasuicide Root Cause Analysis Team
Greater Los Angeles Healthcare System

U.S. Department of Veterans Affairs

Director's Recognition 2005
Outstanding Contribution in Improving Patient Safety
Greater Los Angeles Healthcare System
U.S. Department of Veterans Affairs

Distinguished Fellow 2003
American Psychiatric Association

Special Contribution Award 2003
Mental Health Service
VA Greater Los Angeles Healthcare System
U.S. Department of Veterans Affairs

Fellow 2001
American Psychiatric Association

Innovations of Care 1996
Recognition of the Intensive Outpatient Treatment of Addictions
Day Hospital at VA Medical Center West Los Angeles
VA Headquarters, Washington, D.C.

Oskar Diethelm Prize for Excellence in Psychiatry 1985
Cornell University Medical College

**Committee Activities:**

Suicidology Committee 2005—
American Academy of Psychiatry and the Law

Judicial Action Committee
American Academy of Psychiatry and the Law 2017—

Co-Chair, PGY-2 Sub-Committee 2016-2017
Residency Oversight Committee
UCLA/VA Integrated Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Aggregate Parasuicide Root Cause Analysis Team 2003-2016
VA Greater Los Angeles Healthcare System

Chair and Member, Ad Hoc Promotion Committees 2005-2016
Department of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine
University of California at Los Angeles

Judicial Action Committee 2008-2012
California Psychiatric Association

Chair (2004-2009) and Member, 1999-2011
Addiction Psychiatry Committee
American Academy of Psychiatry and the Law

Co-Chair, Patient Rights Committee 1998-2011
VA Greater Los Angeles Healthcare System

Quality, Academics, and Research Advisory Board 2007-2010
Jail Mental Health Services, Adult Systems of Care
Department of Mental Health, County of Los Angeles

Co-Chair, PGY-4 Sub-Committee 2005-2008
Residency Oversight Committee
UCLA/VA Integrated Psychiatry Residency Program
David Geffen School of Medicine
University of California, Los Angeles

Co-Chair, Psychiatric Emergency Consultation Committee 2005

VA Greater Los Angeles Healthcare System

Executive Committee (Member-at-Large) 2004-2006
American Society for Adolescent Psychiatry

Council on Education and Scientific Affairs 2004-2006
American Society for Adolescent Psychiatry

Chair, Task Force on Adolescent Substance Abuse 2003-2005
American Society for Adolescent Psychiatry

Sexual Offender Committee 2003-2005
American Academy of Psychiatry and the Law

Research and Development Committee 1993-1996
VA Medical Center West Los Angeles (Brentwood Division)

## Research Positions:

Director, Clinical Trials 1995-1997
Medication Development Research Center
National Institute on Drug Abuse/Department of Veterans Affairs
VA Medical Center West Los Angeles

Co-Director, Brain Imaging Program 1994-1997
Medication Development Research Center
National Institute on Drug Abuse/Department of Veterans Affairs
VA Medical Center West Los Angeles

Research Psychiatrist 1991-1997
Medication Development Research Center
National Institute on Drug Abuse/Department of Veterans Affairs
VA Medical Center West Los Angeles

## Professional Organizations:

American Academy of Addiction Psychiatry
American Academy of Psychiatry and the Law
American Association of Medical Review Officers
American Association of Suicidology
American Medical Association
American Psychiatric Association
American Society of Addiction Medicine
Psychiatric Clinical Faculty Association at UCLA
Society of Forensic Toxicologists (Associate)
Southern California Psychiatric Association

## Publications:

Beckson M, Hagtvedt, Els C. Cannabis use before safety-sensitive work: what delay is prudent? *Neuroscience and Biobehavioral Reviews 133* (2022) 104488; https://doi.org/10.1016/j.neubiorev.2021.12.011, 2022.

Els C, Beckson M, Straube S. Duration of cannabis impairment: word of caution. *CMAJ Open* 2021 May 17 [eLetter]. Available: www.cmajopen.ca/content/duration-cannabis-impairment-word-caution (accessed 2021 July 29), 2021.

Beckson M, Jones AW, Els C, Hagtvedt R. Cannabis, crashes, and blood: challenges for observational research [Letter]. *Addiction 115*:589-590, 2020.

Beckson M, Weinstock R. Christopher R. Thompson, MD: building a better future through forensic psychiatry. *J Am Acad Psychiatry Law 46*:5-9, 2018.

Fischer CA, Beckson M, Dietz P. A case of factitious disorder in a patient claiming to be a sexually sadistic serial killer with homicidal ideation. *Journal of Forensic Sciences 62*:822-826, 2017.

Kim A, Beckson M, Jones AW, Berman AL. Psychological autopsy and postmortem toxicology in forensic psychiatry. In: Rosner R, Scott C, Eds. *Principles and Practice of Forensic Psychiatry, Third Edition*. New York: CRC Press, pp. 105-111, 2017.

