# EXHIBIT 3

**Paul A. Cappitelli**
Paul Capp Consulting, Inc.
San Diego, CA 92127
(916) 844-4571

# EXPERT WITNESS REPORT

*In the Matter of:* *Rupard v. County of San Diego*
*Case # 3:23-cv-01357-CAB-BLM*

## INTRODUCTION

This report is submitted in accordance with the Federal Rules of Civil Procedure 26(a)(2)(B). This report provides my opinions related to the standard of care prevalent in the corrections and custodial profession and facilities, and the practices of corrections personnel in this matter. With the understanding that additional discovery materials may still be pending, I reserve the right to obtain additional disclosures that may assist in my assessment in this matter. To this end, I reserve the right to modify my opinions based upon any additional discovery. Should this occur, a supplemental report may be submitted.

My opinions, analysis and conclusions are based on my training and experience as a California Peace Officer, specifically a Sheriff's Deputy Custody Officer, Correctional Training Officer, Custodial Supervisor (Sergeant), Custody Lieutenant and Custody Commander (Sheriff's Captain); and as a correctional practices and law enforcement consultant/expert in the tort liability arena with specific matters involving jail/prison institutions across the U.S.

This report is a compendium of my credentials and qualifications and contains an analysis to validate my conclusions. Whenever possible, the analysis is corroborated by referencing applicable laws, training materials and relevant items of case evidence/discovery examined. My opinions are an evaluation of the evidence blended with my training and personal experiences.

## EXPERIENCE, EDUCATION, BACKGROUND & QUALIFICATIONS

I am a career law enforcement professional with over 48 years of experience starting at the rank of Deputy Sheriff's (Reserve), Orange County (California) Sheriff's Office 1977-1978; continuing as Deputy Sheriff's up through the rank of Captain with the San Bernardino County Sheriff's Office (SBSD) 1978-2007; as Executive Director for the California Commission on Peace Officer Standards and Training (POST); and law enforcement and corrections practices expert from 2012-present. During my tenure at SBSD, I worked several assignments at all ranks. I have extensive experience working in administration, patrol, custody, homicide investigation, public affairs, gang enforcement, and academy co-director/director, to name a few. Commensurately, I have completed several thousand hours of formal training related to the duties as a California peace officer. During my 29-year career with SBSD, I worked in the custody/corrections

arena at every rank between 1978 and 2007 [1]. My specific expertise related to the custody setting is based upon years of experience working in a county jail as a Deputy Sheriff's, Corporal/Training Officer, Sergeant, Lieutenant and Captain. Details regarding my tenure in these assignments are outlined in this section. Additionally, I have been retained as an expert in matters related to litigation in both jail and prison settings representing the interests of Plaintiffs and Defendants.

I have personally supervised numerous custodial officers and professional staff support employees in a custody environment. I have decades of experience evaluating the conduct of law enforcement and corrections officers in the course of their duties in custody assignments. I have experience at every level in jail facilities, starting at the rank of Custody Officer up to Administrator in various facilities. I have personally worked in direct contact with inmates in a dormitory style housing environment, outdoor recreational yards, multi-inmate cells, segregation units, high security units, medium security units, medical units and low security units as well as performing movement/transportation functions. I have knowledge and understanding of the duties of a custodial officer with regards to periodic wellness checks and observation functions. As a detective, supervisor and command-level officer, I have investigated, documented and reviewed approximately 30 situations involving death in a custody environment leading to analysis/recommendations of both proper and improper procedures. I have supervised the unit responsible for inmate housing/classification. I have direct knowledge and understanding of the duties of a custodial officer with regards to periodic wellness checks and observation functions. I have conducted numerous administrative investigations involving inmate care, and I have reviewed several cases involving employee functions related to in custody inmate injuries and deaths. In some instances, my assessment has resulted in administrative disciplinary action up to and including termination from employment. I am aptly qualified to recognize and differentiate between proper and improper corrections practices, specifically in a custodial environment.

While assigned to various custody facilities (Glen Helen; Central Detention Center; West Valley Detention Center, Adelanto Detention Center, and West End Booking/Holding), I interacted with county, state and federal prison inmates housed under contracts with the State of California Office of Corrections and Rehabilitation and the Federal Bureau of Prisons. I also supervised county jail detainees and sentenced felony inmates with deferred prison sentences. The county jail facilities housed both felony and misdemeanor detainees and sentenced inmates.

I completed the Basic Jail Operations Course, Jail Manager's Course and several hundred hours of ongoing training required to maintain certification with the State of California Standards for Training in Corrections (STC) as a corrections Deputy, Corporal Training Officer, Sergeant, Lieutenant and Captain. At every assignment, I collaborated

---

[1] Detailed list of all SBSD assignments are contained in the attached résumé/CV.

with other corrections professionals in the exchange of information and intelligence gathering. I attended training workshops and meetings wherein the best practices and standards of care for managing inmate populations were discussed and adopted. I currently maintain membership in the American Jail Association and the American Correctional Association to remain contemporaneous in the field of corrections. I attend training courses and hosted by these organizations related to standards of care in custody facilities. I receive daily correspondence through newsletters and discussion email threads related to the standard of care in correctional facilities across the country. [2]

The following is a summary of jail assignments and positions held:

| | | |
|---|---|---|
| *Captain* | *Adelanto Detention Center (ADC)* | *7/07-11/07* |
| *Captain* | *West Valley Detention Center (WVDC)* | *4/06-7/07* |
| *Lieutenant* | *Central Detention Center* | *12/98-3/99* |
| *Lieutenant* | *West Valley Detention Center* | *8/98-12/98* |
| *Sergeant* | *Glen Helen Rehabilitation Center* | *9/88-9/89* |
| *Corporal/CTO*[3] | *West End Station/Type I Jail* | *8/84-1/85* |
| *Deputy (Custody Officer)* | *Central Jail* | *3/79-12* |
| *Deputy (Custody Officer)* | *Glen Helen Rehabilitation Center* | *9/78-3/79* |

As POST Executive Director, I was responsible for the development and administration of training for California's 85,000 peace officers. I managed an annual budget > $60 million and participated in numerous training workshops and conferences. From 2013-2015, I worked as a Public Safety Specialist directly for the law firm of Best Best & Krieger LLP, providing a variety of services to law enforcement and to municipal and private clients. Since that time, I have been providing expert analysis and evaluation of law enforcement and corrections practices. My experience in all of these areas provides me with a unique qualification to provide expert analysis in law enforcement and corrections liability matters.

