# EXHIBIT 7

**Kristina Tyler, PhD, QME**
**Psychologist CA 21771**
**Clinical and Forensic Psychology**

27001 La Paz Rd., Suite 278a
Mission Viejo, CA 92691
Phone: 949-632-6166
Fax: 949-449-8905

July 15, 2026

**IRMO:** Estate of Lonnie Rupard v County of San Diego, et. al.
**CASE NUMBER:** ·3:23-cv-1357-CAB-BLM

**Retention and Engagement:**

I have been retained in the above-captioned matter by the defense attorneys Collins and Collins, to review certain information and express related opinions based upon my training, experience, and expertise.

I am a psychologist, duly licensed in the State of California. I hold a doctorate degree in psychology, a master's degree in educational counseling, and a bachelor's degree in social psychology. I am also licensed as a Qualified Medical Evaluator by the California State Division of Worker's Compensation. I have 22 years of experience in diagnosing and treating mental health disorders and I have specialized in severe, persistent mental health disorders such as schizophrenia and bipolar disorders throughout my career. I also have 22 years of clinical experience in suicide assessment, intervention, and treatment of suicidality. I supervised crisis teams for the County of San Bernardino from 2012 to 2017, and was certified to write "W&I 5150 psychiatric holds" (i.e. applications for admission to psychiatric hospitals for reasons of danger to self, danger to others, or grave disability) during this time. I conducted W&I 5150 evaluations as well as consulted on over 5000 "danger to self/danger to others/grave disability" assessments during this time, as well as coordinating, drafting, and implementing safety plans. Assessments included community clients as well as detainees/arrestees by law enforcement and San Bernardino County Jail. I have conducted assessments in other jail systems as well as immigration detention systems, for both government and private facilities. Additionally, I have conducted evaluations and assessments privately and in mental health clinics over 20 years, including conducting contracted assessments for various private organizations (i.e. businesses) and government organizations. I have consulted on various crisis programs for both Orange and San Bernardino Counties and co-authored a comprehensive training program for San Bernardino County's crisis intervention teams which included assessment of detainees/arrestees.

I have provided training on crisis assessment and intervention (danger to self, danger to others, and grave disability) since 2012, both at the County of San Bernardino and privately. I have trained crisis teams, psychiatrists, psychologists and other mental health professionals. I have been recognized as an expert in "danger to self, danger to others, grave disability" risk, intervention, and standard of care in San Bernardino, Riverside, Orange, Los Angeles, Kern, Mono, and Inyo Counties since 2007, and the Federal Court. I have conducted risk assessments in clinical, educational, organizational, and detention settings as well as forensic settings including risk of future harm to self or others (i.e. threat assessment) and continue to do so in some settings. I also provide consultation to other professionals regarding matters of suicidality, threats, grave disability, intervention, and follow-up care. I have provided opinions and consultations to attorneys regarding standard of care for other mental health professionals in certain legal cases, including detainees and those in custody.

I have reviewed over 350 files of other mental health professionals regarding standard of practice, testified regarding ethics and standard of practice matters and served as a professional practice monitor for the California Board of Psychology from 2016-2022. I have trained and provided professional supervision to new mental health professionals since 2010.

**Introduction:**
In the above-captioned matter, I have been asked to provide expertise and opinions regarding matters relating to the death of Lonnie Rupard, on or about March 17, 2022. More specifically, to opine about standard of care, training and qualifications, adherence to policies and procedures related to mental health standards, primarily by the behavioral health employees of San Diego County, but also regarding the situation as a whole within my expertise.

**Case documents:**
I was provided an extensive case file. I was directed towards specific documents related to my scope regarding standards of practice. The documents reviewed included, but may not have been limited to, the following, some including portions of the file:

1. December 16, 2024 – Deposition of Christina Goodall, LMFT
2. May 5, 2025 – Deposition of Bethann Schaber, MD
3. December 19, 2025 – Deposition of Nicholas Badre, MD
4. January 7, 2026 – Deposition of Detective Max Blumenshine
5. January 8, 2026 – Deposition of Melissa Quiroz
6. March 3, 2026 – Deposition of Dr. Anthony Cruz, MD
7. March 26, 2026 – Deposition Rognlien-Hood
8. April 10, 2026 – Deposition of Dr. Francis Ysla, MD
9. April 10, 2026 – Deposition of Sandeep Jouhal, MD
10. April 17, 2026 – Deposition of Rebecca Jean Kloker, MD

subjective information (her clinical opinions and the report of the deputy). Further, related to "P" which is for "plan — e.g. does the plan stay the same or is change needed? Plan of care includes patient education, follow-up needs." Ms. Goodall implemented a plan: that his current treatment plan remain the same except for a follow-up in two weeks for further assessment, which was completed.

- February 22, 2022 was the last time Mr. Rupard was evaluated by psychiatry staff. Dr. Cruz was aware of the competency evaluation, as he noted it. However, he did not place Mr. Rupard in the PSU at that time. Whether or not Dr. Cruz followed procedures or was within the standard of care will be deferred to psychiatry experts. However, given his deposition, he may have improperly applied criteria for PSU admission and involuntary commitment criteria. (Cruz deposition)
- Assessment for involuntary admittance to the PSU (W&I 5150) is outside of Christina Goodall's scope for incarcerated persons. Further, the decision to admit to PSU is a psychiatrist decision (Depositions of Jouhal, Ysla, and Kloker) San Diego County Sheriff's Department Medical Services Division: Medical & Psychiatric Services Operations Manual MSD.P.8 (2019). Additionally, administration and oversight of psychotropic medication is the scope of a medical professional. Dr. Cruz or another psychiatrist would have had to admit to PSU in order to start the Reese petition. This cannot be done by Christna Goodall or others in her position.
- Dr. Cruz testified in deposition that he allowed his office assistant to choose the priority of his daily list. A priority list is the responsibility of the trained and licensed person, not an untrained and unlicensed office assistant. In this case, it would be the psychiatrist who is responsible for making the decisions about priority cases. Based on the responsibility of any licensed person, deferring the decision of patient priority and triage of necessity to an unlicensed individual is below the standard of care.
- Dr. Ysla testified in deposition that he believed it was the County staff who were supposed to check on the administrative segregation inmates at regular intervals. But ultimately, psychiatrists made the decision to admit. Further, Dr. Ysla was speaking generally, while Mr. Rupard was not an administrative segregation inmate, thus not subject to the administrative segregation policies.
- Dr. Jouhal testified in deposition that the "mental health clinicians and psychologists" would "pick up whether the patient was decompensating" and alert the psychiatrist. But ultimately, psychiatrists made the decision to admit. Christina Goodall did not see that Mr. Rupard met criteria for involuntary admission to the PSU, but did refer for follow-up to monitor his condition, given his lack of responses to her assessment.
- Dr. Jouhal testified in deposition that an inmate might meet criteria for "grave disability" to be involuntarily hospitalized if they were not taking care of basic needs: not eating, neglecting themselves, not doing ADLs "then they would meet the criteria." Ms. Goodall did not see that Mr. Rupard was neglecting ADLs, not eating, or not taking care of his own basic needs when she evaluated him.
- Dr. Kloker testified that the jail housed a psychiatric stabilization unit (PSU) to help manage patients who were gravely disabled, or dangerous to themselves or

