Corey E. Krueger, Esq. (SBN 244989)
ckrueger@burgermeyer.com
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1888
Fax: (949) 427-1889

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Janet A. Cabral<br><br>**DECLARATION OF COREY E. KRUEGER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: None set; to be set by the Court if needed (Doc. No. 305)<br><br>Action filed: July 26, 2023<br>Trial Date: March 8, 2027 |

## DECLARATION OF COREY E. KRUEGER

I, Corey E. Krueger, declare:

1. I am an attorney licensed to practice before this Court and a Partner with Burger, Meyer & D'Angelo, LLP, counsel of record for Defendants Anthony Cruz, D.O. ("Dr. Cruz") and Liberty Healthcare of California, Inc. ("Liberty"). I have

personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently to them.

2. I submit this Declaration in support of Defendants' Motion for Summary Judgment. The documents attached as Exhibits A through O are true and correct copies as described below. The deposition exhibits are excerpts of the certified reporter's transcripts (cover page, cited pages, and the reporter's certificate); the written discovery responses are the complete served responses, including the verification; and the records and contract are the cited pages.

3. Attached as Exhibit A is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Anthony Cruz, D.O., taken March 3, 2026.

4. Attached as Exhibit B is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Francis Ysla, M.D., taken April 10, 2026.

5. Attached as Exhibit C is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Melissa Quiroz, the County of San Diego's Rule 30(b)(6) designee, taken January 8, 2026.

6. Attached as Exhibit D is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Serina Rognlien-Hood, the County of San Diego's Rule 30(b)(6) designee, taken March 26, 2026.

7. Attached as Exhibit E is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Lieutenant Aaron Boorman, the County of San Diego's Rule 30(b)(6) designee, taken January 16, 2026.

8. Attached as Exhibit F is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Nicolas Badre, M.D., taken December 19, 2025.

9. Attached as Exhibit G is a true and correct copy of relevant excerpts of the certified transcript of the deposition of Deputy Ernesto Aguirre, taken February 2, 2026.

10. Attached as Exhibit H is a true and correct copy of relevant excerpts of

the certified transcript of the deposition of Deputy Linda Gutierrez, taken December 11, 2024.

11. Attached as Exhibit I is a true and correct copy of the County of San Diego's Responses to Liberty's Requests for Admission, Set One, served May 1, 2026, including the verification.

12. Attached as Exhibit J is a true and correct copy of the County of San Diego's Responses to Liberty's Interrogatories, Set One, served May 1, 2026, including the verification.

13. Attached as Exhibit K is a true and correct copy of the County of San Diego's Responses to Dr. Cruz's Requests for Admission, Set One, served May 1, 2026, including the verification.

14. Attached as Exhibit L is a true and correct copy of the County Sick Call Summary, Bates No. COSD 000152.

15. Attached as Exhibit M is a true and correct copy of the QMHP Progress Note dated February 9, 2022, Bates Nos. COSD 000052–000057.

16. Attached as Exhibit N is a true and correct copy of the Psychiatric Progress Note dated February 22, 2022, Bates Nos. COSD 000477–000478.

17. Attached as Exhibit O is a true and correct copy of relevant portions of County Contract No. 555357 (Statement of Work §§ 3.1–3.2), produced by Liberty, Bates Nos. LIBERTY 000017–000020.

18. Defendants' Application to File Documents Under Seal (ECF No. 310) remains pending and undecided. Because the Court's scheduling order requires Defendants to file their Motion for Summary Judgment by November 13, 2026, and because the exhibits identified in that Application were designated confidential by the County of San Diego under the Protective Order (ECF No. 46), Defendants have not filed those exhibits on the public docket. Instead, Exhibits D, F, L, M, and N are lodged conditionally under seal pending the Court's ruling, and Defendants have filed public redacted versions of Exhibits D and F and placeholders for Exhibits L, M, and

N. Owing to the widespread Microsoft email service outage affecting counsel, Defendants were unable to obtain a stipulation or a ruling before the deadline. Defendants file in this manner solely to meet the deadline while honoring the Protective Order, without waiver, and will file any of these exhibits publicly, in redacted form, or under seal as the Court directs.

19. Exhibits A, B, C, E, G, H, I, J, K, and O are filed publicly with this Declaration, in letter order. Exhibits D and F are filed in public redacted form, with unredacted versions lodged conditionally under seal; and Exhibits L, M, and N are represented on the public docket by placeholder slip sheets, with the unredacted records lodged conditionally under seal — all pending the Court's ruling on ECF No. 310.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2026, at Ladera Ranch, California.

______________________________
Corey E. Krueger