# EXHIBIT E

# Deposition Transcript

Case Number: 23-CV-1357-CAB-BLM
Date: January 16, 2026

In the matter of:

# JUSTINO RUPARD, et al. v COUNTY OF SAN DIEGO, et al.

## LIEUTENANT AARON BOORMAN - PMK - 30(b)(6)

CERTIFIED COPY

Reported by:
Nicole O'Neil

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

11:07 tasks, obligations, and responsibilities of any Sheriff's Department employee, contractor, or subcontractor with respect to performing cell checks, including soft counts, hard counts, and safety checks by sworn staff in effect in the years 2020, 2021, and 2022?

11:07 Let me preface this by saying, as a result of a discussion with counsel, we have agreed that 2020 is not necessary to the designation, and we'll consider it to be stricken.

11:07 MS. FELDMAN: Perfect. Thank you.

11:07 BY MR. IREDALE:

11:07 Q. Now, having that in mind, are you prepared to testify as the designee on that topic, say, for the year 2020?

11:08 A. On that topic, say for that year, as for sworn staff.

11:08 MS. FELDMAN: It says, "employee contractor."

11:08 MR. IREDALE: All right.

11:08 BY MR. IREDALE:

11:08 Q. To your knowledge, did any contractors or subcontractors in 2021 conduct soft counts, hard counts, or safety checks?

11:08 A. Not to my knowledge.

11:08 Q. Same question as to the year 2022.
11:08 A. Not to my knowledge.
11:08 Q. Now, let me go to item number two. There is sub a and sub B. I'm not going to read them, because they are not applicable as I understand it to your testimony. Two will read as amended, "The specific policies and procedures and training regarding cell checks, including soft counts, hard counts, and safety checks by sworn staff at the San Diego County Jail in the years 2021 and 2022."
11:09 MS. FELDMAN: I will clarify, are you saying, "Central Jail," is what it says --
11:09 MR. IREDALE: Did I say --
11:09 MS. FELDMAN: County.
11:09 MR. IREDALE: I apologize.
11:09 San Diego Central Jail. As that question is now amended, are you prepared to testify as the designee of the County on that subject?
11:09 THE WITNESS: Yes.
11:09 BY MR. IREDALE:
11:09 Q. And then finally, let me go to item number three. This says, "The process of daily oversight of sworn staff regarding conducting cell checks, including soft counts, hard counts, and safety checks by sworn staff in the years 2021 and 2022."

what are called PP slides with a number after it. Do you see that?

A. Okay, yes. PP slide number two, PP slide number one -- it's the third column in?

Q. Yes. So are these actual slides that are shown to the students during the training?

A. Yes. From what I see on here, those would be the slides that are shown to the students for the supplemental core and academy. Yes.

Q. And then to the right of that is "Instructor Notes." Could you tell me what the instructor notes refers to? When I say that, I didn't mean any particular note, but what the purpose of the instructor notes are as you understand it.

A. To my understanding the instructor notes would be what the instructor is seeing to basically discuss or identify things that they should be touching on when they are on that slide.

Q. Let me, if I could, refer you to Bates No. 6349, which is page four of the exhibit. There is a reference in hard count to something called "face cards." Would you tell me what a face card is?

A. A face card is a card that's generated in the booking process that also has the photo of the

individual, booking number, date of birth, and it's utilized to have in the floor where that individual is housed to be able to identify them, and it also goes with them wherever they go. So if they were on the fourth floor at San Diego Central Jail, their face card would be on the fourth floor. If they move to a different floor in that facility to be housed in that location, that face card would follow them, basically keeping track of where that individual is at.

Q. And then is the face card typically used during the count to verify the facial features if necessary?

A. It can be.

Q. Is there a typical location where face cards are maintained?

A. Each facility would be a little different. Are we specifically talking about SDCJ?

Q. Yes, sir.

A. At SDCJ on housing floors the face cards should be located in the control tower.

Q. Let me now ask you to go to the next page please, and there's a notation, "Verify the inmates well-being," Instructor Notes say, "Look for any signs of medical or physical/psychological distress,

11:45 trauma, and/or criminal activity."
11:45 And that is something that is here in the training materials that we have.
11:45 A. Correct.
11:45 Q. And I think that concludes any necessity to discuss this exhibit further.
11:45 MR. IREDALE: I'm going to give you next a document that says, "Topic # 49," review date at the bottom 5-2-21, "Line-Up Training."
11:46 MS. FELDMAN: You said Exhibit 4? I think that was Exhibit 5.
11:46 MR. IREDALE: Just a second. Let me make sure I understand what --
11:46 MS. FELDMAN: Did you say Exhibit 4 -- I think you said, "I don't need to discuss this, Exhibit 4."
11:46 MR. IREDALE: Any more.
11:46 MS. FELDMAN: I may have misheard you.
11:46 MR. IREDALE: It's not a problem, but the reference, just for your clarification, is to Exhibit 5.
11:46 MS. FELDMAN: I knew that.
11:46 MR. IREDALE: I concluded the discussion of Exhibit 5.
11:46 MS. FELDMAN: I just needed to know the

CERTIFICATE OF REPORTER

---oOo---

I, the undersigned, a Certified Shorthand Reporter, Licensed by the State of California, being empowered to administer oaths and affirmations do hereby certify:

That the foregoing proceedings were taken at the time and place herein set forth; that any witness in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

Before completion of the deposition, review of the transcript [ X ] was [  ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed, are appended hereto. (Fed. R. Civ. P. 30(e).

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: 22nd of January, 2026.

Nicole O'Neil

Nicole O'Neil, CSR No. 10774