# EXHIBIT I

**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Ayrissa B. Schmidt, Esq. (State Bar No. 363512)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: aschmidt@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVIDUAL CAPACITY; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE CORPORATION; | CASE NO. 3:23-cv-1357-CAB-BLM<br>***[Assigned to Hon. Cathy Ann Bencivengo Magistrate Hon. Janet A. Cabral in Courtroom 15A]***<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S REQUESTS FOR ADMISSION, SET ONE**<br><br>**Complaint Filed: 07/26/2023**<br>**Trial Date: 02/08/2027** |



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

CHRISTINA GOODALL (SUED AS CHRISTINA ANOSIKE) , IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; BEN SAMONTE, IN HIS INDIVIDUAL CAPACITY; MAY NG, IN HER INDIVIDUAL CAPACITY; DEFENDANT DEPUTIES DOES 1-10, DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10.

Defendants.

**PROPOUNDING PARTY:** **Defendant, LIBERTY HEALTHCARE OF CALIFORNIA, INC.**

**RESPONDING PARTY:** **Defendant COUNTY OF SAN DIEGO**

**SET NUMBER:** **One (1)**

Defendant COUNTY OF SAN DIEGO ("Responding Party") hereby responds and objects to Defendant, LIBERTY HEALTHCARE OF CALIFORNIA, INC. ("Propounding Party") Requests for Admission (Set One) as follows:

## PRELIMINARY STATEMENT

Responding Party has not completed discovery in this action and has not completed preparation for trial. All of the responses contained herein are based only upon such information and documents as are presently available to and specifically known by Responding Party. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact(s) at the time of trial. These responses are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

known but should in no way be to the prejudice of Responding Party in relation to further discovery.

**RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST NO. 1:**

Admit that the types of staff members to be provided by Liberty Healthcare in San Diego County Sheriff's Department Detention Facilities was, at all times relevant to this action, governed by County Contract Number 555357, Exhibit A ("Statement of Work"), Section 4.1.1.

**RESPONSE TO REQUEST NO. 1:**

Objection. Because this Request calls for admission of a legal conclusion regarding the interpretation and effect of a contract, and because the terms "types of staff members" and "governed by" are vague and undefined, the Responding Party objects to this Request. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney- client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Responding Party lacks sufficient information to admit or deny this Request as phrased. Admit only that the contract provided the staffing types agreed upon.

**REQUEST NO. 2:**

Admit that "wellness checks" (as that term is used in San Diego County Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022; previously produced by County of San Diego as COSD 006311-006312) were, at all times relevant to this action, the responsibility of County-employed QMHPs.

\ \ \

\ \ \



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**RESPONSE TO REQUEST NO. 2:**

Objection. This Request is vague and ambiguous as to the phrase “at all times relevant to this action” and as to the scope of “responsibility” for “wellness checks,” which is not defined in the Request and may be subject to interpretation under the referenced policy. This Request also calls for a legal conclusion regarding the allocation of responsibilities under the cited policy and contract provisions. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party is unable to admit or deny this Request as phrased because it lacks sufficient information to determine “wellness checks,” as defined. Admit only that County mental health clinicians performed QMHP Follow-Up Sick Calls for scheduled patients.

**REQUEST NO. 3:**

Admit that “wellness checks” (as that term is used in San Diego County Sheriff’s Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022; previously produced by County of San Diego as COSD 006311-006312) were, at all times relevant to this action, not the responsibility of Liberty-employed providers.

**RESPONSE TO REQUEST NO. 3:**

Objection. This Request is vague and ambiguous as to the scope of “responsibility” for “wellness checks,” which is not defined in the request and may be subject to interpretation under the referenced policy. This Request also calls for a legal conclusion regarding the allocation of responsibilities under the cited policy and contract provisions. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney- client privilege,



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party is unable to admit or deny this request as phrased because it lacks sufficient information to admit or deny. Admit only that County mental health clinicians performed QMHP Follow-Up Sick Calls for scheduled patients.

DATED: May 1, 2026

COLLINS + COLLINS LLP

By: ______________________________

AYRISSA SCHMIDT
RADA FELDMAN
ADAM A. AINSLIE
NICHOLAS R. COLLETTI
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am a party to the above-entitled action or proceeding; I have read the foregoing document entitled **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA'S REQUEST FOR ADMISSIONS, SET ONE** and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2026 at San Diego, California.

Madalyn Nelson

Madalyn Nelson

25163



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S REQUESTS FOR ADMISSION, SET ONE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☒ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on May 1, 2026 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vicki Wood

---

VICKI WOOD
legalservices@ccllp.law



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**ESTATE OF LONNIE RUPARD ET AL. V. COUNTY OF SAN DIEGO ET AL.**
**Case Number: 3:23-cv-1357-CAB-BLM**
**CCLLP File Number: 25163**

**SERVICE LIST**

Jeremiah A. Lowe
LOWE LAW, LLP
402 W. Broadway, Suite 1720
San Diego, CA 92101
T: (619) 878-2725 - F: (619) 878-2737
jeremiah@lowelawapc.com
laura@lowelawapc.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD and the Estate of Lonnie Rupard**

Eugene G. Iredale
Julia Yoo
Sarah Musumeci
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525 - F: (619) 233-3221
egiredale@iredalelaw.com
jyoo@iredalelaw.com
smusumeci@iredalelaw.com
admin@iredalelaw.com
creherman@iredalelaw.com
gjun@iredalelaw.com
sbrockett@iredalelaw.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD**

Corey E. Krueger
Annie Barberian
Kimberlyn Brooke Pinkerton
TRESSLER LLP
400 Continental Blvd., Suite 6125
El Segundo, CA 90245
T: (310) 203-4800 - F: (323) 486-2704
ckrueger@tresslerllp.com
abarberian@tresslerllp.com
jpatterson@tresslerllp.com
ladocket@tresslerllp.com
kpinkerton@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**