# EXHIBIT J

**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Ayrissa B. Schmidt, Esq. (State Bar No. 363512)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: aschmidt@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVIDUAL CAPACITY; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE CORPORATION; | CASE NO. 3:23-cv-1357-CAB-BLM<br>***[Assigned to Hon. Cathy Ann Bencivengo Magistrate Hon. Janet A. Cabral in Courtroom 15A]***<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S INTERROGATORIES, SET ONE**<br><br>**Complaint Filed: 07/26/2023**<br>**Trial Date: 02/08/2027** |



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

CHRISTINA GOODALL (SUED AS CHRISTINA ANOSIKE) , IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; BEN SAMONTE, IN HIS INDIVIDUAL CAPACITY; MAY NG, IN HER INDIVIDUAL CAPACITY; DEFENDANT DEPUTIES DOES 1-10, DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10.

Defendants.

**PROPOUNDING PARTY:** **Defendant, LIBERTY HEALTHCARE OF CALIFORNIA, INC.**

**RESPONDING PARTY:** **Defendant COUNTY OF SAN DIEGO**

**SET NUMBER:** **One (1)**

Defendant COUNTY OF SAN DIEGO ("Responding Party") hereby responds and objects to Defendant, LIBERTY HEALTHCARE OF CALIFORNIA, INC. ("Propounding Party") Request for Production of Documents (Set One) as follows:

## PRELIMINARY STATEMENT

Responding Party has not completed discovery in this action and has not completed preparation for trial. All of the responses contained herein are based only upon such information and documents as are presently available to and specifically known by Responding Party. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact(s) at the time of trial. These responses are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

known but should in no way be to the prejudice of Responding Party in relation to further discovery.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

If you contend that Liberty-employed providers had responsibility for conducting "wellness checks" (as that term is used in San Diego County Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022; previously produced by County of San Diego as COSD 006311-006312), please state all facts supporting that contention.

**RESPONSE TO INTERROGATORY NO. 1:**

Objection. This interrogatory is compound because it contains multiple distinct inquiries, including whether Responding Party contends that Liberty-employed providers had responsibility for conducting "wellness checks" and, if so, the facts supporting such contention. It is also vague and ambiguous as to the phrase "responsibility for conducting 'wellness checks,'" particularly as it relates to the scope of responsibility and the specific duties referenced in the cited policy. Further, this interrogatory calls for a legal conclusion regarding the interpretation and application of San Diego County Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1. Objection on the ground and to extent this Interrogatory calls for information protected by attorney-client privilege, attorney work product, and/or official information privilege.

Subject to and without waiving the foregoing objections, Responding Party responds as follows: Responding Party does not make such contention. Further, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, COSD 000058-000062 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 12/24/2021; 12/28/2021; 1/20/2022;



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

2/22/2022); COSD 000474-000478 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 3/18/2022; 12/24/2021; 12/28/2021; 12/29/2021; 1/20/2022; 2/22/2022); COSD 004081-004085 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 3/18/2022; 12/24/2021; 12/28/2021; 12/29/2021; 1/20/2022; 2/22/2022); COSD 000049 (Sick Calls: 12/19/2021 through 4/12/2022); 003587- COSD 003588 (Sick Calls:1/30/2020 through 9/28/2020); COSD 000152 (Sick Calls: 12/19/2021 through 4/12/2022); COSD 000473 (Sick Calls: 12/19/2021 through 2/23/2022); COSD 004078 (Sick Calls: 12/19/2021 through 4/12/2022). Notwithstanding, Responding Party further clarifies that Dr. Cruz was the last provider to have assessed Rupard and per Dr. Cruz's notes for the visit on February 22, 2022, Dr. Cruz stated that he would continue to monitor and set a follow up for April 12, 2022.

**INTERROGATORY NO. 2:**

If you contend that Liberty-employed providers had responsibility for conducting "wellness checks" (as that term is used in San Diego County Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022; previously produced by County of San Diego as COSD 006311-006312), please IDENTIFY all witnesses with personal knowledge of facts supporting that contention.

