# EXHIBIT K

**Rada Feldman, Esq. (State Bar No. 285931)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Ayrissa B. Schmidt, Esq. (State Bar No. 363512)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: aschmidt@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; BILL GORE, IN HIS INDIVIDUAL CAPACITY; KELLY MARTINEZ, IN HER INDIVIDUAL CAPACITY; CORRECTIONAL HEALTHCARE PARTNERS (CHP); JON MONTGOMERY, DO, IN HIS INDIVIDUAL CAPACITY; LIBERTY HEALTHCARE CORPORATION; | CASE NO. 3:23-cv-1357-CAB-BLM<br>***[Assigned to Hon. Cathy Ann Bencivengo Magistrate Hon. Janet A. Cabral in Courtroom 15A]***<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT ANTHONY CRUZ, D.O.'S REQUESTS FOR ADMISSION, SET ONE**<br><br>**Complaint Filed: 07/26/2023**<br>**Trial Date: 02/08/2027** |



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

CHRISTINA GOODALL (SUED AS CHRISTINA ANOSIKE) , IN HER INDIVIDUAL CAPACITY; ANTHONY CRUZ, MD, IN HIS INDIVIDUAL CAPACITY; BEN SAMONTE, IN HIS INDIVIDUAL CAPACITY; MAY NG, IN HER INDIVIDUAL CAPACITY; DEFENDANT DEPUTIES DOES 1-10, DEFENDANT MEDICAL PROVIDERS DOES 1-10; DEFENDANT SUPERVISOR DOES; 1-10.

Defendants.

**PROPOUNDING PARTY:** **Defendant, ANTHONY CRUZ, D.O.**

**RESPONDING PARTY:** **Defendant COUNTY OF SAN DIEGO**

**SET NUMBER:** **One (1)**

Defendant COUNTY OF SAN DIEGO ("Responding Party") hereby responds and objects to Defendant, ANTHONY CRUZ, D.O. ("Propounding Party") Requests for Admission (Set One) as follows:

## PRELIMINARY STATEMENT

Responding Party has not completed discovery in this action and has not completed preparation for trial. All of the responses contained herein are based only upon such information and documents as are presently available to and specifically known by Responding Party. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact(s) at the time of trial. These responses are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be to the prejudice of Responding Party in relation to further discovery.



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST NO. 1:**

Admit that pursuant to San Diego Sheriff's Department Detention Facility practice, on or between December 19, 2021 and March 17, 2022, OUTPATIENT PSYCHIATRISTS were provided a patient list at the beginning of each shift which identified the planned patients to be seen by that psychiatrist during the shift.

**RESPONSE TO REQUEST NO. 1:**

Objection. This Request is vague, overbroad, compound, and ambiguous as to the phrase "San Diego Sheriff's Department Detention Facility practice" because it does not specify which facility, policy, or practice is at issue, and as to the term "patient list" to the extent it is not defined with reasonable particularity. Further, this Request assumes facts and calls for speculation about legal effect and expert opinion. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Denied as framed, and including insofar as this Request implies that the patient list information was not available to all providers including the Liberty Healthcare outpatient psychiatrist(s) at San Diego Central Jail via the TechCare system.

**REQUEST NO. 2:**

Admit that pursuant to San Diego Sheriff's Department Detention Facility practice, on or between December 19, 2021 and March 17, 2022, the patient list provided to an OUTPATIENT PSYCHIATRIST at the beginning of a shift identified whether a planned patient needed to be urgently evaluated or otherwise prioritized.

\ \ \



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**RESPONSE TO REQUEST NO. 2:**

Objection. This Request is vague, overbroad, compound, and ambiguous as to the phrases “Detention Facility practice” and “identified whether a planned patient needed to be urgently evaluated or otherwise prioritized,” as these terms are not defined and their meaning is unclear in the context of the Request. This Request seeks information regarding purported practices without limitation in time or scope, for instance it places no limitation by facility, time, or personnel, and is not limited in scope by specific location or policy. Further objection, this Request calls for speculation about legal effect and expert opinion. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Responding Party cannot answer this Request as phrased. Notwithstanding, admit only that TechCare included a priority column on the patients lists and denied as to remainder.

**REQUEST NO. 3:**

Admit that patient lists provided to OUTPATIENT PSYCHIATRISTS, on or between December 19, 2021 and March 17, 2022, were created by employees of County of San Diego.

