Rupard v. County of San Diego, No. 3:23-cv-01357-CAB-JAC
Defendants Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.'s Motion for Summary Judgment

# EXHIBIT M

## LODGED CONDITIONALLY UNDER SEAL

*QMHP Progress Note, dated February 9, 2022 (COSD 000052–000057)*

This exhibit was designated confidential by the County of San Diego under the Protective Order (ECF No. 46) and is the subject of Defendants' pending Application to File Documents Under Seal (ECF No. 310). Pending the Court's ruling, the unredacted exhibit is lodged under seal and is not filed on the public docket. Defendants will file it publicly, in redacted form, or under seal as the Court directs.