# EXHIBIT O

## EXHIBIT A - STATEMENT OF WORK

## 1. BACKGROUND AND OVERVIEW

1.1. The Sheriff's Department provides comprehensive health care services including on-site psychiatric health services to inmates in custody at all Sheriff's Detention Facilities as required by Title 15 of the California Code of Regulations (CA Title 15). The on-site psychiatric health services have been combined with the Sheriff's medical health services to form an integrated inmate medical and mental health delivery system.

1.2. San Diego County Sheriff's Department has an average daily population of approximately 5,000 inmates residing in multiple detention facilities located throughout San Diego County.

1.3. Psychiatric health services both inpatient and outpatient services are required at the following San Diego Sheriff's detention facilities:

| Detention Facility | Address |
|---|---|
| San Diego Central Jail (SDCJ) | 1173 Front Street, San Diego, CA 92101<br>Phone: (619) 615-2454 Fax: (619) 615-2450 |
| Las Colinas Detention and Reentry Facility (LCDRF) | 451 Riverview Parkway, Santee, CA 92071<br>Phone: (619) 258-3200 Fax: (619) 258-3100 |
| George Bailey Detention Facility (GBDF) | 446 Alta Road, Ste. 5300, San Diego, CA 92158<br>Phone: (619) 661-2620 Fax: (619) 661-2611 |
| Vista Detention Facility (VDF) | 325 S. Melrose Drive, Vista, CA 92081<br>Phone: (760) 940-4473 Fax: (760) 940-4842 |
| County Operations Center (COC) Medical Services Administration Office (hub location for Telepsychiatry) | 5530 Overland Ave., Suite 370, San Diego, CA 92123 |

1.3.1. Inpatient:
1.3.1.1. San Diego Central Jail (SDCJ) - a 30-bed Psychiatric Services Unit (PSU)
1.3.1.2. Las Colinas Detention and Reentry Facility (LCDRF) - 32-bed Women's Psychiatric Service Unit (WPSU).

1.3.2. Outpatient Services
1.3.2.1. George Bailey Detention Facility (GBDF)
1.3.2.2. Vista Detention Facility (VDF)
1.3.2.3. San Diego Central Jail (SDCJ)
1.3.2.4. Las Colinas Detention and Reentry Facility (LCDRF)

1.3.3. Step-down Unit
1.3.3.1. SDCJ - 40 bed unit
1.3.3 .2. LCDRF - 40 bed unit

1.3.4. Inmate Safety Program Unit
1.3.4.1. SDCJ - 20 beds, 6 safety cells
1.3.4.2. VDF - 10 beds, Med ISO 5 beds 3 safety cells
1.3.4 .3. GBDF - 12 beds, 6 safety cells
1.3.4.4. LCDRF - 7 beds, 4 safety cells

## 2. SCOPE

2.1. The San Diego County Sheriff's Department (SDSO) agrees to provide Contractor access to portions of the Sheriff's Department detention facilities together with other goods and services, to allow Contractor to provide mental health staffing services pursuant to this agreement.

2.2. The County agrees to pay Contractor for its services as set forth below in accordance with the agreed pricing outlined in Exhibit C - FEE SCHEDULE.

## 3. DUTIES AND RESPONSIBILITIES

3.1. Duties of the County

3.1.1. Provide adequate office and clinical space, furniture and supplies as well as the following equipment and services including but not limited to: access to computers, printers, software, internet and phone as well as all utilities for Contractor personnel to properly complete the services as set forth herein.

3.1.2. Provide security at all correctional locations following safety and security policies and procedures for all staff working directly with patients in secure locations.

3.1.3. Provide training for Contractor staff in all relevant security and jail policies.

3.1.4. To provide all necessary transportation for County Inmates so that Contractor's staff can provide appropriate services.

3.1.5. Provide full access to and full utilization by Contractor Personnel of the Jail's Medical Records System during the term of this Agreement and for seven (7) years thereafter, as well as access as required by the State of California or any other governmental or judicial entity, to all medical information of all individuals who have participated in the program, to the extent authorized by law.

