**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants,
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | CASE NO. 3:23-cv-1357-CAB-JAC<br>***Assigned to Hon. Cathy Ann Bencivengo***<br>***Magistrate Hon. Janet A. Cabral in Dept. 15A***<br><br>**DECLARATION OF ROBERT S. KAHN IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO EXCLUDE OR LIMIT THE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT DAPHNE GLINDMEYER, M.D.**<br><br>Date: December 18, 2026<br>Time: __________<br>Dept.: 15A |

*25163*

**Complaint Filed: 7/26/2023**
**Trial Date: 2/22/2027**

## DECLARATION OF ROBERT S. KAHN

I, Robert S. Kahn, declare as follows:

1. I am an attorney licensed to practice before this Court and a Senior Associate attorney at Collins + Collins LLP, counsel of record for Defendant County of San Diego (the "County") in this action. I make this declaration in support of the County's Motion to Exclude or Limit the Opinions and Testimony of Plaintiff's retained forensic-psychiatry expert, Daphne Glindmeyer, M.D. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to them. As to matters concerning the contents of the records and transcripts identified below, my knowledge is based on my personal review of those documents in the course of representing the County.

2. I submit this declaration to authenticate and place before the Court the documentary evidence on which the County's motion relies, pursuant to Civil Local Rule 7.1.

3. **Plaintiffs' expert disclosures and Dr. Glindmeyer's report.** Attached hereto as **Exhibit A** is a true and correct copy of the relevant portions of Plaintiffs' Expert Witness Disclosures and Reports Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), including the signed expert report of Dr. Daphne Glindmeyer dated July 13, 2026. A complete copy of Dr. Glindmeyer's signed report, as produced with her expert file, is attached hereto as **Exhibit B**. Exhibit B includes a lengthy, document-by-document "Document Review" section summarizing the medical and custodial records. Exhibit A also includes the portions of Plaintiffs' disclosures identifying Plaintiffs' separately retained correctional-health expert, Dr. Homer Venters, who likewise addresses the adequacy of Mr. Rupard's psychiatric and mental-health care and the treating psychiatrist's clinical judgment — the same subjects addressed by Dr. Glindmeyer.

4. **Dr. Glindmeyer's curriculum vitae, fee schedule, and testimony log.** Attached hereto as **Exhibit C** are true and correct copies of Dr. Glindmeyer's curriculum vitae,



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

fee schedule, and four-year testimony log, as produced with her expert file. Dr. Glindmeyer's testimony log identifies her prior testimony in *Hughes v. Judd*, dated September 12, 2012.

5. **Dr. Glindmeyer's deposition.** The videotaped deposition of Dr. Glindmeyer was taken in this action on September 16, 2026. Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpts of the certified transcript of that deposition. The excerpts in Exhibit D include, among others, the following testimony cited in the County's motion:

a. Transcript pages 192–194, in which Dr. Glindmeyer testified that the NCCHC standards "establish …the baseline of the standard of care" and that "anytime care inside of a correctional facility deviates in any respect from an NCCHC standard, that is by definition a deviation from the standard of care," and that the "essential" NCCHC standards form the floor of the standard of care.

b. Transcript pages 139–140 and 42, in which Dr. Glindmeyer testified that "[s]tandard of care is not a law," that the NCCHC standards are "the standard of care," and that the jail was not "mandated to comply" because "[i]f they want to deviate from the standard of care, they don't have to," and that she applies the same standard regardless of the governing jurisdiction: "California is not an island … [t]he standard of care is the same no matter where you live."

c. Transcript pages 253–255 and 182–183, in which Dr. Glindmeyer testified that, as to cause of death, "[w]hatever the medical examiner says it is, it is," that psychiatrists "should not be expressing opinions regarding …the cause of death," and that cause of death is "outside of our scope of expertise as psychiatrists," and that the only persons able to make that determination are the medical examiner or the pathologist.

d. Transcript pages 256–258, in which Dr. Glindmeyer testified that she has "[n]o" opinion on the relative involvement of the contributing causes identified by the Medical Examiner and no training or experience in the manifestations of COVID-19 or its gastrointestinal implications.



