EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JEREMIAH A. LOWE (CA SBN 239166)
*jeremiah@lowelawapc.com*
LOWE LAW, APC
402 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 878-2725
Facsimile: (619) 878-2737

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD,

Plaintiff,

v.

COUNTY OF SAN DIEGO, *et al.*,

Defendants.

CASE NO. 23-CV-1357-CAB-JAC

**PLAINTIFF'S *EX PARTE* MOTION FOR ORDER PERMITTING LODGMENT OF VIDEO AND AUDIO EVIDENCE**

Plaintiff the Estate of Lonnie Rupard moves this Court *ex parte* for an order permitting the lodgment of video and audio exhibits in support of Plaintiff's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment against Defendant County of San Diego. In support of the motion, Plaintiff wishes to submit video and audio evidence which cannot be e-filed through the Court's CM/ECF system. For this reason, Plaintiff respectfully requests that the Court permit lodgment of video and audio evidence as follows:

**Exhibit 16:** Audio recording of interview with Deputy Thomas Mace (COSD000371)

**Exhibits 21a-h:** Video recordings of logged safety checks.

Respectfully submitted,

DATED: November 13, 2026

IREDALE & YOO, APC
EUGENE G. IREDALE
JULIA YOO
SARAH MUSUMECI

/s/ *Eugene Iredale*

Eugene G. Iredale
Attorneys for Plaintiff