**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;

Plaintiffs,

vs.

COUNTY OF SAN DIEGO; et al.

Defendants.

CASE NO. 3:23-cv-1357-CAB-JAC
*Assigned to Hon. Cathy Ann Bencivengo*
*Magistrate Hon. Janet A. Cabral in Dept. 15A*

**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

**COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**Date:** **December 18, 2026**
**Room:** **15A**

**Complaint Filed:** **7/26/2023**
**Trial Date:** **3/8/2027**

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on December 18, 2026, or as soon thereafter as this matter may be heard in Courtroom 15A located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendants COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE (collectively "County Defendants") will and hereby do move this Court for summary judgment, or in the alternative, partial summary judgment on Plaintiff ESTATE OF LONNIE RUPARD ("Plaintiff")'s operative Complaint pursuant to Federal Rules of Civil Procedure, Rule 56.

County Defendants move for summary judgment or in the alternative, partial summary judgment, on the grounds that there are no genuine issues as to any material fact and County Defendants are entitled to judgment as a matter of law. The specific grounds are as follows:

County Defendants are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiff's Claims 1-4 under Section 1983 because:

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

1. The Deputy Defendants Miguel Aguilera, Jason Viladiu, Gustavo Martinez, Jeff Amado, Ernesto Aguirre, Treyvonne James (sued in duplicate as J. Treyvonne), Bernardo Romero, Michael Johnson, Andrew Torres, Allen Wereski, Blade Romans, Linda Gutierrez, and Thomas Mace are entitled to summary judgment on Plaintiff's First Cause of Action under Section 1983 for deliberate indifference because Plaintiff cannot establish a constitutional violation, that any Deputy Defendant was deliberately indifferent to Decedent Lonnie Rupard ("Rupard")'s serious medical needs, or that any Deputy Defendant's conduct caused Rupard's death.

2. The Deputy Defendants are entitled to qualified immunity on Plaintiff's Section 1983 claim because their performance of custodial safety checks in accordance with County policy and Title 15 requirements violated no clearly established constitutional right.

3. Mental Health Clinician Christina Goodall (sued as Christina Anosike) is entitled to summary judgment on Plaintiff's First Cause of Action under Section 1983 for deliberate indifference because Plaintiff cannot establish a constitutional violation, that Goodall was deliberately indifferent to Rupard's serious medical needs, or that her conduct caused Rupard's death.

4. Goodall is entitled to qualified immunity on Plaintiff's Section 1983 claim because her assessment of Rupard in accordance with County policy violated no clearly established constitutional right.

5. County is entitled to summary judgment, or in the alternative, partial summary judgment of the Fourth Cause of Action for *Monell* liability because Plaintiff cannot establish the elements for municipal liability.



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

6. Supervisory Defendants Bill Gore, Kelly Martinez, and Dr. Jon Montgomery are entitled to summary judgment, or in the alternative, partial summary judgment on the Third Cause of Action because Section 1983 imposes no vicarious liability and Plaintiff cannot establish any causal connection between Supervisory Defendants' own conduct and Rupard's death.

County Defendants are entitled to summary judgment, or in the alternative, partial summary judgment of Plaintiff's Claims 5-7 under California state law because:

1. Plaintiff lacks standing for failure to comply with the California Tort Claims Act.
2. Plaintiff's state law claims are barred for failure to comply with the California Tort Claims Act.
3. Plaintiff cannot establish the Sixth Cause of Action for negligence (survival) against all County Defendants because no County Defendant breached a duty owed to Rupard and no act or omission of any County Defendant was the actual or proximate cause of his death.
4. Plaintiff cannot establish the Seventh Cause of Action for dependent adult neglect against Dr. Montgomery and MHC Goodall because Plaintiff cannot prove by clear and convincing evidence the recklessness, oppression, fraud, or malice required under the Elder Abuse and Dependent Adult Civil Protection Act.
5. Plaintiff cannot establish the Fifth Cause of Action against County, Deputy Defendants, and MHC Goodall under the Bane Act because no County Defendant acted with the specific intent to deprive Rupard of a clearly delineated constitutional or statutory right.
6. The County is immune from the state-law claims under Government Code section 844.6 because a public entity is not liable for injury to a prisoner,

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

and no exception—including the narrow failure-to-summon exception in section 845.6—applies on this record.

7. The individual County Defendants are entitled to summary judgment because they are statutorily immune, including under Government Code sections 820.2, 820.8, 845.6, 855.6, and 855.8.

8. Summary adjudication of Plaintiff's punitive damages claim against the individual County Defendants is proper because Plaintiff cannot establish, by clear and convincing evidence, that any individual County Defendant acted with evil motive or intent, or with reckless or callous indifference to Rupard's federally protected rights; and the County is immune from an award of punitive damages as a matter of law.

This motion is based on this notice, the attached memorandum of points and authorities, all papers and pleadings on file in this action, any matter of that the court may or shall take judicial notice, and all other matters as may be presented to the court at the hearing on this motion.

DATED: November 13, 2026

COLLINS + COLLINS LLP

By: ______________________________

RADA FELDMAN
NICHOLAS R. COLLETTI
ROBERT S. KAHN
CAROLINE PARK
CRISTINA I. BUTOIU
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO

AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111