**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | CASE NO. 3:23-cv-1357-CAB-JAC<br>***Assigned to Hon. Cathy Ann Bencivengo***<br>***Magistrate Hon. Janet A. Cabral in Dept. 15A***<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: 07/26/2023<br>Trial Date: 03/08/2027 |

*25163*

Defendants COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, and THOMAS MACE (collectively "County Defendants") hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the existence and contents of the following documents in support of their Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment:

1. The Complaint, filed July 26, 2023 [Doc. No. 1]; the First Amended Complaint, filed November 21, 2023 [Doc. No. 30]; the Second Amended Complaint, filed March 7, 2024 [Doc. No. 79]; the Third Amended Complaint, filed September 6, 2024 [Doc. No. 137]; and the operative Third Amended Complaint, filed February 19, 2025 [Doc. No. 184].

2. The "Claim Against the County of San Diego" submitted by Justino Rupard, individually and purporting to act on behalf of the Estate of Lonnie Rupard, stamped received by the County on March 9, 2023, together with the "Application for Leave to Present Late Claim [Gov. Code § 911.4]" — a true and correct copy of which is attached to County Defendants' Appendix of Evidence ("AOE") as **Exhibit 97**, which is also contained on the Court's electronic docket [Doc. No. 21-3 at Ex. 1; Doc. No. 119-1; Doc. No. 184-1] and compiled in the County Defendants' AOE in support of this Motion [AOE Ex. 97].

3. The Government Tort Claim submitted on behalf of Ronnie Rupard, including the "Application for Leave to Present Late Claim [Gov. Code § 911.4]" dated March 10, 2023, and the County of San Diego's Notice Granting Late Claim Application to Ronnie Rupard dated March 17, 2023 — true and correct copies of which are attached to County Defendants' AOE as **Exhibit 98**, which are also



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

contained on the Court's electronic docket [Doc. No. 198 at Exs. 1–2; Doc. No. 184-3] and compiled in the County Defendants' AOE [AOE Ex. 98].

4. The following records of the Superior Court of California, County of San Diego, in *Estate of Lonnie Rupard aka Lonnie Newton Rupard II*, Case No. 37-2023-00052316-PR-LA-CTL — true and correct copies of which are attached to County Defendants' AOE collectively as **Exhibit 99** and compiled in the County Defendants' Appendix of Evidence [AOE Ex. 99]:

(a) the Petition for Letters of Administration, filed December 4, 2023 by Justino Rupard;

(b) the Minute Order dated April 15, 2024, granting the Petition for Letters of Administration and appointing Terri B. Lopez as Administrator of the Estate of Lonnie Rupard, which is also contained on the Court's electronic docket [Doc. No. 119-1 at Ex. 8]; and

(c) the Letters of Administration issued May 17, 2024, which are also contained on the Court's electronic docket [Doc. No. 137-6].

5. The County Defendants' Request for Judicial Notice in Support of this Motion for Summary Judgment and the records noticed therein — specifically, the foregoing government tort claims and late-claim correspondence; the foregoing Superior Court probate records (the Petition for Letters of Administration, the April 15, 2024 Minute Order, the Letters of Administration, and the Register of Actions reflecting the absence of any petition under California Government Code section 946.6); the operative and prior complaints [Doc. No. 1; Doc. No. 30; Doc. No. 79; Doc. No. 137; Doc. No. 184] and the related Superior Court records; the Court's orders on the County Defendants' motions to dismiss and on Plaintiffs' motion for reconsideration [Doc. No. 136; Doc. No. 178]; and Plaintiffs' Opposition to the County Defendants' Partial Motion to Dismiss the Third Amended Complaint [Doc. No. 197], as to the Government Claims Act claim-presentation history and the absence of any petition for relief under California Government Code section 946.6 — compiled in the



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

County Defendants' Appendix of Evidence [AOE Ex. 100]. In accordance with the Court's Civil Case Procedures, copies of the documents already contained on the Court's electronic docket are not attached; they are cited herein by docket number using the Court's ECF pagination.