Scott C, Wagoner R, Beckson M. Personal injury litigation. In: Scott C, Ed. *DSM-5 and the Law: Changes and Challenges*. New York: Oxford University Press, pp. 177-200, 2015.

Beckson M, Berman AL. Psychological autopsy in forensic psychiatry. *American Academy of Psychiatry and the Law Newsletter 40(1):*15, 26, 2015.

Beckson M, Tucker D. Commentary: Craving diagnostic validity in DSM-5 substance use disorders. *Journal of the American Academy of Psychiatry and the Law 42:*453-458, 2014.

Beckson M, Sokolov G. DSM-5 Substance Use Disorder: ready for prime time? *American Academy of Psychiatry and the Law Newsletter 39(2):*1-2, 17, 2014.

Beckson M, Penn J. Standard of care for suicide risk assessment: how much is enough? *American Academy of Psychiatry and the Law Newsletter 37(2):*17, 29, 2012.

Bullock CM, Beckson M. Male sexual assault: phenomenology, psychology, physiology. *Journal of the American Academy of Psychiatry and the Law 39:*197-205, 2011.

Simpson JR, Beckson M. Methamphetamine in criminal court. *American Academy of Psychiatry and the Law Newsletter 34(1):*18-19, 2009.

Vari G, Beckson M, Weinstock R. Legal issues in inpatient psychiatry. In: Ovsiew F, Munich RL, Eds., *Principles of Inpatient Psychiatry*. Philadelphia: Lippincott Williams & Wilkins, 2008, pp. 139-153.

Thompson CR, Del-Pan N, Beckson M, Weinstock R. Adolescent substance use disorders and psychiatrists: competent assessment and treatment? [Letter] *The American Journal on Addictions 17:*245-246, 2008.

Vari G, Beckson M. Escitalopram-associated serotonin toxicity [Letter]. *Journal of Clinical Psychopharmacology 27*:229-230, 2007.

Venneman S, Leuchter A, Bartzokis G, Beckson M, Simon SL, Schaefer M, Rawson R, Newton T, Cook IA, Uijtdehaage S, Ling W. Variation in neurophysiological function and evidence of qualitative electroencephalogram discordance: predicting cocaine-dependent treatment attrition. *Journal of Neuropsychiatry and Clinical Neuroscience 18*:209-216, 2006.

Simpson JR, Thompson CR, Beckson M. Impact of orally disintegrating olanzapine on the use of intramuscular antipsychotics, seclusion, and restraint in an acute inpatient psychiatric setting [Letter]. *Journal of Clinical Psychopharmacology 26*:333-335, 2006.

Beckson M. Adolescent substance use and addiction [Special Section Editor's Introduction]. *Annals of the American Society for Adolescent Psychiatry 29*:3-17, 2005.

Thompson CR, Beckson M. A case of factitious homicidal ideation. *Journal of the American Academy of Psychiatry and the Law 32*:277-281, 2004.

Bartzokis G, Beckson M, Lu PH, Edwards N, Rapoport R, Bridge P, Mintz J. Cortical gray matter volumes are associated with subjective responses to cocaine infusion. *American Journal on Addictions 13*:64-73, 2004.

Beckson M, Bartzokis G, Weinstock R. Substance abuse and addiction. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry, Second Edition*. London: Arnold, 2003, pp. 672-684.

Beckson M, Bartzokis G. Brain disease: forensic neuropsychiatric issues. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry, Second Edition.* London: Arnold, 2003, pp. 603-611.

Bartzokis G, Beckson M, Lu PH, Edwards N, Bridge P, Mintz J. Brain maturation may be arrested in chronic cocaine addicts. *Biological Psychiatry 51*:605-612, 2002.

Beckson M. Smack is back: heroin in the 21st century. *Century City Lawyer 11(8):*19-22, 2002.

Bartzokis G, Beckson M, Lu PH, Neuchterlein K, Edwards N, Mintz J. Age-related changes in frontal and temporal lobe volumes in men: a magnetic resonance imaging study. *Archives of General Psychiatry 58:*461-465, 2001.

Barzokis G, Lu PH, Beckson M, Rappaport R, Grant S, Wiseman E, London ED Abstinence from cocaine reduces high-risk responses on a gambling task [Letter]. *Neuropsychopharmacology 22:*102-103, 2000.

Bartzokis G, Beckson M, Po H, Edwards N, Rappaport R, Wiseman E, Bridge P. Increased CSF volumes are associated with diminished subjective response to cocaine infusion. *Neuropsychopharmacology 23:*468-473, 2000.

Bartzokis G, Beckson M, Lu PH, Edwards N, Rappaport, Wiseman E, Bridge P. Age-related brain volume reductions in amphetamine and cocaine addicts and normal controls: implications for addiction research. *Psychiatric Research: Neuroimaging Section 98:*93-102, 2000.

Ettlin, TM, Kischka U, Beckson M, Gaggiotti M, Rauchfleisch U, Benson DF. The frontal lobe score, part I: construction of a mental status of frontal systems. *Clinical Rehabilitation 14:*260-271, 2000.

Beckson M. Sexual addiction. *Century City Lawyer 9(6):*8-10, 1999.

Newton TF, Kalechstein A, Beckson M, Bartzokis G, Bridge TP, Ling W. Effects of selegiline pretreatment on response to experimental cocaine administration. *Psychiatric Research 87:*101-106, 1999.

Bartzokis G, Beckson M, Hance DB, Lu P, Foster JA, Mintz J, Ling W, Bridge P. MRI evidence of 'silent' neurovascular toxicity in cocaine dependence. *Biological Psychiatry 45:*1203-1211, 1999.

Beckson M. Marijuana: mental and behavioral aspects. *Century City Lawyer 8(1):*12-13, 1999.

Bartzokis G, Beckson M, Wirshing DA, Lu P, Foster JA, Mintz J. Choreoathetoid movements in cocaine dependence. *Biological Psychiatry 45*:1630-1635, 1999.

Bartzokis G, Beckson M, Newton T, Mandelkern M, Foster JA, Ling W, Bridge P. Selegiline effects on cocaine-induced changes in medial temporal lobe metabolism and subjective ratings of euphoria. *Neuropsychopharmacology 20:*582-90, 1999.

Bartzokis G, Goldstein IB, Hance DB, Beckson M, Shapiro D, Lu PH, Edwards N, Mintz J, Bridge P. The incidence of T2-weighted MR imaging signal abnormalities in the brain of cocaine-dependent patients is age-related and region-specific. *American Journal of Neuroradiology 20:*1628-1635, 1999.

Bartzokis G, Beckson M, Hance DB, Marx P, Foster JA, Marder SR. MR evaluation of age-related increase of brain iron in young adult and older normal males. *Magnetic Resonance Imaging 15:*29-35, 1997.

Bartzokis G, Beckson M. MRI evaluation of neurotoxicity in cocaine users. In: Nahas G, Ed., *Drugs of Abuse in the Decade of the Brain*. Cambridge, Massachusetts: I.O.S. Press, pp. 249-57, 1997.

Bartzokis G, Beckson M. Clinical and MRI evaluation of psychostimulant neurotoxicity. In: Mjewska MD, Ed., *Neurotoxicity and Neuropathology Associated with Cocaine Abuse. NIDA Research Monograph Series 163:300-317*, 1996.

Beckson M, Schaefer M. Sex, drugs, and compulsivity: HIV risk and clinical medication trials. *Problems of Drug Dependence 1995: Proceedings of the Fifty-Seventh Annual Scientific Meeting, College on Problems of Drug Dependence, Inc. NIDA Research Monograph Series 162:46-48*, 1995.

Margolin A, Kosten TR, Avants SK, Wilkins JN, Ling W, Beckson M, Arndt IO, Cornish J, Li SH, Bridge P, Ascher JA. A multicenter trial of bupropion for cocaine dependence in methadone-maintained patients. *Drug and Alcohol Dependence 40:*125-131, 1995.

Beckson M, Ling W, Vocci F, Pickworth W, Fudala P, Wilkins J, Clagett-Carr K. The pharmacokinetics studies of LAAM: clinical correlates. *Problems of Drug Dependence 1994: Proceedings of the 56th Annual Scientific Meeting (Volume II). National Institute on Drug Abuse Research Monograph Series 153*:255, 1995.

Beckson M, Benson DF. Brain disease and abnormal behavior. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry*. New York: Chapman & Hall, 1994, pp. 461-468.

Beckson M, Ling W. Pharmacologic interventions in cocaine dependence. *Southern California Psychiatrist 41(10):*10-11, 1993.

Ettlin TM, Beckson M, Benson DF, Langfitt Jt, Amos EC, Pineda GS. Prosopagnosia: a bihemispheric disorder. *Cortex 28*:129-134, 1992.

Beckson M, Cummings JL. Psychosis in basal ganglia disorders. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology 5:* 126-131, 1992.

Beckson M, Cummings JL. Neuropsychiatric aspects of stroke. *International Journal of Psychiatry in Medicine 21:* 1-15, 1991.

Van Putten T, Beckson M, Marder SR. The neuroleptic malignant syndrome manifested as a prolonged confusional state [Letter]. *Journal of Clinical Psychopharmacology 8:*229-230, 1988.

Wang LH, Beckson M, Anderson SM, Hanafusa H. Identification of the viral sequence required for the generation of recovered avian sarcoma viruses and characterization of a series of replication-defective avian sarcoma viruses. *Journal of Virology 49*:881-891, 1984.