I hold an AA Degree in Criminal Justice, a BS Degree in Business and Management (BSBM) and a master's degree (MPA) in Public Administration/Public Policy. I also hold California POST Professional Peace Officer Certifications in Basic, Intermediate, Advanced, Supervisory and Management levels. [4] My training and other related experience are outlined in my CV.

---

[2] Refer to CV, pp. 9-17, for specific details regarding ongoing professional development
[3] CTO is an acronym for '*Correctional Training Officer*.'
[4] For further information regarding POST Professional Peace Officer Certificates, refer to CA POST Website URL https://post.ca.gov/peace-officer-certificates

## ITEMS AND EVIDENCE EVALUATED

I have considered information from various sources in forming my opinions. I have drawn on my decades of experience in the detentions/corrections arena, as well as my recent experience and training as a corrections practices expert. I have employed methods and analyses of a type reasonably relied upon by experts in my field in forming opinions or inferences on the subject. Additionally, in preparing this report, I have relied upon the items listed in Attachment "1" provided by counsel.

## CASE SUMMARY

Lonnie Rupard was arrested by the National City Police Department and booked into the San Diego County Sheriff's Office (SDCSO) Central Jail on 12/19/21. He was housed on the 7th floor, D Module, cell 17 in a single person cell. On 3/17/22 at approx. 2246 hours during a routine safety check, SDCSO then-Deputy Blade Romans (now Corporal Romans) noticed Rupard unresponsive in his cell. Romans called for assistance and an ambulance was summoned. Rupard was transported to the hospital where he later was pronounced deceased. The SDCSO Homicide unit responded and conducted an investigation.

## SCOPE OF REPORT

This report focuses solely upon the actions of the SDCSO *custodial security staff* during the dates of Lonnie Rupard's incarceration in the aforementioned time period. My expertise is confined to the standards of care for jail custodial officers/administrators, not mental health clinicians or medical staff.

## PRIMARY OPINIONS

The following are my opinions regarding the security staff standard of care in this matter:

- **Rupard's death in custody was thoroughly investigated and documented by the SDCSO.**

- **SDCSO Custody Security Staff were attentive and conscientious in their interactions with Rupard during his incarceration up to, and including, the hours/minutes preceding his death.**

- **SDCSO Custody Security Staff were diligent in conducting routine unit and hourly cell checks pursuant to SDCSO jail policy and the requirements of Title 15 Minimum Standards for Local Detention Facilities as outlined by the California Board of State and Community Corrections (BSCC) and SDCSO Policy and Procedures section I.64.**

The continued monitoring of medical and mental health is the responsibility of the psychiatric and medical staff, not the custody security staff. Named custody security staff defendants did not know, or would not have known, Dr. Badre's findings or any other mental health data. Named custody security staff defendants did not know or would not have known any clinical information regarding Lonnie Rupard. Defendants did not have "*collective knowledge"* as alleged in Plaintiff's complaint. This attempt to link custody security staff to Rupard's death is baseless and unsupported by the evidence. Custody security staff are not health clinicians. The role of custody security staff is to observe and maintain safety for detainees, not to treat/assess.

A review of logs, videos, investigative interviews and deposition testimony indicate SDCSO Custodial Security Staff conducted routine, regular cell safety checks and counts pursuant to provisions within the SDCSO Detention Services Bureau Manual of Policies and Procedures [7] and BSCC Title 15 Regulations. The SDCSO Cell Safety Check Policy states (in part):

> *Sworn staff will conduct safety checks of inmates, housing areas, holding areas and vacant cells through direct visual observation (i.e.,direct personal view of the inmate/area without the aid of audio/video equipment). Safety checks of inmates consist of looking at the inmates for any obvious signs of medical distress, trauma or criminal activity. Safety checks shall be conducted at least once within every 60-minute time period.*[8]

Pursuant to the BSCC Title 15, a safety check is defined as:

> *"…direct, visual observation performed at random intervals within timeframes prescribed in these regulations to provide for the health and welfare of inmates."* [9]

Additionally, section 102.7 states:

> *Safety checks shall be conducted at least hourly through direct visual observation of all inmates. There shall be no more than a 60 minute lapse between safety checks. There shall be a written plan that includes the documentation of routine safety checks.* [10]

---

[7] Source: Bates COSD 006088-006090, SDCSO Manual Sec. I-64
[8] Ibid: Bates COSD 006088
[9] Source: California BSCC Title 15, revised in 2019 and in effect in on 3/17/22. Refer to p. 13, document title: Title 15 Minimum Standards for Local Detention Facilities, Title 15-Crime Prevention and Corrections, Division 1, Chapter 1, Subchapter 4 (URL: https://bscc.ca.gov/wp-content/uploads/Adult-Title-15-Regulations-Effective-10.1.2019.pdf?utm)
[10] Ibid: Title 15 from 2019, Section 1027.5, p. 26

Romans saw Rupard in need of assistance. Dep. Gutierrez indicated she did not have any interactions with Rupard prior to that time and she was not familiar with him.

One of the issues raised during the investigation was the condition of Rupard's cell at the time of his death. There is no indication that the condition of Rupard's cell was a factor in his death pursuant to the Coroner's Report and the SDCSO Investigation. There is documentation that Rupard's cell, as well as other cells, were cleaned on a regular basis. There is no indication that SDCSO Custody Staff were remiss in their duties in monitoring the cleanliness. Routine hygiene inspections and cleaning were conducted in various cells and housing units according to records and testimony. Rupard's cell had been cleaned at some point prior to his being found unresponsive however it is not clear exactly when that occurred.

The focus regarding Rupard's mental health preceding his death must be directed towards psychiatric care staff. Any insinuations and assertions suggesting that Corporal Romans, Dep. Gutierrez or any of the named custody security staff defendants were indifferent in Rupard's death is, in my opinion, obfuscated deflection. Custody security staff are not responsible for the clinical assessment and treatment of detainee psychiatric health. Deputy Gutierrez, Corporal Romans and all the named defendant custody security staff performed their job functions correctly and appropriately to the standard of care for reasonable detentions officer(s). The cell safety check(s) were conducted within the prescribed timelines as required by law and policy. There is nothing that Romans, Gutierrez or any of the named custody security staff did, or failed to do, that contributed to Rupard's death. To this end, custody security staff are not responsible for Lonnie Rupard's death. On all dates assigned to monitor Rupard, defendant custody security staff were attentive doing their assigned job tasks pursuant to policy and training as documented in jail activity logs.[12]

There is no indication that former Sheriff Gore or former Undersheriff (now Sheriff) Martinez did or failed to do anything that would/could be connected to the death of Lonnie Rupard. Neither had any direct involvement in the custody security decisions prior to Rupard's death.

Finally, I concur with the findings of the SDCSO Internal Affairs (IA) investigation. Rupard's death was investigated and reviewed by SDCSO, the U.S. Attorney's Office and the San Diego County District Attorney.[13] The IA summary stated (in part) as follows:

> *These investigations and reviews were unable to identify individual staff members or specific violations of law or policy that contributed to the death of IP Rupard.*[14]

---

[12] Refer Bates COSD 000152-00368
[13] Refer Bates COSD018183- Bates COSD018184 (attached)
[14] Refer Bates COSD 006433 (attached)

# Resume and Curriculum Vitae

*(REV: May, 2026)*

# *Paul Cappitelli*

Public Safety Consultant
Expert Witness (Law Enforcement/Corrections Practices)

Paul Capp Consulting, Inc. (DBA: Del Sur Strategies)
San Diego, CA
PH: (916) 844-4571 FAX: (916) 644-6669
Website: paulcapp.com
Email: paul@paulcapp.com
LinkedIn: https://www.linkedin.com/in/paulcapp/

## Professional Summary

I am a career law enforcement professional with over 48 years of experience. I served with the San Bernardino County Sheriff's Department (SBSD) for 29 years, retiring at the rank of Captain. During my tenure at SBSD, I worked numerous assignments at all ranks (itemized list herein). Command assignments included: Adelanto Detention Center, West Valley Detention Center, Sheriff's Regional Training Center, and Chief of Police of the Chino Hills Police and Sheriff's Station. I have extensive experience working in administration, patrol, traffic, custody, homicide investigation, public affairs, gang enforcement, and academy director to name a few (see Page 3 for detailed list). I have completed several hundred hours of formal training related to the duties as a California peace officer. (Documentation available upon request)

Additionally, I served as the Executive Director of the California Commission on Peace Officer Standards and Training (POST) from 2007-2012. In that capacity, I was responsible for providing leadership to POST Staff in the development and implementation of training for approximately California's (then) 75,000 Peace Officers and 10,000 professional staff.

Since 2013, I have been a public safety consultant and expert witness. From 2013-2015, I worked exclusively for the law firm of Best Best & Krieger LLP (BBK). As a consultant/police and corrections practices expert, I provide a variety of services to municipal and private clients including, but not limited to: *expert assessment and testimony in police/corrections-related matters; critical incident administrative/personnel investigation support; litigation support; assessment of ethics and public integrity issues; development/enhancement of training and administrative policies; analysis of complex problems to determine viable solutions; public policy advocacy and strategic guidance.*

## Education

- California State University, San Bernardino
  MPA, Public Administration/Public Policy (2002)

- University of Redlands
  BS, Business and Management (1999)

- San Bernardino Valley College
  AA, Administration of Justice (1986)

## Awards & Recognition

- Micki Rainey Memorial Award, California Peace Officers' Association (CPOA),(2009); annual leadership award presented by the CPOA President

- POST Command College Class 40, Hank Koehn Peer-Nominated LeadershipAward (2007)

## Employment History

2013-Present
Public Safety Consultant/Strategist (Self-Employed)
Del Sur Strategies, Paul Capp Consulting, Inc.
(*www.paulcapp.com)*

2013-2015
Best Best & Krieger LLP
(*www.bbklaw.com*)
Public Safety Specialist (part-time, regular employee)

2007-2012
California Commission on Peace Officer Standards and Training
(*www.post.ca.gov*)
Executive Director

1978-2007
San Bernardino County Sheriff's Department
(*https://wp.sbcounty.gov/sheriff/*)
Deputy Sheriff – Sheriff's Captain

1977-1978
Orange County Sheriff's Department
(*www.ocsd.org*)
Reserve Deputy Sheriff

## Assignment History - SBSD

The following is a summary of the assignments and positions held within the San Bernardino County Sheriff's Department from 1978-2007:

| Rank / Position | Assignment | Dates |
|---|---|---|
| Captain | Adelanto Detention Center (ADC) | 07/2007 – 11/2007 |
| Captain | West Valley Detention Center (WVDC) | 04/2006 – 07/2007 |
| Captain | Academy – Training Division | 12/2003 – 04/2006 |
| Captain<br>(Chief of Police) | City of Chino Hills Station | 10/2001 – 12/2003 |
| Lieutenant | Academy - Training Division | 03/1999 – 10/2001 |
| Lieutenant | Central Detention Center | 12/1998 – 03/1999 |
| Lieutenant | West Valley Detention Center | 08/1998 – 12/1998 |
| Sergeant | Public Affairs | 08/1996 – 08/1998 |
| Sergeant | Chino Hills Station | 09/1995 – 08/1996 |
| Sergeant | Rancho Cucamonga Station | 09/1989 – 09/1995 |
| Sergeant | Glen Helen Rehabilitation Center | 09/1988 – 09/1989 |
| Investigator | Homicide Detail | 03/1986 – 09/1988 |
| Corporal / FTO* | Fontana Station | 01/1985 – 03/1986 |
| Corporal / CTO** | West End Station / Type I*** Jail | 08/1984 – 01/1985 |
| Deputy | Rancho Cucamonga | 12/1979 – 08/1984 |
| Deputy | Central Jail | 03/1979 – 12/1979 |
| Deputy | Glen Helen Rehabilitation Center | 09/1978 – 03/1979 |

**FTO – Field Training Officer*
***CTO – Correctional (Jail) Training Officer*
****Type I (Roman Numeral One) – Initial post-arrest booking/short-term holding facility.*

## Professional Affiliations (Present and Past)

Current Memberships-

- International Association of Chiefs of Police(IACP)
- American Society for Public Administration(ASPA)
- California Peace Officers' Association (CPOA)
- International Public Safety Association (IPSA)
- Crime Victims Alliance (California) (CVA), Board of Directors
- International Law Enforcement Educators and Trainers Association (ILEETA)
- International Public Management Association for Human Resources (IPMA)
- National Sheriffs' Association (NSA)
- American Jail Association (AJA)
- American Correctional Association (ACA)
- IACP International Managers of Police Academy and College Training (IMPACT)
- Californians for Equal Rights Foundation (CFER)
- Association of Force Investigators (AFI)
- Institute for the Prevention of In Custody Deaths (IPICD)
- Association of Emergency Response Law Enforcement Trainers (ALERT)
- National Tactical Officers Association (NTOA)
- California Force Instructors' Association (CALFIA)

Past Participation and Representation -

- IACP national committee: Law Enforcement Safety Stops Subcommittee
- IACP national committee: Technical Advisory Panel
- IACP national committee: Alzheimer's Task Force
- IACP national committee: Research Advisory Committee (RAC)
- International Association of Directors of Law Enforcement Standards and Training (IADLEST)
- Public Safety Advisory Committee – Brandman (Chapman) University
- U.S. Attorney's Sacramento Regional Executive Committee
- Governor's Curriculum Development Advisory Committee (CDAC)
- Security Terrorism Threat Assessment Advisory Group (STTAAG)
- Advisory Board of the University of San Francisco (USF) International Institute of Criminal Justice Leadership.
- Board of Directors for the San Bernardino County Sheriff's Benefit Rodeo
- Community Board of Trustees for the Chino Valley Medical Center
- CSU San Bernardino Graduate School of Public Administration Advisory Group
- Golden West College Leadership and Ethics Institute Advisory Group

## Professional Career Highlights

- Served as Contract Chief of Police for the City of Chino Hills, population 75,000, 2001-2003
- Commanded SBSD's largest division – West Valley Detention Center - (600 employees)
- Served as a member of the SBSD Safety Accident Review Board (SARB)
- 2007-Appointed by Gov. Schwarzenegger to serve as Commissioner on the Public Employee Post-Employment Benefits Commission. This 12-member panel was tasked by Executive Order to propose ways for addressing unfunded post-employment benefits (AKA: OPEB)
- Active participant in the POST Academy Directors/Coordinator's Consortium, 1998-2001, 2003-2006, 2007-2012
- Instructor for the POST Supervisors' Course and the Basic Academy on leadership and ethics
- Graduate of POST Sherman Block Supervisory Leadership Institute (SLI) Class #22, 1993
- Served as Auditor for SLI Class #58, assisting course facilitators in leadership instruction, 1996-1997
- Promotional oral panelist for various law enforcement agencies, 1998-2007
- Member of the California Peace Officers' Association (CPOA) for over 30 years including Association President, 2006-2007. Participated in CPOA committee work, served on the Board of Directors and Executive Committee, 1994-2012.
- Evaluated curriculum for law enforcement training and performed critical assessments of lethal force situations to determine compliance with laws and policy, 1998-2007
- Panel presenter at the IADLEST Conference (2009) Reno, NV. *POST driver training study*
- Panel presenter at the National Institute of Justice Conference (2010) Washington, DC. *How police fatigue affects performance*
- Presenter at the USF Leadership Symposium (2010) San Francisco, CA. *Agency morale and leadership*

**Professional Career Highlights (cont'd)**

- Presenter at the California Office of Traffic Safety , (2011) San Diego, CA. *Officers killed and injured in the line of duty due to vehicle collisions*
- Panel presenter at the IACP Conference (2012) San Diego, CA. *Fatigue, fitness, and fast cars: Cops & Collisions: Keys for Chiefs to Support Situation-Appropriate, Focused, and Educated Driving*
- Agency (POST) was the recipient of the IACP/Sprint Excellence in Law Enforcement Research Award (2012) – Gold Winner. *the Cal POST SAFE driving research*
- Keynote presenter for the California Public Safety 911 Dispatchers (CALNENA) Conference (2016), San Diego CA. *Combatting the anti-policing movement*
- Provided testimony and expert analysis in criminal and civil cases; testified in California legislative hearings
- Researched, analyzed and narrated the television crime documentary show *"Snapped"* on the *Laurie Cone murder investigation*, San Bernardino, CA (2013)
- Collaborated with The Josephson Institute of Ethics on a publication for the U.S. Department of Justice/COPS Office on *Building an exemplary police organization* (2012)
- Co-Authored numerous Legal Client Alert Bulletins for BBK on contemporary topics related to public safety, 2013-2015.
- Participated as a Subject Matter Expert (SME) in numerous POST workshops for curriculum revision and development of various training courses (1980-2007)
- Participated in review of promotional exams for San Bernardino County (1998)
- Conducted numerous administrative investigations and performed critical assessments of lethal and less-lethal force to determine compliance with lawsand policy, 1984-2007
- Researched, analyzed and narrated the television crime documentary show "*Murder by Numbers*" *Rampage Episode*, San Bernardino, CA (2018)
- Frequent contributor for print, radio and television media regarding contemporary law enforcement trends and news developments

## Formal Specialized Law Enforcement Training (partial list*)

- POST Command College, Class #40
- POST Executive Development Course
- POST Academy Directors/Coordinators Training Course
- POST Management Course
- POST Supervisory Leadership Institute
- POST Supervisory Course
- POST Field Training Officer Course
- POST Basic Training Academy
- POST Reserve Officer Basic Training Academy

** Completed several hundred hours of additional law enforcement training; detailed list available upon request.*

## Professional Certifications

- POST Management Certificate (2000)
- POST Supervisory Certificate (1990)
- POST Advanced Certificate (1987)
- POST Intermediate Certificate (1986)
- POST Basic Certificate (1979)

## Scope of Budgets and Staff Managed

Executive Director-POST

- 125 Personnel
- Annual Operating Budget: $61 million.

Captain (Commander)-Adelanto Detention Center (ADC)

- 160 Personnel
- Annual Operating Budget: $16 million.
- Involved with Capital Project (Jail Expansion): $111 million.

Captain (Commander)-West Valley Detention Center (WVDC)

- 580 Personnel
- Annual Operating Budget: $29 million.

Captain (Commander)-Academy - Training Division

- 85 Personnel
- Annual Operating Budget: $7 million.

Captain (Chief of Police)-City of Chino Hills Station

- 65 Personnel
- Annual Operating Budget: $ 7 million

**Other Training and Personal Development Activities (2016-Present)***

➢ **May 14, 2026 — Impound Mistakes That Create Lawsuits and Lose Cases**

**Format:** Live webinar (1.5 hours)

**Sponsor/Presenter:** Webinar panel presentation, The Briefing Room

**Location:** — Virtual (Zoom)

**Summary:** Legal and operational considerations regarding vehicle impounds; review of People v. Perez (2026); application of the community caretaking exception; lawful tow requirements; suppression risks associated with improper impounds; and practical field guidance to reduce civil liability and evidentiary challenges.

➢ **May 12–13, 2026 — NTOA Public Order Symposium — Multiple Sessions**

**Format:** Online symposium/webinar series (multiple sessions)

**Sponsor/Presenter:** National Tactical Officers Association (NTOA)

**Location:** — Virtual

**Summary:** Participation in multiple public order policing sessions including Professional Mindset for Public Order Policing; European Public Order Policing; Protests, Speech, and Force: The Legal Boundaries of Crowd Management; Dialogue-Led Public Order Policing; Scientific Foundations: Crowd Psychology and Policing; University Protests; Public Order Use of Force; and Modern Crowd Science Theory and Application.

➢ **April 23, 2026 — Force, Jeopardy, and the Courtroom: What the Christopher Schurr Case Really Teaches**

**Format:** Online webinar (1.5 hours)

**Sponsor/Presenter:** California Force Instructors' Association (CALFIA)

**Location:** — Virtual

**Summary:** Mikayla S. Hamilton, Senior Counsel at SBBL Law and one of Schurr's attorneys, provided an inside look at the Christopher Schurr trial, examining how perceived jeopardy and use-of-force decisions were evaluated in court, how legal standards evolved during the process, and the resulting lessons for training and leadership.

***Most recent displayed first…***

**Other Training and Personal Development Activities (cont'd)**

➢ **April 1, 2026 — Prone Restraint**

**Format:** Webinar (CALFIA Membership Meeting)

**Sponsor/Presenter:** California Force Instructors' Association (CALFIA); Dr. Geoffrey Desmoulin, Ph.D.

**Location:** — Online (1.5 hours)

**Summary:** Scientific and operational considerations involving prone restraint; physiological and biomechanical risks associated with restraint positioning; and implications for law enforcement and correctional practices related to safety, medical risk factors, and force applications.

➢ **February 26, 2026 — First Amendment for Protests**

**Format:** Live webinar (1.5 hours)

**Sponsor/Presenter:** James E. Brown, Esq.

**Location:** — Virtual

**Summary:** Constitutional and legal considerations involving protests, demonstrations, and public assemblies; First Amendment protections and limitations; lawful time, place, and manner restrictions; and practical legal issues related to protest response and crowd management.

➢ **January 13, 15, 20 & 22, 2026 — *Hot Topics in Corrections—2026***

**Format:** Live online training seminar ((Webinar - 16 hours)

**Sponsor/Presenter**: SHIELD Public Safety Training, Inc.

**Location:** — Virtual (Zoom, online)

**Summary:** Comprehensive training addressing emerging and high-risk issues in corrections amid increasing litigation and escalating verdicts. Instruction provided by experienced correctional attorneys and practitioners, focusing on current legal exposure, risk management, operational best practices, and defensible decision-making for correctional agencies and personnel across jail and prison settings.

**Other Training and Personal Development Activities (cont'd)**

➢ **January 14, 2026 — *Ensuring Constitutional Rights for the Incarcerated and Reducing Your Liability in Corrections (2025–2026)***

**Format:** Live webinar (Webinar - 1.5 hours)

**Sponsor/Presenter:** LexisNexis

**Location:** — Zoom

**Summary:** Review of constitutional standards governing the rights of incarcerated persons; legal updates impacting correctional operations; compliance obligations; and risk-management strategies to reduce civil liability exposure for correctional agencies.

➢ **January 7, 2026 — *Incipient Aggression in Psychiatric or Forensic Settings: Threat Behavior Escalation and Prediction***

**Format:** (Webinar - 1.5 hours)

**Sponsor/Presenter:** California Force Instructors' Association (CALFIA)

**Location:** — Online

**Summary:** Identification and analysis of incipient aggression in psychiatric and forensic environments; threat behavior indicators; escalation pathways; and predictive factors relevant to violence risk assessment and intervention strategies.

➢ **September 22–25, 2025 — *Expert Witness Symposium***

**Format:** In-person attendance

**Sponsor/Presenter:** Americans for Effective Law Enforcement (AELE)

**Location:** — Las Vegas, NV

**Summary:** View from the State & Federal Bench; Human Factors; Criminal vs. Civil Expert; How to Market Your Niche; Retainer Agreement; Writing Your Bullet Proof Report; Surviving Your Deposition; Electronic Control Weapons; Jail Suicide Issues; Writing Your Report.

**Other Training and Personal Development Activities (cont'd)**

➢ **June 30, 2025 — *The Science of Prone Restraint Deaths — What Every Officer Should Know***

**Format:** Webinar (1.5 hours)

**Sponsor/Presenter:** GTD Scientific; Dr. Geoffrey Thor Desmoulin

**Summary:** Physiology and biomechanics of prone restraint deaths; upright respiration mechanics and gas exchange; effects of prone positioning on breathing muscles and circulation; hypercapnia and metabolic acidosis pathway to cardiac arrest; eight critical risk factors; review of prone restraint techniques and controllable factors.

➢ **June 17, 2025 — *Use of Force Reviews Just Changed Nationwide: What Every Agency and Officer Needs to Know***

**Format:** Webinar (1 hour)

**Sponsor/Presenter:** The Briefing Room; guest speakers included Jim Touchstone, Brandon Sontag, Scott Savage, Phil Downs, Jr., Jason Louis

**Summary:** Implications of recent Supreme Court ruling on use-of-force reviews; legal and operational impacts for agencies and officers.

➢ **April 22, 2025 — *When De-Escalation Training Fails: An Insider's Look at Why Conventional De-Escalation Training is Failing Officers***

**Format:** Webinar (1.5 hours)

**Sponsor/Presenter:** Savage Training Group and PoliceOne.com

**Summary:** Gaps between de-escalation training and real-world policing; tactical de-escalation strategies; managing mental health and crisis calls; case studies, legal insights, and practical solutions.

➢ **February 13, 2025 — *Perceived Unusual Behavior (PUB)***

**Format:** Webinar (4 hours)

**Sponsor/Presenter:** Institute for the Prevention of In Custody Deaths (IPICD); John G. Peters, Jr., Ph.D.

**Summary:** Tools to address PUB incidents (formerly "*excited delirium*"): political-social context; potential causes; observable/reportable behavioral cues; de-escalation tactics; tactical and proven action steps.

**Other Training and Personal Development Activities (cont'd)**

- **May 22, 2024 — *Body-Worn Camera Video: Your Agency's Greatest De-Escalation Asset***

  **Format:** Webinar (2 hours)

  **Sponsor/Presenter:** Polis Solutions; Dr. Jonathan Wender

  **Summary:** BWC as primary data source for police-community interactions; identifying opportunities to improve tactics, procedures, policies, and training; technology to enhance BWC data efficiency and objectivity.

- **March 27, 2024 — *The Intersection of Training and Education in Law Enforcement: Building Evidence-Based Training Programs***

  **Format:** Webinar (1.5 hours)

  **Sponsor/Presenter:** IACP; Dr. Cynthia Lum, Dr. Luann Pannell, Dr. Charles Scheer, Lt. Chris Bagby

  **Summary:** Partnerships between practitioners and academics to deliver evidence-based training; scenario-based and data-driven program design.

- **January 18, 2024 — *Tactical Disengagement and De-Escalation***

  **Format:** Webinar (1 hour)

  **Sponsor/Presenter:** PoliceOne.com; Sgt. Scott Savage, Ret.; Lt. Ruben, LAPD SWAT Commander

  **Summary:** Strategic disengagement as a de-escalation tool; legal and practical aspects; decision-making under pressure.

- **November 21, 2023 — *Pursuit Response Update***

  **Format:** Webinar (1.5 hours)

  **Sponsor/Presenter:** PoliceOne.com

  **Summary:** Latest trends in pursuit policies and tactics; policy impacts on proactive policing; community sentiment and risk management strategies.

**Other Training and Personal Development Activities (cont'd)**

➢ **October 10–14, 2023 — *IACP Annual Conference***

**Format:** In-person attendance

**Sponsor/Presenter:** IACP

**Location:** San Diego, CA

**Summary:** Participation in workshops and sessions on contemporary law enforcement topics and networking events.

➢ **May 9–11, 2023 — *2023 North American Use of Force Symposium: Lessons Learned***

**Format:** In-person attendance

**Sponsor/Presenter:** LETAC

**Location:** Scottsdale, AZ

**Summary:** High-profile case reviews and lessons learned; sessions included critical incident preparation, media relations, neurobiology of attunement, cross-cultural communication, situational awareness, human performance under stress, critical analysis of force, 1983 litigation defense, and officer mental health post-incident.

➢ **April 25, 2023 — *Seattle Police Department Evidence Based Approach to Equity, Accountability and Quality***

**Format:** Webinar (1.5 hours)

**Sponsor/Presenter:** Justice Clearinghouse; Heather Prince, Elise Kratzer, Loren T. Atherley, Sean Wire

**Summary:** Seattle PD risk management approach leveraging measures of disparate outcomes.

➢ **March 23, 2023 — *Use of Force: Improved Performance through an Evidence-Based Approach***

**Format:** Webinar (1 hour)

**Sponsor/Presenter:** Justice Clearinghouse; Ashley Heiberger

**Summary:** Evolution of use-of-force standards; importance of annual needs assessments; scenario-based training integrating force and de-escalation techniques; statistics on officer-involved shootings.

**Other Training and Personal Development Activities (cont'd)**

➢ **May 21–24, 2022 — *American Jail Association (AJA) Conference Attendance and Workshops***

**Format:** In-person attendance; workshops (various durations)

**Sponsor/Presenter:** AJA; presenters included Jennifer Solopow, Tyronea Modeste, Lisa Boesky, Tyson Nelson, Kimberly A. Miller, and others

**Summary:** Correctional litigation basics; reducing suicide attempts and deaths; Los Angeles County jail settlement agreements; organizational culture change; jail legal issues and recent court decisions.

➢ **June 29, 2022 — *2022 Need to Know Legal Issues for Corrections Professionals***

**Format:** Webinar (1 hour)

**Sponsor/Presenter:** LexisNexis and AJA; Attorney Gerard Horgan

**Summary:** Recent case law and statutory requirements affecting staff and facilities; commonly litigated issues including use of force, qualified immunity, medical issues, mental health, restrictive housing, transgender offenders, religious rights, special diets, and access to courts.

➢ **October 7–8, 2021 — *Use of Force in 2021: What the Corrections Professional Needs to Know***

**Format:** In-person attendance (16 hours)

**Sponsor/Presenter:** AJA; hosted by Larimer County Sheriff's Office; presenter – Attorney Gerard J. Horgan

**Location:** Ft. Collins, CO

**Summary:** Qualified immunity; *Kingsley v. Hendrickson*; training best practices; de-escalation; policy best practices; Garrity rights; delirium tremens; after-action reviews; video practices; defending use-of-force incidents in court.

➢ **June 16, 2021 — *Trends and Challenges in Inmate Litigation***

**Format:** Webinar (1 hour)

**Sponsor/Presenter:** LexisNexis; Professor Margo Schlanger

**Summary:** Overall trends in inmate litigation filings and outcomes; hot topics including COVID protocols, Hepatitis "C" treatment settlements, ADA reasonable modifications, transgender issues, grievance systems, and access to courts.

**Other Training and Personal Development Activities (cont'd)**

➢ **March 25, 2021 — *Preventing Jail Suicide: Issues We Don't Talk About, But Should***

**Format:** Webinar (1 hour)

**Sponsor/Presenter:** Justice Clearinghouse; Dr. Lisa Boesky

**Summary:** Controversial and rarely discussed issues in jail suicides: clothing, contracts, culture, mental illness, risk factors, and mitigation strategies.

➢ **February 2, 2021 — *Preventing Jail Suicide: Adjusting Current Strategies to Save Lives***

**Format:** Webinar (1.5 hours)

**Sponsor/Presenter:** Justice Clearinghouse; Dr. Lisa Boesky

**Summary:** Prevalence of suicide in jails and prisons; outcomes of inadequate prevention; challenges for facility staff and administrators.

➢ **October 14, 2020 — *Use of Force Policy in 2020: Informing and Engaging Concerned Stakeholders***

**Format:** Virtual Conference Workshop (1 hour)

**Sponsor/Presenter:** Lexipol; Bruce Praet, Laura Scarry, Ken Wallentine

**Summary:** Reform strategies addressing systemic bias and excessive force; engaging community stakeholders; practical guidance reflecting realities of police work.

➢ **October 6, 2020 — *Conclusive Evidence? Understanding the Limitations of Video Footage***

**Format:** Webinar (75 minutes)

**Sponsor/Presenter:** Lexipol; Chief (Ret.) Michael Ranalli; Attorney Laura Scarry

**Summary:** Technical factors affecting video evidence (compression, angle); pre-interview considerations for officers and investigators; key questions for video analysis and value of forensic experts; using incident video as a training tool.

**Other Training and Personal Development Activities (cont'd)**

- **September 2, 2020 — *Preventing Jail Suicide: The Basics Are No Longer Enough***

  **Format:** Webinar (1 hour)

  **Sponsor/Presenter:** AJA; Dr. Lisa Boesky

  **Summary:** Suicide prevention in correctional settings; elements associated with housing mentally ill inmates.

- **October 5–8, 2018 — *IACP Conference***

  **Format:** In-person attendance

  **Sponsor/Presenter:** IACP

  **Location:** Orlando, FL

  **Summary:** Attendance at IACP sessions and workshops on contemporary policing topics.

- **August 31–September 1, 2017 — *Use of Force Liability Litigation (POST Certified)***

  **Format:** In-person attendance; POST certified course (16 hours)

  **Sponsor/Presenter:** Attorney David Demurjian, Esq.

  **Location:** Carlsbad, CA

  **Summary:** Court case reviews using video; walkthrough of a use-of-force incident from field training to courtroom; contact drills; civil and criminal trial navigation; custody investigation process; post-incident management responses; testifying and writing about use-of-force encounters; defensive tactics analysis.

- **June 2, 2017 — *California Bar Association Public Law Section Symposium: Law Enforcement Use of Force & Liability Conference***

  **Format:** One-day, in-person symposium

  **Sponsor/Presenter:** California Bar Association; keynote Dean Erwin Chemerinsky

  **Location:** University of Southern California, Los Angeles, CA

  **Summary:** Racial identity and profiling; recent U.S. Supreme Court decisions on use of force; technological force issues including body cameras and ethics in police technologies.

## Other Training and Personal Development Activities (cont'd)

➢ **October 15–18, 2016 —*IACP Conference***

**Format:** In-person attendance

**Sponsor/Presenter:** IACP

**Location:** San Diego, CA

**Summary:** Sessions attended included Below 100; preventing adversity from becoming calamity; current trends influencing policy, investigation, oversight, and physiological review; advancing 21st century policing practices.

## Publications

*"When it comes to uniform and grooming standards, are we at the point of no return?"*

PoliceOne Online, April, 2024, Author

*"Proxy policing - Political hypocrisy in the defund era"*

American Police Beat Magazine, Jan, 2024, Author

*"Debunking the perpetual narrative of racial bias in policing"*

American Police Beat Magazine, June, 2023, Author

*"The unspoken truth behind the recruitment and retention crisis"*

American Police Beat Magazine, May, 2023, Author

**"***The police reform goal: use of force without options"*

American Police Beat Magazine, April, 2023, Author

*The imprisonment of law enforcement technology"*

American Police Beat Magazine, January, 2023, Author

**"***America needs a more balanced discussion of police reform and reducing violence"*

Orange County Register, February, 2023, Co-Author

**"***Preventing Police Misconduct Requires Practical Actions, Not Ideological Reforms"*

California Globe, February, 2023, Co-Author

**"***Persecution of the LEO is Classic Schadenfreude"*

American Police Beat Magazine, January, 2022, Author

**Publications (cont'd)**

"*The Rule of Law is Worthless Without Order*"

American Police Beat Magazine, December, 2021, Author

"*School policing: a paradox of the defund movement*"

American Police Beat Magazine, November, 2021, Author

"*Op-Ed -The police reform challenge: preserving high standards*"

American Police Beat Magazine, September, 2021, Author

"*Defending the honor of the LE profession – finally!*"

American Police Beat Magazine, September, 2021, Author

"*The dichotomy of the defund movement: reality setting in*"

American Police Beat Magazine, August, 2021, Author

"*Self-reform: making adjustments for career survival*"

American Police Beat Magazine, July, 2021, Author

"*Crowd control force options: a cacophony of mixed messages*"

American Police Beat Magazine, June, 2021, Author

"*Justice department reviews — the storm is on the horizon*"

American Police Beat Magazine, May, 2021, Author

"*The degradation of due process for the LEO: it's not fair!*"

American Police Beat Magazine, April, 2021, Author

"*Scrutiny of PC — one step closer to "drive and wave" policing*"

American Police Beat Magazine, March, 2021, Author

**Publications (cont'd)**

*"Negligent police driving: the self-inflicted wound"*

American Police Beat Magazine, May, 2021, Author

*"How to improve your odds for promotion in 2020"*

PoliceOne.com, December 2019, Contributor

*"5 of the biggest issues facing law enforcement in 2019"*

PoliceOne.com, December 2018, Author

*"7 of the biggest issues facing law enforcement in 2016"*

PoliceOne.com, January 2016, Author

*"4 critical elements of professional growth and development in law enforcement"*

PoliceOne.com, July 2016, Author

*"Leadership in the face of scrutiny: 5 strategies for offsetting negativity"*

PoliceOne.com, October 2015, Author

*"Four things every newly promoted law enforcement leader should know"*

PoliceOne.com, March 2015, Author

*"Five tips for successful police leadership in 2015"*

PoliceOne.com, January 2015, Author

*"10 things that fuel negative police image among the public"*

PoliceOne.com, November 2014 (Updated: July, 2024), Author

*"Surviving a career in law enforcement"*

LawOfficer.com, October 2014, Author

*"3 ways to combat degradation of morale in your agency"*

PoliceOne.com, September 2014, Author

**Publications (cont'd)**

" *3 keys to preventing problem officers in your ranks"*

PoliceOne.com, August 2014, Author

" *Little-used state laws in California can help keep weapons off the street"*

PublicCEO.com, April 2013, Co-Author

*"Negligent driving is our scourge"*

Law Officer Magazine Editorial, October 2012, Author

*"Establishing a career pipeline in public schools"*

Police Chief Magazine, November 2011, Co-Author

*"Getting smart about compliance"*

Police Chief Magazine, May 2011, Co-Author

*"Safe driving - the role of the chief"*

Police Chief Magazine, March 2010, Co-Author

# Summary of Testimony Cases*
# Paul Cappitelli

| Parties | Type of Testimony | State | Case Number | Representing |
|---|---|---|---|---|
| Estate of Amanda Mitchell v. Leon County Sheriff (FL) | Deposition | FL | 4:22cv85-MW/MAF | Plaintiff |
| Williams v. State of Arizona Dept. of Corrections, et. al. | Deposition | AZ | CV-21-1381-PHX-DGC | Defense |
| Juvenal Nunez v. County of Los Angeles | Deposition | CA | 2:23-cv-04409-MCS (PVCx) | Defense |
| Hieb/Wade v. Pierce County (WA) | Deposition | WA | 20-2-01550-34 | Plaintiff |
| Matthews v. County of Los Angeles | Deposition | CA | 2:24-cv-01483-SVW-KS | Defense |
| Murphy v. Clallam County | Deposition | WA | 23-2-00428-18 | Plaintiff |
| Byram v. County of Los Angeles | Deposition | CA | 2:23-cv-09285-SB-MAR | Defense |
| S.L. v. City of Los Angeles | Deposition | CA | 2:24CV-00679-MRA-AGRx | Defense |
| Ellis v. Almanzar | Deposition | CA | 20STCV07031 | Plaintiff |
| Miller v. County of Los Angeles | Deposition | CA | 2:24-cv-09169-GW-AGR | Defense |
| Johnson v. Cook County | Deposition | IL | 2024L001988 | Plaintiff |
| KLG v. County of Los Angeles | Deposition | CA | 23NWC03125 | Defense |

**Four year period*