# Kristina Tyler, PhD, QME

## KL Psychological Services, Inc

**Psychologist CA: 21771 IA: 116956**
**TX: 38684 VA: 0810008902 WY: 875**

**Clinical and Forensic Psychology**

27001 LaPaz Rd., Ste. 278a
Mission Viejo, CA 92691
Phone: (949) 632-6166
Fax: (949) 586-7470

5205 Broadway St., #222
Pearland, TX 77581
Phone: (949) 632-6166
Fax: (949) 586-7470

- Licensed Psychologist
- Psychological evaluation of injury and disability (IME, QME, AME, mental health)
- Expert witness testimony: Plaintiff and Defense
- Ethics and Standard of Practice testimony
- Competency and Capacity
- Expert consultation
- Special Populations: Bipolar disorder, severe behavior issues, Post-Traumatic Stress Disorder, Child Abuse (including sexual abuse), severe/persistent mental health issues, autism/developmental delays and other special needs diagnoses, psychiatric hospitalization
- Risk Assessment (suicide risk, domestic violence or child abuse, risk of future violence)
- Licensed as a Qualified Medical Evaluator (QME - California)
- Extensive experience in diagnosis, treatment planning, suicide assessment

## Employment/Experience

Licensed Psychologist: Clinical and Forensic Psychology (Private practice) *Dec. 2007 – present*
*CA License 21771 (issued 12/5/2007; expires 09/30/27)*
*IA License 116956 (issued 12/7/22; expires 06/30/28)*
*TX License 38683 (issued 12/23/20; expires 09/30/26)*
*VA License 0810008902 (issued 4/19/25; expires 06/30/28)*
*WY License 875 (issued 05/01/20; expires 06/30/26 – pending renewal)*

- Forensic services
  - Personal Injury: IME psychological assessment and testimony including psychological effects, diagnosis and treatment planning in sexual abuse, malpractice, victims of crimes, housing and economic loss, civil rights, trauma, harassment, disability, motor vehicle accidents, electrocution.
    - Specialization with children, special needs, developmental delays, and behavior disorders
    - Plaintiff and Defense
  - Competency (civil and criminal)
  - Fitness for Duty
  - Professional Standards of Practice; Malpractice; Professional ethics
  - Violence Risk and Threat Assessment (both civil and criminal)
  - Immigration Evaluations
  - Worker's Compensation (QME) evaluations (licensed as QME with the CA Division of Workers' Compensation)
  - Child custody/Family Law, Dependency Courts
- Clinical services
  - Assessment and treatment for children, adolescents and adults.
  - Specialization in bipolar disorders including differential diagnosis of AD/HD and childhood/adolescent bipolar disorder; adult bipolar and severe mental illness;
  - Child, adolescent, and adult trauma;

  - Children with special needs including autism, developmental or intellectual delay, etc.
  - Working with behavior disordered children/adolescents and their families.
  - Chronic pain
- Clinical supervision of interns and post-doctorate clinical staff
- Clinical consultation with licensed professionals

SAN BERNARDINO COUNTY – DEPARTMENT OF BEHAVIORAL HEALTH *Aug. 2012–April, 2017*
*Crisis Services Mental Health Clinic Supervisor*
- Supervise Crisis Services field response teams (Community Crisis Response Team – CCRT)
- Provide clinical supervision to unlicensed clinical staff.
- Oversee clinic operations including the disposition of each crisis evaluation, write 5150/5585 psychiatric holds, and application to psychiatric facilities.
- Assessment for suicide risk, risk of harm to others, grave disability (Certified under W&I 5150 code)
- Oversee staff interactions with all clients including those with severe and persistent mental illness
- Manage administrative operations of the clinic.
- On-call overnight supervision of all teams in San Bernardino County
- Provide training (including CEUs) for DBH Personnel including psychiatrists and intern programs

BARSTOW COMMUNITY COLLEGE *Apr. 1998 – present*
*Associate Instructor (Part-time)*
- Teach psychology courses including: Introductory Psychology, Marriage and Family, Human Sexuality, Introduction to Guidance and Counseling, Psychological Theory, Childhood development, Research in the Social Sciences courses.
- Develop new curriculum to expand course base for the college and to add internet (online) courses to the curriculum.
- Design, implement, and teach online (Internet) psychology courses for students involved in the distance learning program.

PARK UNIVERSITY *Jun. 1998 – Jun. 2003*
*Instructor*
- Teach psychology and sociology courses and lower division math courses for the Social Psychology Bachelor's Degree program.
- Courses included: Introduction to Guidance and Counseling, Social Psychology, Adolescent Psychology, Adult Development and Aging, Abnormal Psychology, Behavioral Research Methods, Marriage and Family, Minority Group Relations, Statistics, College Algebra.

## EDUCATION

CAPELLA UNIVERSITY, MINNEAPOLIS, MN
***Doctor of Philosophy*** *in Psychology with a Family Psychology emphasis; Awarded September, 2005*
UNIVERSITY OF LAVERNE
***Master of Science*** *in Education, School Counseling emphasis; Awarded June, 1998*
PARK COLLEGE
***Bachelor of Science*** *in Social Psychology; Awarded July, 1996*
VICTOR VALLEY COMMUNITY COLLEGE
***Associate of Science*** *in Mathematics; awarded December, 1993*

## PROFESSIONAL ACTIVITIES

- Orange County Psychological Association – President (2020-2022); Board member at large (2019;2023)
- Orange County Psychological Association – Ethics Chair (2018 - 2024)
- Orange County Psychological Association – Legislative Advocacy Network Liaison (2018 - 2023)
- APA Division 42 – Early Career Member at Large - Elected (2010-2012)
- APA Division 42 – Early Career Committee Chair (2009-2012)

- APA Division 42 – Annual Conference Committee Member (2010-2013)
- Consultant for Ridgecrest School District Special Education (Pupil Personnel Services Director)
  - Intern Supervisor for Ridgecrest School District 2014-2017
- San Bernardino County – Supervision of interns including training; presentations in ethics, suicide intervention, and professional practice; including psychologist interns/post-doctorates, MFT, MSW interns and associates. (2012-2017)
- Supervision for interns and post-doctorates in private practice (2008-present)
- Monitor for California Board of Psychology (overseeing the activities of individuals whose licenses are on probation) 2017-2023

## PROFESSIONAL ORGANIZATIONS

CALIFORNIA PSYCHOLOGICAL ASSOCIATION (CPA)
TEXAS PSYCHOLOGICAL ASSOCIATION (TPA)
ORANGE COUNTY PSYCHOLOGICAL ASSOCIATION (OCPA)
ASSOCIATION OF FAMILY AND CONCILIATORY COURTS – INTERNATIONAL (AFCC)
ASSOCIATION OF FAMILY AND CONCILIATORY COURTS – CALIFORNIA (AFCC-CA)
ASSOCIATION OF FAMILY AND CONCILIATORY COURTS – CALIFORNIA (AFCC-TX)

## PROFESSIONAL PRESENTATIONS AND PUBLICATIONS

- **Reviewing Child Custody Reports: Ethical Examination, Consultation, and Testimony** (1.5 hours). David Mann, PhD, Kristina Roberts, PhD. Live Seminar. May 11, 2022.
- **Ethical and Practical Considerations in Suicide Assessment and Intervention** (APA approved for 6 units). OCPA Presentation 2018, 2019, 2021. Approved for CEU credits; meets requirements for AB 89.
- **Considerations for Overnights with Young Children.** Presentation to San Bernardino County Family Law Association (approved for MCLE credit) 2017.
- **Evaluation of Trauma in Adults and Children in Domestic Violence Cases.** Presentation to AFCC-International: Toronto, Canada (Approved for mental health and MCLE credit) 2019
- **Ethical and Practical Considerations in Assessing Danger-to-Self and Danger-to-Others.** Presentation to San Bernardino County 2-3 times per year (2018, 2017, 2016, 2015, 2014, 2013) (including 3-6 units of CE credit for Board of Psychology and Board of Behavioral Sciences). Training for psychiatric residents at Arrowhead Medical Center. Presentation to various local groups.
- **Ethical and Practical Considerations for Testifying in Court for Non-Forensic Mental Health Professionals.** Presentation: APA Conference 4 consecutive years; Various regional conferences in California, Florida, Texas, Hawaii (including 3 units of CE credit for Board of Psychology and Board of Behavioral Sciences)
- **Ethical and Practical Considerations for Testifying in Court for Non-Forensic Mental Health Professionals.** Published: The Independent Psychologist (Publication Journal of APA's Division 42)
- **Nuts and Bolts of Private Practice.** APA Conference 4 consecutive years; Various regional conferences in California, Florida, Texas, Hawaii (Also published with APA's Division 42 Journal) (including 3-6 units of CE credit for Board of Psychology and Board of Behavioral Sciences)
- **Use and Misuse of Psychological Testing in Child Custody Evaluations**. Victorville Family Law Bar Association. Orange County Family Law Bar Association (Approved for MCLE credits)
- **Parenting Plans for Young Children**. Ridgecrest Family Law Bar Association. Victorville Family Law Bar Association. Inland Empire Family Law Bar Association. (Approved for MCLE credits)
- **MMPI-2 for Attorneys.** Victorville Family Law Bar Association, Orange County Family Law Bar Association.
- **Interviewing Children**. Ridgecrest Family Law Bar Association. Victorville Family Law Bar Association. (Approved for MCLE credits)

# TRAINING/CONTINUING EDUCATION

## FORENSIC TRAINING

- **AFCC Texas Annual Conference**: Beyond Awareness: Bias Recognition and Strengthening Cultural Competence for Legal and Mental Health Professionals. Ray Sutton, Ph.D., Adrienne Tinder, Ph.D, Penny Kruger, LCSW-S, Ann Ordway, JD, Ph.D., Michael Bishop, Ph.D (8.75 CEs). Live Seminar, Austin, TX. October 9-10, 2025.
- **AFCC Texas Annual Conference**: Pre-Conference Custody Evaluation Training (3 CEs). Ed Sliverman, Ph.D., Tammi Axelson, DSW, LMSW-IPR, & Aaron Robb, Ph.D. Live Seminar, Austin, TX October 9-10, 2025.
- **Parent -Focused Forensic Psychological Evaluations** (2 CEs – Rule of Court 5.225 & 5.230). Jeffrey Siegel, PhD ABPP. Live Webinar. August 29, 2025.
- **Collateral Damage: Ethics, Boundaries & Board Complaints in Family Law** (1 CE) Live Webinar. Bradley Craig, LMSW-IPR, CFLE & Cecelia Powers, LCSW-S. August 19, 2025.
- **Behind the Screens: Understanding the Use of Cybercrime in Domestic Violence - Implications for Child Custody Evaluations and Parenting Plan Development** (2.0 CE Credits – Rule of Court 5.225 & 5.230) Susan Rempel, PhD, LMFT. Live Webinar. June 13, 2025.
- **Identifying Weakness in your PPE and Process** (2.0 CE Credits – Rule of Court 5.225 & 5.230) Phil Stahl, PhD ABPP. Live Webinar. April 2, 2025.
- **Worker's Compensation 2025: The Med-Legal Report** (6 CEs). ExamWorks/Various Presenters. Los Angeles, CA. Live Seminar. February 22, 2025.
- **AFCC-CA Annual Conference:** Cyber Shadows: Unveiling Domestic Violence, Harassment, and Intimidation Through Social Media and AI Under the DVPA (2.0 CUs - California Rules of Court, Rule 5.210, 5.225, 5.518, and 5.215/5.230) Susan C. Rempel, Ph.D., LMFT, Angelina Ray, JD, CFLS, Firdaus Dordi, Judge, Jennifer Mouzis, JD. Live Seminar. February 8, 2025
- **AFCC-CA Annual Conference:** Sunrise Solutions: Incremental Trust Building to Reduce Family Conflict. (1.50 – California Rules of Court, Rule 5.210, 5.225, 5.518) Michael A. Saini, Ph.D., MSW, RSW. Live Seminar. February 8, 2025
- **AFCC-CA Annual Conference:** Demystifying Asian Parenting: An Essential Workshop for Court Informed Providers (1.50 CEs – California Rules of Court, Rule 5.210, 5.225, 5.518) Maria Young, MA, LMFT. Live Seminar. February 8, 2025
- **AFCC-CA Annual Conference:** A Family Law "Charrette": How Would Stakeholders Design Our Family Courts? A Conversation (2 CEs – California Rules of Court, Rule 5.210, 5.225, 5.518) Various Presenters. Live Seminar. February 8, 2025
- **AFCC-CA Annual Conference:** Intergenerational Translation: The Art of Creating Effective Communication Across Generations (2 CEs – California Rules of Court, Rule 5.210, 5.225, 5.518) Sacha Joseph-Mathews, PhD. Live Seminar. February 7, 2025
- **AFCC-CA Annual Conference:** Adjudicating Allegations of Child Sexual Abuse When Custody is In Dispute. (4 CEs – California Rules of Court, Rule 5.210, 5.225, 5.518) Seth Goldstein, JD, & Robert Geffner, PhD, ABPP, ABN. Live Seminar. February 7, 2025
- **AFCC Texas Annual Conference**: Help! Is it Just Me or Are All My Cases High Conflict? (12 CEs). Garber, B., Joshi, A., Fletcher, S. Austin, TX. Live Seminar. October 24-25, 2024.
- **Implications of Addressing PTSD in QME Psych Reports** (2 CEs). Linda Nelson, PhD, ABN, QME & Richard Goldman, Esq. Live Webinar. July 26, 2024.
- **AFCC Annual Conference:** Understanding Stepfamilies: What all Family Law Professionals Need to Know. (2 hours – Rule of Court 5.225) Papernow, P. & Kaurman, R. San Francisco, CA. Live Seminar. February 4, 2024.
- **AFCC Annual Conference:** Gaslighting in Family Law Cases – What is It, How to Recognize it, and Intelligent Response. (2 hours – Rule of Court 5.225, Rule of Court 5.230) Papernow, P. & Kaurman, R. San Francisco, CA. Live Seminar. February 4, 2024.
- **AFCC Annual Conference:** A Candid Discussion About Current Issues in Domestic Violence. (2 hours – Rule of Court 5.225 and Rule of Court 5.230) Kretzmer, M., Gibbs, A., & Connolly, R.. San Francisco, CA. Live Seminar. February 3, 2024

- **AFCC Annual Conference:** Considerations in Child Custody Cases Involving Transgender/Gender Diverse Minors. (2 hours – Rule of Court 5.225) Ehrensaft, D., Rosenthal, S., Minter, S., Wald, D. San Francisco, CA. Live Seminar. February 3, 2024.
- **AFCC Annual Conference:** Coping Abilities Children Need. (1.5 hours – Rule of Court 5.225) Greenberg, L.& Gillett, G. San Francisco, CA. Live Seminar. February 3, 2024.
- **AFCC Annual Conference:** Navigating the Process of Becoming a Parenting Plan Evaluator. (1.5 hours – Rule of Court 5.225) Perlmutter, K., Pickar, D. Kaufman, R., Lindsey, R., Davis, F. San Francisco, CA. Live Seminar. February 3, 2024.
- **AFCC Annual Conference:** Domestic Violence Institute: Annual Updates fo Family Court Judges, Attorneys, and Custody Professionals. (4 hours – Rule of Court 5.230) Lemon, N., Hiramoto, J., Mechanic, M. San Francisco, CA. Live Seminar. February 2, 2024.
- **AFCC Annual Conference:** Domestic Violence Institute: Annual Updates fo Family Court Judges, Attorneys, and Custody Professionals. (4 hours – Rule of Court 5.230) Lemon, N., Hiramoto, J., Mechanic, M. San Francisco, CA. Live Seminar. February 2, 2024.
- **Military Families: Untangling Biases and Balancing Cultural Considerations**, (2 CEs). Duffan, K., Garriot, R., Hollings, A., & Buitrago, S. Live online class. January 24, 2024
- **Confirmation Bias: Getting it Backwards in High Conflict Cases (and How to Correct It).** (1 CE), Eddy, B. Live online Class. January 11, 2024
- **Challenging Dynamics in Trans and Other LGBTQ+ Issues** (4 CEs). Megan Mooney, PhD. Live Seminar. November 30, 2023.
- **Sexual Abuse Allegations in Child Custody Cases** (8.0 CEs). Lawrence Braunstein, JD; Live Seminar. November 30, 2023.
- **CAPS-5 Training: Clinician-Administered PTSD Scale for DSM-5 Training Simulator – Part 4** (1.25 CEs). Veteran's Administration. Asynchronous Online Class. November 26, 2023.
- **CAPS-5 Training: Clinician-Administered PTSD Scale for DSM-5 Training Simulator – Part 3** (1.5 CEs). Veteran's Administration. Asynchronous Online Class. November 26, 2023.
- **CAPS-5 Training: Clinician-Administered PTSD Scale for DSM-5 Training Simulator – Part 2** (2 CEs). Veteran's Administration. Asynchronous Online Class. November 26, 2023.
- **CAPS-5 Training: Clinician-Administered PTSD Scale for DSM-5 Clinician Training** (4 CEs). Veteran's Administration. Asynchronous Online Class. November 25, 2023.
- **Child Sexual Abuse Allegations and the Child Forensic Interview** (1.5 CEs). Susan Napolitano, PhD; Deirdre D'Orazio, PhD. Live Seminar. February 12, 2023.
- **Sexual Abuse in Custody Cases** (4 CEs). Seth Goldstien, JD; Mindy Mintnik, Ed.M, MA; Hon. Joanne Brown, Comm. Ret. Live Seminar. February 10, 2023.
- **Fitness for Duty and Return to Work Assessments** (3 CEs). Brianne Layden, PhD. Live seminar, September 9, 2022.
- **Custody Evaluation Update/Domestic Violence Update** (8 hours/4 hours). Various presenters. Santa Clara County Psychological Association. Live Seminar, July 24-25, 2022.
- **Reviewing Child Custody Reports: Ethical Examination, Consultation, and Testimony** (1.5 hours). David Mann, PhD, Kristina Roberts, PhD. AFCC Live Seminar, Boston, MA. May 11, 2022.
- **Fitness for Duty and Return to Work Assessments** (3 CEs). Brianne Layden, PhD. Live seminar, September 9, 2022.
- **Custody Evaluation Update/Domestic Violence Update** (8 hours/4 hours). Various presenters. Santa Clara County Psychological Association. Live Seminar, July 24-25, 2022.
- **Reviewing Child Custody Reports: Ethical Examination, Consultation, and Testimony** (1.5 hours). David Mann, PhD, Kristina Roberts, PhD. Live Seminar. May 11, 2022.
- **Intimate Partner Violence: Screening, Process Choice, and Effective Parenting Plans** (6 hours – Rule of Court 5.230) Kelly Browe Olson, JD, LLM: Corinne Levitz, JD, Stephanie Senuta, MS. Live Seminar May 11, 2022.
- **Recent California Cases, Law, & Current Social Science on Domestic Violence** (4 hours – Rule of Court 5.230) Arati Vasan, JD, Mindy Mechanic, PhD, Hon. Eugene M. Hyman (Ret.), and Nancy Lemon, JD. May 6, 2022
- **Assessment of Malingering** (16 hours). Barry Rosenfeld, PhD, ABPP. Live Webinar. September 9-10, 16-17, 2021.
- **MMPI-3 in Personal Injury and Disability Evaluations** (1.5 hours) Martin Sellbom, PhD. Live Webinar August 4, 2021.

- **Approaches to Forensic Evaluation in Disability Matters** (4 CEs) Lisa Drago Piechowski, PhD, ABPP. Live Webinar July 30, 2021.
- **Parenting Capacity Assessments in Child Protection Court** (4 CEs) Krissie Fernandez Smith, PhD, ABPP. Live Webinar July 29, 2021.
- **2021 Child Custody Evaluator Annual Update - IPV** (4 CEs – Rule of Court 5.230). Leslie Drozd, PhD, Marisa San Filippo, JD. Live Webinar July 25, 2021.
- **2021 Child Custody Evaluator Annual Update** (8 CEs – Rule of Court 5.225). Sol Rappaport, PhD. ABPP; Jonathan Gould, PhD, ABPP; et. al. Live Webinar July 24-25, 2021.
- **Interviewing Children about Sexual Abuse: What They Know and How They Tell Us.** (1 hour) Mindy Mitnick, PhD; Live Webinar; July 14, 2021.
- **Culture Specific Family Conflict: Case Applications**. (1 CE) Live Webinar July 7, 2021.
- **Comprehensive Screening & Advanced Assessment of Addiction**; (4 hours) Don Osborne, PhD; Live Webinar; May 18, 2021.
- **Deconstructing a Child Custody Evaluation for the Court;** (1 hour) Lawrence Jay Braunstien, JD. Live Webinar May 12, 2021.
- **Parental Alienation and Family Law**; (3 hours) Lisa Rothfus, LCSW; Mary Alvarez, PhD; Christine Turner. January 28, 2021.
- **2020 Child Custody Evaluator Annual Update** (8 CEs – Rule of Court 5.225). Sol Rappaport, PhD. ABPP and Sandra Mayberry, Esq. Online Course. October 10, 2020
- **2020 Child Custody Evaluator Annual Review - IPV** (4 CEs – Rule of Court 5.225). Matthew Sullivan, PhD. Online Course. October 9, 2020.
- **Parenting Coordination** (4.5 CEs). Various presenters. Live webinar course. Online Course. August 25-September 3, 2020.
- **2020 Domestic Violence Update – Special Populations and Topics** (8 CEs – Rule of Court 5.225). Jonathan Gould, PhD. Home Study Course. June 9, 2020.
- **2020 Child Custody Update – Special Circumstances** (4 CEs – Rule of Court 5.30). Kathryn Kuehnle, PhD & Lenore E.A. Walker, EdD. Home Study Course. Mar. 3, 2020.
- **Current Issues in Relocation Matters** (1 CEU) Mindy Mitnick, Ed.M, MA. February 11, 2020.
- **Treating the Child of Divorced or Separating Parents** (1 CE) National Register of Health Service Psychologists. Online Course. September 18, 2019
- **Approaching Child Custody Evaluation: Old and New Considerations after Winternitz and Sanchez** (2 CEs – Rule of Court 5.225). Philip Stahl, PhD, ABPP. Online Course. July 25, 2019.
- **Risk Management for Custody Evaluators and Court Involved Therapists** (7 CEUs – CA Rule of Court 5.225) David Martindale, PhD, (Live Distance Course) Palo Alto, CA. June 18, 2019
- **Allegations of Alienation or Child Sexual Abuse in Custody Evaluations** (7 CEUs – CA Rule of Court 5.225) David Martindale, PhD, (Live Distance Course) Palo Alto, CA. June 17, 2019
- **Current Development in Domestic Violence Laws** (4 CEUs – CA Rule of Court 5.230) AFCC – February 22, 2019
- **Child Custody Updates** (12.5 CEs – CA Rule of Court 5.230) AFCC – February 23-24, 2019
- **Evaluation for Workplace Disability** (14 CEs) Lisa Piechowski, PhD, ABPP. Palo Alto, CA. August 23-24, 2018
- **Forensic Psychological Assessment in Custody Litigation: Conceptual Issues, Data Integration, and Advanced Topics** (14 CEs-CA Rule of Court 5.225) David Martindale, PhD, ABPP & Jay Flens, PhD, ABPP. Palo Alto, CA. August 20-21, 2018
- **Evaluating Substance Abuse** (1 CEs-CA Rule of Court 5.220) Harry Sommers, EdD. June 20, 2018
- **A SAFeR Approach to Parenting Arrangements in Cases Involving Intimate Partner** Violence (1 CEU-CA Rule of Court 5.230) Loretta Fredrick, JD. May 15, 2018.
- **Stepping Up Parenting Time: When and How to Determine the Right Time** (1 CEUs-CA Rule of Court 5.220) Marsha Klein Pruett, PhD, ABPP & Leslie Drozd, PhD. April 10, 2018
- **2018 Domestic Violence Update for California Rules of Court 5.225 – Practical Issues in Family Violence Cases** (4 CEUs-CA Rule of Court 5.225) Leslie Shear, Esq & Robert Simon, PhD. February 2, 2018.
- **2018 Child Custody Update for California Rules of Court 5.225 – AFCC Conference – Evolution and Innovation: The Art and Science of Solutions for Families in Conflict** (12.5 CEUs-CA Rule of Court 5.220) (Various presenters). February 3-4, 2018.

- **Potential Impact of Implicit and Cognitive Bias** (1 CEUs-CA Rule of Court 5.220) Philip Stahl, PhD, ABPP. January 23, 2018.
- **Managing Holiday Time Conflict** (1 CEUs-CA Rule of Court 5.220) Robein Duetsch, PhD, ABPP. November 9, 2017.
- **Interviewing Children: How to Talk and How to Listen** (1 CEUs-CA Rule of Court 5.220) Mindy Mitnick, EdM, MA. September 19, 2017.
- **The Prosecution and Defense of Psychiatric Injuries** (6 CEUs-QME Requirement) Robert Rassp, Esq., Hon. David Pollak, Nate Halprin, Dr. Myron Nathan. Work Comp Central. February 25th 2017.
- **Advanced Skills for Cross Examining Psychs** (4 CEUs-QME Requirement) Brad Wixen Esq., Mark Levine PhD., Work Comp Central. February 18th 2017.
- **Avoid the Subpoena: Write a Ratable Psych Report** (1 CEUs-QME Requirement) Majorie Cohn, Ph. D. QME. Work Comp Central. February 18th 2017.
- **Cross Examining Medical Professionals: Basic Strategy and Principles** (1 CEUs-QME Requirement) Brad Wixen, Esq. Work Comp Central. February 18th 2017.
- **2015 Domestic Violence Update for California Rules of Court 5.225** (4 CEUs-CA Rule of Court 5.225) Phillip M Stahl, PhD, ABPP The Steve Frankel Group, LLC Lafeyette, CA. January 22, 2017.
- **2015 Custody Evaluator Update for California Rules of Court 5.225** (8 CEUs-CA Rule of Court 5.225) Phillip M Stahl, PhD, ABPP The Steve Frankel Group, LLC Lafeyette, CA. January 12, 2017.
- **Forensic Assessment of Children for California Rules of Court 5.225** (3 CEUs-CA Rule of Court 5.225) A Stephen Frankel, PhD, JD The Steve Frankel Group, LLC Lafeyette, CA. December 21st, 2016.
- **Mental Illness, Dangerousness, Risk Assessment and Police Power**. (30 CEUs) Michael Perlin, JD, and Heather Ellis Cucolo, JD. Concept Professional Training Services, Inc. March 21th through May 29th, 2016
- **Evaluation of Risk for Violence using the HCR-20 Version 3**. (20 CEUs) Stephen Hart, PhD, Concept Professional Training Services, Inc. March 21th through May 29th, 2016
- **14-hour Advanced Threat Assessment & Threat Management**. (14 CEUs) Reid Meloy, PhD, Specialized Training Services, Inc. February 25th & 26th, 2016
- **8-hour Custody Update Training for California Rules of Court 5.225**. Child Custody Update: Interviewing, Assessment and Testimony. Jonathan W. Gould, PhD., Psycho-Legal Associates, Inc., Jan. 20, 2016.
- **4-hour Custody Update Training for California Rules of Court 5.230**. Domestic Violence Update: Assessing and Treating Battered Women, Batterers and their children. Michele Harway, PhD, ABPP and Marsali Hansen, PhD, ABPP. Psycho-Legal Associates, Inc., Jan 20, 2016.
- **8-hour Custody Update Training for California Rules of Court 5.225**. Philip Stahl, PhD., ABPP, Steve Frankel Group, LLC, Feb 1, 2015.
- **4-hour Custody Update Training for California Rules of Court 5.230**. Philip Stahl, PhD., ABPP, Steve Frankel Group, LLC., Jan 29, 2015.
- **8-hour Custody Update Training for California Rules of Court 5.225**. Leslie M. Drozd, Ph.D. / Nancy W. Olesen, Ph.D. / Michael A. Saini, Ph.D. Psycho-Legal Associates, Inc., Jan 23, 2014.
- **4-hour Custody Update Training for California Rules of Court 5.230**. Lundy Bancroft, Jay G. Silverman, Ph.D., Daniel Ritchie, M.S.W. Psycho-Legal Associates, Inc., Jan 24, 2014.
- **8-hour Custody Update Training for California Rules of Court 5.225**. Philip Stahl, PhD. Psycho-Legal Associates, Inc., Jan 14, 2013.
- **4-hour Custody Update Training for California Rules of Court 5.230**. Philip Stahl, PhD., Psycho-Legal Associates, Inc., Jan 15, 2013.
- **12-hour Custody Update Training for California Rules of Court 5.225 and 5.230** (8 CEUs – CA Rule of Court 5.225; 4 CEUs – CA Rule of Court 5.230). Nancy Williams Olesen, PhD., Psycho-Legal Associates, Inc. Costa Mesa, CA. Feb 3-4, 2012.
- **8-hour Custody Update Training for California Rules of Court 5.225**. Leslie Drozd, PhD. Psycho-Legal Associates, Inc., Thousand Oaks, CA. April 9, 2011.
- **4-hour Custody Update Training for California Rules of Court 5.230**. Philip Stahl, PhD., Psycho-Legal Associates, Inc. April 8, 2011.
- **12-hour Custody Update Training for California Rules of Court 5.225** (8 CEUs – CA Rule of Court 5.225; 4 CEUs – CA Rule of Court 5.230). S. Margaret Lee, PhD., Psycho-Legal Associates, Inc. Costa Mesa, CA. May 14-15, 2010.

- **Intervention with Alienated Children and Their Parents** (1.5 CEUs – CA Rule of Court 5.225). S. Freiedlander, PhD., M. Gans Walters, PhD., K. Horwitz, MA. Association of Family and Conciliation Courts. San Francisco, CA. February 8, 2009.
- **Judge's Panel: Elkins Task Force Update** (2 CEUs – CA Rule of Court 5.225). Honorable J. Borack, Honorable D. Haet, Honorable D. J. Hitchens. Association of Family and Conciliation Courts. San Francisco, CA. February 8, 2009.
- **Interdisciplinary Collaboration and Collisions: Managing the Interface of Therapy and the Law (Part 1 & 2)** (3.5 CEUs – CA Rule of Court 5.225). L. Greenberg, PhD., F. Dougherty, JD, PhD., ABPP, S. Friedlander, PhD., Honorable T. T. Lewis, K. Mooney, Esq. Association of Family and Conciliation Courts. San Francisco, CA. February 7, 2009.
- **Understanding Domestic Violence Allegations in Child Custody Disputes: From the Great Debate to a Framework for Action** (2 CEUs – CA Rule of Court 5.225 and 5.230). P. Jaffe, PhD., J. Johnston, PhD., N. Olesen, PhD. Association of Family and Conciliation Courts. San Francisco, CA. February 7, 2009.
- **The Nuts and Bolts of Interviewing Children** (1.5 CEUs – CA Rule of Court 5.225). M. A. Frank, PhD., A. A. Santos-Coy, MA. Association of Family and Conciliation Courts. San Francisco, CA. February 7, 2009.
- **Listening to Children's Voices in Divorce Processes** (2 CEUs – CA Rule of Court 5.225). J. Kelly, PhD., Association of Family and Conciliation Courts. San Francisco, CA. February 6, 2008.
- **Domestic Violence in Custody Disputing Families** (4 CEUs – CA Rule of Court 5.230). J. Johnston, PhD., Honorable J. Borack, S. Kalemkiarian, Esq. Association of Family and Conciliation Courts. San Francisco, CA. February 6, 2009.
- **Alignment, Estrangement and Alienation: Legal and Psychological Remedies** (2 CEUs). C.F. Hoppe, PhD., Honorable M.P. Linfield, P.M. Walzer, Esq. Association of Family and Conciliation Courts. Santa Monica, CA. February 10, 2008.
- **Private Life, Public Parenting: Is a Parent's Sexual Behavior Relevant?** (2 CEUs). J. Curtin, Esq., Honorable M. Juhas, K. Kuehnle, PhD., J. Sealy, M.D. Association of Family and Conciliation Courts. Santa Monica, CA. February 10, 2008.
- **Ethical and Effective Coaching of One Parent During a Child Custody Evaluation: Reconciling the Demands of Advocacy and Impartiality** (2 CEUs). R. Lehr, J.D., PhD. & C. C. Melcher, Esq. Association of Family and Conciliation Courts. Santa Monica, CA. February 9, 2008.
- **You Don't Have to Be a Celebrity to Be a Narcissistic Parent** (2 CEUs). L. Hacker, MFT, Honorable T.T. Lewis, S. Ratzkin, Esq, J.E. Shatz, PhD. Association of Family and Conciliation Courts. Santa Monica, CA. February 9, 2008.
- **Abduction, Risk, and Response** (1.5 CEUs). J. Johnston, PhD., M. Gillmer-Tullis, MSW, Honorable T.T. Lewis, Y. Souras, Esq. Association of Family and Conciliation Courts. Santa Monica, CA. February 9, 2008.
- **Use of the MMPI-2 and Rorschach in Child Custody Evaluations** (1.5 CEUs). A.J. Aloia, PhD., C.F. Hoppe, PhD., & A. Gibbs, J.D. Association of Family and Conciliation Courts. Santa Monica, CA. February 8, 2008.
- **Youth and Young Adults: Violence Risk Assessment, Prevention and Threat Management** (19.5 CEUs). Multiple Presenters. Specialized Training Services, Inc. San Diego, CA. Jan 22-24, 2008.
- **The Battle between Abuse and Alienation: Assessment, Diagnosis, and Interventions** (12 CEUs). Leslie Drozd, PhD. Association of Family and Conciliation Courts. Baltimore, MD. December 5-6, 2007.
- **Parenting Coordination: Helping High Conflict Parents Resolve Disputes** (12 CEUs). Joan Kelly, PhD. Association of Family and Conciliation Courts. Baltimore, MD. December 3-4, 2007.
- **Testifying in Court** (14 CEUs – CA Rule of Court 5.225). Stanley Brodsky, PhD. Specialized Training Services, Inc. Denver, CO. Nov 29-30, 2007.
- **Violence Risk and Threat Assessment** (14 CEUs – CA Rule of Court 5.225). Reid Meloy, PhD. Specialized Training Services, Inc. Denver, CO. Nov. 27-28, 2007.
- **How to Conduct a Comprehensive Custody Evaluation** (15 CEUs – CA Rule of Court 5.225). Barry Bricklin, PhD. & Gail Elliot, PhD. Professional Academy of Custody Evaluators. Chicago, IL. Nov. 2-4, 2007.
- **Conducting Child Custody Evaluations** (20 CEUs – CA Rule of Court 5.225). Mark Ackerman, PhD. Specialized Training Services, Inc. San Diego, CA. Sept 27-29, 2007.

- **Domestic Violence** (14 CEUs – CA Rule of Court 5.230). Donald Dutton, PhD. Specialized Training Services, Inc. San Diego, CA. Sept 25-26, 2007.
- **Psychological and Legal Issues for Custody Evaluators** (2 CEUs – CA Rules of Court, rule 5.225). Philip Stahl, PhD. The Steve Frankel Group – Online course. May 27, 2007.
- **Risk Management for Custody Evaluators** (6 CEUs – CA Rules of Court, rule 5.225). Philip Stahl, PhD. The Steve Frankel Group – Online course. May 27, 2007.
- **Domestic Violence for Child Custody Evaluators** (12 CEUs – CA Rules of Court, rule 5.230). Daniel Sonkin, PhD. Home Study Course. Mar. 7, 2007.
- **12-hour Custody Update Training for California Rules of Court 5.225 & 5.330** (8 CEUs – CA Rule of Court 5.225; 4 CEUs – CA Rule of Court 5.230). Lyn R. Greenberg, PhD. Psycho-Legal Associates, Inc. Costa Mesa, CA. Feb. 24-25, 2007.
- **Conducting Child Custody Evaluations** (10 CEUs – CA Rules of Court, rule 5.225). Mark Ackerman, PhD. Specialized Training Services, Inc. Home Study Course. Feb. 12, 2007.
- **Guidelines for Treating Children in High Conflict Divorce** (1 CEU). California Psychological Association – independent learning course. Jan 12, 1007.
- **Guidelines for Custody Evaluators in High-Conflict Cases** (1 CEU). California Psychological Association – independent learning course. Dec. 26, 2006.

CLINICAL TRAINING

- **Multicultural Clinical Supervision** (6 CEs). Carol Falender, PhD. Live Webinar. September 7, 2024.
- **Trauma-informed Assessment and Treatment of Human Trafficking Survivors** (3 CEs). Kim Robinson, PhD. Live webinar, May 20, 2022
- **How to Assess for Dissociative Disorders and Conceptualize Treatment Planning in Complex Cases** (6 hours). Kathy Steele, MN, CS. Live Webinar. November 16, 2021.
- **Assessment and Diagnosis of Personality Disorders: The challenge of the hidden agenda**; (4 CEs). Jeff Riggenbach, Ph.D.. Live webinar, July 15, 2021.
- **Clinical Supervision: Traditional and Contemporary Issues and Processes** (6 CEs). Sultanoff, Steven. On-demand webinar. Completed June 16, 2021.
- **MMPI-3 Training** (6 CEs). Yossef Ben-Porath, PhD. Pearson Publisher. Online, live webinar. June 16, 2021.
- **Opportunities for Psychologists in Telehealth** (1.5 CEs). Jana Martin, PhD. Online, live webinar. May 27, 2021.
- **Evidenced Base Psychotherapy for LGBTQ Populations.** Kimberly Balsam, PhD. Online, live webinar. January 27, 2021
- **RE-CBT for Couples: Practical Applications & Innovative Interventions** (1.5 CEs). Cognitive Behavioral Therapy Institute of Southern California. October 23, 2020.
- **When Mental Health Professionals Call Attorneys – Clinical Supervision: Legal and Ethical Issues - IPV** (3 CEs). A. Steven Frankel, PhD, JD. September 12, 2020.
- **An MMPI-3 Overview (**1 hr.) Live Webinar Course. August 12, 2020.
- **Tele-Supervision: Ethical, Legal, and Clinical Aspects of E-Supervision**; (6.0 CEs) Ofer Zur, PhD. On demand Webinar. Completed March 15, 2020.
- **Using the MBMD with Patient with Chronic Pain.** Michael Antoni, PhD & Anne-Marie Kimbell, PhD. Pearson Clinical presentation – online course. September 12, 2018.
- **The Prosecution and Defense of Psychiatric Injuries** (6 CEUs-QME Requirement) Robert Rassp, Esq., Hon. David Pollak, Nate Halprin, Dr. Myron Nathan. Work Comp Central. February 25th 2017.
- **Advanced Skills for Cross Examining Psychs** (4 CEUs-QME Requirement) Brad Wixen Esq., Mark Levine PhD., Work Comp Central. February 18th 2017.
- **Avoid the Supoena: Write a Ratable Psych Report** (1 CEUs-QME Requirement) Majorie Cohn, Ph. D. QME. Work Comp Central. February 18th 2017.
- **Cross Examining Medical Professionals: Basic Strategy and Principles** (1 CEUs-QME Requirement) Brad Wixen, Esq. Work Comp Central. February 18th 2017.
- **Clinical Supervision: Skills to Enhance Competencies 2016** (6 CEUs) County of San Bernardino, Department of Behavioral Health. February 9, 2016.

- **Risk Assessment and Crisis Intervention** (2.75 CEUs). (PRESENTER) Kristina Roberts, PhD San Bernardino, CA. November 6, 2015.
- **Hot Topics in Ethics and Risk Management in Psychological Practice** (6 CEUs). Jeffrey Younggren, PhD & Daniel O. Taube, JD, PhD. Fast Forward Conference. October 12, 2014.
- **Worry and Subtle Forms of OCD: When rational refutation, problem solving, stress management and coping skills are counterproductive** (3 CEUs). Sally Winston, PsyD, & Martin N. Seif, PhD. Fast Forward Conference. October 11, 2014.
- **Hot Niche Practice Opportunities: Confronted with a Hidden Epidemic: What Every Psychologist in Independent Practice Should Know About Traumatic Brain Injury AND Technology Out of Balance: Therapy Approaches When Video Gaming is a Problem** (3 CEUs). Theo Tsaousides, PhD, ABPP, & Craig Cypher, PsyD. Fast Forward Conference. October 10, 2014
- **Forensic Survival Tips for Non-Forensic Psychologists** (3 CEUs). June W. J. Ching, PhD, ABPP & Kristina Roberts, PhD, QME. Fast Forward Conference. October 10, 2014.
- **Emergency mental Health: Assessment and Treatment** (6 CEUs). Tim Webb, MaED, LPC. Self Study Courts. August 3, 2012.
- **Adventures on the Electronic Frontier: Ethics and and Risk Management in the Digital Era** (6 CEUs). Jeffrey N. Younggren, PhD, ABPP. Los Angeles, CA. March 24, 2012.
- **Foundations of Clinical Supervision** (6 CEUs). Ofer Zur, PhD. Zur Institute – online course. March 6, 2010.
- **Legal and Ethical Risks and Risk Management in Professional Practice** (6 CEUs). Eric Harris, JD, EdD. APAIT. Santa Barbara. October 3, 2009.
- **Fees in Psychotherapy: Clinical, Ethical, and Management Considerations**. (4 CEUs). Ofer Zur, PhD. Zur Institute – online course. August 8, 2009.
- **The Biology, Sociology, and Psychology of Aging Well** (3 CEUs). Ofer Zur, PhD. Zur Institute – online course. August 7, 2009.
- **Child Abuse: Identification and Intervention** (9 CEUs). Ofer Zur, PhD. Zur Institute – online course. Nov 30, 2007.
- **Working Effectively with Behavior Disordered Children and Adolescents** (6 CEUs). Daniel Fecht, PhD. CMI Education institute, Inc. – Bakersfield, CA. July 27, 2007.
- **Couples and Affairs: Managing the Clinical Challenges** (6 CEUs). Michael Ceo, MA. Cross Country Education – Ontario, CA. July 25, 2007.
- **Managing High Risk Professional Relationships** (2 CEUs). Lawrence Hedges, PhD. The Steve Frankel Group – Online course. May 28, 2007.
- **Brief Therapy/Brief Couples Therapy Seminar** (26 CEUs including 5 in domestic violence awareness and treatment). Various presenters, Milton H. Erickson Foundation, Inc. Garden Grove, CA. Dec. 7-10, 2006.
- **Treatment of Anxiety Disorders** (13 CEUs). David Burns, MD. Institute for the Advancement of Human Behavior, Los Angeles, CA. October 13-14, 2006.
- **Asperger's Syndrome Training** (6 CEUs). Timothy Kowalski, MA, CCC. Medical Educational Services, Inc., San Bernardino, CA. Sept 28, 2006.
- **Is it ADHD or Pediatric Bipolar? Differential Diagnosis and Effective Treatment** (6 CEUs). Hanno Kirk, PhD. Cross Country Education, San Bernardino, CA. Aug. 10, 2006.
- **Dialectical Behavioral Therapy for Borderline Personality Disorder** (5 CEUs). Michael Wetter, PhD. PESI, San Bernardino, CA. 2006.
- **Domestic Violence: Research, Assessment, and Treatment Issues** (6 CEUs). Michael Gerson, PhD. Kern County Mental Health Department, Bakersfield, CA. July 28, 2006.
- **Anxiety Disorders** (6 CEUs). Wayne Eastlack, PhD. Cross Country Education, San Bernardino, CA. July 26, 2006.
- **Diagnostic Criteria in Clinical Settings: DSM-IV and Cultural Competence** (3 CEUs). Keith Gibson, PhD. CE-Credit.com. Online course. June 15, 2006.

**Kristina Tyler, PhD, QME**
**Psychologist CA 21771 TX 38684**
**Clinical and Forensic Psychology**

26302 La Paz Rd., Suite 201
Mission Viejo, CA 92691
Phone: 949-586-9848
Fax: 949-449-8905

## Rule 26(2)(B) Case List

**I have testified in the following cases in the past 4 years as an expert:**

Weaklend v Weaklend (2026)
Cody Manteufel v Freedom Forever, LLC (2025)
Hunter v Uber (and Pena) (2025)
Frieder Baker Trust (2025)
Diaz v Reel (2025)
CS v Palm Springs Unified School District (2025)
Wood v Heston (2025)
Wiles v Wiles (2024-2025)
Randolf Cherewick as Trustee of Lakewood Living Trust et al. v. Harvey Cherewick et. al (2024)
Ryder v Ault-Richie-Ryder (2024-2026)
Rountree v DCFS (2024)
Bull v Bull (2024)
Halim v Halim (2024)
Hollar v Hollar (2024)
Ambartakar v Ambartakar (2023)
Kostelnik v Kostelnik (2023)
Smith v Smith-Sanchez (2023)
Singh v Singh (2022)
Basford v Chapparo (2022)
Stipe v Stipe (2022)
9 Confidential Family Law Cases (2022-2026)
11 Confidential Dependency Cases (2022-2026)

Respectfully submitted,

Kristina Tyler, PhD, QME
Licensed Psychologist CA 21771 TX 38684

# Kristina Tyler, PhD, QME

**Forensic and Clinical Psychologist**

CA License #21771
IA License #116956
VA License #0810008902
Wyoming License #875
27001 LaPaz Rd., Ste. 278a
Mission Viejo, CA 92691

TX License #38684
5205 Broadway St., Ste. 222
Pearland, TX 77581

Phone: (949) 586-9848
Fax: (949) 586-7470


## FEE SCHEDULE (Effective 09/01/2025)

Designation Fee when IME or Evaluation **is not** requested — $1000
(as an initial, non-refundable retainer, and is applied to the fees/costs of the case)

IME Evaluation — $4000/person
(including interview, psychological testing, and 1 hr feedback session w/attorney; report if requested; $3000 per-person for multiple plaintiffs when involved in the same/related case)

Cognitive testing (when needed) — $800 addt'l/person

Document review, declarations, etc. — $400/hr

Other services (not including deposition or court testimony) — $400/hr

Deposition or court testimony: — $500/hr or $4000/day or $2000 half day

Court or deposition preparation time is $400/hr

Travel time is $200/hr for travel time over 2 hours of actual travel time (one way) unless otherwise agreed. Expenses are actual expenses incurred (hotel expenses are Hilton Garden Inn or equivalent accommodations when available). Please check for specifics based on location.

Should you/your firm decide to move forward, please provide a brief engagement letter along with the designation retainer **or** IME fee. In the engagement letter, please include wording such that: a minimum of $1000 is non-refundable should the case not move forward, or actual time and costs incurred, whichever is more. Also please include information for future billing statements. Additionally, my office can send a statement/request for funds which includes a link to pay by credit/debit if that is more convenient.

Checks should be made payable to **KL Psychological Services, Inc.**