**RESPONSE TO INTERROGATORY NO. 2:**

Objection. This interrogatory is compound because it contains multiple distinct inquiries, including whether Responding Party contends that Liberty-employed providers had responsibility for conducting "wellness checks" and, if so, the identification of all witnesses with personal knowledge of facts supporting that contention. It is also vague and ambiguous as to the phrase "responsibility for conducting 'wellness checks,'" particularly as it relates to the scope of responsibility and the specific duties referenced in the cited policy. Further, the request is not limited



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

in scope by time or subject matter, as it does not specify whether it seeks information solely regarding the INCIDENT or more broadly. Objection on the ground and to extent this Interrogatory calls for information protected by attorney-client privilege, attorney work product, and/or official information privilege.

Subject to and without waiving the foregoing objections, Responding Party responds as follows: Responding Party does not make such contention. Further, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, COSD 000058-000062 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 12/24/2021; 12/28/2021; 1/20/2022; 2/22/2022); COSD 000474-000478 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 3/18/2022; 12/24/2021; 12/28/2021; 12/29/2021; 1/20/2022; 2/22/2022); COSD 004081-004085 (Progress Notes: 12/19/2021; 12/29/2021; 1/21/2022; 1/29/2022; 2/20/2022; 3/17/2022; 3/18/2022; 12/24/2021; 12/28/2021; 12/29/2021; 1/20/2022; 2/22/2022); COSD 003588 (Sick Calls:1/30/2020 through 9/28/2020); COSD 000152 (Sick Calls: 12/19/2021 through 4/12/2022); COSD 000473 (Sick Calls: 12/19/2021 through 2/23/2022); COSD 004078 (Sick Calls: 12/19/2021 through 4/12/2022).

Notwithstanding, Responding Party further clarifies that Dr. Cruz was the last provider to have assessed Rupard and per Dr. Cruz's notes for the visit on February 22, 2022, Dr. Cruz stated that he would continue to monitor and set a follow up for April 12, 2022.

**INTERROGATORY NO. 3:**

For each request in the concurrently propounded Requests for Admission, Set One, from defendant LIBERTY HEALTHCARE OF CALIFORNIA, INC. to defendant COUNTY OF SAN DIEGO, if any response is anything other than an unqualified admission, please state all facts supporting the response.



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**RESPONSE TO INTERROGATORY NO. 3:**

Objection. This interrogatory is compound because it incorporates by reference each and every request in the concurrently-propounded Requests for Admission, Set One, and seeks, for each such request, identification of all witnesses with personal knowledge of facts supporting any response other than an unqualified admission. It is also overly broad and unduly burdensome because it requires the identification of all such witnesses for an unspecified number of requests, without limitation as to subject matter or time, and without reasonable particularity as to the information sought. Further, the term "facts supporting the response" is vague and ambiguous as it is not defined and could be interpreted to require legal conclusions or mental impressions protected by the attorney work product doctrine. Objection on the ground and to extent this Interrogatory calls for information protected by attorney-client privilege and/or official information privilege.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

Response to RFA No 1: Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, see County Contract Number 555357. County Contract Number 555357 Section 4.1.1 states "Contractor will have the ability to provide all of the following positions during the term of the Contract, including any extension of the initial term…" The portion of the contract section quoted provided the staffing types agreed upon only.

Response to RFA No. 2: Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022 is not applicable to Lonnie Rupard. Notwithstanding, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, see COSD 006311-006312. (San



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

Diego County Sheriff's Department Medical Service Division Policy No. G.2.1); Mental Health Master Staffing Plan COSD 002041-42.

Response to RFA No. 3: Sheriff's Department Medical Services Division Operations Manual Policy Number G.2.1, dated January 5, 2022 is not applicable to Lonnie Rupard. Notwithstanding, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, see COSD 006311-006312 (San Diego County Sheriff's Department Medical Service Division Policy No. G.2.1); Mental Health Master Staffing Plan COSD 002041-42.

**INTERROGATORY NO. 4:**

For each request in the concurrently-propounded Requests for Admission, Set One, from defendant LIBERTY HEALTHCARE OF CALIFORNIA, INC. to defendant COUNTY OF SAN DIEGO, if any response is anything other than an unqualified admission, please IDENTIFY all witnesses with personal knowledge of facts supporting the response.

**RESPONSE TO INTERROGATORY NO. 4:**

Objection. This interrogatory is compound because it incorporates by reference each and every request in the concurrently-propounded Requests for Admission, Set One, and seeks, for each such request, identification of all witnesses with personal knowledge of facts supporting any response other than an unqualified admission. It is also overly broad and unduly burdensome because it requires the identification of all such witnesses for an unspecified number of requests, without limitation as to subject matter or time, and without reasonable particularity as to the information sought. Further, the term "facts supporting the response" is vague and ambiguous as it is not defined and could be interpreted to require legal conclusions or mental impressions protected by the attorney work product doctrine. Objection on the ground and to extent

\ \ \



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

this Interrogatory calls for information protected by attorney-client privilege and/or official information privilege.

Subject to and without waiving the foregoing objections, Responding Party Responds as follows:

Response to RFA No 1: Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, See Contract 555375, which identifies undersigned as: John M. Pellegrino and Herbert Caskey M.D.

Response to RFA No. 2: The referenced policy section in this Interrogatory is not applicable as to Decedent Lonnie Rupard. As to the remainder, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, Mental Health Master Staffing Plan, COSD 002041-42.

Response to RFA No. 3: The referenced policy section in this Interrogatory is not applicable as to Decedent Lonnie Rupard. As to the remainder, Responding Party elects to produce business records under Fed. R. Civ. P. 33(d) in lieu of providing a written answer: Responding Party refers to the following documents in lieu of answer, Mental Health Master Staffing Plan COSD 002041-42.

DATED: May 1, 2026 COLLINS + COLLINS LLP

By: ______________________________

AYRISSA SCHMIDT
RADA FELDMAN
ADAM A. AINSLIE
NICHOLAS R. COLLETTI
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am a party to the above-entitled action or proceeding; I have read the foregoing document entitled **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA'S INTERROGATORIES, SET ONE** and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2026 at San Diego, California.

*Madalyn Nelson*

Madalyn Nelson

25163



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT LIBERTY HEALTHCARE OF CALIFORNIA, INC.'S INTERROGATORIES, SET ONE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☒ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on May 1, 2026 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vicki Wood
---
VICKI WOOD
legalservices@ccllp.law



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**ESTATE OF LONNIE RUPARD ET AL. V. COUNTY OF SAN DIEGO ET AL.**
**Case Number: 3:23-cv-1357-CAB-BLM**
**CCLLP File Number: 25163**

**SERVICE LIST**

Jeremiah A. Lowe
LOWE LAW, LLP
402 W. Broadway, Suite 1720
San Diego, CA 92101
T: (619) 878-2725 - F: (619) 878-2737
jeremiah@lowelawapc.com
laura@lowelawapc.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD and the Estate of Lonnie Rupard**

Eugene G. Iredale
Julia Yoo
Sarah Musumeci
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525 - F: (619) 233-3221
egiredale@iredalelaw.com
jyoo@iredalelaw.com
smusumeci@iredalelaw.com
admin@iredalelaw.com
creherman@iredalelaw.com
gjun@iredalelaw.com
sbrockett@iredalelaw.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD**

Corey E. Krueger
Annie Barberian
Kimberlyn Brooke Pinkerton
TRESSLER LLP
400 Continental Blvd., Suite 6125
El Segundo, CA 90245
T: (310) 203-4800 - F: (323) 486-2704
ckrueger@tresslerllp.com
abarberian@tresslerllp.com
jpatterson@tresslerllp.com
ladocket@tresslerllp.com
kpinkerton@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111