**RESPONSE TO REQUEST NO. 3:**

Objection. This Request is vague, overly broad, compound and ambiguous as to the term “created,” as it is not defined and could refer to various actions, including compiling, generating, or transmitting patient lists. This Request is also overly broad because it is not limited to any particular facility, department, or type of patient list, and does not specify which OUTPATIENT PSYCHIATRISTS or which employees are at



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

issue. This Request also assumes facts regarding the content and purpose of any patient list that may not be accurate. Further objection, this Request calls for speculation about legal effect and expert opinion. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Denied as framed.

**REQUEST NO. 4:**

Admit that at no time on or between December 19, 2021 and March 17, 2022 was a patient list provided to defendant ANTHONY CRUZ, D.O. which identified Lonnie Rupard as in urgent need of evaluation or otherwise in need of priority.

**RESPONSE TO REQUEST NO. 4:**

Objection. This Request is vague, overly broad, compound, and ambiguous as to the terms "urgent need of evaluation" and "priority," as those terms are not defined with sufficient specificity and may be subject to varying interpretations. This Request also assumes facts regarding the content and purpose of any patient list that may not be accurate. Further objection, this Request calls for speculation about legal effect and expert opinion. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Denied as framed.

\ \ \

\ \ \



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**REQUEST NO. 5:**

Admit that at no time after February 22, 2022 did any employee of County of San Diego inform ANTHONY CRUZ, D.O. of any change in the condition of Lonnie Rupard.

**RESPONSE TO REQUEST NO. 5:**

Objection. This Request is vague, overly broad, compound, and ambiguous as to the phrase "any change in the condition of Lonnie Rupard," as it is not defined and could encompass a broad range of potential changes, both minor and significant, without reasonable particularity. This Request also assumes facts not established regarding the knowledge or awareness of County employees and the communications, if any, with Anthony Cruz, D.O. Responding Party further objects to this Request to the extent that it seeks or potentially seeks information that is protected by attorney-client privilege, attorney work-product doctrine, and/or the official information privilege pursuant to *Federal Rules of Evidence*, Rule 501, and *California Evidence Code* §§ 1040 et seq.

Subject to and without waiving these objections, Responding Party responds as follows: Responding Party cannot answer this Request as phrased.

Notwithstanding, denied as framed, except admit that no County employee discussed Lonnie Rupard with Dr. Cruz after Dr. Cruz's assessment on February 22, 2022, and denied as to remainder and including insofar as this implies that Dr. Cruz was not the treating outpatient psychiatrist at San Diego Central Jail who was responsible for

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

determining Lonnie Rupard's psychiatric care/treatment during the relevant timeframe and the last provider who assessed Rupard and set a follow up, with continue to monitor.

DATED: May 1, 2026

COLLINS + COLLINS LLP

By: ______________________________

AYRISSA B. SCHMIDT
RADA FELDMAN
ADAM A. AINSLIE
NICHOLAS R. COLLETTI
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, AND LINDA GUTIERREZ



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am a party to the above-entitled action or proceeding; I have read the foregoing document entitled **DEFENDANT COUNTY OF SAN DEIGO'S RESPONSES TO DEFENDANT ANTHONY CRUZ'S REQUEST FOR ADMISSIONS, SET ONE** and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2026 at San Diego, California.

Madalyn Nelson

Madalyn Nelson

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSES TO DEFENDANT ANTHONY CRUZ, D.O.'S REQUESTS FOR ADMISSION, SET ONE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☒ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on May 1, 2026 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vicki Wood

VICKI WOOD
legalservices@ccllp.law



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**ESTATE OF LONNIE RUPARD ET AL. V. COUNTY OF SAN DIEGO ET AL.**
**Case Number: 3:23-cv-1357-CAB-BLM**
**CCLLP File Number: 25163**

**SERVICE LIST**

Jeremiah A. Lowe
LOWE LAW, LLP
402 W. Broadway, Suite 1720
San Diego, CA 92101
T: (619) 878-2725 - F: (619) 878-2737
jeremiah@lowelawapc.com
laura@lowelawapc.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD and the Estate of Lonnie Rupard**

Eugene G. Iredale
Julia Yoo
Sarah Musumeci
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525 - F: (619) 233-3221
egiredale@iredalelaw.com
jyoo@iredalelaw.com
smusumeci@iredalelaw.com
admin@iredalelaw.com
creherman@iredalelaw.com
gjun@iredalelaw.com
sbrockett@iredalelaw.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD**

Corey E. Krueger
Annie Barberian
Kimberlyn Brooke Pinkerton
TRESSLER LLP
400 Continental Blvd., Suite 6125
El Segundo, CA 90245
T: (310) 203-4800 - F: (323) 486-2704
ckrueger@tresslerllp.com
abarberian@tresslerllp.com
jpatterson@tresslerllp.com
ladocket@tresslerllp.com
kpinkerton@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111