3.1.6. Notify Contractor in advance of any inspections or review by any appropriate inspecting or reviewing entities.

3.1.7. Provide Contractor with a designated contact person and an additional back up person who Contractor can reach twenty-four (24) hours per day, seven (7) days per week for emergencies and other important occurrences or communications. The County will provide individuals who have the authority to act immediately when safety requires immediate action.

3.1.8. Comply with all federal and state laws pertaining to the administration of the jails and keeping of inmates. Contractor will not be charged with, billed for or otherwise expected to provide inmates with the items the Sheriff is required to provide.

3.1.9. Provide for and dispense psychotropic and other medications as prescribed by Contractor personnel in accordance with the current SDSO formulary.

3.2. Duties of Contractor

3.2.1. Contractor will provide licensed mental health staff (hereafter referred to as "Staff' unless otherwise indicated) as listed in Section 4.1.1 and also in the Schedule of Fees.

3.2.2. Staff will be used for comprehensive mental health and programming services for the incarcerated patients with 24/7 combined on-site, on-call, and Tele Health services, to all jail locations as identified by the Sheriff from the time of booking to release and may include discharge planning and coordination of services in the community for patients to be released. Currently, Staff to be on-call at Psychiatric Services Units at SDCJ and LCDRF.

3.2.3. Staff will comply with all standards per CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines.

3.2.4. Staff will work within all required processes and programming to coordinate with the Sheriff's Medical Services Administrator, Sheriff's Chief Medical Officer (CMO), and Chief Psychiatric Officer.

3.2.5. Staff will coordinate with medical staff during the booking process to identify all patients' individual mental health and programming needs, life skills, etc., as assigned and with ongoing review by the Sheriff's Medical Administrator, Sheriff CMO, and Chief Psychiatric Officer for effective programming.

3.2.6. Staff will provide a comprehensive mental health evaluation utilizing standardized forms for patients identified with mental health treatment history or demonstrating mental health symptomology.

3.2.7. Staff will provide psychiatric evaluations within 24 hours of patients being housed in suicide watch and safety cell housing, and every 24 hours thereafter, as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and/or Chief Psychiatric Officer.

3.2.8. Staff will provide comprehensive mental health evaluations utilizing standardized forms for patients identified with mental health treatment history or demonstrating mental health symptomology for housed patients within appropriate timelines as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines.

3.2.9. Staff will refer patients to a psychiatrist for follow up evaluation as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines).

3.2.10. Staff will provide diagnostic evaluations for referred patients completed within appropriate time-lines as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, JM:Q, and ACHSA guidelines).

3.2.11. Staff will provide Crisis Intervention Services, as defined by the California Code of Regulations Section 1810.209, for urgent/emergent mental health needs patients as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as assigned by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer.

3.2.12. Staff will provide psychotropic medication management as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), as assigned by the Sheriff's Medical Services Administrator, Chief Medical Officer , and Chief Psychiatric Officer for effective programming.

3.2.13. Staff will provide individual patient counseling and treatment as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.14. Staff will provide group patient counseling and treatment as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.15. Staff will provide psychosocial/psycho-educational programs as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.16. Staff will document assessment, diagnoses, treatment and follow-up plans in the combined health services medical record for every patient encounter to include all approved electronic and non-electronic formats.

3.2.17. Staff will document electronically all scheduled and completed clinician visits for ongoing quality improvement review for every patient encounter.

3.2.18. Staff will provide that patients receiving mental health services are seen as clinically indicated, but not less than every 90 days. Those with chronic mental illness are seen as prescribed in their individual treatment plans.

3.2.19. When patient commitment or transfer to an inpatient psychiatric setting is clinically indicated, Staff will follow required procedures for transfers in a timely manner and until such transfer can be accomplished, take action that the patient is safely housed and adequately clinically monitored. •

3.2.20. Staff will work toward mental health, medical and substance abuse services being sufficiently coordinated such that patient management is appropriately integrated, medical and mental health needs are met, and the impact of any of these conditions on each other is adequately addressed.

3.2.21. Staff will utilize approved written policies and procedures for mental health treatment to include the immediate objective to alleviate symptoms of serious mental disorders and prevent relapses to sustain the patients' ability to function safely in their environment.

3.2.22. Staff will utilize approved written policies and procedures for mental health treatment including more than just prescribing psychotropic medications. Treatment goals include the development of self-understanding, self-improvement, and development of skills to cope with and overcome disabilities associated with various mental disorders.

3.2.23. Staff will comply with provided initial and ongoing training provided by the Sheriff's Medical Services Administrator, Sheriff's CMO, and/or the Chief Psychiatric Officer.

3.2.24. Staff will participate in multidisciplinary teams for patient treatment, death reviews, quality improvement, reporting, and coordination of services as per Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health, as assigned.

3.2.25. Staff will participate in correctional mental health education, conferences and Key Staff must successfully receive Certified Correctional Healthcare Profession- MH designation by the NCCHC for key staff, at the discretion of Sheriff's Medical Services Division . Key Staff are defined as all licensed staff.

3.2.26. Staff will collaborate with Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer to adhere to mental health correctional community standards established by the NCCHC and IMQ with the goal of ongoing review, survey readiness and accreditation.

3.2.27. Staff will provide program services including, but not limited to: violence reduction, anger management, problem-solving skills, social and communication skills, substance abuse rehabilitation, geriatric, intellectual disabilities, developmental disabilities, acute assessment units, acute management units, Veterans affairs unit, life skills, cognitive thinking, activities of daily living, etc., as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health.

## 4. STAFFING REQUIREMENTS

4.1.1. Contractor will have the ability to provide all of the following positions during the term of this Contract, including any extensions of the initial term: see EXHIBIT C - PRICING SCHEDULE.

4.1.1.1. Chief Psychiatrist (licensed and board certified Physician with correctional or forensic experience)
4.1.1.2. Psychiatrists (licensed Physician and board certified with correctional or forensic experience)
4.1.1.3. Clinic Director (licensed clinician)
4.1.1.4. Ph.D./Psy D. Psychologist (licensed)
4.1.1.5. Nurse Practitioners (NP) (licensed)
4.1.1.6. Office Assistant/ Heath Services Assistant (HSA)

4.1.2. Contractor will be responsible for all salaries, compensation and labor-related expenses for all personnel provided under the terms of this Agreement, including but not limited to, workers' compensation.

4.1.3. Contractor will provide a copy of valid/current licenses for all Key Staff who perform services rendered under this Agreement and shall ensure licensure remains valid for all licensed health care providers during this Agreement timeframe.

4.1.4. Use of an unlicensed (including suspended or lapsed license) Key Staff provider is a material breach of this Agreement. However, the requirement for licensure for individual staff may be waived in writing for a defined period of time by the Sheriff's Medical Services Administrator or Sheriffs CMO.

4.1.5. Staff is responsible to help maintain a state of constant survey readiness, based on CA Title 15, NCCHC, ACHSA and the Sheriff's Medical Services Policies and Procedures for Correctional Mental Healthcare, and all other agencies with jurisdiction over the inmates and/or patients.

4.1.6. Staff will actively participate as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health, in the following Committees including, but not limited to:

4.1.6.1. Pharmacy Management
4.1.6.2. Quality Improvement
4.1.6.3. Strategic Planning for County Healthcare
4.1.6.4. IMQ Surveys
4.1.6.5. NCCHC Surveys
4.1.6.6. Other meetings as assigned

4.1.7. Any other requirements as agreed upon by both parties. Requirements not needing additional compensation may be documented by a letter agreement executed by the parties. Any requirements needing additional compensation must be documented by an amendment.

4.1.8. Contractor's staff will adhere to Title 15 Standard 1200 "Responsibility for Health Care Services" and NCCHC Standard: J-A-03 "Medical Autonomy" as clinical judgments are the sole province of the responsible physician, dentist, and psychiatrist as the clinical chain of command.