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

e. Transcript pages 185–186 and 140–141, in which Dr. Glindmeyer testified, "I don't make opinions about constitutional violations; the judge does that," and declined to identify any specific deficient County policy, describing instead generalized "systems issues."

f. Transcript pages 160–162, in which Dr. Glindmeyer testified that she is not offering a life-expectancy opinion and that such an assessment requires "comprehensive medical examination beyond a psychiatric expertise" and is "typically …done by actuaries."

g. Transcript pages 93–94, 98, 126–127, and 50, in which Dr. Glindmeyer testified that she is not opining on any nursing standard of care, on medical (non-psychiatric) care, or on the conduct of sworn staff.

h. Transcript pages 207 and 241, in which Dr. Glindmeyer testified that she has never written a 5150 under California law and has never filed a Riese petition under California law, and she acknowledged that California requires a certification course and examination to write a 5150, and she agreed that the 5150 "is a … legal mechanism."

i. Transcript pages 224, 238, 88, and 113–114, in which Dr. Glindmeyer testified that she cannot say to a reasonable degree of psychiatric probability that Mr. Rupard qualified for a 5150 as of December 29, 2021, had "[n]o" basis to conclude he would have qualified on January 20, 2022, and answered "I don't" and "I don't know" when asked what information she had that different action would have changed the outcome.

j. Transcript pages 133, 136, and 148, in which Dr. Glindmeyer testified that the decisions to seek involuntary medication through a Riese petition, a 5150 hold, or PSU admission "were all decisions that Dr. Cruz would make" and that the conduct her opinions address "all relates to decisions or conduct by Dr. Cruz."

k. Transcript pages 142–143, in which Dr. Glindmeyer testified that the February 2022 California State Auditor's report placed the jail "on notice" of purported systemic issues.

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

l. Transcript pages 124 and 127–131, in which Dr. Glindmeyer testified that she worked from her own outline of the records rather than the complete sick-call logs, and acknowledged referrals to psychiatry reflected in the records that her summary had not accounted for.

6. **Dr. Glindmeyer's rebuttal report.** Attached hereto as **Exhibit E** is a true and correct copy of the rebuttal expert report of Dr. Glindmeyer dated August 7, 2026, as served by Plaintiffs.

7. **Medical Examiner's report.** Attached hereto as **Exhibit F** are true and correct copies of the relevant portions of the County of San Diego Medical Examiner's report concerning the death of Lonnie Rupard, which certifies the cause of death as "Pneumonia, Malnutrition and Dehydration in the setting of neglected schizophrenia" and the manner of death as homicide, and which Dr. Glindmeyer identified as the basis for her adoption of the cause and manner of death.

8. **Operative pleading and dismissals.** Attached hereto as **Exhibit G** is a true and correct copy of the operative Third Amended Complaint in this action, and attached hereto as **Exhibit H** are true and correct copies of the Court's order(s) dismissing certain parties and claims. These documents identify the individuals and claims no longer at issue in this action.

9. The excerpts attached as Exhibit D are drawn from the certified transcript of Dr. Glindmeyer's deposition. The County reserves the right to lodge the complete certified transcript and the videotaped recording with the Court, and will provide any additional portions the Court wishes to review.

10. The exhibits attached to this declaration are paginated in consecutive order, and a table of contents indicating the page number of each exhibit precedes the exhibits, in compliance with Civil Local Rule 5.1 and the Court's CM/ECF procedures.

///

///

///

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026, at Pasadena, California.

ROBERT S. KAHN

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **DECLARATION OF ROBERT S. KAHN IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO EXCLUDE OR LIMIT THE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT DAPHNE GLINDMEYER, M.D.** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

---

Executed on November 13, 2026 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

------------------------------------------------------------
NATALIE URBINO
nurbino@ccllp.law

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**ESTATE OF LONNIE RUPARD ET AL. V. COUNTY OF SAN DIEGO ET AL.**
**Case Number: 3:23-cv-1357-CAB-JAC**
**CCLLP File Number: 25163**

**SERVICE LIST**

Jeremiah A. Lowe
LOWE LAW, LLP
402 W. Broadway, Suite 1720
San Diego, CA 92101
T: (619) 878-2725 - F: (619) 878-2737
jeremiah@lowelawapc.com
laura@lowelawapc.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD and the Estate of Lonnie Rupard**

Eugene G. Iredale
Julia Yoo
Sarah Musumeci
Peter Bibring
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525 - F: (619) 233-3221
egiredale@iredalelaw.com
jyoo@iredalelaw.com
smusumeci@iredalelaw.com
admin@iredalelaw.com
creherman@iredalelaw.com
gjun@iredalelaw.com
sbrockett@iredalelaw.com
pbibring@iredalelaw.com
**ATTORNEYS FOR PLAINTIFF JUSTINO RUPARD**

Alexandra Sennet
Kimberly B. Pinkerton
TRESSLER LLP
909 North Pacific Coast Highway, Suite 840
El Segundo, CA 90245
T: (310) 203-4800 - F: (323) 486-2704
asennet@tresslerllp.com
kpinkerton@tresslerllp.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**

Corey E. Krueger
BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
T: (949) 427-1888 - F: (949) 427-1889
ckrueger@burgermeyer.com
vcuevas-carey@burgermeyer.com
**ATTORNEYS FOR DEFENDANTS ANTHONY CRUZ, M.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.**

*25163*