## I. FRCP 201 AUTHORIZES THE COURT TO TAKE JUDICIAL NOTICE

Rule 201 of the Federal Rules of Evidence authorizes the Court to take judicial notice, upon request by a party, of facts that are not subject to reasonable dispute because (a) they are "generally known within the trial court's territorial jurisdiction;" or (b) they "can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b) and (d). The Court "must take judicial notice if a party requests and the court is supplied with the necessary information," and failure to do so is an abuse of discretion. Fed. R. Evid. 201(d); *Lyon v. Gila River Indian Cmty*., 626 F.3d 1059, 1075 (9th Cir. 2010).

The Court is authorized to take judicial notice of the proffered documents, including a copy of Plaintiffs' government tort claim that was rejected and untimely due to the statute of limitations. See *United States v. Ritchie,* 342 F.3d 903, 908 (9th Cir.2003) (on a motion to dismiss the court may consider documents attached to complaint, documents incorporated by reference into complaint, or matters of judicial notice, without converting the motion to dismiss into motion for summary judgment).

Additionally, a court may take judicial notice of matters of public records, such as prior court proceedings. *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988); See also *Cardiner v. Provident Life & Acc. Ins. Co.*, 158 F. Supp. 2d 1088, 1099 (C.D. Cal. 2001) (holding that a Court can take judicial notice of its own records).

## II. THE COURT MAY TAKE JUDICIAL NOTICE OF THE GOVERNMENT CLAIMS

The Court may take judicial notice of the government tort claims, although not for the truth of the allegations contained therein. See, e.g., *D.K. ex rel. G.M. v. Solano Cnty. Office of Educ.*, 667 F.Supp.2d 1184, 1189-90 (E.D. Cal. 2009); *Ramachandran*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

*v. City of Los Altos*, 359 F.Supp.3d 801, 811 (N.D. Cal. 2019) (taking judicial notice of a government claim filed pursuant to the California Government Claims Act); *Kim v. City of Belmont*, 2018 WL 500269, at *3 (N.D. Cal. Jan. 22, 2018) (taking judicial notice of a government claim filed pursuant to the California Government Claims Act that was referenced in the complaint but not physically attached to the pleadings); *San Diego Branch of Nat'l Ass'n for Advancement of Colored People v. Cnty. of San Diego*, 2019 WL 329539, at *10 (S.D. Cal. Jan. 25, 2019) (same).

## III. THE COURT MAY TAKE JUDICIAL NOTICE OF THE PROBATE COURT'S MINUTE ORDER

The Court may take judicial notice of state court orders, such as the Superior Court Minute Order appointing the administrator of the Estate. See *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *Tran v. Costco Wholesale Corp.*, 2024 WL 1421735, at *8 (S.D. Cal. Apr. 2, 2024).

## IV. THE COURT MAY TAKE JUDICIAL NOTICE OF THE PLEADINGS, SUPERIOR COURT RECORDS, AND PLAINTIFFS' OPPOSITION

The Court may take judicial notice of its own records and of the pleadings and filings in this action, including the operative and prior complaints and Plaintiffs' Opposition to the County Defendants' Partial Motion to Dismiss the Third Amended Complaint. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1198 (9th Cir. 1988); *Gardiner v. Provident Life & Acc. Ins. Co.*, 158 F. Supp. 2d 1088, 1099 (C.D. Cal. 2001) (a court may take judicial notice of its own records). These records are noticed only for their existence and contents — including the Government Claims Act claim-presentation history reflected therein and the absence of any petition for relief from the claim-presentation requirements under California Government Code section

*25163*

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

946.6 — and not for the truth of the matters asserted. See *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001).

DATED: November 13, 2026

COLLINS + COLLINS LLP

By: ______________________

RADA FELDMAN
NICHOLAS R. COLLETTI
ROBERT S. KAHN
CAROLINE M. PARK
CRISTINA I. BUTOIU
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE