**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | CASE NO. 3:23-cv-1357-CAB-JAC<br>***Assigned to Hon. Cathy Ann Bencivengo Magistrate Hon. Janet A. Cabral in Dept. 15A***<br><br>**COUNTY DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**UNSEALED EXHIBITS - PART 1**<br><br>**Complaint Filed: 07/26/2023**<br>**Trial Date: 03/08/2027** |

| EXHIBIT | EVIDENCE |
|---|---|
| 1 | 2019 to 2021-08-23 Lonnie Rupard Prior Arrest Reports; SDSD Crime/Incident Reports (incl. Field Interview #168407) (COSD 001136-001142; COSD 000379-000380) [CONFIDENTIAL] |
| 2 | 2020-03-16 to 2022-03-24 Superior Court Records: Conviction (No. SCS305746), PRCS Revocation Petition (Pen. Code § 3455), and Felony Minutes re Competency (COSD 006428-006429; COSD 000691-000699) |
| 3 | 2021-05-18 Probation PCMS Contact Reports (PRCS, No. CPR210150) (COSD 001169-001208) [CONFIDENTIAL] |
| 4 | 2021-12-19 Booking / eJIMS Inmate Detail / Mugshot Profile; Inmate Detail Report (COSD 000700-000704; COSD 006426; COSD 006436) [CONFIDENTIAL] |
| 5 | 2021-12-19 Receiving Screening Records (RN Ben Samonte); Intake Medical Records (COSD 000027-000051) |
| 6 | 2021-12-19 Refusal to Accept Medical Care (RN May Ng) (COSD 000063-000064) |
| 7 | 2021-12-19 Nursing (Ng) Intake Refusal of Medications (COSD 000496-000497) |
| 8 | 2021-12-19 Criminal History: CLETS System Sheets (COSD 000420-000435; COSD 000679-000690) [CONFIDENTIAL] |
| 10 | 2021-12-24 to 2022-02-22 Psychiatric Progress Notes (Dr. Anthony Cruz) with RN addenda (COSD 000058-000062; duplicate COSD 000474-000478; COSD 004081-004085) |
| 11 | 2021-12-29 to 2022-01-20 Medication Administration Records (eMAR) (COSD 000143-000150; COSD 000565-000571; COSD 004187-004194) |
| 12 | 2021-12-30 to 2022-01-20 Documented Medication Refusals (33 daily refusal forms) (COSD 000070-000135 (lodged); COSD 000498-000563; COSD 004088-004153 (duplicate, not printed)) |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 13 | 2021 to 2022-04-12 Sick Calls (psychiatric sick-call records) (COSD 000049; COSD 000152; COSD 000473; COSD 004078) |
| 14 | 2021-12 to 2022-04 TechCare Sick Call List (COSD 006437) |
| 15 | 2020 Prior Sick Call Records (COSD 003587-003588) |
| 16 | 2021-12 to 2022-03 Classification Navigator Report; Inmate Classification Records (COSD 017940-017945; COSD 018168-018172) [CONFIDENTIAL] |
| 17 | 2021-12 to 2022-03-17 Area Activities Summary Report — Hygiene / Sanitation Inspections Log (COSD 000755-000758) [CONFIDENTIAL] |
| 18 | 2022-01-29 Incident Report No. 224004460 and Segregated Housing Order (COSD 018163-018165; COSD 018167) [CONFIDENTIAL] |
| 19 | 2022-02-09 QMHP Progress Note (MHC Christina Goodall, sued as Anosike) (COSD 000479-000486; COSD 000052-000057) |
| 20 | 2022-02-19 SDSD Incident Report No. 224007616 and Segregated Housing Order (COSD 018160-018162; COSD 000443-000445; COSD 018166) [CONFIDENTIAL] |
| 21 | 2022-02-01 to 2022-03 Dr. Nicolas Badre Forensic-Psychiatry Examiner / FEU Competency-Examination File re Rupard (Case No. CPR210150) (COSD 006417-006432) |
| 22 | 2022-03-10 to 2022-03-17 Area Activity Logs, Area 7 (COSD 000160-000265) [CONFIDENTIAL] |
| 23 | 2022-03-14 to 2022-03-17 Deputy Defendants – Shift Deployment / Staffing Sheets (Housing Unit 7D) (COSD 000959-001135 (excerpts of 3/10/22-3/17/22); COSD 004245-004590 withdrawn) [CONFIDENTIAL] |
| 24 | 2022-03-14 Forensic Psychiatry Competency & Involuntary-Medication Reports (Dr. Nicolas Badre) (COSD 000153-000158 (lodged); COSD 000375-000380 (duplicate, not printed)) |
| 25 | 2022-03-17 Lonnie Rupard Mortality Review (COSD 002033-002035) [CONFIDENTIAL] |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 26 | 2022-03-17 San Diego Prehospital Patient Record (Falck, Unit M18) (COSD 018175-018178) |
| 28 | 2022-03-18 to 2023-03-02 Medical Examiner / Autopsy Report No. 2022-01007 (COSD 006376-006416) [CONFIDENTIAL] (COSD 006376-006416 (lodged); COSD 001678-001721; COSD 002057-002077; COSD 002085-002106 (duplicate) |
| 29 | 2022 to 2024 Homicide / Follow-Up Investigative Reports (Det. Blumenshine) (COSD 001591-001632; COSD 001633-001634, 001637-001677) [CONFIDENTIAL] |
| 30 | 2022-04-22 to 2024-08-28 Internal Affairs Complaint No. 2022-273 and Letter to File (COSD 006433-006436) [CONFIDENTIAL] |
| 31 | 2022 / 2024-07-19 District Attorney Declination Letter; U.S. Attorney's Office Declination (COSD 018183; COSD 018184) [CONFIDENTIAL] |
| 32 | SDSD Training Course, Curriculum & Line-Up Training Materials — compiled as a single exhibit (COSD 006474-007269) |
| 33 | SDSD Training Records History — composite all-deputies training-records history for the 13 deputy defendants (COSD 009060-009089) [CONFIDENTIAL] |
| 34 | LMS Training Transcript — Deputy Linda A. Gutierrez (COSD 009867-009935) [CONFIDENTIAL] |
| 35 | LMS Training Transcript — Christina N. Anosike (sued as Goodall), Mental Health Clinician (COSD 009936-009938) [CONFIDENTIAL] |
| 36 | LMS Training Transcript — Corporal Thomas R. Mace (COSD 009939-009973) [CONFIDENTIAL] |
| 37 | LMS Training Transcript — Deputy Ernesto Aguirre Jr. (COSD 009974-010008) [CONFIDENTIAL] |
| 38 | LMS Training Transcript — Deputy Andrew S. Torres (COSD 010009-010043) [CONFIDENTIAL] |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 39 | LMS Training Transcript — Deputy Bernardo J. Romero (COSD 010044-010052) [CONFIDENTIAL] |
| 40 | LMS Training Transcript — Deputy Miguel A. Aguilera (COSD 010053-010065) [CONFIDENTIAL] |
| 41 | LMS Training Transcript — Deputy Jeff Ryan M. Amado (COSD 010066-010114) [CONFIDENTIAL] |
| 42 | LMS Training Transcript — Deputy Jason J. Viladiu (COSD 010115-010155) [CONFIDENTIAL] |
| 43 | LMS Training Transcript — Sergeant Michael J. Johnson (COSD 010156-010215) [CONFIDENTIAL] |
| 44 | LMS Training Transcript — Deputy Allen P. Wereski (COSD 010216-010245) [CONFIDENTIAL] |
| 45 | LMS Training Transcript — Deputy Treyvonne J. James (COSD 010246-010283) [CONFIDENTIAL] |
| 46 | LMS Training Transcript — Corporal Blade W. Romans (COSD 010284-010337) [CONFIDENTIAL] |
| 47 | LMS Training Transcript — Deputy Gustavo Martinez (COSD 010338-010399) [CONFIDENTIAL] |
| 48 | Academy / POST Certificate — Deputy Miguel Aguilera (COSD 007270-007273; 007277-007281; 007301; 007489) [CONFIDENTIAL] |
| 49 | Academy / POST Certificate — Deputy Ernesto Aguirre Jr. (COSD 007528-007534; 007539; 007639) [CONFIDENTIAL] |
| 50 | Academy / POST Certificate — Deputy Jeff Ryan M. Amado (COSD 007820-007827; 007877; 007928) [CONFIDENTIAL] |
| 51 | Academy / POST Certificate — Deputy Linda A. Gutierrez (COSD 007930; 007945; 008024) [CONFIDENTIAL] |
| 52 | Academy / POST Certificate — Deputy Treyvonne J. James (COSD 008029-008034) [CONFIDENTIAL] |

| | |
|---|---|
| 53 | Academy / POST Basic Certificate — Sergeant Michael J. Johnson (COSD 008207; 008209-008211; 008300-008307) [CONFIDENTIAL] |
| 54 | Academy / POST Certificate — Deputy Thomas R. Mace (COSD 008309-008310; 008530-008534) [CONFIDENTIAL] |
| 55 | Academy / POST Certificate — Deputy Gustavo Martinez (COSD 008558; 008608-008609; 008749) [CONFIDENTIAL] |
| 56 | Academy / POST Certificate — Corporal Blade W. Romans (COSD 008754-008762) [CONFIDENTIAL] |
| 57 | Academy / POST Certificate — Deputy Bernardo J. Romero (COSD 008850-008851; 008884-008888) [CONFIDENTIAL] |
| 58 | Academy / POST Certificate — Deputy Andrew S. Torres (COSD 009090; 009167-009170; 009172-009174; 009178) [CONFIDENTIAL] |
| 59 | Academy / POST Basic Certificate — Deputy Jason J. Viladiu (COSD 009344; 009346-009347; 009349-009351) [CONFIDENTIAL] |
| 60 | Academy / POST Certificate — Deputy Allen P. Wereski (COSD 009519; 009522-009529) [CONFIDENTIAL] |
| 62 | SDSD Medical Services Division (MSD) Operations Manual — relevant sections (excerpts): Segregated Inmates (G.2.1) (COSD 006313-006314; 006311-006312); Psychiatric Stabilization Unit (PSU) (COSD 006120-006125; 006128-006130; 006134); PSU Admission Types (COSD 006158-006161); Medical & Psychiatric Services (COSD 006143-006157; 006152-006154; 006174-006177); Mental Health Screen & Evaluation (COSD 006300-006303); Emergency Psychotropic Medication (COSD 006315-006320); Psychotropic Medication (G.3.2) and Refusal Procedure R.5 (COSD 006324-006325; 006258-006345); Nursing Documentation (COSD 006131-006133); Hunger Strikes (MSD) (COSD 006335-006336); Mentally Disordered Inmates Emergency Transportation (COSD 006108); Staff Training for 5150 Certification (COSD 006155-006157) |
| 63 | SDSD Detentions Services Bureau (DSB) Manual of Policies & Procedures and Green Sheets / Training (excerpts): Count Procedures (1.43) (COSD 001155-001157; 006343-006345); Green Sheets 1.43.C.1 (Inmate Count) (COSD 006451-006452; 001159-001160); Safety Checks (I.64) and |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| | Housing/Holding Areas (COSD 006088-006090; 006247-006248); Green Sheets 1.64.C.1 (Safety Checks) (COSD 006438-006439 (lodged); COSD 006453-006454 (duplicate, not printed)); Hunger Strikes (M.29) (COSD 006126-006127); Line-Up Training (Counts; 11-53 Safety Checks) and Class #5.2 Counts ACO (COSD 006245-006246; 006346-006354) |
| 64 | Mental Health Master Staffing Plan (COSD 002040-002041) [CONFIDENTIAL] |
| 65 | Liberty Healthcare Agreement No. 555357 and Amendments 1-6 (COSD 018185-018213) |
| 66 | SDCJ Area Activities Log, full custody period (12/19/2021-03/16/2022) (COSD 001818-002026) [CONFIDENTIAL] |
| 67 | Area Activity Reports (COSD 004864-005106; COSD 004591-004834) [CONFIDENTIAL] |
| 68 | 2024-12-11 Deposition of Linda Gutierrez (Deputy) — confidential exhibits: Exs. 1, 2, 12 (COSD 000159; COSD 000160-000163; COSD 001728-001729) [CONFIDENTIAL] |
| 69 | 2024-12-16 Deposition of Christina Goodall (sued as Anosike) (MHC) — confidential exhibit: Ex. 1 (COSD 000049; COSD 000052-000057) |
| 70 | 2025-01-13 Deposition of Blade Romans (Corporal) — confidential exhibits: Exs. 26, 34 (COSD 000160; COSD 001722-001724) [CONFIDENTIAL] |
| 71 | 2026-01-08 Deposition of Melissa Quiroz (Rule 30(b)(6) PMK) |
| 72 | 2026-01-15 Deposition of Jon Montgomery, D.O. (Vol. I) — confidential exhibit: Ex. 8 (COSD 002033-002035) [CONFIDENTIAL] |
| 73 | 2026-01-16 Deposition of Lt. Aaron Boorman (Rule 30(b)(6) PMK) |
| 74 | 2026-01-29 Deposition of Gustavo Martinez (Deputy) |
| 75 | 2026-01-29 Deposition of Jeff Ryan Micu Amado (Deputy) |
| 76 | 2026-01-29 Deposition of Bernardo Jose Romero (Deputy) |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 77 | 2026-02-02 Deposition of Ernesto Aguirre (Deputy) |
| 78 | 2026-02-02 Deposition of Jason Viladiu (Deputy) |
| 79 | 2026-02-26 Deposition of Treyvonne James (Deputy) |
| 80 | 2026-02-27 Deposition of Thomas Randall Mace (Corporal) — confidential exhibit: COSD 004885 [CONFIDENTIAL] |
| 81 | 2026-02-27 Deposition of Michael Joseph Johnson (Sergeant) — confidential exhibit: COSD 000169 [CONFIDENTIAL] |
| 82 | 2026-03-03 Deposition of Anthony Cruz, M.D. — confidential exhibits: Exs. 1, 3, 14, 17 (COSD 000058-000065; COSD 000049; COSD 006437; Ex. 14 no Bates — lodged unstamped) |
| 83 | 2026-03-26 Deposition of Serina Rognlien-Hood (Rule 30(b)(6) PMK) — transcript stamped Confidential; confidential exhibits: Exs. 1, 13 (COSD 000152; COSD 017963) |
| 84 | 2026-04-13 Deposition of Andrew Santiago Torres (Deputy) |
| 85 | 2026-04-13 Deposition of Miguel Aguilera (Deputy) — confidential exhibit: COSD 000183 [CONFIDENTIAL] |
| 86 | 2026-05-18 Deposition of Allen Wereski (Deputy) — confidential exhibit: COSD 000251 [CONFIDENTIAL] |
| 87 | 2026-05-11 Deposition of Jon Montgomery, D.O. (Vol. II) |
| 88 | 2026-05-12 Deposition of Justino Rupard |
| 89 | 2026-05-12 Deposition of Terri Lopez (Estate Administrator) |
| 90 | 2025-05-05 Deposition of Bethann Schaber, M.D. (Medical Examiner) — confidential exhibit: Ex. 1 Autopsy Report + toxicology |
| 91 | 2025-12-19 Deposition of Nicolas Badre, M.D. (forensic psychiatrist) — confidential exhibits: COSD 000140-000141; COSD 006417-006432 |
| 92 | 2026-01-07 Deposition of Det. Max Blumenshine — confidential exhibits: Exs. 13A, 26, 27 (COSD 001629-001654; COSD 001657-001677; COSD 000266-000274) [CONFIDENTIAL] |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 93 | 2026-01-16 Deposition of Lt. Gino Matrone — confidential exhibits: Exs. 3-4 (COSD 004864-004889; COSD 000755-000758) [CONFIDENTIAL] |
| 94 | 2026-04-10 Deposition of Sandeep Jouhal, M.D. (Liberty) — confidential exhibits: COSD 003601; COSD 000058-000062 |
| 95 | 2026-04-10 Deposition of Francis Ysla, M.D. (Liberty) — confidential exhibit: COSD 000058-000062 |
| 96 | 2026-04-17 Deposition of Rebecca Kloker (Liberty) |
| 97 | 2023-03-09 Government Tort Claim of Justino Rupard against the County of San Diego, with application for leave to present a late claim |
| 98 | Government Tort Claim of Ronnie Rupard against the County of San Diego, and the County's notice granting leave to present a late claim |
| 99 | Superior Court / Probate records: Probate Court order appointing Terri Lopez administrator of the Estate of Lonnie Rupard (4/15/2024) |
| 100 | County Defendants' Request for Judicial Notice in Support of Motion for Summary Judgment, and the records noticed therein |
| 101 | Plaintiff's Responses to Requests for Admission; Plaintiff's Responses to Form and Special Interrogatories |
| 102 | Plaintiff's production of documents in discovery |
| 103 | Defendant Bill Gore's Responses to Plaintiff's Written Discovery |
| 104 | Defendant Kelly Martinez's Responses to Plaintiff's Written Discovery |
| 105 | Declaration of Christina Goodall (sued as Anosike) in Support of Motion for Summary Judgment, with Exhibits (a)-(b): DOPS Visit Indicator Lists and related emails (lodged); QMHP Progress Note re Lonnie Rupard (COSD 000479) (duplicate, not printed) [PARTIAL — CONFIDENTIAL (redacted)] |
| 106 | Declaration of Deputy Miguel Aguilera in Support of Motion for Summary Judgment |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

| | |
|---|---|
| 107 | Declaration of Deputy Jason Viladiu in Support of Motion for Summary Judgment |
| 108 | Declaration of Deputy Gustavo Martinez in Support of Motion for Summary Judgment |
| 109 | Declaration of Deputy Jeff Amado in Support of Motion for Summary Judgment |
| 110 | Declaration of Deputy Ernesto Aguirre in Support of Motion for Summary Judgment |
| 111 | Declaration of Deputy Treyvonne James in Support of Motion for Summary Judgment |
| 112 | Declaration of Deputy Bernardo Romero in Support of Motion for Summary Judgment |
| 113 | Declaration of Sergeant Michael Johnson in Support of Motion for Summary Judgment |
| 114 | Declaration of Deputy Andrew Torres in Support of Motion for Summary Judgment |
| 115 | Declaration of Deputy Allen Wereski in Support of Motion for Summary Judgment |
| 116 | Declaration of Corporal Blade Romans in Support of Motion for Summary Judgment |
| 117 | Declaration of Deputy Linda Gutierrez in Support of Motion for Summary Judgment |
| 118 | Declaration of Corporal Thomas Mace in Support of Motion for Summary Judgment |
| 119 | Declaration of Madalyn Nelson in Support of Motion for Summary Judgment |
| 120 | Declaration of Feldman in Support of Motion for Summary Judgment |

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

DATED: November 13, 2026

COLLINS + COLLINS LLP

By: ______________________________
RADA FELDMAN
NICHOLAS R. COLLETTI
ROBERT S. KAHN
CAROLINE M. PARK
CRISTINA I. BUTOIU
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

# EXHIBIT 2

BKG # 21149 3 ... SDCJ

CPR210150 DA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 02/01/22 AT 9:00 A. M.

PRESENT: HON LAURA H. PARSKY, JUDGE PRESIDING, DEPARTMENT 1602

CLERK V. CLARION REPORTER L. POOL CSR# 8941

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

H. KENNEDY
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

L. McGregor
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. PEREZ
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ______ OATH ON FILE / SWORN.
LANGUAGE ______

SUPERVISED PERSON ☒ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☒ FORMALLY/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ______.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ______ EVIDENCE BASED PROGRAM.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 *[2/2]*
______ TOTAL CREDITS

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

INTERVENING HEARING CONTINUED TO / SET FOR 03/18/22 AT 9:00 AM IN DEPT. 1602.

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ______

☐ EVIDENTIARY HEARING DATE OF ______ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ______ FOR TRANSPORT TO ______.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______.

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED

**OTHER** Proceedings suspended pursuant to PC1370.02. Mental competency examination on 03/09/22 at 8:00 am by Forensics. PC1370.02 hearing on 03/24/22 at 9:00 am Department 1203 of the Central Division. The Sheriff is ordered to transport the parolee to and from the examination.

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

SDSC CRM-002L (Rev. 7/13) **FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION**

5016 / 10110

12 SDCS

21149433 ①

CPR210150 DA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 01/24/22 AT 9:00 A.M.

PRESENT: HON L. PARSKY, JUDGE PRESIDING, DEPARTMENT 1602

CLERK V. Clarion REPORTER K. Whitmire CSR 13540 CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

R. Madrigal
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

L. McGregor
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. Perez
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ______ OATH ON FILE / SWORN.

LANGUAGE ______

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☑ NOT PRESENT ☐ NOT PRODUCED Refused

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☑ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☐ FORMALLY/PRELIMINARILY ☑ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ______.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

| DAYS CREDIT FOR TIME SERVED | |
|---|---|
| ______ | LOCAL |
| ______ | PC4019 [2/2] |
| ______ | TOTAL CREDITS |

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ______ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 2-1-22 AT 9:00am IN DEPT. 1602

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ______

☐ EVIDENTIARY HEARING DATE OF ______ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☑ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ______ FOR TRANSPORT TO ______.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______.

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED

**OTHER**

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

SDSC CRM-002L (Rev. 7/13) **FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION**

#21140933

SP

CPR210150 DA ____________

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 01/13/2022 AT 8:30 A. M.

PRESENT: HON R. TRENTACOSTA, JUDGE PRESIDING, DEPARTMENT 1103

CLERK M. Santiago REPORTER [illegible] CSR# ____________

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

H. Kennedy
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

T. Huber
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. Perez
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ____________ OATH ON FILE / SWORN.
LANGUAGE ____________

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____________

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____________

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS (REMAINS) ☒ ~~FORMALLY~~/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ____________.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ____________ EVIDENCE BASED PROGRAM.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 [2/2]
______ TOTAL CREDITS

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 01-24-22 AT 9am IN DEPT. 1602

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ____________

☐ EVIDENTIARY HEARING DATE OF ____________ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ____________ FOR TRANSPORT TO ____________

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______

☐ BENCH WARRANT ISSUED / ORDERED ____________ IS RECALLED / RESCINDED

**OTHER**

Defendant refused to appear in court

Date: ____________ ATTEST A TRUE COPY, Clerk of the Superior Court by ____________, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

SDSC CRM-002L (Rev. 7/13) FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION

CONFIDENTIAL COSD 000693

21149433 SD

CPR210150 DA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 01-07-2022 AT 8:30 M.

PRESENT: HON ROBERT J. TRENTACOSTA, JUDGE PRESIDING, DEPARTMENT 1103

CLERK ~~J. Di Prima~~ M. Santiyo REPORTER Armando Pineda CSR #12077 CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

R. Madruga
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

T. Huber
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. Perez
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ____ OATH ON FILE / SWORN.
LANGUAGE ____

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☒ ~~FORMALLY~~/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ____ DAYS. ☐ CONCURRENT WITH ____.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ____ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
____ LOCAL
____ PC4019 [2/2]
____ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ____ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 01-13-22 AT 8:30 IN DEPT. 1103

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ____

☐ EVIDENTIARY HEARING DATE OF ____ AT ____ IN DEPT. ____ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF. ✓✓

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ____ FOR TRANSPORT TO ____.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ____.

☐ BENCH WARRANT ISSUED / ORDERED ____ IS RECALLED / RESCINDED

**OTHER**

Defendant refused to appear

Date: ____ ATTEST A TRUE COPY, Clerk of the Superior Court by ____, Deputy

Distribution by ____ on ____ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ____

SDSC CRM-002L (Rev. 7/13) FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION

5514 0003

21149433 SD

CPR210150 DA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 01-03-22 AT 8:30 A.M.

PRESENT: HON R. TRENTACOSTA, JUDGE PRESIDING, DEPARTMENT 1103

CLERK J. Diprima REPORTER ____ CSR# ____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

RUPARD, LONNIE
SUPERVISED PERSON

DEPUTY DISTRICT ATTORNEY

T. Huber
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ____ OATH ON FILE / SWORN.

LANGUAGE ____

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☒ NOT PRODUCED refusal

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☐ FORMALLY/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ____ DAYS. ☐ CONCURRENT WITH ____.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ____ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
____ LOCAL
____ PC4019 [2/2]
____ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ____ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 1-7-22 AT 8:30 IN DEPT. 1103

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ____

☐ EVIDENTIARY HEARING DATE OF ____ AT ____ IN DEPT. ____ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☒ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ____ FOR TRANSPORT TO ____.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ____.

☐ BENCH WARRANT ISSUED / ORDERED ____ IS RECALLED / RESCINDED

**OTHER**

Date: ____ ATTEST A TRUE COPY, Clerk of the Superior Court by ____, Deputy 5485 demo

Distribution by ____ on ____ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ____

SDSC CRM-002L (Rev. 7/13) FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION

9 2114 9433 SD 1

CPR210150 DA

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 12-28-21 AT 8:30 A. M.

PRESENT: HON R. TRENTACOSTA, JUDGE PRESIDING, DEPARTMENT 1103

CLERK M Santuyo REPORTER CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

R. Madruga
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

T. Huber
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. Perez
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. OATH ON FILE / SWORN.
LANGUAGE

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☐ FORMALLY/PRELIMINARILY ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ______.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 [2/2]
______ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ______ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 01/03/22 AT 8:30 IN DEPT. 1103

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON:

☐ EVIDENTIARY HEARING DATE OF ______ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☑ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ______ FOR TRANSPORT TO ______.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______.

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED

**OTHER**

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

SDSC CRM-002L (Rev. 7/13) **FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION**

5574 5354

21149433

CPR210150 DA

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 12-27-2021 AT 8:30 A M.

PRESENT: HON R. TRENTACOSTA, JUDGE PRESIDING, DEPARTMENT 1103

CLERK M. Santoyo REPORTER N/R CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

R. Madruga
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

T. Huber
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. Perez
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ______ OATH ON FILE / SWORN.
LANGUAGE ______

SUPERVISED PERSON ☐ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☑ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☑ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☑ ~~FORMALLY~~/PRELIMINARILY ☑ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☒ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ______.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 [2/2]
______ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ______ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

OSC CONTINUED TO / SET FOR 12-28-21 AT 8:30 IN DEPT. 1103

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ______

☐ EVIDENTIARY HEARING DATE OF ______ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ______ FOR TRANSPORT TO ______.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______.

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED

**OTHER**

Defendant refused to appear. On 9th custody day

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

SDSC CRM-002L (Rev. 7/13) FELONY MINUTES – PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION

5141

# SAN DIEGO CENTRAL JAIL

DAYSHIFT — TEAM 3

DAY: THURSDAY (5) — Date:3/17/2022 — 0600-1830 — 2220

| SECURITY STAFFING | MIN STAFFING 42 | ACTUAL STAFFING ABSENCE/REASON | 37 REPLACEMENT |
|---|---|---|---|
| WATCH COMMANDER | Lt. Kamoss, K. #4202 | | |
| PROCESSING SERGEANT (1,2) | Sgt. Pike, K. #7610 | | |
| SECURITY SERGEANT (3,4,5) | Sgt. Bourgeois, B. #7770 | | |
| MOVEMENT SERGEANT (6,7,8) | Sgt. Matrone, G. #0740 | | |
| 1. INTAKE CONTROL | Pantoja, R. #3381 | | |
| 2. INTAKE CONTROL/TRANS | Cabana, E. #4276 | 2.5 LA | Duell Vibra 305 |
| 3. INTAKE DEPUTY | Brauer, R. #0521 (LE) | | |
| 4. INTAKE DEPUTY | VACANT POSITION DET | 107 | Ramirez, E. #3102 UCSD 2nd ICU #9 |
| 5. INTAKE DEPUTY | Wilt, E. #4966 (CPL) | P1D10 | Phillips, T. #0825 (LE) P1 |
| 6. INTAKE DEPUTY/SCANNER | Allen, Z. #0571 | | Dalton- Tri city ER |
| 7. INTAKE DEPUTY/SCANNER | Vazquez, E. #4133 | | |
| 8. CCC | Newlander, P. #4408 | | |
| 9. CCC | Maandig, A. #5051 | | |
| 10. SEARCH/MED. SCREENING | Topacio, D. #4213 (TO) | | |
| 11. SEARCH/MED. SCREENING | Kakkar, G. #4126 | | |
| 12. MED. SCREENING | Davis, T. #0284 | 2.5 EA | Valdez 21147835 Vibra 305 |
| 13. FINAL/B&R | Marks, E. #4326 P2 | | |
| 14. PSU CONTROL | Lotko, M. #3073 (PSU) | | |
| 15. PSU ROVER | Robinson, S. #3082 (PSU) | | |
| 16. PSU ROVER | Seeley, H #3663 (PSU) | | |
| 17. MOB ROVER | VACANT POSITION DET | 107 | Valbuena, A. #3296 5.5 |
| 18. 4TH FLOOR CONTROL | Gallegos, A. #3503 (CPL)(8)(PSU) | | |
| 19. 4TH FLOOR HOUSING | VACANT POSITION LE | 107 | Ghazarian, J. #0651 Vibra 315 |
| 20. 4TH FLOOR HOUSING | Riel, N #0872 | 2.5 LA | |
| 21. 4TH SECURITY DEPUTY | Klaus, W. #4254 | | |
| 22. 5TH FLOOR CONTROL | VACANT POSITION DET | 107 | Jackson, S. #1268 |
| 23. 5TH FLOOR HOUSING | Amado, J. #4193 (TO) | | |
| 24. 5TH FLOOR HOUSING | Mace, T. #4324 P2 | | |
| 25. 5TH SECURITY DEPUTY | Zepeda, Y. #0573 | | Balanzar-20929060 Vibra 325 |
| 26. 6TH FLOOR CONTROL | Cross, C. #3945 (CPL) | 101 | Ackerman, M. #5994 |
| 27. 6TH FLOOR HOUSING | Bell, P. #3526 (CPL) | | Kim, C. #0686 (LE) P1 |
| 28. 6TH FLOOR HOUSING | Schmitz, D. #3787 | | Talevera 20708252 Sharp Memorial ICU 206 |
| 29. 6TH FLOOR HOUSING | Caranto, C. #0787 (LE) | | Camacho-22710460-Scripps ER |
| 30. 6TH SECURITY DEPUTY | Hanson, J #5171 | 101 | Gaona, W. #0433 Scripps ER |
| 31. 7TH FLOOR CONTROL | Aguirre, N. #3909 | 101 | Romero, B. #4284 |
| 32. 7TH FLOOR HOUSING | Johnson, M. #0568 (TO) | | |
| 33. 7TH FLOOR HOUSING | Torres, A. #3208 P2 | 2.5 LA | |
| 34. 7TH SECURITY DEPUTY | Delaney, C. #0749 (LE) | 101 | NO REPLACEMENT FOUND |
| 35. 8TH FLOOR CONTROL | Brown, E. #3507 (8)(PSU) | | |
| 36. 8TH FLOOR HOUSING | Peraza, R. #3205 (8) | | |
| 37. 8TH FLOOR HOUSING | Kim, C. #0686 (LE) P1 | 122 | NO REPLACEMENT FOUND |
| 38. 8TH MEDICAL DEPUTY | Torres, J. #4302 | | |
| 39. KEY CONTROL | Taylor, C. #4237 (LD) | 2.5 EA | |
| 40. KITCHEN DEPUTY | Vrabel, A. #3047 (PSU) | | Interview @1400 |
| 41. TRANSPORTATION | Tengan, S. #4156 (TO) | 113/2.5 EA | NO REPLACEMENT FOUND |
| 42. TRANSPORTATION | Lopez, J. #3343 (TAD VDF) | 107 | NO REPLACEMENT FOUND |
| 43. RELIEF | Buckland, D. #3455 (TAD) | 106 | NO REPLACEMENT NEEDED |
| 44. RELIEF | Tauch, M. #3847 (TAD) REG AC | 106 | NO REPLACEMENT NEEDED |
| 45. RELIEF | Diaz, G. #3240 (TAD) REG ACA | 106 | NO REPLACEMENT NEEDED |
| | | | |
| | Phillips, T. #0825 (LE)(DF)P1 | | |
| | | | |
| LINE-UP TRAINING: | | | |

W/C SIGNATURE:______________________________

| | |
|---|---|
| OVERTIME | 80.5 |
| 2.5 hours | 12.5 |
| Sgt. Overtime | |
| Totals | 93 |

# SAN DIEGO CENTRAL JAIL

| | | | |
|---|---|---|---|
| NIGHTSHIFT | Team 4 | | |
| DAY: THURSDAY (5) | 3/17/2022 | 1800 - 0630 | 2220 |
| SECURITY STAFFING | MIN STAFFING 41 | ACTUAL STAFFING | 41 |
| | | ABSENCE/REASON | REPLACEMENT |
| WATCH COMMANDER | Lt. Lizarraga, J. #5400 | | |
| PROCESSING SERGEANT (1,2) | Sgt. Ortega, O. #3586 | | |
| SECURITY SERGEANT (3,4,5) | Sgt. Leon, F. #4959 | | |
| MOVEMENT SERGEANT (6,7,8) | Sgt. Burkey, F. #5144 | | |
| 1. INTAKE CONTROL | Gonzalez, J. #3911 P2 | P2 D16 / 2.5 WRK | |
| 2. INTAKE CONTROL/TRANS | VACANT POSITION DET | 107 / McCarthy Vibra | Cortez, A. #4332 |
| 3. INTAKE DEPUTY | Labrador, J. #3408 (CPL) | | |
| 4. INTAKE DEPUTY | Covey, G. #4337 P2 | P2 D18 | |
| 5. INTAKE DEPUTY | Spearman, L. #3674 | | |
| 6. INTAKE/SCANNER DEPUTY | Aguirre, E. #3322 P2 | P2 D18 | |
| 7. INTAKE/SCANNER DEPUTY | Nazerian, B. #7588 (TO) | | |
| 8. CCC | Paredes, A. #4277 (8) | | |
| 9. CCC | Stovall, K. #0689 (PSU)(L/D) | 2.5 EA / WRK | |
| 10. SEARCH/MED. SCREENING | Rodarte, D. #0377 (LE) | 2.5 EA / WRK | |
| 11. SEARCH/MED. SCREENING | Carrillo, A. #0115 (LE)(BIL) | Gray Tri City | |
| 12. MED. SCREENING | Weiss, M. #4312 P2 | P2 D18 | |
| 13. FINAL/B&R | Crowley, M. #3926 (CPL) | | |
| 14. PSU CONTROL | Tade, L. #5898 (PSU) (L/D) | | |
| 15. PSU ROVER | Mata, R. #3986 (PSU) | | |
| 16. PSU ROVER | Ortiz, A. #4334 P2 | P2 D11 | |
| 17. MOB ROVER | James, T. #4039 (TO) | 101 / Balanzar Vibra | Oliveri,R. #3734 (CPL) |
| 18. 4TH FLOOR CONTROL | Garcia, A. #3618 (BIL/CPL) | P1 D15 | Moser, M. #0525 (LE) P1 |
| 19. 4TH FLOOR HOUSING | Costelow, B. #3804 (TO) | | |
| 20. 4TH FLOOR HOUSING | Gaspar, S. #4313 P2 | P2 D18 | |
| 21. 4TH SECURITY DEPUTY | Allen, J. #4088 | | |
| 22. 5TH FLOOR CONTROL | Gieseman, J. #4012 (L/D) (TO) | P1 D15 | Narbeth, N. #0725 (LE) P1 |
| 23. 5TH FLOOR HOUSING | Novak, K. #0666 (LE) | | |
| 24. 5TH FLOOR HOUSING | Xochihua, D. #4281 | Valdez Vibra | |
| 25. 5TH SECURITY DEPUTY | Breslow, T. #0769 (LE)(8) | | |
| 26. 6TH FLOOR CONTROL | Davis, C. #4236 (L/D) | 2.5 LA / WRK | |
| 27. 6TH FLOOR HOUSING | Wannamaker, D. #4288 | | |
| 28. 6TH FLOOR HOUSING | Flores, J. #4278 | | |
| 29. 6TH SECURITY DEPUTY | Saelens, J. #3601 | | |
| 30. 7TH FLOOR CONTROL | Eversoll, T. #3669 (L/D) | | |
| 31. 7TH FLOOR HOUSING | Wereski, A. #4047 | Gray Tri City | |
| 32. 7TH FLOOR HOUSING | VACANT POSITION DET | 107 | Romans, B. #4011 |
| 33. 7TH SECURITY DEPUTY | Moser, M. #0525 (LE) P1 | 122 | Gutierrez, L. #0928 (F)(BIL) |
| 34. 8TH FLOOR CONTROL | Key, K. #3929 (L/D) | | |
| 35. 8TH FLOOR HOUSING | Garzon, M. #4295 (GBDF) | | |
| 36. 8TH FLOOR HOUSING | Moore, K. #0644 (LE) (8) | 2.5 EA / WRK | |
| 37. 8TH MEDICAL DEPUTY | Hart, T. #5120 (LE) (8) | Walker UCSD | |
| 38. KEY CONTROL | Greene, B. #2835 | | |
| 39. KITCHEN DEPUTY | Mendoza, F. #3525 | | |
| 40. TRANSPORTATION | Narbeth, N. #0725 (LE) P1 | 122 / Baker UCSD | McAnany, P. #4060 |
| 41. TRANSPORTATION | Arreola, S. #3356 (GBDF)(8) | 111 / Camacho Scripps | Rink, N. (P2) |
| 42. RELIEF | Martinez, G. #3629 (BIL/CPL) | 111 | NO REPLACEMENT NEEDED |
| 43. RELIEF | Joseif, J. #9011 (F) | 103 | NO REPLACEMENT NEEDED |
| 44. RELIEF | Tar, A. #0265 (VDF) | 103 | NO REPLACEMENT NEEDED |
| 45. RELIEF | McGarvey, K. #7061 (CPL)(TAD) | 106 | NO REPLACEMENT NEEDED |
| 46. RELIEF | Ogle, K. #5683 (TTD) | 102 | NO REPLACEMENT NEEDED |
| 47. RELIEF | Stevens, S. #3248 (TTD) | 102 | NO REPLACEMENT NEEDED |
| | | 515 / Talavera Sharp | Rivera, A. #0648 (LE) |
| | | 515 / Duell Vibra | Neal, M. #3370 |
| | | 515 / Camacho | Selensky, C. #1921 (TO) |
| | | | |
| | | | |
| LINE-UP TRAINING | | | |

| | |
|---|---|
| Overtime | 112.5 |
| 2.5 hours | 12.5 |
| Sergeant Overtime | 0 |
| Totals | 125 |

W/C SIGNATURE:______________________________

CPR210150 DA ______

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 02/01/22 AT 9:00 A. M.

PRESENT: HON LAURA H. PARSKY, JUDGE PRESIDING, DEPARTMENT 1602

CLERK V. CLARION REPORTER L. POOL CSR# 8941

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

H. KENNEDY
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

L. McGregor
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. PEREZ
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

RECEIVED FEB 25 2022 By

INTERP. ______ OATH ON FILE / SWORN.
LANGUAGE ______

SUPERVISED PERSON ☒ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ______.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☒ FORMALLY/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ______ DAYS. ☐ CONCURRENT WITH ______.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ______ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 [2/2]
______ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ______ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

INTERVENING HEARING CONTINUED TO / SET FOR 03/18/22 AT 9:00 AM IN DEPT. 1602.

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ______

☐ EVIDENTIARY HEARING DATE OF ______ AT ______ IN DEPT. ______ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

MH118612

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ______ FOR TRANSPORT TO ______.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______.

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED

**OTHER** Proceedings suspended pursuant to PC1370.02. Mental competency examination on 03/09/22 at 8:00 am by Forensics. PC1370.02 hearing on 03/24/22 at 9:00 am Department 1203 of the Central Division. The Sheriff is ordered to transport the parolee to and from the examination.

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______, Deputy

Distribution by ______ on ______ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ______

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>CENTRAL COURTHOUSE, 1100 UNION AVENUE SAN DIEGO, CA 92101-3409 | *COURT USE ONLY*<br>FILED<br>Clerk of the Superior Court<br>DEC 22 2021<br>Filed By: M. Santoyo |
| **SUPERVISING AGENCY: PROBATION DEPARTMENT**<br>☐ HALL OF JUSTICE 330 W. BROADWAY,SAN DIEGO, CA 92101<br>☐ EAST COUNTY 250 E. MAIN ST.,EL CAJON, CA 92020<br>☐ NORTH COUNTY 325S. MELROSE DR., VISTA, CA 92083<br>☒ SOUTH COUNTY 1095 BAY BLVD., CHULA VISTA, CA 91911 | |
| **IN THE MATTER OF:**<br><br>RUPARD, LONNIE (OFFENDER) | CDCR No. BM0722<br>Case No.: CPR210150<br>PCMS No.: 770258<br>DOB: 10/01/1975<br>☐Interpreter /Language ________ |

**PETITION FOR REVOCATION OF COMMUNITY SUPERVISION**
**(PURSUANT TO PENAL CODE 3455 AND CALIFORNIA RULES OF COURT 4.540)**

**INSTRUCTIONS**

Upon filing of this form, the court staff will schedule the hearing in Item 1.
Petitioner must provide notice of the date, time, and place for the hearing in Item 1 to the supervised person, the supervised person's counsel, if any, the prosecutor, and any victims. (Cal. Rules of Court, Rule 4.540(e).)
Petitioner must attach a written report that contains the declaration and information required under rule 4.541.
Upon filing the petition, petitioner must provide copies of the petition and written report to the prosecutor and the supervised person or supervised person's counsel, if any. (Cal. Rules of Court, Rule 4.540(c)(4).)

1. **HEARING INFORMATION**: A hearing on this petition for revocation has been scheduled in the above-entitled court on:

| | | |
|---|---|---|
| ☒ OSC Date: 12-27-21 | Time: 8:30AM | Dept.: SDSC-1103 |

2. **CUSTODY STATUS**: (*Select One*): ☐ not in custody ☒ in custody, date of arrest: 12/19/21

3. **CONVICTION INFORMATION**:
The supervised person was originally convicted of the following offense(s): PC245(a)(4) Assault with Force Likely to Produce GBI
On: 03/16/20, in case number: SCS305746 and sentenced to: 4 years in State Prison.

4. **SUPERVISION INFORMATION**:
The supervised person was originally released on parole or community supervision on: 05/18/21
Name of current supervising officer: Angel Nuñez
Supervision is scheduled to expire on: 06/06/24 (20 Warrant Days Tolled)

5. **SPECIFIC TERMS AND CONDITIONS OF ALLEGED VIOLATION(S)**:
Petitioner alleges that the supervised person has violated the following terms and conditions of community supervision:

**See Attached Probation Order to Show Cause Report**

6. **SUMMARY**: The circumstances of the alleged violation(s) are:

**See Attached Probation Order to Show Cause Report**

2021 DEC 22 AM 10:37
HOJ-AFS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/20/21 Printed or Typed Name: Senior Probation Officer A. Nuñez
Name and Title of Petitioner

By: [signature]
Signature of Petitioner

**PETITION FOR REVOCATION OF COMMUNITY SUPERVISION**
**(PENAL CODE SECTION 3455 (REV 04/18)**

# EXHIBIT 5

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICAL CLEARANCE - Completed by: Ben Samonte RN on 12/19/2021 2:51:15 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

☐ **Patient Refused**

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| 128 / 82 | 98 | 90 | 16 | 99 | na | 0 | 6 | 0 |

| Weight | BMI | MAP |
|---|---|---|
| 165 | 22.4 | 97.33 |

### Does the screener observe, or is the inmate demonstrating any of the following?

☐ In need of Emergency Medical Treatment due to injury, excessive bleeding, extreme pain, or unconsciousness?

Describe:

☐ Hallucinating, delusional, nonsensical, unresponsive, confused, paranoid, altered mental status, or inappropriate conduct?

Describe:

☐ Intoxicated, in withdrawal, slurred speech, unsteady gait, stupor, tremulous, sweating, anxious, abnormal breathing, or hyperventilating?

Describe:

☐ Voicing current, or very recent, suicidal thoughts?

Describe:

☐ Disoriented to person, place, time, and/or situation?

Describe:

☐ Head injuries or fainting/passing out in the last 72 hours

### Please provide details of injury and/or symptoms below

Prior to your arrest, did you swallow or hide any drugs in any body cavity?

☐ Yes

☑ No

☐ No Response

Fit to Continue Booking Process?

☑ Yes

☐ No

☐ Rec To ISP - Immediate ☐ Rec To ISP – Post Screen ☐ Rec To Sobering Cell - Immediate

☐ Rec To Sobering Cell – Post Screen ☐ Gate refusal

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## RECEIVING SCREENING - Completed by: Ben Samonte RN on 12/19/2021 2:53:11 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

- [x] Patient is willing to sign, but unable to sign
- [ ] Refused

Current Allergies

No Known Drug Allergy, No Known Food Allergy

*****************************************************************************************************************

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

*****************************************************************************************************************

### ARRESTING OFFICER QUESTIONS–Select and Document all that apply

---

Arresting Agency? NCPD - NATIONAL CITY POLICE DEPARTMENT

Officer's Name?

Shafer

Officer's Badge #?

0523

Is the attending officer aware of any Illness or Injuries?

- [ ] Yes
- [x] No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

- [ ] Yes
- [x] No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

- [ ] Yes
- [x] No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

- [x] Yes
- [ ] No

Patient is verbally abusive and combative

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

- [ ] Yes
- [x] No

Was a PERT Evaluation performed surrounding the arrest?

- [ ] Yes
- [x] No

Do you have any additional information to help us care for the patient's health and safety?

- [ ] Yes
- [x] No

During the initial call, was there any indication of a mental health concern?

- [ ] Yes
- [x] No
- [ ] NA

**GENDER IDENTITY--Select and Document all that apply**

Do You Identify as Transgender?

- [ ] Yes
- [x] No

- [ ] Transgender - Male Gender
- [ ] Transgender - Female
- [ ] Transgender - Non-Binary

**CHRONIC CONDITIONS--Select and Document all that apply**

**Neurological**

- [ ] Seizures

**Respiratory**

- [ ] Asthma

**Cardiovascular**

☐ Hyperlipidemia ☐ Hypertension

**Endocrine**

☐ Diabetes

**Infectious Disease**

☐ HIV ☐ Tuberculosis

**Behavioral Health Chronic Care**

☐ Mood Disorders ☑ Psychotic Disorders

**Hematology/Oncology**

☐ Dialysis

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup

☐ Other

**GENERAL MEDICAL ASSESSMENTS–Select and Document all that apply**

☐ Current medications or treatments

Current Medications:

☐ Yes

☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

☐ Past medical or psychiatric hospitalizations?

**List location, time and reason for each**

☐ Dental issues requiring Dentist Sick Call appointment

**Describe**

Does the patient have any active infections or contagious illnesses?

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] General-fever, lethargy, weight loss, loss of appetite, night sweats
- [ ] Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos
- [ ] Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

- [ ] Yes
- [x] No

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] Crutches
- [ ] Cane
- [ ] Wheelchair
- [ ] Prosthetics

Does the individual have other limitations like hearing, visual, communication?

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] Hearing (Category ADM)
- [ ] Visual (Category ADM)
- [ ] Communications (Category ADM)

Do you have any other medical conditions or problems?

- [ ] Yes
- [x] No
- [ ] No Response

**MENTAL HEALTH SCREENING--Select and Document all that apply**

Is the patient a state hospital returnee?

- [ ] Yes

☑ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☑ No

## Mental Health History

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?

☐ Yes

☑ No

☐ No Response

☐ PSU ☐ In Custody Suicide Attempt ☐ History of ISP

☐ History of JBCT ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☑ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes

☑ No

2) Have you had any actual thoughts of killing yourself?

☐ Yes

☑ No

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes

☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes
☑ No

### How long ago did you do any of these?

○ Over a year ago?
○ Between three months and a year ago?
○ Within the last three months?

---

### Additional Suicide Risk Questions

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

☐ Yes
☑ No
☐ No Response

Has a family member or close friend ever attempted or committed suicide?

☐ Yes
☑ No
☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

☐ Yes
☑ No
☐ No Response

### SUBSTANCE USE ASSESSMENTS--Select and Document all that apply

---

History or risk of alcohol or drug withdrawal?

☐ Yes
☑ No
☐ No Response

Recent use of alcohol, heroin, prescription pain medications or sedatives?

☐ Yes
☑ No
☐ No Response

**Most recent alcohol, sedative, or opiate use:**

- ◯ 5 days or less
- ◯ 6 days or greater

Use of any other illegal drugs?

- ☐ Yes
- ☑ No
- ☐ No Response

Have you been in a detox program or substance abuse treatment program in the last 90 days?

- ☐ Yes
- ☑ No
- ☐ No Response

## MISCELLANEOUS ASSESSMENTS--Select and Document all that apply

---

### Does the inmate have any of the following:

- ☐ Medicaid/MediCAL
- ☐ Medicare
- ☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

## DISPOSITION/TREATMENT PLAN--Select and Document all that apply

---

- ☐ Medical Sick Call needed
- ☐ Release signed to obtain all medical records, pharmacy records, substance abuse records
- ☑ Oral Hygiene Instructions Provided

### Housing Assignment:

| | | |
|---|---|---|
| ☐ Infirmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Mainline | |

Fit to Continue Booking Process?

- ☑ Yes
- ☐ No

| | | |
|---|---|---|
| ☐ Clinically Screened – Cleared to Class | ☑ 2nd Stage Nurse Evaluation/NAP | ☐ Rec To ISP |

☐ Rec To Sobering Cell ☐ Gate Refusal

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## GENERAL INFORMED CONSENT - Completed by: Ben Samonte RN on 12/19/2021 2:53:17 AM PST

| | | |
|---|---|---|
| Patient: RUPARD, LONNIE NEWTON | #: 100016570 (21149433) | Class: 5 |
| DOB: 10/1/1975 (Age=48) | Sex: M | Race: F |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 12/19/2021 2:22:10 AM PST | Release: 3/18/2022 2:00:00 AM |

☐ Refused

☐ Patient accepts treatment, but declines to sign waiver

☑ Patient is willing to sign, but unable to sign

English

**The undersigned patient authorizes and requests the San Diego County Sheriff's Medical Services, its physicians, dentists, contracted agents and its medical personnel to administer and perform any and all medical examinations, including photographs, and treatments, dental examinations and treatments, diagnostic procedures to include Telehealth (Medical and/or Psychiatry) Consultation, as deemed advisable or necessary. Further authorize to provide to the Health Information Exchange my medical record(s) in whole or in part for the purpose of continuity of care by other authorized providers or de-identified information for the purpose of studies for the prevention of diseases or illness.**

**The undersigned patient authorizes and requests San Diego County Sheriff's Medical Services Division, mental health personnel to provide evaluation and treatment of emotional and mental health problems. The treatment services requested are Outpatient and Inpatient as indicated.**

**I understand that my participation is voluntary. Confidentiality may be observed except for reference to jail escapes, immediate threats to others, elder/child abuse, loss of consciousness that may impede driving, and homicidal or suicidal expressions. Release of medical information is authorized under Federal Privacy laws for investigations by City, County, State and Federal law enforcement agencies.**

**State laws require clinics and physicians to report certain injuries and illnesses. These include communicable diseases (to prevent spread), injuries which may have been caused unlawfully, and illnesses/conditions which cause lapse of consciousness. Federal law requires reporting of any information of alleged sexual abuse.**

**I UNDERSTAND THAT IF I AM TAKING MEDICATION SHERIFF'S MEDICAL STAFF WILL ATTEMPT TO VERIFY IT WITH MY PHYSICIAN OR PHARMACY. IF I DO NOT RECEIVE IT WITHIN SIX (6) DAYS, OR SOONER IF NEEDED, I AM TO SUBMIT A**

**SICK CALL SLIP STATING I NEED MY MEDICATIONS.**

**I consent to receive verified prescription medications necessary for continuity of my medical/psychiatric care until I am seen by the Sheriff's medical/psychiatric provider.**

**IF I AM REFERRED TO A PHYSICIAN/DENTIST, INCLUDING A SPECIALIST, AND HAVE NOT BEEN SEEN OR MY EVALUATION AND TREATMENT HAVE NOT BEEN COMPLETED, I UNDERSTAND THAT I AM RESPONSIBLE TO FOLLOW UP WITH MY OWN PHYSICIAN/DENTIST UPON MY RELEASE.**

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## AUTHORIZATION FOR ROI - ENGLISH - Completed by: Ben Samonte RN on 12/19/2021 2:53:37 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

☑ Not Indicated ☐ Refused

**I authorize (releasing party):**

Name

Address

City/State

Phone

Fax

**To disclose to (receiving party):**

Name

Address

City/State

Phone

Fax

**By paper, oral, and electronic means any and all of my medical records listed below. Mental**

**Health, Alcohol/Drug & HIV information will not be released unless specifically requested.**

☐ All MEDICAL (HIV, Mental, Alcohol) ☐ HIV test results only ☐ MENTAL only
☐ MEDICAL only ☐ Alcohol/Drug abuse only ☐ Other

**PURPOSE for release:**

☐ Continuity of care
☐ Other:

**NOTICE: I understand that the medical information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by federal privacy regulations (HIPAA). I further understand that**

the Sheriff's Department may not condition treatment on whether I sign this authorization. California law prohibits the person

receiving my health information from making further disclosure of it unless another authorization for such disclosure is obtained or unless such disclosure is specifically required or permitted by law.

EXPIRATION: This authorization will expire automatically in 3 months or on:

**REVOCATION: I may revoke this authorization at any time by notifying the issuing party in writing.**

**COPY: I authorize the use of a facsimile or photocopy of this form. I may receive a copy of this authorization.**

Initial here for copy:

Copy given:

☐ Yes

☐ No

Social Security Number:

AKA:

CDC:

☐ Patient is willing to sign, but is unable to sign.

Patient's Signature (or Other Representative)

**If not signed by patient, specify basis for authority to sign:**

○ Attorney-In-Fact For Health Care (Attach a copy to this authorization)

○ Other (Attach a copy to this authorization):

Attachments:

No Attachments

**Instructions For Completing Release of Information Authorization Form**

**Please read these instructions carefully when completing the Authorization Form. Sheriff's Health Information Management may not be able to disclose your protected health information without a completed authorization form.**

**1) Provide the name and address of the healthcare provider where you want the records to go.**

**Leave blank any fields that are unknown.**

**2) Check "ALL" boxes if you want everything sent. If not, check boxes corresponding to records**

**you want to be sent.**

**3) Check "Continuity of Care" if you are asking that the records be forwarded for purposes of**

continuity of care. If it is for a different reason, please explain.

4) Check "YES" if you would like a copy of this form.

5) Fill in completely the following:

a. Social Security

b. Any AKA or other names

c. Date of Birth (DOB)

d. Signature

e. Today's date

6) Check the appropriate box if you are signing on behalf of someone else. If you are filling the form out for yourself, you don't need to check the box.

Who May Authorize the Request?

Only the patient, or someone legally authorized to act on the patient's behalf (such as an Attorney-inFact or Conservator) may authorize the release of Personal Health Information. Supporting documentation (Durable Power of Attorney for Healthcare or court order reflecting appointment of conservator) must be provided.

Expiration:

This authorization will expire automatically in three (3) months from the date of the signature. The authorization may be revoked at any time with written notification.

Processing Fees:

There is no charge for records sent for continuity of care, but records sent to inmates and others are subject to a processing fee of $15.00, plus $0.10 per page for every page after the first 10 pages, in order to cover clerical costs as well any associated fees with copying. In addition, the cost for film/radiology images to be scanned to a CD is $25.00.

Note: I understand that I have a right to receive the copy of this authorization upon a written request.

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## AUTHORIZATION FOR ROI - SPANISH - Completed by: Ben Samonte RN on 12/19/2021 2:53:57 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

☑ Not Indicated ☐ Refused

**Autorizo (parte que entrega):**

Nombre y apellido(s)

Dirección

Ciudad/Estado

Teléfono

Fax

**la entrega a (parte que recibe):**

Nombre y apellido(s)

Dirección

Ciudad/Estado

Teléfono

Fax

**Se entiende por papel, medio oral y medio electrónico, de todos y cualquiera de mis registros médicos que se incluyen a continuación. La información sobre Salud Mental, Alcohol/Drogas y VIH no se entregará a menos que se solicite específicamente.**

- ☐ Toda la información MÉDICA (VIH, Salud Mental y Alcohol)
- ☐ Sólo los resultados de pruebas de VIH
- ☐ Sólo MÉDICA
- ☐ Sólo MENTAL
- ☐ Sólo de abuso de Alcohol/Drogas
- ☐ Otra

**PROPÓSITO de la entrega:**

- ☐ Continuación de la atención

☐ Otro:

**AVISO: Comprendo que la información médica utilizada o entregada en virtud de esta autorización puede estar sujeta a nueva entrega por parte de quien la recibe y ya no estará protegida por las reglamentaciones federales sobre privacidad (HIPAA), (Health Insurance Portability and Accountability Act [Ley de Transferencia y Responsabilidad del Seguro Médico]). Asimismo, comprendo que el Departamento del Sheriff no puede condicionar la atención a si yo firmo esta autorización. Las leyes de California prohíben que la persona que recibe la información sobre mi salud la entregue nuevamente a menos que se obtenga otra autorización para dicha entrega, o a menos que dicha entrega se requiera o permita específicamente por ley.**

VENCIMIENTO: Esta autorización vencerá automáticamente en 3 meses o en:

**REVOCACIÓN: Puedo revocar esta autorización en cualquier momento por medio de notificación escrita a la parte que la emite.**

**COPIA: Autorizo el uso de un facsímil o fotocopia de este formulario. Puedo recibir una copia de esta autorización**

Ponga sus iniciales aquí para recibir una copia:

Copia entregada:

☐ Yes

☐ No

Número de Seguro Social

Pseudónimo

Número de CDC (Centros para el Control de Enfermedades)

☐ El paciente está dispuesto a firmar, pero no puede firmar.

Firma del paciente (u otro Representante)

**Si no está firmado por el paciente, especifique en qué se basa la autorización para firmar:**

◯ Apoderado para la Atención de la Salud (Adjunte una copia de esta autorización)

◯ Otro (Adjunte una copia de esta autorización):

Attachments:

No Attachments

**Instrucciones para completar el Formulario de Autorización de Entrega de Información**

**Por favor, lea estas instrucciones con atención cuando complete el Formulario de Autorización. La Administración de Información de la Salud del Sheriff tal vez no podrá entregar la información protegida de su salud sin un formulario de autorización completado.**

**1) Incluya el nombre y dirección del proveedor de atención de la salud adonde quiere que se envíen los registros.**

Deje en blanco los espacios que no sepa completar

2) Marque los cuadros que dicen "TODO" si quiere que se envíe todo. De lo contrario, marque los cuadros que correspondan a los registros que quiere que se envíen.

3) Marque "Continuación de la Atención" ("Continuity of Care") si está pidiendo que se envíen los registros para fines relacionados con la continuación de la atención. Si es por una razón diferente, explique, por favor.

4) Marque "SÍ" si le gustaría recibir una copia de este formulario.

5) Complete toda la información para los siguientes:

a. Seguro Social

b. Todo pseudónimo u otros nombres

c. Fecha de nacimiento (DOB)

d. Firma

e. Fecha de hoy

6) Marque el cuadro correspondiente si está firmando en nombre de otra persona. Si está llenando este formulario para usted mismo, no es necesario que marque el cuadro.

¿Quién puede autorizar la solicitud?

Sólo el paciente u otra persona autorizada legalmente a actuar en nombre del paciente (tal como un Apoderado o Curador) pueden autorizar la entrega de Información Personal de la Salud. Se deben entregar documentos acreditativos (Poder Duradero para la Atención de la Salud u orden judicial que indique el nombramiento de un curador).

Vencimiento:

Esta autorización vencerá automáticamente a los tres (3) meses de la fecha de firma. La autorización puede ser revocada en cualquier momento por medio de notificación escrita.

Cargos administrativos:

No hay cargo por el envío de registros para la continuación de la atención, pero los registros enviados a reclusos y a otras personas está sujeta a un cargo administrativo de $15.00, más $0.10 por página por cada página después de las 10 primeras páginas, con el fin de cubrir gastos administrativos y otros costos relacionados con el copiado. Además, el costo por películas/imágenes de radiología que se deben transferir a un CD es de $25.00.

Nota: Comprendo que tengo derecho a recibir la copia de esta autorización cuando lo solicite por escrito.

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## STERILIZATION INFORMATION - Completed by: Ben Samonte RN on 12/19/2021 2:54:06 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

☐ Refused

☑ Patient is willing to sign, but is unable to sign

### Notification of Rights Regarding Sterilizing Surgeries

English

---

**This is a summary of your rights outlined in Senate Bill 1135, approved by the governor and put into law September 25, 2014.**

**Sterilizing Surgery is a surgical procedure that permanently ends your ability to have children of which some or all of your reproductive parts are removed or altered.**

**If you are offered a tubal ligation...**

**• You have the right to refuse. Sterilization cannot be used in county jail, juvenile facility, or state prison for the purpose of birth control. This means a sterilizing procedure cannot be used to solely end future chance of pregnancy. Sterilization can only be used in county jail to address health condition (for example, cervical cancer).**

**• If you are diagnosed with a health condition and offered a sterilizing procedure as treatment...**

**Examples of a sterilizing procedure include: a hysterectomy (removal of your uterus), an oophorectomy (removal of your ovaries), and a salpingectomy (removal of the fallopian tube).**

**This is not a comprehensive list so be sure to ask your doctor if the procedure they are recommending is a sterilizing procedure.**

**• Ask to see a second doctor who does not work for the county department overseeing your confinement. You have the right to see a second doctor who does not work for the county jail before deciding that you would or would not want a sterilizing procedure.**

**• Ask for less invasive, less permanent remedies. You do not have to try less invasive, less permanent remedies but less invasive, less permanent remedies than sterilization must be offered to you before you receive a sterilizing procedure. (For example, fibroids can be shrunken or removed during surgery without taking out the uterus.)**

**• Ask for full information about the sterilizing procedure. You must be told the full effects of the sterilizing procedure, including its permanence, side effects, and the impacts it may have on your future health care needs.**

**At this point, if you have refused the less invasive, less permanent remedy, OR if a second doctor that does not work for the county department recommends a sterilizing procedure to take place, AND if you have been given full information about the sterilizing procedure, a doctor may lawfully provide a sterilizing procedure on you.**

**Note: If the sterilizing procedure is needed for the immediate preservation of your life, a doctor may lawfully provide a sterilizing procedure to you without satisfying your rights listed above.**

**If you have a sterilizing procedure while in county jail, a juvenile facility, or state prison...**

**• Ask for psychological and/or medical follow-up care. Sterilizing procedures can impact one's psychological, physical, and emotional wellbeing. You have the right to follow up health care to address your psychological, physical, and emotional wellbeing. You may also need hormone therapy to address surgical menopause and other care to help you recover from the surgery.**

Arjis#:

3329

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICAL SERVICES - Completed by: Ben Samonte RN on 12/19/2021 2:54:12 AM PST

| | | |
|---|---|---|
| Patient: RUPARD, LONNIE NEWTON | #: 100016570 (21149433) | Class: 5 |
| DOB: 10/1/1975 (Age=48) | Sex: M | Race: F |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 12/19/2021 2:22:10 AM PST | Release: 3/18/2022 2:00:00 AM |

☐ Refused

☑ Patient is willing to sign, but is unable to sign

English

### MEDICAL SERVICES

**Inmates have the right to access medical, dental, and psychiatric care:**

**Emergency: Contact the nearest corrections officer and he/she will call for a nurse.**

**Non-emergency: You may request a Medical/Dental Request Form from the nurse at medication pass. These forms are to request medical assistance and must be turned into the nurse during medication pass for triage (review) of the complaint.**

**Medical/Dental Request Forms: The forms are available from the nurse twice daily. The sick call nurse will triage (review) the forms. The sick call/charge nurse, who will assess your symptoms within 24-72 hours after your form has been picked up, will see you. If he/she cannot address your symptoms or complaints through nursing protocols, you will be referred to the next available physician or physician assistant sick call.**

**Medical Request/Grievance Forms: If you are not satisfied with any aspect of your health care, you have the right to request information or send a grievance to the contracted Medical Services provider, Health Services Administrator, for an investigation and response to your complaint.**

**Medical/Dental Access and Medication Fee Policy Statement:**

**No inmate will be refused medical treatment because of inability to pay. A Medical/Dental Access and Medication Fee may be charged to the Inmate's Trust Account for medical care provided. For non-chronic care requests, the medical access fee process begins with the sick call/charge nurse assessment of the problem. There is no charge for referral to the physician or follow-up care; however, if medication is prescribed or renewed by the sick call/charge nurse or physician, there will be an additional medication fee assessed. If an inmate requests emergency care that is determined not to be an emergency condition, that inmate may be charged a Medical Access Fee for calling a false emergency. The determination of the condition will be made by medical/nursing staff and the inmate will be informed of the assessed charge.**

**Any complaints regarding the Medical/Dental Access and/or the Medication Fee policies should be addressed to Jail Administration.**

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatry Sick Call | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatry Sick Call | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | 3/18/2022 |

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## Blood Sugars - RUPARD, LONNIE 21149433

| EnteredBy | EnteredOn | Glucose | Insulin Given | Comment | Type | TrueValue |
|---|---|---|---|---|---|---|
| anil.kumar | 3/18/2022 1:00:54 AM | 75 | 0 | | | 75 |

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## Vital Signs - RUPARD, LONNIE 21149433

| Date/Time | Blood Pressure | Temperature | Pulse | Respirations | Height | Weight | O2 Sat | Pain | BMI | Mean Arterial Pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2021 2:51:12 AM | 128 / 82 | 98 | 90 | 16 | 6ft 0in | 165 lb | 99 | 0 | 22.4 | 97.33 |
| 12/19/2021 11:36:14 PM | 120 / 74 | 97.7 | 110 | 18 | 0ft 0in | NA lb | 97 | NA | NA | 0 |
| 3/18/2022 1:00:54 AM | NA / NA | NA | NA | NA | NAft NAin | NA lb | NA | NA | NA | NA |

EXHIBIT 6

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT - Completed by: May Ng RN on 12/19/2021 11:28:28 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials/ Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

covid test as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6404

Witnessed by / Testigo:

3965

Witnessed by / Testigo:

EXHIBIT 7

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT - Completed by: May Ng RN on 12/19/2021 11:28:28 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

covid test as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6404

Witnessed by / Testigo:

3965

Witnessed by / Testigo:

EXHIBIT 10

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes -RUPARD, LONNIE NEWTON 100016570 (21149433)**

SOAP NOTE BY: May Ng RN POSTED ON 12/19/2021 11:36:13 PM PST Type: RN NOTE

**Subjective**

"You're a nurse, Im a PA. What do we got? I want nothing!"

**Objective**

BP: 120/74 Temp: 97.7 Pulse: 110 Resp: 18 Wt: Sa02: 97 BS: Pain:

IP brought to medscreen by sworn. Alert, orientation x 2, disheveled in appearance, verabally abusive but directable. NAD, VSS, breathing even and unlabored. IP refused covid test.

**Assessment**

Alteration in health maintenance

**Plan**

IP informed to notify staff of any changes in helath condition, IP continues to be verbally abusive with this writer

Addendum:

Paul Santella RN POSTED ON 12/29/2021 10:36:35 PM PST Type: RN NOTE

psychsc encounter noted.
meds verified in eMAR.

Addendum:

Paul Santella RN POSTED ON 1/21/2022 12:07:33 AM PST Type: RN NOTE

psychsc encounter noted.

Addendum:

Carrie Romero RN POSTED ON 1/29/2022 11:24:20 AM PST Type: RN NOTE

Pt seen on housing floor s/p use of force. Per deputies, pt was taken down, no taser deployment. Noted w/laceration between eyebrows not actively bleeding, unable to further assess d/t patient repeatedly stating "I don't need a medic. Leave me alone, if you touch me I'll kill you" irritable, breathing even and unlabored. noted w/small abrasion to L side of face and some possible blood on lips. Assessment terminated for safety.

Addendum: Carrie Romero RN on 1/29/2022 11:24:41 AM
witnessed by deputy 3363

Carrie Romero RN POSTED ON 2/20/2022 4:56:58 PM PST Type: RN NOTE

per dep 5144 pt is on lockdown, no contraindication noted

Addendum:

Lauren Kreiss RN POSTED ON 2/22/2022 9:46:04 PM PST Type: RN NOTE

Psych SC noted, no new orders

Addendum:

Leonardo Mendoza RN POSTED ON 3/17/2022 7:53:19 AM PDT Type: RN NOTE

MEDICAL COORDINATOR-PHARMACY LIAISON NOTES: Per e-mail notification by CRP, patient is schedule to release on 3/19/22 but is pending the outcome from his court hearing on 03/18/22 to Probation/CTC – 3880 Rosecrans St, San Diego, CA 92110 & has no psych/critical meds.

Addendum:

Serina Rognlien-Hood DEPUTY DIRECTOR IP/RESID CARE FAC POSTED ON 3/18/2022 2:36:32 AM PDT Type: RN NOTE

Pt. released from custody

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/24/2021 2:35:02 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/28/2021 4:07:31 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/29/2021 6:37:00 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Initial Evaluation

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 01/03/2022 (SD113). Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis and psych med treatment.

HPI:
Patient is currently housed at SDCJ-7D and was evaluated today by this clinician cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

Pt was last seen in PsychSC during a previous incarceration on 7/11/20 for f/u. At that time, Pt was diagnosed with Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20; with plan to continue Haldol Decanoate IM 200mg q 4th and 22nd of every month, Depakene 500mg PO BID, Vistaril 25mg BID, and increase Cogentin 1mg qam and 2mg PO qHS. Per 7/11/20 PsychSC note, "Reports that his mood is 'good'. Reports that has some anxiety. He reports he is eating and sleeping well. Denies SI/HI/AH/VH. He states the haldol helps with AH but claims tremor in his left hand continues from haldol." Today, multiple attempts were made to engage the Pt in conversation, however Pt yelled,

rambled incoherently at times and was verbally aggressive throughout the interview. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), standing by cell door, and appeared to be in no acute distress. Cell room was relatively clean, no flooding/gassing or smearing of feces. Empty food trays were visible in his cell. No s/s of Pt being a danger to self or others at this visit. Pt was informed Haldol, Depakene, Vistaril, and Cogentin would be restarted/offered and medication compliance was encouraged. Medication indications, r/b and potential s/e's, including no meds, were reviewed.

PSYCHIATRIC HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Prior diagnoses: Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20
Prior treatments: Per JIMS, Haldol Decanoate 300mg PO Q4 weeks, Zyprexa 20mg BID, Klonipin 1mg QHS
Prior hospitalizations: Per JIMS, >10 prior hospitalizations, including PSH until last month.
Prior suicide attempt (SA): Pt. denies. Per JIMS 2016 evaluation, x10, last suicide attempt in 2004 by overdose and was subsequently hospitalized.
Self-injurious behavior (SIB): Denies

SUBSTANCE ABUSE HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Denies Per JIMS, h/o methamphetamine".

FAMILY PSYCHIATRIC HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Per JIMS, maternal grandmother with unknown mental illness".

PMH:
h/o seizures or tbi: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, Pt denies.
Current medications: None
Allergies: NKDA
ROS: unable to obtain comprehensive review of systems due to lack of Pt cooperation.

SOCIAL HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Housing: PSH most recenly
Work: Unemployed
Social support: P. indicates his cell mate is his social support.

MSE
General/Behavior: irritable, uncooperative
Appearance: fair hygiene, shirtless (wearing pants), standing by cell door, in no acute distress
Cognition: awake, alert, oriented to person, situation
Speech: yelling/verbally aggressive, pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of cooperation
Perception: unable to assess due to lack of cooperation; no apparent response to internal stimuli
SI/HI: no s/s of Pt being a danger to self or others
I/J: unable to assess due to lack of cooperation

A/P:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was a poor historian and was irritable and verbally aggressive

during the interview. Due to Pt's presentation, psych hx, and potential for decompensation, will start/offer previous psych meds. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:
- Start/offer Haldol 5mg po bid
- Start/offer Cogentin 1mg po bid
- Start/offer Valproic acid 500mg/10mL po bid
- Encourage medication compliance
- Pt did not consent to labs at this visit.

rtc: 4-5wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 1/20/2022 7:06:56 PM PST | Type: PSYCHIATRIST

Per Psych Chart Review, Pt consistently refuses psych meds. At this time, will discontinue Haldol, Cogentin and VPA. PsychSC f/u is already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 2/22/2022 6:53:16 PM PST | Type: PSYCHIATRIST

Psychiatry sick call: Progress Note

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 03/09/2022 (SUPEF);03/18/2022 (SD162). Legal Status PC1368. Pt is seen today for PsychSC f/u. Pt last seen 12/29/21 by this provider (PsychSC initial evaluation) and is currently not prescribed psychotropic medication (meds were discontinued d/t consistent refusals).

Patient was evaluated today by this clinician at SDCJ-7D, cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

SUBJECTIVE:
Interval hx: At Pt's last visit on 12/29, Haldol 5mg po bid, Cogentin 1mg po bid and Valproic acid 500mg/10mL po bid were started/offered. Per 1/20/22 PsychCC, psych meds were discontinued due to consistent refusals. Today, multiple attempts were made to engage the Pt in conversation, however he refused to answer questions and rambled incoherently and became verbally aggressive. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), initially sitting on his bed then kneeled on his cell floor and appeared to be in no acute distress. Cell room was relatively relatively clean, no flooding/gassing or smearing of feces. However, toilet seat was covered with cloth. No s/s of Pt being a danger to self or others. Regarding psychotropic medication, Pt continued to yell when offered psych meds. No s/s of Pt being a danger to self or others at this time.

OBJECTIVE:
MSE
General/Behavior: irritable, uncooperative
Appearance: limited grooming, shirtless (wearing pants), in no acute distress
Cognition: awake, alert, oriented to person
Speech: yelling, verbally aggressive, rambling incoherently at times, non-pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of Pt cooperation

Perception: unable to assess due to lack of Pt cooperation; Pt may be responding to internal stimuli
SI/HI: no s/s of Pt being a danger to self or others
I/J: unable to assess due to lack of Pt cooperation

ASSESSMENT/PLAN:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, legal status (PC1368), and potential for decompensation, will continue to monitor and offer tx. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:
- Pt offered psychotropic medication, however Pt refuses meds.

rtc: 6-7wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

SOAP NOTE BY: May Ng RN POSTED ON 12/19/2021 11:36:13 PM PST Type: RN NOTE

**Subjective**

"You're a nurse, Im a PA. What do we got? I want nothing!"

**Objective**

| BP: | Temp: | Pulse: | Resp: 18 | Wt: | Sa02: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|
| 120/74 | 97.7 | 110 | | | | | |

IP brought to medscreen by sworn. Alert, orientation x 2, disheveled in appearance, verabally abusive but directable. NAD, VSS, breathing even and unlabored. IP refused covid test.

**Assessment**

Alteration in health maintenance

**Plan**

IP informed to notify staff of any changes in helath condition, IP continues to be verbally abusive with this writer

Addendum:

Paul Santella RN POSTED ON 12/29/2021 10:36:35 PM PST Type: RN NOTE

psychsc encounter noted.
meds verified in eMAR.

Addendum:

Paul Santella RN POSTED ON 1/21/2022 12:07:33 AM PST Type: RN NOTE

psychsc encounter noted.

Addendum:

Carrie Romero RN POSTED ON 1/29/2022 11:24:20 AM PST Type: RN NOTE

Pt seen on housing floor s/p use of force. Per deputies, pt was taken down, no taser deployment. Noted w/laceration between eyebrows not actively bleeding, unable to further assess d/t patient repeatedly stating "I don't need a medic. Leave me alone, if you touch me I'll kill you" irritable, breathing even and unlabored. noted w/small abrasion to L side of face and some possible blood on lips. Assessment terminated for safety.

Addendum: Carrie Romero RN on 1/29/2022 11:24:41 AM
witnessed by deputy 3363

Carrie Romero RN POSTED ON 2/20/2022 4:56:58 PM PST Type: RN NOTE

per dep 5144 pt is on lockdown, no contraindication noted

Addendum:

Lauren Kreiss RN POSTED ON 2/22/2022 9:46:04 PM PST Type: RN NOTE

Psych SC noted, no new orders

Addendum:

Leonardo Mendoza RN MCG POSTED ON 3/17/2022 7:53:19 AM PDT Type: RN NOTE

MEDICAL COORDINATOR-PHARMACY LIAISON NOTES: Per e-mail notification by CRP, patient is schedule to release on 3/19/22 but is pending the outcome from his court hearing on 03/18/22 to Probation/CTC – 3880 Rosecrans St, San Diego, CA 92110 & has no psych/critical meds.

Addendum:

Serina Rognlien-Hood Suprvising Nurse POSTED ON 3/18/2022 2:36:32 AM PDT Type: RN NOTE

Pt. released from custody

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/24/2021 2:35:02 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/28/2021 4:07:31 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/29/2021 6:37:00 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Initial Evaluation

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 01/03/2022 (SD113). Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis and psych med treatment.

HPI:
Patient is currently housed at SDCJ-7D and was evaluated today by this clinician cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

Pt was last seen in PsychSC during a previous incarceration on 7/11/20 for f/u. At that time, Pt was diagnosed with Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20; with plan to continue Haldol Decanoate IM 200mg q 4th and 22nd of every month, Depakene 500mg PO BID, Vistaril 25mg BID, and increase Cogentin 1mg qam and 2mg PO qHS. Per 7/11/20 PsychSC note, "Reports that his mood is 'good'. Reports that has some anxiety. He reports he is eating and sleeping well. Denies SI/HI/AH/VH. He states the haldol helps with AH but claims tremor in his left hand continues from haldol." Today, multiple attempts were made to engage the Pt in conversation, however Pt yelled, rambled incoherently at times and was verbally aggressive throughout the interview. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), standing by cell door, and appeared to be in no acute distress. Cell room was relatively clean, no flooding/gassing or smearing of feces. Empty food trays were visible in his cell. No s/s of Pt being a danger to self or others at this visit. Pt was informed Haldol, Depakene, Vistaril, and Cogentin would be restarted/offered and medication compliance was encouraged. Medication indications, r/b and potential s/e's, including no meds, were reviewed.

PSYCHIATRIC HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Prior diagnoses: Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20
Prior treatments: Per JIMS, Haldol Decanoate 300mg PO Q4 weeks, Zyprexa 20mg BID, Klonipin 1mg QHS
Prior hospitalizations: Per JIMS, >10 prior hospitalizations, including PSH until last month.
Prior suicide attempt (SA): Pt. denies. Per JIMS 2016 evaluation, x10, last suicide attempt in 2004 by overdose and was subsequently hospitalized.
Self-injurious behavior (SIB): Denies

SUBSTANCE ABUSE HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Denies Per JIMS, h/o methamphetamine".

FAMILY PSYCHIATRIC HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Per JIMS, maternal grandmother with unknown mental illness".

PMH:
h/o seizures or tbi: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, Pt denies.
Current medications: None
Allergies: NKDA
ROS: unable to obtain comprehensive review of systems due to lack of Pt cooperation.

SOCIAL HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Housing: PSH most recenly
Work: Unemployed
Social support: P. indicates his cell mate is his social support.

MSE
General/Behavior: irritable, uncooperative
Appearance: fair hygiene, shirtless (wearing pants), standing by cell door, in no acute distress
Cognition: awake, alert, oriented to person, situation
Speech: yelling/verbally aggressive, pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of cooperation
Perception: unable to assess due to lack of cooperation; no apparent response to internal stimuli
SI/HI: no s/s of Pt being a danger to self or others
I/J: unable to assess due to lack of cooperation

A/P:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was a poor historian and was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, and potential for decompensation, will start/offer previous psych meds. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:

- Start/offer Haldol 5mg po bid
- Start/offer Cogentin 1mg po bid
- Start/offer Valproic acid 500mg/10mL po bid
- Encourage medication compliance
- Pt did not consent to labs at this visit.

rtc: 4-5wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 1/20/2022 7:06:56 PM PST Type: PSYCHIATRIST

Per Psych Chart Review, Pt consistently refuses psych meds. At this time, will discontinue Haldol, Cogentin and VPA. PsychSC f/u is already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 2/22/2022 6:53:16 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Progress Note

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 03/09/2022 (SUPEF);03/18/2022 (SD162). Legal Status PC1368. Pt is seen today for PsychSC f/u. Pt last seen 12/29/21 by this provider (PsychSC initial evaluation) and is currently not prescribed psychotropic medication (meds were discontinued d/t consistent refusals).

Patient was evaluated today by this clinician at SDCJ-7D, cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

SUBJECTIVE:

Interval hx: At Pt's last visit on 12/29, Haldol 5mg po bid, Cogentin 1mg po bid and Valproic acid 500mg/10mL po bid were started/offered. Per 1/20/22 PsychCC, psych meds were discontinued due to consistent refusals. Today, multiple attempts were made to engage the Pt in conversation, however he refused to answer questions and rambled incoherently and became verbally aggressive. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), initially sitting on his bed then kneeled on his cell floor and appeared to be in no acute distress. Cell room was relatively relatively clean, no flooding/gassing or smearing of feces. However, toilet seat was covered with cloth. No s/s of Pt being a danger to self or others. Regarding psychotropic medication, Pt continued to yell when offered psych meds. No s/s of Pt being a danger to self or others at this time.

OBJECTIVE:

MSE

General/Behavior: irritable, uncooperative

Appearance: limited grooming, shirtless (wearing pants), in no acute distress

Cognition: awake, alert, oriented to person

Speech: yelling, verbally aggressive, rambling incoherently at times, non-pressured, spontaneous

Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive

Thought process: disorganized

Thought content: unable to assess due to lack of Pt cooperation

Perception: unable to assess due to lack of Pt cooperation; Pt may be responding to internal stimuli

SI/HI: no s/s of Pt being a danger to self or others

I/J: unable to assess due to lack of Pt cooperation

ASSESSMENT/PLAN:

Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx

Antisocial personality Disorder F60.2 by hx

Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, legal status (PC1368), and potential for decompensation, will continue to monitor and offer tx. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:

- Pt offered psychotropic medication, however Pt refuses meds.

rtc: 6-7wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

8/20/2024 2:49:48 PM PDT

**Progress Notes -RUPARD, LONNIE NEWTON 100016570 (21149433)**

SOAP NOTE BY: May Ng RN POSTED ON 12/19/2021 11:36:13 PM PST — Type: RN NOTE

**Subjective**

"You're a nurse, Im a PA. What do we got? I want nothing!"

**Objective**

| BP: 120/74 | Temp: 97.7 | Pulse: 110 | Resp: 18 | Wt: | Sa02: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

IP brought to medscreen by sworn. Alert, orientation x 2, disheveled in appearance, verabally abusive but directable. NAD, VSS, breathing even and unlabored. IP refused covid test.

**Assessment**

Alteration in health maintenance

**Plan**

IP informed to notify staff of any changes in helath condition, IP continues to be verbally abusive with this writer

Addendum:

Paul Santella RN POSTED ON 12/29/2021 10:36:35 PM PST — Type: RN NOTE

psychsc encounter noted.
meds verified in eMAR.

Addendum:

Paul Santella RN POSTED ON 1/21/2022 12:07:33 AM PST — Type: RN NOTE

psychsc encounter noted.

Addendum:

Carrie Romero RN POSTED ON 1/29/2022 11:24:20 AM PST — Type: RN NOTE

Pt seen on housing floor s/p use of force. Per deputies, pt was taken down, no taser deployment. Noted w/laceration between eyebrows not actively bleeding, unable to further assess d/t patient repeatedly stating "I don't need a medic. Leave me alone, if you touch me I'll kill you" irritable, breathing even and unlabored. noted w/small abrasion to L side of face and some possible blood on lips. Assessment terminated for safety.

Addendum: Carrie Romero RN on 1/29/2022 11:24:41 AM
witnessed by deputy 3363

Carrie Romero RN POSTED ON 2/20/2022 4:56:58 PM PST Type: RN NOTE

per dep 5144 pt is on lockdown, no contraindication noted

Addendum:

Lauren Kreiss RN POSTED ON 2/22/2022 9:46:04 PM PST Type: RN NOTE

Psych SC noted, no new orders

Addendum:

Leonardo Mendoza RN POSTED ON 3/17/2022 7:53:19 AM PDT Type: RN NOTE

MEDICAL COORDINATOR-PHARMACY LIAISON NOTES: Per e-mail notification by CRP, patient is schedule to release on 3/19/22 but is pending the outcome from his court hearing on 03/18/22 to Probation/CTC – 3880 Rosecrans St, San Diego, CA 92110 & has no psych/critical meds.

Addendum:

Serina Rognlien-Hood DEPUTY DIRECTOR IP/RESID CARE FAC POSTED ON 3/18/2022 2:36:32 AM PDT Type: RN NOTE

Pt. released from custody

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/24/2021 2:35:02 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/28/2021 4:07:31 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/29/2021 6:37:00 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Initial Evaluation

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 01/03/2022 (SD113). Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis and psych med treatment.

HPI:
Patient is currently housed at SDCJ-7D and was evaluated today by this clinician cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

Pt was last seen in PsychSC during a previous incarceration on 7/11/20 for f/u. At that time, Pt was diagnosed with Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20; with plan to continue Haldol Decanoate IM 200mg q 4th and 22nd of every month, Depakene 500mg PO BID, Vistaril 25mg BID, and increase Cogentin 1mg qam and 2mg PO qHS. Per 7/11/20 PsychSC note, "Reports that his mood is 'good'. Reports that has some anxiety. He reports he is eating and sleeping well. Denies SI/HI/AH/VH. He states the haldol helps with AH but claims tremor in his left hand continues from haldol." Today, multiple attempts were made to engage the Pt in conversation, however Pt yelled,

rambled incoherently at times and was verbally aggressive throughout the interview. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), standing by cell door, and appeared to be in no acute distress. Cell room was relatively clean, no flooding/gassing or smearing of feces. Empty food trays were visible in his cell. No s/s of Pt being a danger to self or others at this visit. Pt was informed Haldol, Depakene, Vistaril, and Cogentin would be restarted/offered and medication compliance was encouraged. Medication indications, r/b and potential s/e's, including no meds, were reviewed.

PSYCHIATRIC HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Prior diagnoses: Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20
Prior treatments: Per JIMS, Haldol Decanoate 300mg PO Q4 weeks, Zyprexa 20mg BID, Klonipin 1mg QHS
Prior hospitalizations: Per JIMS, >10 prior hospitalizations, including PSH until last month.
Prior suicide attempt (SA): Pt. denies. Per JIMS 2016 evaluation, x10, last suicide attempt in 2004 by overdose and was subsequently hospitalized.
Self-injurious behavior (SIB): Denies

SUBSTANCE ABUSE HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Denies Per JIMS, h/o methamphetamine".

FAMILY PSYCHIATRIC HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Per JIMS, maternal grandmother with unknown mental illness".

PMH:
h/o seizures or tbi: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, Pt denies.
Current medications: None
Allergies: NKDA
ROS: unable to obtain comprehensive review of systems due to lack of Pt cooperation.

SOCIAL HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Housing: PSH most recenly
Work: Unemployed
Social support: P. indicates his cell mate is his social support.

MSE
General/Behavior: irritable, uncooperative
Appearance: fair hygiene, shirtless (wearing pants), standing by cell door, in no acute distress
Cognition: awake, alert, oriented to person, situation
Speech: yelling/verbally aggressive, pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of cooperation
Perception: unable to assess due to lack of cooperation; no apparent response to internal stimuli
SI/HI: no s/s of Pt being a danger to self or others
I/J: unable to assess due to lack of cooperation

A/P:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was a poor historian and was irritable and verbally aggressive

during the interview. Due to Pt's presentation, psych hx, and potential for decompensation, will start/offer previous psych meds. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:
- Start/offer Haldol 5mg po bid
- Start/offer Cogentin 1mg po bid
- Start/offer Valproic acid 500mg/10mL po bid
- Encourage medication compliance
- Pt did not consent to labs at this visit.

rtc: 4-5wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 1/20/2022 7:06:56 PM PST Type: PSYCHIATRIST

Per Psych Chart Review, Pt consistently refuses psych meds. At this time, will discontinue Haldol, Cogentin and VPA. PsychSC f/u is already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 2/22/2022 6:53:16 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Progress Note

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 03/09/2022 (SUPEF);03/18/2022 (SD162). Legal Status PC1368. Pt is seen today for PsychSC f/u. Pt last seen 12/29/21 by this provider (PsychSC initial evaluation) and is currently not prescribed psychotropic medication (meds were discontinued d/t consistent refusals).

Patient was evaluated today by this clinician at SDCJ-7D, cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

SUBJECTIVE:
Interval hx: At Pt's last visit on 12/29, Haldol 5mg po bid, Cogentin 1mg po bid and Valproic acid 500mg/10mL po bid were started/offered. Per 1/20/22 PsychCC, psych meds were discontinued due to consistent refusals. Today, multiple attempts were made to engage the Pt in conversation, however he refused to answer questions and rambled incoherently and became verbally aggressive. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), initially sitting on his bed then kneeled on his cell floor and appeared to be in no acute distress. Cell room was relatively relatively clean, no flooding/gassing or smearing of feces. However, toilet seat was covered with cloth. No s/s of Pt being a danger to self or others. Regarding psychotropic medication, Pt continued to yell when offered psych meds. No s/s of Pt being a danger to self or others at this time.

OBJECTIVE:
MSE
General/Behavior: irritable, uncooperative
Appearance: limited grooming, shirtless (wearing pants), in no acute distress
Cognition: awake, alert, oriented to person
Speech: yelling, verbally aggressive, rambling incoherently at times, non-pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of Pt cooperation

Perception: unable to assess due to lack of Pt cooperation; Pt may be responding to internal stimuli

SI/HI: no s/s of Pt being a danger to self or others

I/J: unable to assess due to lack of Pt cooperation

ASSESSMENT/PLAN:

Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx

Antisocial personality Disorder F60.2 by hx

Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, legal status (PC1368), and potential for decompensation, will continue to monitor and offer tx. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:

- Pt offered psychotropic medication, however Pt refuses meds.

rtc: 6-7wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

# EXHIBIT 11

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**EMAR**

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

**Benztropine Mesylate Oral 1 MG Tablet** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD

Take 1 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:08 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:11 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM
Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:00 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:27 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:47 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:13 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:50 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:55 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - [illegible]2021 [illegible]13 AM

Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM

Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | | **#:** 100016570 (21149433) | | **Class:** 5 | |
| **DOB:** 10/1/1975 (Age=48) | | **Sex:** M | | **Race:** F | |
| **Housing:** - - - - | | **Court Date:** | | **Type:** | |
| **Status:** NOT ACTIVE | | **Booking Date:** 12/19/2021 2:22:10 AM PST | | **Release:** 3/18/2022 2:00:00 AM | |

**hydrOXYzine Pamoate Oral 25 MG Capsule** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD

Take 25 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 capsule. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| Patient: RUPARD, LONNIE NEWTON | #: 100016570 (21149433) | Class: 5 |
| DOB: 10/1/1975 (Age=48) | Sex: M | Race: F |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 12/19/2021 2:22:10 AM PST | Release: 3/18/2022 2:00:00 AM |

**Haloperidol Oral 5 MG Tablet** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD

Take 5 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:13 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

Patient:RUPARD, LONNIE NEWTON #:100016570 (21149433) Class:5
DOB:10/1/1975 (Age=48) Sex:M Race:F
Housing:- - - - Court Date: Type:
Status:NOT ACTIVE Booking Date:12/19/2021 2:22:10 AM PST Release:3/18/2022 2:00:00 AM

**Valproic Acid Oral 250 MG/5ML Solution** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD
Take 500 mg/10ml by mouth TWICE DAILY for 120 day(s). Dispense 120 solution. 3 Refill(s) Profile Only
Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:23 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:20 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:13 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:20 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:27 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:30 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:39 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:07 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:11 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:14 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:27 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# EMAR

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

**Benztropine Mesylate Oral 1 MG Tablet** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD
Take 1 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)
Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Ja |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | C | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Fe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| 0800 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:08 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:11 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM
Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:00 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:27 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:47 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:13 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:50 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:55 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:13 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
|---|---|---|
| **DOB:** 10/1/1975 (Age=46) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

**hydrOXYzine Pamoate Oral 25 MG Capsule** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD

Take 25 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 capsule. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Ja |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Fe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Ma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | ---- | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

**Haloperidol Oral 5 MG Tablet** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD

Take 5 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | C | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| 0800 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM

Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM

Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM

Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM

Not Administered - Refused - Tina Greco RN - 1/18/2022 8:00:00 AM

Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM

Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM

Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM

Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM

Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:13 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

**Valproic Acid Oral 250 MG/5ML Solution** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD

Take 500 mg/10ml by mouth TWICE DAILY for 120 day(s). Dispense 120 solution. 3 Refill(s) Profile Only

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | C | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| 0800 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM

Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM

Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM

Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM

Not Administered - Refused - Tina Greco RN - 1/18/2022 8:00:00 AM

Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:23 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM

Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM

Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM

Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM

Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:20 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:13 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:20 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:27 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:30 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:39 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:07 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:11 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:14 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:27 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

8/20/2024 2:33:20 PM PDT

## EMAR

**Patient:** RUPARD, LONNIE NEWTON **#:** 100016570 (21149433) **Class:** 5
**DOB:** 10/1/1975 (Age=48) **Sex:** M **Race:** F
**Housing:** - - - - **Court Date:** **Type:**
**Status:** NOT ACTIVE **Booking Date:** 12/19/2021 2:22:10 AM PST **Release:** 3/18/2022 2:00:00 AM

**Benztropine Mesylate Oral 1 MG Tablet** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD
Take 1 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)
Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:08 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:11 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM
Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:00 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:27 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:47 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:13 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:50 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:55 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:13 AM

Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM

Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

**Patient:** RUPARD, LONNIE NEWTON **#:** 100016570 (21149433) **Class:** 5
**DOB:** 10/1/1975 (Age=48) **Sex:** M **Race:** F
**Housing:** - - - - **Court Date:** **Type:**
**Status:** NOT ACTIVE **Booking Date:** 12/19/2021 2:22:10 AM PST **Release:** 3/18/2022 2:00:00 AM

**hydrOXYzine Pamoate Oral 25 MG Capsule** 12/29/2021 8:00:00 PM - 4/28/2022 7:59:00 PM Cruz, Anthony MD

Take 25 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 capsule. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

**Haloperidol Oral 5 MG Tablet** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD

Take 5 mg by mouth TWICE DAILY for 120 day(s). Dispense 60 tablet. 3 Refill(s)

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM

Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM

Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM

Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM

Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM

Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:22 PM

Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:19 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:12 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:19 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:26 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:38 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:06 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:10 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:13 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:26 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

**Valproic Acid Oral 250 MG/5ML Solution** 12/29/2021 8:00:00 AM - 4/27/2022 11:59:59 PM Cruz, Anthony MD

Take 500 mg/10ml by mouth TWICE DAILY for 120 day(s). Dispense 120 solution. 3 Refill(s) Profile Only

Allergies:

Allergies:

No Known Drug Allergy, No Known Food Allergy

| | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | | | | |

| | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **29** | **30** | **31** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** | **28** | **29** | **30** | **3** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Administered - Refused - Zaldy Benos LVN - 1/20/2022 10:00:09 AM
Not Administered - Refused - Analiza Roxas LVN - 1/19/2022 11:09:12 PM
Not Administered - Refused - Zaldy Benos LVN - 1/19/2022 9:17:15 AM
Not Administered - Refused - Analiza Roxas LVN - 1/18/2022 10:51:23 PM
Not Administered - Refused - Tina Greco, RN RN - 1/18/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/17/2022 11:03:23 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/17/2022 10:27:41 AM

Not Administered - Refused - Terri Hildreth LVN - 1/16/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/16/2022 12:43:01 PM
Not Administered - Refused - Nataly Jimenez LVN - 1/15/2022 10:46:57 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/15/2022 10:53:28 AM
Not Administered - Refused - Analiza Roxas LVN - 1/14/2022 10:48:29 PM
Administration Cancelled - Analiza Roxas LVN - 1/14/2022 10:47:48 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/14/2022 12:28:36 PM
Not Administered - Refused - Analiza Roxas LVN - 1/13/2022 11:14:20 PM
Not Administered - Refused - James Obispo RN - 1/13/2022 12:02:13 PM
Not Administered - Refused - Terri Hildreth LVN - 1/12/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/12/2022 9:49:45 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/11/2022 10:36:33 PM
Not Administered - Refused - Zaldy Benos LVN - 1/11/2022 9:44:39 AM
Not Administered - Refused - Terri Hildreth LVN - 1/10/2022 8:00:00 PM
Not Administered - Refused - Zaldy Benos LVN - 1/10/2022 10:10:29 AM
Not Administered - Refused - Analiza Roxas LVN - 1/9/2022 10:37:20 PM
Not Administered - Refused - Brooke Snyder LVN - 1/9/2022 11:18:14 AM
Not Administered - Refused - Analiza Roxas LVN - 1/8/2022 10:54:50 PM
Not Administered - Refused - Brooke Snyder LVN - 1/8/2022 11:10:27 AM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 PM
Not Administered - Refused - Terri Hildreth LVN - 1/7/2022 8:00:00 AM
Not Administered - Refused - Terri Hildreth LVN - 1/6/2022 8:00:00 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/6/2022 10:21:51 AM
Not Administered - Refused - Analiza Roxas LVN - 1/5/2022 11:34:58 PM
Not Administered - Refused - Alexis Co RN - 1/5/2022 9:49:30 AM
Not Administered - Refused - Analiza Roxas LVN - 1/4/2022 11:16:39 PM
Not Administered - Refused - Alexis Co RN - 1/4/2022 8:00:00 AM
Not Administered - Refused - Analiza Roxas LVN - 1/3/2022 11:23:20 PM
Not Administered - Refused - Tina Greco, RN RN - 1/3/2022 8:00:00 AM
Not Administered - Refused - Christopher Green RN - 1/2/2022 8:00:00 PM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:06:07 AM
Not Administered - Refused - Jameelyn Barrera RN - 1/1/2022 10:37:11 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 1/1/2022 10:11:16 AM
Not Administered - Refused - Christopher Yap RN - 12/31/2021 11:00:56 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/31/2021 10:24:14 AM
Not Administered - Refused - Stephen Yi RN - 12/30/2021 11:22:30 PM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/30/2021 11:57:27 AM
Not Administered - Refused - Jocelyn Atienza RN - 12/29/2021 8:00:00 PM

**EXHIBIT 12**

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Ryan Fullenwiley-Jones RN on 12/30/2021 12:00:50 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

depakene, haldol as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Stephen Yi RN on 12/30/2021 11:23:05 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials/ Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benztropin, haldol, valporic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6409

Witnessed by / Testigo:

0287

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 12/31/2021 10:26:25 AM PST

| | | |
|---|---|---|
| Patient: RUPARD, LONNIE NEWTON | #: 100016570 (21149433) | Class: 5 |
| DOB: 10/1/1975 (Age=48) | Sex: M | Race: F |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 12/19/2021 2:22:10 AM PST | Release: 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3644

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Christopher Yap RN on 12/31/2021 11:01:40 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakote as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/1/2022 10:12:24 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused to come to door for meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3644

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Jameelyn Barrera RN on 1/1/2022 10:37:41 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

Cogentin 1mg, Haldol 5mg, VPA 500mg as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 1/2/2022 10:06:45 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials/ Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

all am meds as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/3/2022 11:23:55 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/4/2022 11:17:12 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Alexis Co RN on 1/5/2022 9:49:54 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

all AM meds as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/5/2022 11:35:29 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/6/2022 10:22:29 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3911

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Brooke Snyder LVN on 1/8/2022 11:10:49 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☐ I hereby refuse to take my medications(s)/laboratory tests, namely:

as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☑ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

5825

Witnessed by / Testigo:

3322

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/8/2022 10:55:18 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Brooke Snyder LVN on 1/9/2022 11:18:42 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

spit

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario

5825

Witnessed by / Testigo:

4039

Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/9/2022 10:37:46 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/10/2022 10:11:08 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/11/2022 9:45:26 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Jameelyn Barrera RN on 1/11/2022 10:37:16 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

Cogentin 1mg, haldol 5mg, VPA 500mg as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6337

Witnessed by / Testigo:

6340

Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

**CONFIDENTIAL COSD 000107**

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/12/2022 9:50:37 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: James Obispo RN on 1/13/2022 12:02:54 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benztropine,haloperidol,valproic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/13/2022 11:14:46 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials/ Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

7403

Witnessed by / Testigo:

3248

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Ryan Fullenwiley-Jones RN on 1/14/2022 12:29:32 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3949

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/14/2022 10:49:00 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

7463

Witnessed by / Testigo:

4449

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

# MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/15/2022 10:54:45 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Nataly Jimenez LVN on 1/15/2022 10:47:44 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benzotropine, haldol, valporic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

4284

Witnessed by / Testigo:

6384

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/16/2022 12:43:45 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/17/2022 10:28:28 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/17/2022 11:04:13 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, depakene, haldol as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/18/2022 10:51:49 PM PST

| | | |
|---|---|---|
| Patient: RUPARD, LONNIE NEWTON | #: 100016570 (21149433) | Class: 5 |
| DOB: 10/1/1975 (Age=48) | Sex: M | Race: F |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 12/19/2021 2:22:10 AM PST | Release: 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Zaldy Benos LVN on 1/19/2022 9:17:52 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/19/2022 11:09:38 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/20/2022 10:01:16 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol and depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to**

**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123


**MEDICATION REFUSAL** - Completed by: Ryan Fullenwiley-Jones RN on 12/30/2021 12:00:50 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

depakene, haldol as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Stephen Yi RN on 12/30/2021 11:23:05 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=46) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benztropin, haldol, valporic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

CONFIDENTIAL COSD 000501

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 12/31/2021 10:26:25 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | ---- | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3644

Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Christopher Yap RN on 12/31/2021 11:01:40 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakote as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Ryan Fullenwiley-Jones RN on 1/1/2022 10:12:24 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused to come to door for meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3644

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Jameelyn Barrera RN on 1/1/2022 10:37:41 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

Cogentin 1mg, Haldol 5mg, VPA 500mg as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6737

Witnessed by / Testigo:

6489

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 1/2/2022 10:06:45 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

all am meds as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/3/2022 11:23:55 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=46) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario

7462

Witnessed by / Testigo:

4262

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/4/2022 11:17:12 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

7403

Witnessed by / Testigo:

3102

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Alexis Co RN on 1/5/2022 9:49:54 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

all AM meds as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/5/2022 11:35:29 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario




Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/6/2022 10:22:29 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3911

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Brooke Snyder LVN on 1/8/2022 11:10:49 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | ---- | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☐ I hereby refuse to take my medications(s)/laboratory tests, namely:

as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☑ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/8/2022 10:55:18 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Brooke Snyder LVN on 1/9/2022 11:18:42 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

spit

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/9/2022 10:37:46 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Zaldy Benos LVN on 1/10/2022 10:11:08 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

5718

Witnessed by / Testigo:

3452

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/11/2022 9:45:26 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Jameelyn Barrera RN on 1/11/2022 10:37:16 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

Cogentin 1mg, haldol 5mg, VPA 500mg as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/12/2022 9:50:37 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: James Obispo RN on 1/13/2022 12:02:54 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benztropine,haloperidol,valproic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6330

Witnessed by / Testigo:

3674

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/13/2022 11:14:46 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



**MEDICATION REFUSAL** - Completed by: Ryan Fullenwiley-Jones RN on 1/14/2022 12:29:32 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RFJ

Witnessed by / Testigo:

3949

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/14/2022 10:49:00 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

7463

Witnessed by / Testigo:

449

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/15/2022 10:54:45 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Nataly Jimenez LVN on 1/15/2022 10:47:44 PM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=46) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

benzotropine, haldol, valporic acid as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

4284

Witnessed by / Testigo:

6384

Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/16/2022 12:43:45 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Ryan Fullenwiley-Jones RN on 1/17/2022 10:28:28 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Inmate refused meds

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

RUPARD, LONNIE NEWTON 100016570 (21149433)

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/17/2022 11:04:13 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, depakene, haldol as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

7403

Witnessed by / Testigo:

4587

Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/18/2022 10:51:49 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist

☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

- [ ] I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

- [ ] I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

- [x] Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**MEDICATION REFUSAL** - Completed by: Zaldy Benos LVN on 1/19/2022 9:17:52 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

haldol, depakene and cogentin as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a fimar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Analiza Roxas LVN on 1/19/2022 11:09:38 PM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | ---- | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol, depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario



Witnessed by / Testigo:



Witnessed by / Testigo:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICATION REFUSAL - Completed by: Zaldy Benos LVN on 1/20/2022 10:01:16 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | - - - - | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

English

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a scheduled sick call on:

with the:

☐ Doctor ☐ Psychiatrist ☐ Dentist
☐ Nurse ☐ Other

☐ Refusal for medical care - Specialty appointments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further medical/psychiatric/dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services division for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Initials / Iniciales:

☐ I hereby refuse my scheduled

clinic appointment.

☑ I hereby refuse to take my medications(s)/laboratory tests, namely:

cogentin, haldol and depakene as prescribed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I**

**continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario




Witnessed by / Testigo:




Witnessed by / Testigo:

# EXHIBIT 13

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatry Sick Call | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatry Sick Call | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | 3/18/2022 |

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

9/13/2023 10:27:52 AM PDT

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatry Sick Call | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatry Sick Call | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | 3/18/2022 |
| Dental Sick Call | 10/15/2022 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| QMHP | 2/23/2022 | Wellness check. **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatry Sick Call | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatry Sick Call | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| QMHP | 2/23/2022 | Wellness check. | |

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

8/20/2024 2:49:47 PM PDT

**Sick Calls - RUPARD, LONNIE 21149433**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatric Provider Follow-Up | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP Follow-Up | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatric Provider Follow-Up | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| Psychiatric Provider Follow-Up | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | 3/18/2022 |
| QMHP Follow-Up | 2/23/2022 | Wellness check. **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| Dental Sick Call | 10/15/2022 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| Psychiatric Provider Follow-Up | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |

# EXHIBIT 14

| Status | Type | Scheduled Date | Reason | Entered By | Entered On | Edited By | Edited On | Completed By | Completed On | Complete Reason | Priority | Billable | Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHEDULED | Chronic Care | 2/2/2022 0:00 | Psychotic Disorders | june.cuaresma | 1/30/2020 13:02 | ben.samonte | 12/19/2021 2:53 | | | | Yes | | |
| CANCELLED | Psych Chart Review | 1/15/2022 0:00 | Multiple refusal of psych meds. Pls. eval<br>Cancelled by mian.jan on 1/19/2022 Reason: duplicate | analiza.roxas | 1/9/2022 22:44 | mian.jan | 1/19/2022 13:02 | mian.jan | 1/19/2022 13:02 | | Yes | | |
| CANCELLED | Dental Sick Call | 10/15/2022 2:53 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | ben.samonte | 12/19/2021 2:53 | DCAppointmentsOnRelease | 3/19/2022 2:00 | DCAppointmentsOnRelease | 3/19/2022 2:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | QMHP Follow-Up | 11/25/2021 0:00 | Wellness check 2 weeks (OPSD) PRD 11/29/2021 **** APPOINTMENT CANCELLED ON RELEASE **** | jennifer.alonso | 11/12/2021 15:52 | DCAppointmentsOnRelease | 11/30/2021 8:00 | DCAppointmentsOnRelease | 11/30/2021 8:00 | | Yes | | |
| CANCELLED | QMHP Follow-Up | 10/27/2021 0:00 | 72 hour in sobering cell @ 10/23 12:27<br>Cancelled by crystal.reeves on 10/26/2021 Reason: duplicate | naomi.silva | 10/23/2021 5:05 | crystal.reeves | 10/26/2021 14:00 | crystal.reeves | 10/26/2021 14:00 | | Yes | | |
| CANCELLED | Dental Sick Call | 8/16/2022 12:17 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | JAMES.OBISPO | 10/20/2021 12:17 | DCAppointmentsOnRelease | 11/30/2021 8:00 | DCAppointmentsOnRelease | 11/30/2021 8:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | Dental Sick Call | 7/11/2022 11:51 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | stephanie.yee | 9/14/2021 11:51 | DCAppointmentsOnRelease | 9/18/2021 5:00 | DCAppointmentsOnRelease | 9/18/2021 5:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | Dental Sick Call | 7/8/2022 11:12 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | stephanie.yee | 9/11/2021 11:12 | DCAppointmentsOnRelease | 9/12/2021 19:00 | DCAppointmentsOnRelease | 9/12/2021 19:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | Dental Sick Call | 6/21/2022 11:30 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | nikole.petzoldt | 8/25/2021 11:30 | DCAppointmentsOnRelease | 8/27/2021 1:00 | DCAppointmentsOnRelease | 8/27/2021 1:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | Dental Sick Call | 11/25/2020 13:02 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | june.cuaresma | 1/30/2020 13:02 | DCAppointmentsOnRelease | 10/1/2020 0:00 | DCAppointmentsOnRelease | 10/1/2020 0:00 | | Yes | | Montgomery, Jon DO |
| CANCELLED | Psychiatric Provider Follow-Up | 4/12/2022 0:00 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) **** APPOINTMENT CANCELLED ON RELEASE **** | anthony.cruz | 3/18/2022 14:54 | DCAppointmentsOnRelease | 3/19/2022 14:00 | DCAppointmentsOnRelease | 3/19/2022 14:00 | | No | | |
| CANCELLED | QMHP Follow-Up | 2/23/2022 0:00 | Wellness check. **** APPOINTMENT CANCELLED ON RELEASE **** | christina.anosike | 2/9/2022 9:52 | DCAppointmentsOnRelease | 3/19/2022 2:00 | DCAppointmentsOnRelease | 3/19/2022 2:00 | | No | | |
| CANCELLED | QMHP Follow-Up | 9/20/2021 0:00 | OPSD Ax- Please review mental health screen from PERT. IP has hx of psych disorders. **** APPOINTMENT CANCELLED ON RELEASE **** | may.ng | 9/15/2021 2:15 | DCAppointmentsOnRelease | 9/18/2021 5:00 | DCAppointmentsOnRelease | 9/18/2021 5:00 | | No | | |
| CANCELLED | Medical Chart Review | 9/29/2021 0:00 | Please review BP checks **** APPOINTMENT CANCELLED ON RELEASE **** | stephanie.yee | 9/14/2021 13:12 | DCAppointmentsOnRelease | 9/18/2021 5:00 | DCAppointmentsOnRelease | 9/18/2021 5:00 | | No | | |
| CANCELLED | QMHP Follow-Up | 9/24/2020 0:00 | pt legal 1372 deemed competent PSU Jan 2020 No court date pending **** APPOINTMENT CANCELLED ON RELEASE **** | julie.marhefka | 9/20/2020 15:00 | DCAppointmentsOnRelease | 10/1/2020 0:00 | DCAppointmentsOnRelease | 10/1/2020 0:00 | | No | | |
| CANCELLED | Psychiatric Provider Follow-Up | 9/25/2020 0:00 | f/u med management for psychosis, labile mood, anxiety and EPS; pt on Haldol dec twice a month<br>med f/u 9/20: pt refused; legal status 1370 Pt on haldol dec twice a month **** APPOINTMENT CANCELLED ON RELEASE **** | julie.marhefka | 7/11/2020 12:26 | DCAppointmentsOnRelease | 10/1/2020 0:00 | DCAppointmentsOnRelease | 10/1/2020 0:00 | | No | | |
| CANCELLED | Psych Chart Review | 5/8/2020 0:00 | Please review duplicate Haldol Dec orders in TechCare please. Last dose given was 04/22/2020. Next due dose?<br>Cancelled by june.cuaresma on 5/7/2020 Reason: clarified | june.cuaresma | 5/7/2020 7:41 | june.cuaresma | 5/7/2020 7:43 | june.cuaresma | 5/7/2020 7:43 | | No | | |
| CANCELLED | Psych Chart Review | 5/5/2020 0:00 | pls renew order for haldol dec q 22nd of the month, order expiring 5/21/20<br>Cancelled by anthony.cruz on 5/7/2020 Reason: Already completed by Dr. Jouhal (future med order) | maria.ugaban | 5/4/2020 9:27 | anthony.cruz | 5/7/2020 10:51 | anthony.cruz | 5/7/2020 10:51 | | No | | |
| COMPLETED | QMHP Follow-Up | 2/1/2022 0:00 | IP has D/I. Pls assess. | jennifer.alonso | 2/1/2022 14:53 | christina.anosike | 2/9/2022 9:52 | christina.anosike | 2/9/2022 9:52 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 12/20/2021 0:00 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | ben.samonte | 12/19/2021 2:55 | anthony.cruz | 12/29/2021 18:37 | anthony.cruz | 12/29/2021 18:37 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | Medical Doctor Sick Call | 10/23/2021 0:00 | 72 hour in sobering cell 10/23 @ 12:27 | naomi.silva | 10/23/2021 5:06 | krystal.lott | 10/23/2021 13:13 | krystal.lott | 10/23/2021 13:13 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | Psych Chart Review | 9/28/2020 0:00 | patient is previously on Haldol Dec 200 mg twice a month every 4th and 22nd of the month. the dose for 22nd of the month already expired. Kindly review and CC if appropriate. | ellen.lastrella | 9/26/2020 3:14 | jason.balingit | 9/28/2020 10:11 | jason.balingit | 9/28/2020 10:11 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 6/11/2020 0:00 | 3-4 weeks 06/11/2020, med follow-up.<br>R/S med f/u 6/13/20 | jason.balingit | 5/21/2020 10:53 | julie.marhefka | 6/13/2020 14:12 | julie.marhefka | 6/13/2020 14:12 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | QMHP Follow-Up | 5/1/2020 0:00 | Wellness check | jennifer.alonso | 4/22/2020 14:30 | crystal.durden | 5/5/2020 6:48 | crystal.durden | 5/5/2020 6:48 | BEHAVIORAL HEALTH VISIT | Yes | No | |
| COMPLETED | Psych Chart Review | 1/30/2020 0:00 | Please review discharge papers from Patton State Hospital and restart as indicated. | june.cuaresma | 1/30/2020 13:04 | charmaine.solmerano | 1/31/2020 10:59 | charmaine.solmerano | 1/31/2020 10:59 | SEE NOTE IN CHART | Yes | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 4/12/2022 0:00 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | anthony.cruz | 2/22/2022 18:53 | anthony.cruz | 3/18/2022 14:53 | anthony.cruz | 3/18/2022 14:53 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psych Chart Review | 1/15/2022 0:00 | Inmate has been refusing medication, Please evaluate. | brooke.snyder | 1/8/2022 11:11 | anthony.cruz | 1/20/2022 19:06 | anthony.cruz | 1/20/2022 19:06 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 2/2/2022 0:00 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | anthony.cruz | 12/29/2021 18:37 | anthony.cruz | 2/22/2022 18:53 | anthony.cruz | 2/22/2022 18:53 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Second Stage Nurse Eval | 12/19/2021 2:53 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | ben.samonte | 12/19/2021 2:53 | may.ng | 12/19/2021 23:36 | may.ng | 12/19/2021 23:36 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Medical Doctor Sick Call | 10/22/2021 0:00 | Sobering cell @ 48 hours 1227 | nikole.petzoldt | 10/22/2021 12:34 | krystal.lott | 10/22/2021 14:26 | krystal.lott | 10/22/2021 14:26 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Medical Doctor Sick Call | 10/21/2021 0:00 | Sobering cell 24 hours at 1227 | Esteliza.Santoyo | 10/21/2021 7:19 | nicholas.kahl | 10/21/2021 15:26 | nicholas.kahl | 10/21/2021 15:26 | SEE NOTE IN CHART | No | No | |
| COMPLETED | QMHP Follow-Up | 11/3/2021 0:00 | IP has hx of Psych per Techcare.Pls assess. | JAMES.OBISPO | 10/20/2021 12:19 | jennifer.alonso | 11/12/2021 15:51 | jennifer.alonso | 11/12/2021 15:51 | BEHAVIORAL HEALTH VISIT | No | No | |
| COMPLETED | Psych Chart Review | 9/7/2020 0:00 | Multiple refusals for AM psych medication. Pls review disposition | grace.cecilio | 9/6/2020 10:15 | jason.balingit | 9/7/2020 9:21 | jason.balingit | 9/7/2020 9:21 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psych Chart Review | 7/28/2020 0:00 | MUltiple refusals for AM psych medication. Pls review disposition | grace.cecilio | 7/27/2020 11:02 | jason.balingit | 7/28/2020 9:52 | jason.balingit | 7/28/2020 9:52 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 7/11/2020 0:00 | f/u med managemetn for psychosis, mood stabilization | julie.marhefka | 6/13/2020 14:11 | julie.marhefka | 7/11/2020 12:27 | julie.marhefka | 7/11/2020 12:27 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psych Chart Review | 5/8/2020 0:00 | Please renew order for Haldol Dec q 4th of the month, order expiring 5/21/2020. NOTE: There are 2 orders of Haldol. One is expiring 05/21/2020 and other one is expiring 01/28/2021. | june.cuaresma | 5/7/2020 14:08 | jason.balingit | 5/13/2020 8:11 | jason.balingit | 5/13/2020 8:11 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psych Chart Review | 4/27/2020 0:00 | PT has monthly injection of Haldol Dec 200mg due on 5/04/20. Order actually expires on 5/03/20. Please renew so medication can be given on time. | brandy.rafail | 4/25/2020 13:30 | mian.jan | 4/28/2020 14:03 | mian.jan | 4/28/2020 14:03 | SEE NOTE IN CHART | No | No | |
| COMPLETED | QMHP Follow-Up | 5/6/2020 0:00 | Wellness check. State hos. returnee. seen by MHC on 4/24 | crystal.durden | 4/24/2020 13:20 | crystal.durden | 5/12/2020 14:17 | crystal.durden | 5/12/2020 14:17 | BEHAVIORAL HEALTH VISIT | No | No | |
| COMPLETED | QMHP Follow-Up | 4/22/2020 0:00 | State Hospital returnee- wellness check | jennifer.alonso | 4/22/2020 12:55 | crystal.durden | 4/25/2020 6:55 | crystal.durden | 4/25/2020 6:55 | BEHAVIORAL HEALTH VISIT | No | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 5/17/2020 0:00 | f/u 8 weeks, R/S 5/21 | joe.hong | 3/22/2020 12:43 | jason.balingit | 5/21/2020 10:53 | jason.balingit | 5/21/2020 10:53 | SEE NOTE IN CHART | No | No | |
| COMPLETED | Psychiatric Provider Follow-Up | 3/22/2020 0:00 | 6 week f/u. 3/19/20. Patton Returnee. MUST SEE | christopher.kagay | 2/6/2020 13:48 | margarita.bonaparte | 3/22/2020 12:43 | joe.hong | 3/22/2020 12:43 | SEE NOTE IN CHART | No | | |
| COMPLETED | Psychiatric Provider Follow-Up | 2/6/2020 0:00 | 1/31/20: Please schedule a Psych SC within one week, per Dr. Jouhal.<br>Please eval Schizophrenia on medications. Coming from Patton State Hospital with discharge papers. | june.cuaresma | 1/30/2020 13:05 | christopher.kagay | 2/6/2020 13:47 | christopher.kagay | 2/6/2020 13:47 | SEE NOTE IN CHART | No | No | |

# EXHIBIT 15

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

8/20/2024 2:00:55 PM PDT

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Psych Chart Review | 1/30/2020 | Please review discharge papers from Patton State Hospital and restart as indicated. | 1/31/2020 |
| Psychiatric Provider Follow-Up | 2/6/2020 | 1/31/20: Please schedule a Psych SC within one week, per Dr. Jouhal. Please eval Schizophrenia on medications. Coming from Patton State Hospital with discharge papers. | 2/6/2020 |
| Psychiatric Provider Follow-Up | 3/22/2020 | 6 week f/u. 3/19/20. Patton Returnee. MUST SEE | 3/22/2020 |
| QMHP Follow-Up | 4/22/2020 | State Hospital returnee- wellness check | 4/25/2020 |
| Psych Chart Review | 4/27/2020 | PT has monthly injection of Haldol Dec 200mg due on 5/04/20. Order actually expires on 5/03/20. Please renew so medication can be given on time. | 4/28/2020 |
| QMHP Follow-Up | 5/1/2020 | Wellness check | 5/5/2020 |
| Psych Chart Review | 5/8/2020 | Please review duplicate Haldol Dec orders in TechCare please. Last dose given was 04/22/2020. Next due dose? Cancelled by june.cuaresma on 5/7/2020 Reason: clarified | 5/7/2020 |
| Psych Chart Review | 5/5/2020 | pls renew order for haldol dec q 22nd of the month, order expiring 5/21/20 Cancelled by anthony.cruz on 5/7/2020 Reason: Already completed by Dr. Jouhal (future med order) | 5/7/2020 |
| QMHP Follow-Up | 5/6/2020 | Wellness check. State hos. returnee. seen by MHC on 4/24 | 5/12/2020 |
| Psych Chart Review | 5/8/2020 | Please renew order for Haldol Dec q 4th of the month, order expiring 5/21/2020. NOTE: There are 2 orders of Haldol. One is expiring 05/21/2020 and other one is expiring 01/28/2021. | 5/13/2020 |
| Psychiatric Provider Follow-Up | 5/17/2020 | f/u 8 weeks, R/S 5/21 | 5/21/2020 |
| Psychiatric Provider Follow-Up | 6/11/2020 | 3-4 weeks 06/11/2020, med follow-up. R/S med f/u 6/13/20 | 6/13/2020 |
| Psychiatric Provider Follow-Up | 7/11/2020 | f/u med managemetn for psychosis, mood stabilization | 7/11/2020 |
| Psych Chart Review | 7/28/2020 | MUltiple refusals for AM psych medication. Pls review disposition | 7/28/2020 |
| Psych Chart Review | 9/7/2020 | Multiple refusals for AM psych medication. Pls review disposition | 9/7/2020 |

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Psych Chart Review | 9/28/2020 | patient is previously on Haldol Dec 200 mg twice a month every 4th and 22nd of the month. the dose for 22nd of the month already expired. Kindly review and CC if appropriate. | 9/28/2020 |

# EXHIBIT 19

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## QMHP PROGRESS NOTE - Completed by: Christina Anosike MHC on 2/9/2022 9:52:33 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** 10/1/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

Date of Encounter: 2/9/2022

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:

### Encounter Setting

- [ ] Confidential
- [x] Semi-Confidential
- [ ] Non-Confidential

### Housing Assignment

- [ ] Mainline
- [ ] Mainline Protective Custody
- [x] Segregation/Confinement
- [ ] Psychiatric
- [ ] Medical

Emotional Response to Incarceration:

IP remains successfully housed in 7D quarantine, has coexisted with his peers with no reported aggression, violence or erratic behaviors. MHC observed IP standing at the cell door. This MHC introduced self and explained the reason for the meeting. IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP's cell was clean and had some debris. MHC observed empty food trays inside of his cell. IP's cell was free of any urine, feces or flooding. IP was moderately groomed. MHC spoke with deputies on the 7th floor who reports IP has been engaging in life preserving bx's and has not engage in any SIB. IP does not demonstrate any acute distress or immediate safety concerns. He has not engaged in any bx that would suggest harm to himself or others while under observation. There are no distressing sxs or major impairment requiring ISP or PSU referral. He will continue to be monitored for safety concerns and GD.

### Presenting Symptoms

- [ ] Depression
- [ ] Anxiety
- [ ] Mania

- [ ] Psychosis
- [ ] Trauma
- [ ] Drug/Alcohol Cravings/Urges
- [ ] Adjustment Issues
- [ ] Sleep Disturbance
- [ ] Somatic
- [ ] Other
- [x] None/Denied
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

## MENTAL STATUS EXAM

**Appearance:**

- ( ) Well-Groomed
- (•) Moderately Groomed
- ( ) Disheveled/Unkempt

**Speech/Hearing:**

- [ ] Normal
- [ ] Slow
- [ ] Poverty of Speech
- [ ] Impairment
- [ ] Pressured
- [x] Quiet
- [ ] Hard of Hearing
- [ ] Deaf
- [ ] Slurred
- [ ] Aphasic
- [ ] Mute
- [ ] Other

**Eye Contact:**

- [x] Good
- [ ] Avoids Eye Contact
- [ ] Poor
- [ ] Staring
- [ ] No Eye Contact

**Behavior:**

- [ ] Calm
- [ ] Apprehensive
- [x] Agitated
- [ ] Motor Impairment
- [ ] Tearful
- [ ] Withdrawn

**Attitude:**

- [ ] Cooperative
- [ ] Guarded
- [x] Non-disclosing
- [ ] Hostile/Belligerent
- [x] Uncooperative

**Interactions:**

- [ ] Spontaneous
- [ ] Distant
- [x] Non-Cooperative/Evasive
- [ ] Threatening
- [ ] Relevant
- [ ] Irrelevant
- [ ] Only in Response to Questions
- [ ] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Mood:**

- [ ] Neutral
- [ ] Frightened
- [ ] Happy
- [ ] Threatening
- [ ] Depressed
- [ ] Sad
- [ ] Anxious
- [x] Irritable
- [ ] Angry
- [ ] Other

IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP does not demonstrate any acute distress or immediate safety concerns.

**Affect:**

- [ ] Appropriate/Full Range
- [ ] Blunted
- [ ] Agitated
- [ ] Labile
- [ ] Anxious
- [ ] Depressed
- [ ] Flat
- [ ] Angry
- [ ] Constricted
- [ ] Expansive
- [ ] Inappropriate
- [x] Other

Irritated.

**Thought Content:**

- [ ] Appropriate to Situation
- [ ] Grandiose
- [ ] Paranoid
- [x] Impoverished

**Thought Process:**

- [ ] Normal/Goal Directed
- [ ] Incoherent
- [ ] Flight of Ideas
- [ ] Illogical
- [ ] Disorganized
- [ ] Circumstantial
- [ ] Disassociation
- [ ] Rambling
- [x] Concrete
- [ ] Slow/Hesitant
- [ ] Blocking
- [ ] Loose Associations
- [ ] Tangential
- [ ] Abstract

**Delusions:**

- [x] None
- [ ] Ideas of Reference
- [ ] Mood Congruent
- [ ] Grandiose
- [ ] Somatic
- [ ] Persecutory

| | | |
|---|---|---|
| ☐ Guilt | ☐ Poor Organized | ☐ Nihilistic |
| ☐ Insertion | ☐ Systemized | ☐ Mood Incongruent |
| ☐ Paranoid | ☐ Bizarre | ☐ Religious |
| ☐ Hypochondriacal | ☐ Broadcasting | ☐ Other |

**Perceptual Symptoms:**

| | | |
|---|---|---|
| ☐ Normal | ☐ Tactile | ☐ Olfactory |
| ☐ Auditory | ☐ Visual | ☐ Other |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Orientation:**

| | | |
|---|---|---|
| ☐ Month | ☐ Year | ☑ Person |
| ☑ Situations | ☑ Place | ☐ None |

---

**RISK ASSESSMENT**

---

**Suicidal Ideation:**

| | | |
|---|---|---|
| ☐ Denied | ☐ Passive | ☐ Active |
| ☐ Intent | ☑ Refused | |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Homicidal Ideation:**

| | | |
|---|---|---|
| ☐ Denied | ☐ Passive | ☐ Active |
| ☐ Intent | ☑ Refused | |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Recent experience of significant loss:**

- [ ] Relationship
- [ ] Job
- [ ] Finances
- [ ] Home
- [ ] Recent Death of Family Member/Close Friend
- [ ] None/Denied
- [ ] Other
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Family or Close Friend Attempted or Completed Suicide:**

- [ ] Mother
- [ ] Father
- [ ] Sibling
- [ ] Grandparent
- [ ] Aunt/Uncle
- [ ] Spouse
- [ ] Friend
- [ ] Other
- [ ] None/Denied
- [x] Refused

Details:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Feeling as though there is nothing to look forward to in the immediate future (helplessness/hopelessness)**

- [ ] Hopeful
- [ ] Hopeless
- [ ] Helpless
- [x] Realistic
- [ ] Unrealistic

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Coping Skills:**

- [ ] Read
- [ ] TV
- [ ] Religion
- [ ] Write
- [ ] Play Games
- [ ] Talk with Others
- [ ] Puzzles
- [ ] Exercise
- [x] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

Provisional Diagnosis:

**Intervention Provided**

- [ ] Depression Coping Skills
- [ ] Anxiety Coping Skills
- [ ] Sleep Hygiene Skills
- [ ] Self-Harm Safety Skills Planning
- [ ] Distress Tolerance Skills
- [ ] Discharge Planning/Resources
- [x] No Intervention Indicated
- [ ] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

RETURN TO CLINIC

- [ ] Therapy/Counseling:
- [ ] 1 week
- [ ] 2 weeks
- [ ] 3-6 weeks
- [ ] Other

- [x] Wellness Check
- [ ] 1 week
- [x] 2 weeks
- [ ] 3-6 weeks
- [ ] Other

- [ ] ISP Follow-Up:
- [ ] 1 week
- [ ] 2 weeks
- [ ] 3-6 weeks
- [ ] Other

- [ ] No Appointment Indicated

**Referral:**

- [ ] Psych SC:
- [ ] Priority
- [ ] Routine

Details:

- [ ] MD SC:
- [ ] Priority
- [ ] Routine

Details:

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## QMHP PROGRESS NOTE - Completed by: Christina Anosike MHC on 2/9/2022 9:52:33 AM PST

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | RUPARD, LONNIE NEWTON | **#:** | 100016570 (21149433) | **Class:** | 5 |
| **DOB:** | 10/1/1975 (Age=46) | **Sex:** | M | **Race:** | F |
| **Housing:** | ---- | **Court Date:** | | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 12/19/2021 2:22:10 AM PST | **Release:** | 3/18/2022 2:00:00 AM |

Date of Encounter: 2/9/2022

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:

### Encounter Setting

- [ ] Confidential
- [x] Semi-Confidential
- [ ] Non-Confidential

### Housing Assignment

- [ ] Mainline
- [ ] Mainline Protective Custody
- [x] Segregation/Confinement
- [ ] Psychiatric
- [ ] Medical

Emotional Response to Incarceration:

IP remains successfully housed in 7D quarantine, has coexisted with his peers with no reported aggression, violence or erratic behaviors. MHC observed IP standing at the cell door. This MHC introduced self and explained the reason for the meeting. IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP's cell was clean and had some debris. MHC observed empty food trays inside of his cell. IP's cell was free of any urine, feces or flooding. IP was moderately groomed. MHC spoke with deputies on the 7th floor who reports IP has been engaging in life preserving bx's and has not engage in any SIB. IP does not demonstrate any acute distress or

immediate safety concerns. He has not engaged in any bx that would suggest harm to himself or others while under observation. There are no distressing sxs or major impairment requiring ISP or PSU referral. He will continue to be monitored for safety concerns and GD.

## Presenting Symptoms

- [ ] Depression
- [ ] Anxiety
- [ ] Mania
- [ ] Psychosis
- [ ] Trauma
- [ ] Drug/Alcohol Cravings/Urges
- [ ] Adjustment Issues
- [ ] Sleep Disturbance
- [ ] Somatic
- [ ] Other
- [x] None/Denied
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

## MENTAL STATUS EXAM

## Appearance:

- ○ Well-Groomed
- ● Moderately Groomed
- ○ Disheveled/Unkempt

## Speech/Hearing:

- [ ] Normal
- [ ] Slow
- [ ] Poverty of Speech
- [ ] Impairment
- [ ] Pressured
- [x] Quiet
- [ ] Hard of Hearing
- [ ] Deaf
- [ ] Slurred

- [ ] Aphasic
- [ ] Mute
- [ ] Other

**Eye Contact:**

- [x] Good
- [ ] Avoids Eye Contact
- [ ] Poor
- [ ] Staring
- [ ] No Eye Contact

**Behavior:**

- [ ] Calm
- [ ] Apprehensive
- [x] Agitated
- [ ] Motor Impairment
- [ ] Tearful
- [ ] Withdrawn

**Attitude:**

- [ ] Cooperative
- [ ] Guarded
- [x] Non-disclosing
- [ ] Hostile/Belligerent
- [x] Uncooperative

**Interactions:**

- [ ] Spontaneous
- [ ] Distant
- [x] Non-Cooperative/Evasive
- [ ] Threatening
- [ ] Relevant
- [ ] Irrelevant
- [ ] Only in Response to Questions
- [ ] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Mood:**

- [ ] Neutral
- [ ] Frightened
- [ ] Happy
- [ ] Threatening
- [ ] Depressed
- [ ] Sad
- [ ] Anxious
- [x] Irritable
- [ ] Angry
- [ ] Other

IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP does not demonstrate any acute distress or immediate safety concerns.

**Affect:**

| | | |
|---|---|---|
| ☐ Appropriate/Full Range | ☐ Blunted | ☐ Agitated |
| ☐ Labile | ☐ Anxious | ☐ Depressed |
| ☐ Flat | ☐ Angry | ☐ Constricted |
| ☐ Expansive | ☐ Inappropriate | ☑ Other |

Irritated.

**Thought Content:**

| | | |
|---|---|---|
| ☐ Appropriate to Situation | ☐ Grandiose | ☐ Paranoid |
| ☑ Impoverished | | |

**Thought Process:**

| | | |
|---|---|---|
| ☐ Normal/Goal Directed | ☐ Incoherent | ☐ Flight of Ideas |
| ☐ Illogical | ☐ Disorganized | ☐ Circumstantial |
| ☐ Disassociation | ☐ Rambling | ☑ Concrete |
| ☐ Slow/Hesitant | ☐ Blocking | ☐ Loose Associations |
| ☐ Tangential | ☐ Abstract | |

**Delusions:**

| | | |
|---|---|---|
| ☑ None | ☐ Ideas of Reference | ☐ Mood Congruent |
| ☐ Grandiose | ☐ Somatic | ☐ Persecutory |
| ☐ Guilt | ☐ Poor Organized | ☐ Nihilistic |
| ☐ Insertion | ☐ Systemized | ☐ Mood Incongruent |
| ☐ Paranoid | ☐ Bizarre | ☐ Religious |
| ☐ Hypochondriacal | ☐ Broadcasting | ☐ Other |

**Perceptual Symptoms:**

| | | |
|---|---|---|
| ☐ Normal | ☐ Tactile | ☐ Olfactory |
| ☐ Auditory | ☐ Visual | ☐ Other |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Orientation:**

- [ ] Month
- [ ] Year
- [x] Person
- [x] Situations
- [x] Place
- [ ] None

---

**RISK ASSESSMENT**

---

**Suicidal Ideation:**

- [ ] Denied
- [ ] Passive
- [ ] Active
- [ ] Intent
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Homicidal Ideation:**

- [ ] Denied
- [ ] Passive
- [ ] Active
- [ ] Intent
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Recent experience of significant loss:**

| | | |
|---|---|---|
| ☐ Relationship | ☐ Job | ☐ Finances |
| ☐ Home | ☐ Recent Death of Family Member/Close Friend | ☐ None/Denied |
| ☐ Other | ☑ Refused | |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Family or Close Friend Attempted or Completed Suicide:**

| | | |
|---|---|---|
| ☐ Mother | ☐ Father | ☐ Sibling |
| ☐ Grandparent | ☐ Aunt/Uncle | ☐ Spouse |
| ☐ Friend | ☐ Other | ☐ None/Denied |
| ☑ Refused | | |

Details:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Feeling as though there is nothing to look forward to in the immediate future (helplessness/hopelessness)**

| | | |
|---|---|---|
| ☐ Hopeful | ☐ Hopeless | ☐ Helpless |
| ☑ Realistic | ☐ Unrealistic | |

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Coping Skills:**

| | | |
|---|---|---|
| ☐ Read | ☐ TV | ☐ Religion |
| ☐ Write | ☐ Play Games | ☐ Talk with Others |
| ☐ Puzzles | ☐ Exercise | ☑ Other |

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

Provisional Diagnosis:

**Intervention Provided**

☐ Depression Coping Skills ☐ Anxiety Coping Skills ☐ Sleep Hygiene Skills

☐ Self-Harm Safety Skills Planning ☐ Distress Tolerance Skills ☐ Discharge Planning/Resources

☑ No Intervention Indicated ☐ Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**RETURN TO CLINIC**

☐ Therapy/Counseling:

☐ 1 week ☐ 2 weeks ☐ 3-6 weeks

☐ Other

☑ Wellness Check

☐ 1 week ☑ 2 weeks ☐ 3-6 weeks

☐ Other

☐ ISP Follow-Up:

☐ 1 week ☐ 2 weeks ☐ 3-6 weeks

☐ Other

☐ No Appointment Indicated

**Referral:**

☐ Psych SC:

☐ Priority ☐ Routine

Details:

- [ ] MD SC:

- [ ] Priority
- [ ] Routine

Details:

# EXHIBIT 21

**eJIMS Inmate Detail**

**PERSONAL**

| | |
|---|---|
| **Last:** | RUPARD |
| **First:** | LONNIE |
| **Middle:** | NEWTON |
| **Sex:** | M |
| **DOB:** | 10/01/1975 |
| **Age:** | 46 |
| **Birth Place:** | SUBIC BAY PI |
| **SSN:** | |
| **RI System #:** | |
| **Gang Flag:** | |
| **Inmate Loc.:** | IN - In |
| **DNA Status:** | Completed |
| **Citizenship:** | UNITED STATES |
| **Foreign Notify:** | N |
| **Language:** | ENGLISH |
| **English Ability:** | Excellent |
| **Race:** | FILIPINO |
| **Hair:** | BROWN |
| **Eyes:** | BROWN |
| **Height:** | 6' 00" |
| **Weight:** | 190 lbs. |

**Bk History**

**Booking photos are not public records, and may not be released to the public or media except as authorized by Sheriff's policy. Booking photos are provided by the San Diego County Sheriff's Department to your agency through SDLaw with the expectation that they will remain confidential, and not be disclosed to anyone outside of your agency. Copies of booking photos may be available pursuant to subpoena.**



| | |
|---|---|
| **JIM #:** | 100016570 |
| **Bk #:** | 21149433 |
| **Class:** | 5 MAXIMUM |

**ARRESTS: 1**

| | |
|---|---|
| **Arr. Agency:** | National City Police Dept. |
| **Arr. Location:** | 100 W 8TH ST, NATIONAL CITY |
| **Officer:** | SHAFER |
| **Officer ID:** | NC0523 |
| **Arr. Date:** | 12/19/2021 |
| **Agency Case #:** | 2106992 |
| **Custody Days:** | 79 |
| **Booking Date:** | 12/19/2021 |
| **Booking Time:** | 02:22:10 |
| **Jail:** | San Diego Central Jail |
| **Area/HU/Cell:** | 7/D/17 |
| **Holds:** | |
| **Arrest Type:** | BOOKED-POST RLS VIOL |
| **Date Released:** | |
| **Release Type:** | |
| **Projected Release Date:** | |
| **Sentenced:** | No |

**Not Eligible For Release, No Bail**

**Remarks (1st Arr):**
**Proceedings Suspended per PC 1368 PRCS RE-ARREST**

## CHARGES

| Arr | Arrest Date | Chg | Section | Code | Description | Court Case | Bail Amount | Flag | Dispo. Type | Dispo. Date/Time | ROC | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/19/2021 | 1 | 3455(A) PC | PC | PRCS REVOCATION | CPR210150 | $0.00 | N | 1368 | | FP | |

## COURT

| Appearance | Destination Court | Date | Time | Arrest |
|---|---|---|---|---|
| 1 | SUPEF (SD Psychiatric Exam Fac) | 03/09/2022 | 08:00:00 | 1 |
| 2 | SD162 (Central-Dept #1602 ) | 03/18/2022 | 09:00:00 | 1 |

**3/7/2022 10:45:07 AM**

LIVE WELL SAN DIEGO

BEHAVIORAL HEALTH SERVICES – FORENSIC EVALUATION UNIT

BILLING FORM

DATE:

NAME: Rupard, Lonnie

CASE: CPR 210150

MH#: 118612

DOB: 10/01/75

EVALUATION TYPE (check all that apply):

| | | | |
|---|---|---|---|
| ☑ | Mental Competency | ☐ | Sanity: Initial |
| ☐ | Mentally-disordered Offender | ☐ | Sanity: Restoration |
| ☐ | Murphy Conservatorship | ☐ | Sanity: Placement |
| ☐ | LPS Conservatorship | ☐ | Presentence Evaluation |
| ☐ | Sell Evaluation | | |
| ☐ | Other (please specify): | | |

| | PROCEDURES (Check all that apply) | Hours: |
|---|---|---|
| ☐ | Review of Records | |
| ☐ | Evaluation Time | |
| ☐ | Report Writing | |
| ☐ | Case Communications | |
| ☐ | Court Time | |
| ☐ | Court Preparation Time | |
| ☐ | Other (please specify): | |
| | TOTAL HOURS: | 0.0 |

EXAMINER:

CPR210150 DA ____________

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL ☐ EAST ☐ NORTH ☐ SOUTH

DATE 02/01/22 AT 9:00 A. M.

PRESENT: HON LAURA H. PARSKY, JUDGE PRESIDING, DEPARTMENT 1602

CLERK V. CLARION REPORTER L. POOL CSR# 8941

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

IN THE MATTER OF:

H. KENNEDY
DEPUTY DISTRICT ATTORNEY

RUPARD, LONNIE
SUPERVISED PERSON

L. McGregor
ATTORNEY FOR SUPERVISED PERSON (PD / APD / OAC / RETAINED)

L. PEREZ
SUPERVISING AGENCY PAROLE/PROBATION OFFICER

INTERP. ____________ OATH ON FILE / SWORN.
LANGUAGE ____________

RECEIVED FEB 25 2022 By

SUPERVISED PERSON ☒ PRESENT ☐ IN CUSTODY ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED

☐ SUPERVISED PERSON ADVISED OF RIGHTS, WAIVES HEARING AND ADMITS VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____________.

☐ SUPERVISED PERSON DENIES VIOLATION OF TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION ____________.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION REVOCATION HEARING HELD.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☐ SEE ATTACHED EXHIBIT LIST. ☐ PARTIES STIPULATE TO THE RELEASE OF EXHIBITS TO THE PARTIES AT THE CONCLUSION OF THE HEARING.

☐ THE COURT FINDS BASED ON A PREPONDERANCE OF THE EVIDENCE THAT THE SUPERVISED PERSON ☐ HAS ☐ HAS NOT VIOLATED TERM(S) OR CONDITION(S) OF PAROLE/POST RELEASE COMMUNITY SUPERVISION.

☒ PAROLE/POST RELEASE COMMUNITY SUPERVISION IS/REMAINS ☒ FORMALLY/PRELIMINARILY ☒ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ SAME TERMS AND CONDITIONS ☐ CONTINUED ☐ TERMINATED.

☐ COMMITMENT TO THE SAN DIEGO COUNTY SHERIFF FOR ________ DAYS. ☐ CONCURRENT WITH ____________.

☐ SUPERVISED PERSON TO REPORT TO PAROLE/PROBATION WITHIN 48 HOURS OF RELEASE FROM CUSTODY.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION HAVING BEEN FORMALLY REVOKED, THE PREVIOUSLY ORDERED RESTITUTION FINE OF $ ________ SUSPENDED PER PC1202.45 IS NOW DUE.

DAYS CREDIT FOR TIME SERVED
______ LOCAL
______ PC4019 [2/2]
______ TOTAL CREDITS

**REFERRAL**

☐ SUPERVISED PERSON IS REFERRED TO THE SAN DIEGO REENTRY COURT PURSUANT TO PENAL CODE SECTION 3015.

☐ SUPERVISED PERSON IS REFERRED TO ____________ EVIDENCE BASED PROGRAM.

**FUTURE HEARINGS**

☐ TIME WAIVED FOR REVOCATION HEARING.

INTERVENING HEARING CONTINUED TO / SET FOR 03/18/22 AT 9:00 AM IN DEPT. 1602.

ON MOTION OF COURT / DDA / SUPERVISED PERSON/PAROLE/PROBATION OFFICER. REASON: ____________

☐ EVIDENTIARY HEARING DATE OF ____________ AT ________ IN DEPT. ________ IS CONFIRMED.

☐ PAROLE/POST RELEASE COMMUNITY SUPERVISION OFFENDER REVOCATION RECOMMENDATION WAIVER SIGNED. ☐ SUPERVISED PERSON ACCEPTS RECOMMENDED OFFER. ☐ ALL FUTURE COURT DATES ARE VACATED.

**CUSTODY STATUS**

MH118612

☐ PER RECOMMENDED OFFER ON WAIVER.

☒ SUPERVISED PERSON REMAINS REMANDED TO CUSTODY OF SHERIFF.

☐ SUPERVISED PERSON ORDERED RELEASED FROM CUSTODY THIS CASE ONLY.

☐ SUPERVISED PERSON IS AUTHORIZED TO BE RELEASED TO A REPRESENTATIVE OF ____________ FOR TRANSPORT TO ____________.

**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $________. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ________.

☐ BENCH WARRANT ISSUED / ORDERED ____________ IS RECALLED / RESCINDED

**OTHER** Proceedings suspended pursuant to PC1370.02. Mental competency examination on 03/09/22 at 8:00 am by Forensics. PC1370.02 hearing on 03/24/22 at 9:00 am Department 1203 of the Central Division. The Sheriff is ordered to transport the parolee to and from the examination.

Date: ____________ ATTEST A TRUE COPY, Clerk of the Superior Court by ____________, Deputy

Distribution by ________ on ________ to JAIL SUP PERSON ATTY. PROS. PROB. R&R Other: ________

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>CENTRAL COURTHOUSE, 1100 UNION AVENUE SAN DIEGO, CA 92101-3409 | COURT USE ONLY<br>FILED<br>Clerk of the Superior Court<br>DEC 22 2021<br>Filed By: M. Santoyo |
|---|---|
| **SUPERVISING AGENCY: PROBATION DEPARTMENT**<br>☐ HALL OF JUSTICE 330 W. BROADWAY,SAN DIEGO, CA 92101<br>☐ EAST COUNTY 250 E. MAIN ST.,EL CAJON, CA 92020<br>☐ NORTH COUNTY 325S. MELROSE DR., VISTA, CA 92083<br>☒ SOUTH COUNTY 1095 BAY BLVD., CHULA VISTA, CA 91911 | |
| **IN THE MATTER OF:**<br>RUPARD, LONNIE (OFFENDER) | CDCR No. BM0722<br>Case No.: CPR210150<br>PCMS No.: 770258<br>DOB: 10/01/1975<br>☐ Interpreter /Language ______ |

**PETITION FOR REVOCATION OF COMMUNITY SUPERVISION**
**(PURSUANT TO PENAL CODE 3455 AND CALIFORNIA RULES OF COURT 4.540)**

**INSTRUCTIONS**

Upon filing of this form, the court staff will schedule the hearing in Item 1.
Petitioner must provide notice of the date, time, and place for the hearing in Item 1 to the supervised person, the supervised person's counsel, if any, the prosecutor, and any victims. (Cal. Rules of Court, Rule 4.540(e).)
Petitioner must attach a written report that contains the declaration and information required under rule 4.541.
Upon filing the petition, petitioner must provide copies of the petition and written report to the prosecutor and the supervised person or supervised person's counsel, if any. (Cal. Rules of Court, Rule 4.540(c)(4).)

1. **HEARING INFORMATION**: A hearing on this petition for revocation has been scheduled in the above-entitled court on:

☒ OSC Date: 12-27-21 Time: 8:30AM Dept.: SDSC-1103

2. **CUSTODY STATUS**: (*Select One*): ☐ not in custody ☒ in custody, date of arrest: 12/19/21

3. **CONVICTION INFORMATION**:
The supervised person was originally convicted of the following offense(s): PC245(a)(4) Assault with Force Likely to Produce GBI
On: 03/16/20, in case number: SCS305746 and sentenced to: 4 years in State Prison.

4. **SUPERVISION INFORMATION**:
The supervised person was originally released on parole or community supervision on: 05/18/21
Name of current supervising officer: Angel Nuñez
Supervision is scheduled to expire on: 06/06/24 (20 Warrant Days Tolled)

5. **SPECIFIC TERMS AND CONDITIONS OF ALLEGED VIOLATION(S)**:
Petitioner alleges that the supervised person has violated the following terms and conditions of community supervision:

**See Attached Probation Order to Show Cause Report**

6. **SUMMARY**: The circumstances of the alleged violation(s) are:

**See Attached Probation Order to Show Cause Report**

2021 DEC 22 AM 10:37 HOJ-AFS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/20/21 Printed or Typed Name: Senior Probation Officer A. Nuñez By: [signature]
Name and Title of Petitioner Signature of Petitioner

**PETITION FOR REVOCATION OF COMMUNITY SUPERVISION**
**(PENAL CODE SECTION 3455 (REV 04/18)**

Anthony Cruz Psychiatrist POSTED ON 1/20/2022 7:06:56 PM PST Type: PSYCHIATRIST

Per Psych Chart Review, Pt consistently refuses psych meds. At this time, will discontinue Haldol, Cogentin and VPA. PsychSC f/u is already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/29/2021 6:37:00 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Initial Evaluation

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 01/03/2022 (SD113). Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis and psych med treatment.

HPI:
Patient is currently housed at SDCJ-7D and was evaluated today by this clinician cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

Pt was last seen in PsychSC during a previous incarceration on 7/11/20 for f/u. At that time, Pt was diagnosed with Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20; with plan to continue Haldol Decanoate IM 200mg q 4th and 22nd of every month, Depakene 500mg PO BID, Vistaril 25mg BID, and increase Cogentin 1mg qam and 2mg PO qHS. Per 7/11/20 PsychSC note, "Reports that his mood is 'good'. Reports that has some anxiety. He reports he is eating and sleeping well. Denies SI/HI/AH/VH. He states the haldol helps with AH but claims tremor in his left hand continues from haldol." Today, multiple attempts were made to engage the Pt in conversation, however Pt yelled, rambled incoherently at times and was verbally aggressive throughout the interview. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), standing by cell door, and appeared to be in no acute distress. Cell room was relatively clean, no flooding/gassing or smearing of feces. Empty food trays were visible in his cell. No s/s of Pt being a danger to self or others at this visit. Pt was informed Haldol, Depakene, Vistaril, and Cogentin would be restarted/offered and medication compliance was encouraged. Medication indications, r/b and potential s/e's, including no meds, were reviewed.

PSYCHIATRIC HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Prior diagnoses: Unspecified Schizophrenia spectrum and other psychotic Disorder F29, Antisocial personality Disorder F60.2, Stimulant Use Disorder F15.20
Prior treatments: Per JIMS, Haldol Decanoate 300mg PO Q4 weeks, Zyprexa 20mg BID, Klonipin 1mg QHS
Prior hospitalizations: Per JIMS, >10 prior hospitalizations, including PSH until last month.
Prior suicide attempt (SA): Pt. denies. Per JIMS 2016 evaluation, x10, last suicide attempt in 2004 by overdose and was subsequently hospitalized.
Self-Injurious behavior (SIB): Denies

SUBSTANCE ABUSE HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Denies Per JIMS, h/o methamphetamine".

FAMILY PSYCHIATRIC HISTORY: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, "Per JIMS, maternal grandmother with unknown mental illness".

PMH:
h/o seizures or tbi: unable to assess due to lack of Pt cooperation. Per 2/6/20 note, Pt denies.
Current medications: None
Allergies: NKDA
ROS: unable to obtain comprehensive review of systems due to lack of Pt cooperation.

SOCIAL HX: unable to assess due to lack of Pt cooperation
Per 2/6/20 PsychSC initial evaluation:
Housing: PSH most recenly
Work: Unemployed
Social support: P. indicates his cell mate is his social support.

MSE
General/Behavior: irritable, uncooperative
Appearance: fair hygiene, shirtless (wearing pants), standing by cell door, in no acute distress
Cognition: awake, alert, oriented to person, situation
Speech: yelling/verbally aggressive, pressured, spontaneous
Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive
Thought process: disorganized
Thought content: unable to assess due to lack of cooperation
Perception: unable to assess due to lack of cooperation; no apparent response to internal stimuli
SI/HI: no s/s of Pt being a danger to self or others
I/J: unable to assess due to lack of cooperation

A/P:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was a poor historian and was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, and potential for decompensation, will start/offer previous psych meds. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:
- Start/offer Haldol 5mg po bid
- Start/offer Cogentin 1mg po bid
- Start/offer Valproic acid 500mg/10mL po bid
- Encourage medication compliance
- Pt did not consent to labs at this visit.

rtc: 4-5wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 12/28/2021 4:07:31 PM PST Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

RUPARD, LONNIE NEWTON 100016570 (21149433)

Anthony Cruz Psychiatrist POSTED ON 12/24/2021 2:35:02 PM PST

Type: PSYCHIATRIST

Brief PsychSC note: Pt was scheduled for an initial evaluation, however due to time constraints, Pt was unable to be seen. Pt will be rescheduled for PsychSC intake.

Addendum:

# EXHIBIT 24

**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

**FORENSIC PSYCHIATRY CLINIC**
**REPORT ON MENTAL COMPETENCY**

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

## REASON FOR REFERRAL

The defendant is facing revocation of community supervision. The court issued an order for an examination of mental competency to stand trial.

## SOURCES OF INFORMATION

This evaluation is based on the following information:

1. Interview of the defendant
2. District attorney files
3. Jail psychiatric record

## REVIEW OF RECORDS

### Incident

According to a police report, on 11/29/21 the defendant was released from custody after a 90 days revocation. He was required to present to the community transition center (CTC) on release, but absconded. He also failed to report to probation within 2 days of release.

Jail Psychiatric Record

On 1/20/22, the defendant was seen for psychiatric evaluation. The defendant was noted to be irritable, disorganized, and uncooperative. The defendant was diagnosed with unspecified psychosis, antisocial personality disorder, and stimulant use disorder. The treatment included starting Haldol (antipsychotic), Valproic acid (mood stabilizer), and Cogentin.

**STATEMENT OF NON-CONFIDENTIALITY**

I informed the defendant that the interview was not confidential and that the information gathered would be used in a report submitted to the court.

**INTERVIEW**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

It required the food flap and a very loud introduction on my part to get the defendant's attention.

Once I had his attention, I asked the defendant why he was incarcerated, he answered "Water dog."

I told the defendant again that I was here to evaluate him for competency, he answered "I am home, dog."

I asked the defendant how he intended to proceed with his court proceedings, he answered, "Who gives a fuck?"

I asked the defendant about his charges, he answered "dog."

I told the defendant my understanding of the accusations against him, he answered, "don't give a shit."

I asked the defendant about sentencing, he answered, "you're stupid."

The defendant placed the blanket over his hand, and was mute when asked other questions.

**MENTAL STATUS EXAMINATION**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

He did not answer questions of orientation. His speech was pressured and mostly incoherent when he spoke.

His mood was down, and his affect was flat. His thought content presented as impoverished. His thought process was disorganized. His insight and judgment were poor.

**DIAGNOSTIC IMPRESSION**

Psychosis Not Otherwise Specified
Stimulant use disorder per record

**FINDINGS and OPINIONS**

Given the information I have, it is my opinion with reasonable medical certainty that the defendant is unable to have a rational and factual understanding of the charges, and is unable to assist counsel in a rational manner.

While the defendant's lack of cooperation is likely in part volitional. I think that it is motivated by underlying disorganization of thought, which would be consistent with prior evaluation that diagnosed him to be psychotic.

The defendant suffers from mental illness, displaying active signs of mental illness, including disorganized thinking. Those symptoms of mental illness disable the defendant from being able to have a rational understanding of the charges and assist legal counsel.

I would recommend that the defendant be referred to a state hospital or JBCT program for restoration to competency.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

# FORENSIC PSYCHIATRY CLINIC REPORT ON INVOLUNTARY MEDICATION TO RESTORE COMPETENCY

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

## REASON FOR EVALUATION:

I have evaluated the defendant for mental competency. I opined that the defendant was not competent to stand trial. The purpose of this evaluation is to address involuntary medication to restore competency.

## FINDINGS:

In my opinion, the defendant suffers from severe mental illness. The defendant lacks the capacity to make decisions regarding antipsychotic medication. The mental disorder requires medical treatment with antipsychotic medication at this time. If the defendant's mental disorder is not treated with antipsychotic medication, it is possible that serious harm to the physical or mental health of the defendant will result.

Administration of antipsychotic medication is likely to restore the defendant's competency to stand trial. Monitored medications are unlikely to interfere with the defendant's ability to understand the nature of the current proceedings or to assist counsel in a rational manner. Less

intrusive treatments are unlikely to have the same result. Antipsychotics are in the defendant's best medical interest in light of the medical condition.

I would recommend that the defendant be given medications involuntarily under Penal Code Section 1370.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

# EXHIBIT 24

COUNTY OF SAN DIEGO
Health and Human Services Agency

BEHAVIORAL HEALTH SERVICES
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

# FORENSIC PSYCHIATRY CLINIC
# REPORT ON MENTAL COMPETENCY

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

## REASON FOR REFERRAL

The defendant is facing revocation of community supervision. The court issued an order for an examination of mental competency to stand trial.

## SOURCES OF INFORMATION

This evaluation is based on the following information:

1. Interview of the defendant
2. District attorney files
3. Jail psychiatric record

## REVIEW OF RECORDS

### Incident

According to a police report, on 11/29/21 the defendant was released from custody after a 90 days revocation. He was required to present to the community transition center (CTC) on release, but absconded. He also failed to report to probation within 2 days of release.

Jail Psychiatric Record

On 1/20/22, the defendant was seen for psychiatric evaluation. The defendant was noted to be irritable, disorganized, and uncooperative. The defendant was diagnosed with unspecified psychosis, antisocial personality disorder, and stimulant use disorder. The treatment included starting Haldol (antipsychotic), Valproic acid (mood stabilizer), and Cogentin.

**STATEMENT OF NON-CONFIDENTIALITY**

I informed the defendant that the interview was not confidential and that the information gathered would be used in a report submitted to the court.

**INTERVIEW**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

It required the food flap and a very loud introduction on my part to get the defendant's attention.

Once I had his attention, I asked the defendant why he was incarcerated, he answered "Water dog."

I told the defendant again that I was here to evaluate him for competency, he answered "I am home, dog."

I asked the defendant how he intended to proceed with his court proceedings, he answered, "Who gives a fuck?"

I asked the defendant about his charges, he answered "dog."

I told the defendant my understanding of the accusations against him, he answered, "don't give a shit."

I asked the defendant about sentencing, he answered, "you're stupid."

The defendant placed the blanket over his hand, and was mute when asked other questions.

**MENTAL STATUS EXAMINATION**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

He did not answer questions of orientation. His speech was pressured and mostly incoherent when he spoke.

His mood was down, and his affect was flat. His thought content presented as impoverished. His thought process was disorganized. His insight and judgment were poor.

**DIAGNOSTIC IMPRESSION**

Psychosis Not Otherwise Specified

Stimulant use disorder per record

**FINDINGS and OPINIONS**

Given the information I have, it is my opinion with reasonable medical certainty that the defendant is unable to have a rational and factual understanding of the charges, and is unable to assist counsel in a rational manner.

While the defendant's lack of cooperation is likely in part volitional. I think that it is motivated by underlying disorganization of thought, which would be consistent with prior evaluation that diagnosed him to be psychotic.

The defendant suffers from mental illness, displaying active signs of mental illness, including disorganized thinking. Those symptoms of mental illness disable the defendant from being able to have a rational understanding of the charges and assist legal counsel.

I would recommend that the defendant be referred to a state hospital or JBCT program for restoration to competency.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

# FORENSIC PSYCHIATRY CLINIC REPORT ON INVOLUNTARY MEDICATION TO RESTORE COMPETENCY

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

**REASON FOR EVALUATION:**

I have evaluated the defendant for mental competency. I opined that the defendant was not competent to stand trial. The purpose of this evaluation is to address involuntary medication to restore competency.

**FINDINGS:**

In my opinion, the defendant suffers from severe mental illness. The defendant lacks the capacity to make decisions regarding antipsychotic medication. The mental disorder requires medical treatment with antipsychotic medication at this time. If the defendant's mental disorder is not treated with antipsychotic medication, it is possible that serious harm to the physical or mental health of the defendant will result.

Administration of antipsychotic medication is likely to restore the defendant's competency to stand trial. Monitored medications are unlikely to interfere with the defendant's ability to understand the nature of the current proceedings or to assist counsel in a rational manner. Less

intrusive treatments are unlikely to have the same result. Antipsychotics are in the defendant's best medical interest in light of the medical condition.

I would recommend that the defendant be given medications involuntarily under Penal Code Section 1370.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

# FORENSIC PSYCHIATRY CLINIC
# REPORT ON MENTAL COMPETENCY

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

## REASON FOR REFERRAL

The defendant is facing revocation of community supervision. The court issued an order for an examination of mental competency to stand trial.

## SOURCES OF INFORMATION

This evaluation is based on the following information:

1. Interview of the defendant
2. District attorney files
3. Jail psychiatric record

## REVIEW OF RECORDS

Incident

According to a police report, on 11/29/21 the defendant was released from custody after a 90 days revocation. He was required to present to the community transition center (CTC) on release, but absconded. He also failed to report to probation within 2 days of release.

Jail Psychiatric Record

On 1/20/22, the defendant was seen for psychiatric evaluation. The defendant was noted to be irritable, disorganized, and uncooperative. The defendant was diagnosed with unspecified psychosis, antisocial personality disorder, and stimulant use disorder. The treatment included starting Haldol (antipsychotic), Valproic acid (mood stabilizer), and Cogentin.

**STATEMENT OF NON-CONFIDENTIALITY**

I informed the defendant that the interview was not confidential and that the information gathered would be used in a report submitted to the court.

**INTERVIEW**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

It required the food flap and a very loud introduction on my part to get the defendant's attention.

Once I had his attention, I asked the defendant why he was incarcerated, he answered "Water dog."

I told the defendant again that I was here to evaluate him for competency, he answered "I am home, dog."

I asked the defendant how he intended to proceed with his court proceedings, he answered, "Who gives a fuck?"

I asked the defendant about his charges, he answered "dog."

I told the defendant my understanding of the accusations against him, he answered, "don't give a shit."

I asked the defendant about sentencing, he answered, "you're stupid."

The defendant placed the blanket over his hand, and was mute when asked other questions.

**MENTAL STATUS EXAMINATION**

I interviewed the defendant at his cell at the recommendation of jail mental health staff and the floor deputies.

The cell was dirty with trash throughout. The toilet was full of excrement and the room was very malodorous.

The defendant was unkempt and dirty himself. He was laying in bed in an uncomfortable manner with a blanket over his head.

There were feces on the floor. There was food smeared on the wall.

He did not answer questions of orientation. His speech was pressured and mostly incoherent when he spoke.

His mood was down, and his affect was flat. His thought content presented as impoverished. His thought process was disorganized. His insight and judgment were poor.

**DIAGNOSTIC IMPRESSION**

Psychosis Not Otherwise Specified
Stimulant use disorder per record

**FINDINGS and OPINIONS**

Given the information I have, it is my opinion with reasonable medical certainty that the defendant is unable to have a rational and factual understanding of the charges, and is unable to assist counsel in a rational manner.

While the defendant's lack of cooperation is likely in part volitional. I think that it is motivated by underlying disorganization of thought, which would be consistent with prior evaluation that diagnosed him to be psychotic.

The defendant suffers from mental illness, displaying active signs of mental illness, including disorganized thinking. Those symptoms of mental illness disable the defendant from being able to have a rational understanding of the charges and assist legal counsel.

I would recommend that the defendant be referred to a state hospital or JBCT program for restoration to competency.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

# FORENSIC PSYCHIATRY CLINIC REPORT ON INVOLUNTARY MEDICATION TO RESTORE COMPETENCY

| | |
|---|---|
| Name: Lonnie Rupard | Court: 1203 3/24/22 |
| Client #: | Judge: Hon. Cindy Davis |
| DOB: 10/1/75 | Examiner: Dr. Nicolas Badre |
| Case ID#: CPR210150 | Date of evaluation: 3/14/22 |

## REASON FOR EVALUATION:

I have evaluated the defendant for mental competency. I opined that the defendant was not competent to stand trial. The purpose of this evaluation is to address involuntary medication to restore competency.

## FINDINGS:

In my opinion, the defendant suffers from severe mental illness. The defendant lacks the capacity to make decisions regarding antipsychotic medication. The mental disorder requires medical treatment with antipsychotic medication at this time. If the defendant's mental disorder is not treated with antipsychotic medication, it is possible that serious harm to the physical or mental health of the defendant will result.

Administration of antipsychotic medication is likely to restore the defendant's competency to stand trial. Monitored medications are unlikely to interfere with the defendant's ability to understand the nature of the current proceedings or to assist counsel in a rational manner. Less

intrusive treatments are unlikely to have the same result. Antipsychotics are in the defendant's best medical interest in light of the medical condition.

I would recommend that the defendant be given medications involuntarily under Penal Code Section 1370.

Nicolas Badre, M.D.
Staff Forensic Psychiatrist

# EXHIBIT 26

San Diego

## Prehospital Patient Record

,

**Incident Date:** 03/17/2022 22:53 **Unit:** M18 **CAD #:** FS22046801 **MRN:** 1234 **Base:** UCSD

## Patient Information

**Name:** Rupard, Lonnie **Address:** 1173 Front St San Diego, California. 92101

**Age:** 46 Years **DOB:** 10/01/1975 **Sex:** Male **Weight:** 72.6 KG / 160 LB **Acuity:** Acute **Broselow:**

**SSN:** **Employer Name:** **Work Related?:** No

**Is there any reason to suspect patient may HAVE or may have been EXPOSED to COVID-19?** No

**Details for suspecting patient may HAVE or have been EXPOSED to COVID-19**

## Insurance/Payment Info

| Insurance | Billing Priority | Policy # |
|---|---|---|
| Unknown Insurance - Why? | | |

**ALS Assessment Performed:** Yes **Performed By:** Paramedic - Both Units

## Dispatch Information

**Complaint Reported by Dispatch:** Cardiac Arrest/Death **Priority:**

**EMD Performed:** Yes, Without Pre-Arrival Instructions **EMD Card #:** 09E01

## Scene Location

**Location Name:** JAIL Central Detention Facility **Response Mode:** Emergent (Immediate Response)

**Scene Location:** 1173 Front St San Diego, California. 92101 **Location Type:** Prison/Jail

**Disp. Reason:** Cardiac Arrest/Death **Tx Mode:** Emergent (Immediate Response)

**Destination:** University of California, San Diego Medical Center **Dest. Determ.:** Law Enforcement Choice

## Disposition

**Destination:** University of California, San Diego Medical Center **Destination Type:** Hospital-Emergency Department

**Address:** 200 West Arbor Drive San Diego, California, 92103

**Incident / Patient Disposition:** Treated and Transported with PM with Base Hospital Contact

Destination Team Pre-Arrival Alert or Activation

Date/Time of Destination Prearrival Alert or Activation

## Response Times and Mileage

**Unit disp:** 22:53 **En Route:** 22:53 **At Scene:** 23:05 **Depart:** 23:28

**Arrive dest:** 23:38 **Turnover:** **Available:** 00:56 **Call Completed:** 00:56

**Beg. Odom:** **Scene odom:** 0 **Dest. Odom:** 3.7 **Ending odom:**

**Scene to Destination Mileage:** 3.7 **Beginning to End Mileage:**

## Provider Impression

**Primary Impression:** Cardiac Arrest - Medical **Primary Symptom:** N/A

**Secondary Impressions:**

**Alerts:**

## Narrative

**Chief Complaint Notes**

cardiac arrest

**Patient History Notes**

medic 18 responded to the jail to find a 46 year old male in cardiac arrest. the pt had an unknown down time and bls cpr was started by medical staff at the jail. The fire engine arrived and began attempting als efforts.

**Assessment Notes**

Once medic 18 arrived onscene the lucas devise was attached to the pt. the pt was aystole on the monitor and changed to vtac the pt was shockeda total of 3 times and changed to pea which he remained in for the remander of the call

**RX Notes**

vs, assessment, cpr, lucus, bvm, o2 15 lpm, opa, 18 gg iv, 8x 1mg epi 1x10000

**Transport Narrative**

The pt was treated and tranported to UCSD hospital the pts care was turned over to er rn

## Assessment

| Time | Medical Assessment |
|---|---|
| | Mental Status Assessment: Unresponsive |

## Injury

**Cause:**

**Mechanism:**

**Trauma Center Criteria**

**Vehicular or Other Risk Factor:**

**Use of Safety Equipment:**

**Airbag Deployment:**

**Height of Fall (feet):**

## Vehicles

| Vehicle | Dispatch Time | En Route Time | Scene Time | Left Scene Time | Arrived Destination Time | Transfer Of Care Time | Clear Time |
|---|---|---|---|---|---|---|---|
| M18 | 03/17/2022 22:53:16 | 03/17/2022 22:53:32 | 03/17/2022 23:05:31 | 03/17/2022 23:28:00 | 03/17/2022 23:38:24 | | 03/18/2022 00:56:22 |
| E1 | 03/17/2022 22:53:34 | 03/17/2022 22:55:11 | 03/17/2022 22:55:35 | | | | 03/18/2022 00:20:30 |

## Crew

| Crew Member | Certification Number | Role |
|---|---|---|
| Mark Dombrosky | P20888 | |
| Mark Dombrosky | P20888 | |
| Talmadge Jackson | E134519 | |
| Samuel Dunn | E110634 | |
| James Kelly | P34424 | |
| Lizbeth Rivera | E149028 | |
| James Kelly | P34424 | |

## Crew Exposure

| Crew Member | Certification # | PPE Used | Suspected Exposure | Type of Exposure |
|---|---|---|---|---|
| Mark Dombrosky | P20888 | | | |
| Talmadge Jackson | E134519 | | | |
| Samuel Dunn | E110634 | | | |
| James Kelly | P34424 | | | |
| Lizbeth Rivera | E149028 | | | |
| James Kelly | P34424 | | | |

## Patient Vitals

| Time | B / P | HR | T° | RR | Effort | Left Lung | Right Lung | SpO2 / Qualifier | EtCO2 | GCS | Pain | CVA Scale | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23:01 | Exam Finding Not Present / Exam Finding Not Present | 0 | | 0 | Apneic | Clear | Clear | / | 5 | 3 | | | |



CONFIDENTIAL COSD 018176

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23:13 | Exam Finding Not Present / Exam Finding Not Present | 0 | | 10 | Mechanically Assisted (BVM, CPAP, etc.) | Clear | Clear | / | 6 | 3 | | | |
| 23:21 | Exam Finding Not Present / Exam Finding Not Present | 0 | | 10 | Mechanically Assisted (BVM, CPAP, etc.) | Clear | Clear | / | 8 | 3 | | | |
| 23:36 | Exam Finding Not Present / Exam Finding Not Present | 0 | | 10 | Mechanically Assisted (BVM, CPAP, etc.) | Clear | Clear | / | 6 | 3 | | | |

## EKG Monitor

| Time | ECG Type | Rhythm | Crew |
|---|---|---|---|
| 23:01 | 4 Lead | Asystole | MD |
| 23:13 | 3 Lead | Ventricular Tachycardia (Pulseless) | JK |
| 23:21 | 3 Lead | PEA | JK |
| 23:36 | 3 Lead | PEA | JK |

## Medications Administered

| Time | Meds | Dose | Route | Crew | Auth | Response | PTA |
|---|---|---|---|---|---|---|---|
| 00:00 | Normal Saline | 500 Milliliters (ml) | Intravenous (IV) | MD | | | No |
| 23:09 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | MD | SO - Standing Order | | Yes |
| 23:12 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | MD | SO - Standing Order | | Yes |
| 23:15 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | MD | SO - Standing Order | | Yes |
| 23:18 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | MD | SO - Standing Order | | Yes |
| 23:21 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | JK | SO - Standing Order | Improved | No |
| 23:24 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | JK | SO - Standing Order | Unchanged | No |
| 23:27 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | JK | SO - Standing Order | Unchanged | No |
| 23:32 | Epinephrine 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | JK | SO - Standing Order | Unchanged | No |

## Procedures

| Time | Skills | Size | Success | Crew | Auth | Response | PTA |
|---|---|---|---|---|---|---|---|
| 23:01 | ETCO2 Digital Capnography | | Yes | MD | | | Yes |
| 23:01 | CPR - Manual | | | MD | SO - Standing Order | | Yes |
| 23:09 | IV - Insertion | | | MD | | | Yes |
| 23:10 | CPR - Mechanical Device | | Yes | JK | | | No |
| 23:13 | Defibrillation - Manual | | Yes | JK | SO - Standing Order | Unchanged | No |
| 23:13 | 3-lead EKG | | Yes | MD | | | No |

## History, Medications and Allergies

**Past Medical History**

None Reported

**Medication Allergies**

No Known Drug Allergies

## Signatures

**Time:** 00:00 **Reason:** Patient Transported (Billing Authorization, HIPAA notice)

**Printed Name:** Lonnie Rupard **Type of Person:** Patient

**Pt. Representative:** **Sig. Status:** Not Signed - Mental Status/Impaired

**Time:** 10:05 **Reason:** EMS Provider

**Printed Name:** James Kelly **Type of Person:** EMS Primary Care Provider (for this event)



**I acknowledge that the above assessments/treatments were provided for this patient.**

**Time:** 10:06 **Reason:** EMS Provider

**Printed Name:** Lizbeth Rivera **Type of Person:** EMS Crew Member (Driver/Other)



**I acknowledge that the above assessments/treatments were provided for this patient.**



**CONFIDENTIAL COSD 018178**

# EXHIBIT 28

# County of San Diego

STEVEN C. CAMPMAN, M.D.
CHIEF MEDICAL EXAMINER

DEPARTMENT OF THE MEDICAL EXAMINER
5570 OVERLAND AVE, STE 101, SAN DIEGO, CA 92123-1215
(858) 694-2895 • FAX (858) 495-5956
http://www.sandiegocounty.gov/me

JONATHAN R. LUCAS, M.D.
CHIEF DEPUTY MEDICAL EXAMINER

CONFIDENTIAL

## CALL INFO

| | | | |
|---|---|---|---|
| NAME OF DECEASED: **RUPARD, Lonnie** | AKA: | HIO: ☐ | CASE NUMBER: **2022-01007** |
| INVESTIGATOR: Fernanda Sanchez | REPORTED BY: Dr. Allen | REPORTING AGENCY: UCSD Medical Center | PREVIOUS WAIVE #: |
| CALL DATE AND TIME: 3/18/2022 0132 | ARRIVAL DATE AND TIME: 3/18/2022 0209 | RETURN DATE AND TIME: 3/18/2022 0252 | |

## DECEDENT

| | | | | |
|---|---|---|---|---|
| DATE AND TIME OF DEATH: 3/17/2022 2351 | DATE OF BIRTH: 10/1/1975 | AGE: 46 Years | GENDER: Male | RACE: Filipino, White |
| RESIDENCE (STREET, CITY, STATE, ZIP): | | COUNTY: | | LAST SEEN ALIVE: 03/17/2022 |
| COUNTRY OF RESIDENCE: | OCCUPATION: | | | PAID AUTOPSY: ☐ |

## DEATH

| | |
|---|---|
| LOCATION OF DEATH: UCSD Medical Center | TYPE OF PLACE: Hospital |
| ADDRESS (STREET, CITY, STATE, ZIP): 200 W Arbor Dr, San Diego, California, 92103 | |

SUMMARY

The decedent was a 46 year old, divorced, Asian male who was known to live a homeless lifestyle in San Diego. On the evening of 03/17/2022, the decedent was found unresponsive, while in custody at the San Diego Central Jail. Facility staff initiated cardiopulmonary resuscitation (CPR) efforts and the decedent was transported by paramedics to UCSD Medical Center Emergency Department (ED). Upon arrival to the ED, medical staff continued CPR efforts, to no avail. Death was pronounced by a physician shortly after his arrival.

Medical Examiner's jurisdiction invoked according to the California Government Code 27491: Deaths in prison or while under sentence.

## INCIDENT

| | | | | |
|---|---|---|---|---|
| LOCATION OF INCIDENT: | INCIDENT PLACE TYPE: Jail, Prison, Detention Facility | AT WORK: ☐ | AT RESIDENCE: ☐ | |
| ADDRESS (STREET, CITY, STATE, ZIP): 1173 Front Street, San Diego, California, 92101 | | COUNTY: San Diego | | |
| DATE AND TIME OF INCIDENT: 03/17/2022 Unk | INVESTIGATING AGENCY: San Diego Sheriff | OFFICER: Blumenshine | BADGE #: 2137 | REPORT #: 21-011838 |
| DECEDENT WAS: | BELTED: No | HELMETED: ☐ YES ☑ NO | POSITION: | ON PRIVATE PROPERTY: ☐ YES ☐ NO |
| VEHICLE: | LICENSE NUMBER: | | STATE: | |

## NOTIFICATION

| | | | |
|---|---|---|---|
| IDENTIFIED BY: Dep. Costelow | METHOD: Visually | DATE AND TIME: 03/17/2022 | |
| FUNERAL HOME: | PROPERTY: ☑ YES ☐ NO | PUBLIC ADMINISTRATOR False: ☐ YES ☑ NO | TYPE OF EXAM: Autopsy |
| NAME OF NOK OR OTHER: [redacted] | RELATIONSHIP: BANNED, REFER TO MANAGEMENT, SEE CASE NOTES | DATE NOTIFIED: 3/18/2022 | NOTIFIED BY: |

County of San Diego

STEVEN C. CAMPMAN, M.D.
CHIEF MEDICAL EXAMINER

DEPARTMENT OF THE MEDICAL EXAMINER
5570 OVERLAND AVE, STE 101, SAN DIEGO, CA 92123-1215
(858) 694-2895 • FAX (858) 495-5956
http://www.sandiegocounty.gov/me

JONATHAN R. LUCAS, M.D.
CHIEF DEPUTY MEDICAL EXAMINER

CONFIDENTIAL

| San Diego Medical Examiner<br>5570 Overland Avenue, Suite#101<br>San Diego, CA 92123-1206<br>(858) 694-2895 | Case Number<br>Investigator<br>Date of Death<br>Date Today | : 2022-01007<br>: Fernanda Sanchez<br>: 03/17/2022<br>: 02/08/2023 |
|---|---|---|

## INVESTIGATIVE NARRATIVE

**Decedent:** RUPARD, Lonnie

**Antemortem Events:**
On 03/18/2022, the following information was obtained via an in-person interview with Deputy Costelow, ID 3804, of the San Diego Sheriff's Department (SDSO). On 03/17/2022 at approximately 2300 hours, the decedent was found unresponsive in module 74D of the San Diego Central Jail. Facility staff initiated cardiopulmonary resuscitation (CPR) efforts and the decedent was transported by paramedics to UCSD Medical Center Emergency Department (ED).

On 03/18/2022, the following information was obtained via an initial telephone call intake with Dr. Allen of UCSD Medical Center and was supplemented by medical records provided. Paramedics continued CPR efforts while en route to the UCSD Medical Center ED. Upon arrival to the ED at 2339 hours, the decedent was intubated, and medical staff continued CPR efforts, to no avail. Death was pronounced at 2351 hours by Dr. Allen.

On 03/18/2022 at 0132 hours, Dr. Allen notified the San Diego County Medical Examiner's Office of the death and jurisdiction was invoked.

**Past Medical, Surgical, and Social History:**
On 03/18/2022, the following information was learned via a telephone interview between Investigator Flores and the decedent's mother, [redacted], and his ex-wife, [redacted]. The decedent and his ex-wife divorced approximately 22 years prior, and they indicated he had another ex-wife named, [redacted], with whom he had a son named [redacted]. The decedent also had a son with [redacted], named [redacted]. He had a third child who was reported to have died in October 2018 [redacted]. The decedent never remarried and there were no additional children known. The ex-wife and the mother were unable to recall any medical conditions other than schizophrenia. The decedent would sometimes seek psychiatric help, but he was inconsistent about it. He had been given injections for his schizophrenia, but he was noncompliant with his medications, and he was known to become violent when he was not on his medications. As a result of the violence, he was "in and out" of jail. He had a past history of methamphetamine use, but the family was unaware of any instances of overdose or hospitalizations, and unaware of any current illicit drug use. They further relayed the decedent consumed alcohol, but they "wouldn't say" he had a drink problem.

Per medical records provided by UCSD Medical Center, the decedent had a medical history significant for psychotic disorder and unspecified stimulant use. He was reported to not be taking any medications.

**Scene Description:**
On 03/18/2022 at 0209 hours, I arrived on scene to the location of death at UCSD Medical Center's Emergency Department, Bed 6.

**Body Description:**
I viewed and adult male as he lied supine on a gurney, partially covered by sheets and a blue hospital gown. The decedent's lower left arm and left hand were over the sheets. The left arm was flexed at the elbow, with the palm of the left hand about the right shoulder. Around the left wrist was a medical bracelet bearing the name



CONFIDENTIAL COSD 006378

CONFIDENTIAL

RUPARD, Lonnie. I photographed the position for documentation and moved the decedent's left arm and removed the sheets. Upon removal of the sheets, I noted the decedent to be an adult Asian male. His head was turned to the left. His right arm was extended and rested on the gurney, to the right of his right lateral torso. His legs were extended and in line with his torso. The decedent was nude. Signs of medical intervention included: a nasogastric tube, an endotracheal tube, defibrillator pads to the right upper chest and left lateral torso, an intravenous line to the left antecubital fossa, and a blood pressure cuff around the left upper arm. The decedent was warm to the touch. There was rigor in the extremities. There was blanching lividity manipulated with light pressure observed to the posterior aspect, consistent with the position I viewed him in. The decedent appeared to be incontinent of feces, and there were feces about the buttock area and the posterior aspect of the lower extremities and the soles of both feet; the posterior aspect was otherwise unremarkable.

There were scattered, crusting abrasions to the decedent's face and forehead, but the skull and facial bones were free of crepitus upon palpation. There was bilateral tache noire observed in the sclerae, but they were otherwise clear and free of hemorrhage. The eyes, ears, nares, and mouth were free of fluids. I was unable to examine the intraoral cavity due to the endotracheal tube in place, but there was blood noted inside the endotracheal tube. There were scattered crusting abrasions noted to the anterior aspect of the neck, but it appeared to be free of recent trauma or injury. The chest was free of crepitus upon palpation. The abdomen was emaciated. There were scattered, crusting abrasions to the feet, The arms and legs appeared to be free of significant trauma or injury. The fingernails of both hands were unbroken and free of trauma.

92M Transport personnel, E. Arenas, arrived on scene to assist with the decedent's body. A yellow identification band was affixed to his right leg. The decedent was placed in a new, clean, white vinyl pouch, and sealed with a blue, tamper-evident seal 2294384 at 0237 hours. He was then transported to the San Diego County Medical Examiner's Office (SDCMEO) for further evaluation.

After my return to the SDCMEO at 0252 hours, I received a telephone call from Detective Santiestebian, ID 7148, attempting to report this death. I explained that I had already responded to the scene and the decedent had already been transported to our office. I further relayed that prior to responding to UCSD Medical Center, I requested that Dr. Allen confirmed with the deputies on scene whether or not a crime scene investigation unit was responding. Dr. Allen did so and indicated no one else was planning on going to the scene, and thus I responded. Detective Santiesteban indicated that while SDSO had no concerns for foul play, he requested that a red seal be placed, and for a detective to attend the exam. At his request, I broke the blue seal and replaced it with a red, tamper-evident seal 4950993 at 0405 hours. I photographed the new seal for documentation and provided Detective Santiesteban with photographs of the seal.

Per a case note entered in by Forensic Autopsy Assistant Juana Reyes Chavez on 03/18/2022 at 0739 hours, due to there being a tear in the original white vinyl pouch, the decedent was re-bagged and was affixed with new red seal 4950349.

**Special Requests:**
Per Detective Santiesteban, SDSO does not have any charges pending and did not request a seal be placed for this case. However, he indicated Detective Blumenshine would like to attend the exam on Saturday, 03/19/2022.

**Identification:**
The decedent was visually identified by Deputy Costelow.



CONFIDENTIAL COSD 006379

CONFIDENTIAL

**Antemortem Specimens:**
Per Dr. Allen, there were no antemortem specimens available for MRN# 31943869.

**Public Administrator:**
This case was not initially referred to the Public Administrator.

**Other Important Factors:**
There are no other important factors.

**Signed:** ______________________________
**Fernanda Sanchez**
**Medical Examiner Investigator**

**Date Signed:** 03/19/2022

**Approved by:** ______________________________

CONFIDENTIAL

# County of San Diego

STEVEN C. CAMPMAN, M.D.
CHIEF MEDICAL EXAMINER
(858) 694-2895

MEDICAL EXAMINER'S DEPARTMENT
5570 OVERLAND AVE, STE 101, SAN DIEGO, CA 92123-1215
http://www.sdcounty.ca.gov/me/

## AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **Name:** | LONNIE RUPARD | **ME#:** | 2022-1007 |
| **Place of death:** | UCSD Medical Center<br>San Diego, CA 92103 | **Age:** | 46 Years |
| | | **Sex:** | Male |
| **Date of death:** | March 17, 2022; 2351 Hours | | |
| **Date of autopsy:** | March 19, 2022; 0935 Hours | | |

---

CAUSE OF DEATH: PNEUMONIA, MALNUTRTION, AND DEHYDRATION IN THE SETTING OF NEGLECTED SCHIZOPHRENIA

Contributing: SARS-COV-2 (COVID-19) VIRAL INFECTION; PULMONARY EMPHYSEMA; DUODENAL ULCER

MANNER OF DEATH: HOMICIDE

AUTOPSY SUMMARY:

I. History of schizophrenia and other psychotic disorders with refusal to take prescribed medications while incarcerated.
   A. Malnutrition and dehydration.
      1. Height 69 inches, weight 105 pounds with a body mass index of 15.5.
      2. Subcutaneous fat thickness 0.1 cm.
      3. Decreased skin turgor.
      4. Elevated postmortem vitreous sodium, chloride, and urea nitrogen: see Toxicology Report.
   B. Acute bilateral bronchopneumonia; left lung weight 1030 grams, right lung weight 480 grams.
   C. Superficial pressure sores of back and right foot.

II. SARS-CoV-2 (COVID-19) virus detected in postmortem nasopharyngeal swab by nucleic acid amplification test.

III. Pulmonary emphysema, moderate.

IV. Duodenal ulcer, 2.5 x 2.0 cm without perforation.

V. Minor acute and healing blunt force injuries of head, neck, torso, and extremities.

VI. Remote right orbitofrontal cerebral contusion; see Neuropathology Consultation Report FA-22-0000070.

VII. Resuscitation-related injuries.
   A. Anterior rib fractures.
   B. Pericardial sac laceration, right atrial and ventricular laceration with 75 mL of hemopericardium.

<u>OPINION</u>: According to investigative information and review of records provided by the San Diego County Sheriff's Department, on the early morning hours of December 19, 2021, this 46-year-old man was arrested by National City Police for a parole violation, and directly booked into San Diego Central Jail. The arresting officer reported the decedent had a history of psychotic disorders with combative, assaultive, or hostile behavior. During intake, his vital signs were stable, and his recorded height and weight were 6 feet and 165 pounds, respectively. He answered "no" to all the general medical assessment questions, mental health screening questions, suicide risk assessment, substance use assessments, and miscellaneous assessments. During intake medical examination by a staff nurse, his vital signs were stable. He was described as alert and oriented x2, disheveled in appearance, and verbally abusive but directable. He refused a COVID-19 test. He was placed in a single occupancy cell.

On December 20, 2021, psychiatry sick call notes documented a history of psychiatric illness on extensive medications, prior treatment at Patton State Hospital and maintenance on mediations during previous incarceration. Psychiatry was onsite but decedent refused evaluation. It was rescheduled for December 23, 2021; however, it was rescheduled several more times due to time constraints.

On December 29, 2021, he had his initial psychiatry sick call evaluation. The progress note stated that he had a history of unspecified schizophrenia and other psychotic disorders, [redacted]. The evaluation occurred cell-side. The psychiatrist noted he had fair hygiene, was shirtless but wearing pants, and was standing by the cell door. During the interview, he was irritable and uncooperative. He yelled and was verbally aggressive. His mood was unable to be assessed due to lack of cooperation. He was deemed in no apparent distress, with no signs of being a danger to self or others. The psychiatrist's plan was to offer/start previous

psychiatric medications including Haldol, Cogentin, and Valproic acid. Potential benefit, risk, side effects, and alternatives were discussed, including no medication; however, the decedent refused all medications and laboratory tests. No signs requiring immediate psychiatric intervention were noted at the visit. Follow-up to clinic was scheduled in four to five weeks or sooner, if needed.

Nursing records documented that he refused medications daily from December 20, 2021, through January 20, 2022.

A psychiatry sick call was requested on January 15, 2022, due to his refusal to take medications. Per psychiatrist progress notes on January 20, 2022, due to his consistent refusal to take medication, his prescribed Haldol, Cogentin, and Valproic Acid, were discontinued. It was noted that he was already scheduled for a follow-up visit.

On January 29, 2022, nursing progress notes documented the decedent was seen on housing floor following use of force by deputies without conducted electrical weapon (CEW) deployment. The nurse noted a laceration between his eyebrows not actively bleeding, a small abrasion on the left side of his face, and some possible blood on his lips. His breathing was even and unlabored. He repeatedly stated "I don't need a medic. Leave me alone, if you touch me, I'll kill you." For safety reasons, the nurse was not able to further assess him.

On February 1, 2022, staff requested the decedent be seen by a qualified mental health professional for psychiatric illness.

On February 2, 2022, psychiatry sick calls note chronic care for psychotic disorders. Psychiatry was onsite but decent refused and he was rescheduled for February 18, 2022.

On February 9, 2022, a wellness check was performed by a qualified mental health professional. He was evaluated cell-side, standing at the front door. He was uncooperative stating "I am fine, I don't want to talk to you." He was unable to be fully assessed due to refusal and/or inability to cooperate. His cell was clean with some debris. Empty food trays were inside his cell. He was free of any urine, feces, or flooding, and was moderately groomed. He did not appear in any acute distress and there were no immediate safety concerns. There was no threat to self or others and no distressing symptoms or major impairment. The plan was for continued monitoring with follow-up wellness check in two weeks.

On February 20, 2022, progress notes indicated he was on lockdown.

On February 22, 2022, he was again seen by the psychiatrist. The visit occurred cell-side. During that visit, multiple attempts were made to engage him in conversation, but he

refused to answer questions, rambled incoherently, and became verbally aggressive. The psychiatrist observed him through his cell door window and noted he was awake, alert, shirtless, and wearing pants, initially sitting on his bed but then kneeling in his cell. He appeared to be in no acute distress. His cell room was "relatively clean, no flooding/gassing or smearing of feces." The toilet was covered with a cloth and the content could not be visualized. When he was again offered psychiatric medications, he continued to yell. Due to his presentation, psychiatric history, legal status, and potential for decompensation, the plan was to continue to monitor him and offer treatment with follow up in six to seven weeks or sooner, if needed. He had no signs of danger to self or other and the psychiatrist indicated he did not require immediate psychiatric intervention at that time.

On February 23, 2022, staff again requested the decedent be seen by a qualified mental health professional for a wellness check.

No additional sick calls or progress notes were documented from February 23, 2022, until March 17, 2022.

The decedent was reportedly last seen alive during cell checks on March 17, 2022, at approximately 2146 hours. At 2248 hours, the decedent was found unresponsive in his bunk covered with a blanket and not breathing. The decedent was pulled from the bunk and cardiopulmonary resuscitation (CPR) was administered. Medics arrived and attached the Lucas CPR assist device. The decedent was in asystole and changed to ventricular tachycardia. He was shocked a total of three times and then remained in pulseless electrical activity. The decedent was transported via medics to UCSD Medical Center where despite resuscitative efforts, he had no return of spontaneous circulation and was pronounced dead. Deputies noted his cell was soiled with feces. Old food that contained insect larvae was also in the cell.

A mental competency report dated March 24, 2022, documented that on March 14, 2022, three days prior to his death, the decedent was seen by a court-ordered psychiatrist for examination of mental competency to stand trial. The psychiatrist noted the cell was dirty with trash throughout. The toilet was full of excrement and the room was malodorous. There was feces on the floor and food smeared on the walls. The decedent was described as unkempt and dirty himself. During the exam, the decedent was lying in bed in an uncomfortable manner with a blanket over his head. The psychiatrist's diagnostic impression was psychosis not otherwise specified and stimulant use disorder per records. The psychiatrist's final opinion was that he suffered from severe mental illness and was not competent to stand trial. He recommended referral to a state hospital and that he be given antipsychotic medication involuntarily as allowed by law.

Reportedly the decedent refused court on December 27, 2021, and probation was revoked. He went to court on December 28, 2021, and the judge ordered he be held in custody by the San Diego County Sheriff. He went to court on January 3, 2022, and the judge ordered he be held in custody and probation remained revoked. He refused court on January 7, 2022, and January 13, 2022. He went to court on January 24, 2022, and the judge ordered he be held in custody and probation remained revoked. He was ordered to have a mental competency examination on March 9, 2022, and was set for an intervening hearing on March 18, 2022.

According to the decedent's mother and one of his ex-wives, he had no other medical conditions other than schizophrenia. He was inconsistent with treatment for his schizophrenia. He was known to become violent when he was noncompliant with his medications. He had a prior history of methamphetamine use and was known to consume alcohol.

The only medical records found under the decedent's name and date of birth in San Diego Health Connect medical record portal was a visit to the Logan Heights Clinic on May 21, 2021, [redacted]

The autopsy was performed in the San Diego County Medical Examiner's Office on March 19, 2022, and documented a cachectic adult male with a body mass index of 15.5 (height 69 inches, weight 105 pounds), representing a 60 pound weight loss, or 36% total body weight, since the time of his arrest. He had decreased skin turgor and postmortem vitreous chemistry testing with elevated sodium, chloride, and vitreous urea nitrogen levels, altogether indicating dehydration. He had pulmonary congestion and edema, with acute bilateral bronchopneumonia. The right lung showed evidence of prior aspiration of gastric content with foreign body giant cells surrounding plant material. Both lungs had moderate pulmonary emphysema with patchy atelectasis. There was no microscopic evidence of diffuse alveolar damage, pulmonary thromboemboli, or microfibrin thrombi. Postmortem nasopharyngeal swab for SARS-CoV-2 (COVID-19) virus via nucleic acid amplification test was positive. Testing for influenza A and B virus was negative. He had no significant cardiovascular disease, liver disease, or kidney disease. A 2.5 cm x 2 cm ulcer was noted in the proximal duodenum and had no evidence of perforation. He had soft tan-brown-maroon material throughout the small intestine and soft brown stool throughout the large intestine with no additional small bowel or large bowel mucosal ulcerations or mass. He had several superficial pressure sores on his torso and extremities.

Several small recent and healing abrasions were identified on the face, neck, chest, back, and extremities. He had CPR-related anterior rib fractures with pericardial sac laceration and right atrial and ventricle lacerations with a small amount of hemopericardium.

Neuropathology consultation of the brain and dura documented a remote (old) small cortical contusion on the right orbital frontal region. There was no evidence of acute brain injury or nutritional/metabolic brain injury; see Neuropathology Consultation Report FA-22-0000070.

Toxicology testing was negative for alcohol, common drugs of abuse, and medications (base and acid neutral screens). Postmortem HIV and hepatitis B and C virus serology testing were negative.

Based on the autopsy findings and the circumstances of the death as currently understood, the cause of death is pneumonia, malnutrition, and dehydration in the setting of neglected schizophrenia, with SARS-CoV-2 (COVID-19) viral infection, pulmonary emphysema, and duodenal ulcer listed as contributing conditions. Records document that care was made available to the decedent in the form of meals, continuous in-cell water supply, prescription medications to treat his psychiatric illness, and medical evaluations; nevertheless, the ineffective delivery of that care ended with his death. While elements of self-neglect were present, ultimately this decedent was dependent upon others for his care; therefore, the manner of death is classified as homicide.

BETHANN SCHABER, M.D.
Deputy Medical Examiner

Date signed: 02/28/2023

IDENTIFICATION: The body is received in a white body pouch sealed with tamper resistant read seal number "4950349." The body is in a second inner white body pouch sealed with a second red tamper resistant seal number "4950993." A yellow disposable tarp covers the body. The body is resting on a green fitted sheet. The body is identified by yellow Medical Examiner's identification bands fastened around the right ankle bearing the decedent's name and case number. A second blue Medical Examiner's identification bearing the decedent's name, case number, and a weight of 105 pounds (as received) is secured to the right ankle after the inner body bag has opened. There are no evidence bags on the head, hands, and feet. A UCSD Medical Center hospital identification band bearing the decedent's name, date of birth, and medical record number "31943869" is secured to the left wrist.

WITNESSES: I am assisted by Forensic Autopsy Specialist Stephen Hannum. Also present during the autopsy are San Diego Sheriff's Department Homicide Team One Detective M. Blumenshine and Forensic Evidence Technicians M. Gervasoni and D. Racicot.

CLOTHING AND PROPERTY: The body is clad in a short-sleeve blue shirt with green tag. There are two vertical cuts up the front of the garment with some white material on the right front of the shirt and keratotic debris on the inner aspect of the shirt.

Received in an unsealed plastic bag in an inner brown paper bag with photo identification sticker bearing the decedent's name, date of birth, race and sex are the following items:

1. Blue stripped long-sleeve sweatshirt.
2. Pair of brown and black boots.
3. Disposable blue face mask.
4. Blue pants.
5. Gray tank top.
6. Black briefs.
7. White and yellow metal wristwatch.
8. In a separate white envelope labeled with the decedent's name and booking number "21149433" is $335.32 of U.S. currency; $100.00 dollar bills (two), $20.00 bills (six), $10.00 bill (one), $5.00 bills (one), quarter (one), nickel (one), pennies (two).

EVIDENCE OF MEDICAL INTERVENTION:

1. An oxygen nasal canula is resting on the right cheek with tubing extending over each ear.
2. An endotracheal tube is in situ in the mouth secured with a white fabric cord tied around the face and neck.
3. A triangular defibrillator electrode is on the mid chest. An oval defibrillator electrode is on the mid chest. A rectangular defibrillator electrode is on the lateral left chest.

A rectangular defibrillator electrode is adhered to the cut shirt.
4. EKG electrodes are on the chest and abdomen.
5. A pulse oximetry monitor is on the left index finger.
6. Disposable blood pressure cuff is secured around the left upper arm.
7. A single lumen intravascular catheter is in the left antecubital fossa.

## EXTERNAL DESCRIPTION

The body is of a well-developed, cachectic, 69 inch, 105 pound adult male with light to medium pigmented skin whose overall appearance is consistent with the reported age of 46 years.

The head is normocephalic. The injuries of the head and neck will be described in the injury section below. Several tan-brown serous crusted healing lesions surrounding hair follicles are along the left temporal scalp and occipital scalp. The thin brown scalp hair varies in length. It measures 1/2 inch along the mid frontal and parietal scalp and ranges from 2, up to 3 inches along the temporal and occipital hairline. The mustache measures 1-1/4 inch in the length and the mid chin goatee measures 2-1/2 inches in length. Sparse 1/2 inch facial hairs are along the jawline. There is prominence of the facial bones (orbital ridges and zygomatic arches). The eyes are sunken. The corneae are dull. The irides are brown. The conjunctivae have no hemorrhage, petechiae, or icterus. The nose is normally formed, and the nares are unobstructed. The lip mucosa is desiccated. The oral cavity has natural teeth in fair condition and an atraumatic mucosa. The ears are normally formed and without drainage. The neck is symmetrical.

There is pectus excavatum of the chest. There are cardiopulmonary resuscitative marks on the mid chest. There is prominence of the clavicles and ribs. The abdomen is scaphoid. The back is symmetrical. Abundant dry brown fecal material is on the buttocks and on the posterior lower extremities. There is decreased skin turgor along the torso and extremities. The upper extremities have no needle track marks or ventral wrist scars. The fingernails are short. A small amount of dry brown fecal material is on the thumbs and index fingers. There is a chronic deformity of the nail of the left index finger. The lower extremities show no edema, deformity, or amputations. The toenails are short. Dry brown fecal material is on the soles of the feet.

The genitalia are of an adult male. The penis is circumcised. The testes are palpable within the scrotum. Dry brown fecal material is on the perineum and around the anus. There is no trauma of the genitalia or anus.

SCARS:
1. Multiple small irregular circular to short linear scars are on the forearms, knees, and shins.

2. A vertically-oriented 3 x 1/16 inch linear scar is on the left elbow.
3. A curvilinear 3/4 inch slightly cavitated scar is on the mid lower lip extending to the vermillion border.

TATTOOS: Multiple black and polychromatic tattoos are on the torso and extremities.

POSTMORTEM CHANGES: Rigor mortis is overcome with minimal force in the upper and lower extremities, neck, and jaw. Livor mortis is posterior, purple-red and nonblanching to pressure. The body is cool (refrigeration). There is early green putrefactive discoloration along the lower abdomen.

PRESSURE INJURIES (PRESSURE SORES) OF TORSO AND EXTREMITIES:
An oval 1/2 x 1/4 inch superficially ulcerated lesion covered with tan fibrinous material is on the lateral left back overlying the lateral edge of the scapula. Just lateral to this are areas of pink-tan skin slippage. Similar appearing ulcerated pink-tan lesions covered with tan fibrinous material are on the lateral right back and posterior right shoulder ranging from 3/16 x 1/8 inch up to 3/4 x 1/2 inch. A pink-red 1 x 1/2 inch lesion without central ulceration is on the right posterior superior iliac crest. A pink-red superficial ulcerated lesion 5/16 x 1/8 inch is on the superior left sacral region. Two areas of central intact skin surrounded by erythematous skin without definitive central ulceration are on the superior sacral region measuring 1/2 x 3/16 inch on the left and on the right measuring 3/4 x 1/4 inch. A superficial pink-tan ulcerated lesion 5/16 x 3/16 inch is on the inferior sacral region. Punctate and coalescing ulcerated lesions with peripheral erythema and central tan to tan-brown fibrinous material surrounded by an area of hypopigmentation is on the lateral inferior right hip over the femur covering an area 1-1/4 x 1 inch.

A pink-tan superficial ulcerated lesion 1/4 inch in diameter is on the right elbow. The center of the lesion has tan fibrinous material. A healing ulcerated lesion 1/2 x 1/4 inch is on the dorsal left forearm just below the elbow. It is covered with a tan soft fibrinous material.

## INJURIES, EXTERNAL AND INTERNAL

*There are blunt force injuries of the head, neck, torso, and extremities. They are described by body region and labeled "A" through "C" for descriptive purposes only; no sequence is implied.*

A. BLUNT FORCE INJURY OF HEAD AND NECK:
A tan-brown scabbed abrasion 1/4 inch in diameter is on the posterior right frontal scalp. A dry tan-brown scabbed abrasion 1/4 x 1/16 inch is on the right frontal scalp just within the receding hairline. A curvilinear 1/2 x 1/16 inch pink-red abrasion is on the superior right forehead. A scabbed red-brown 1/16 inch

diameter abrasion is on the mid forehead. A tan-brown scabbed 1/4 inch diameter healing abrasion is on the inferior right forehead just above the eyebrow. A 1/2 x 1/4 inch scabbed red-brown abrasion is along the right brow ridge within the center of the eyebrow. A 1/2 x 1/4 inch dry red-brown abrasion is on the left mid forehead. A scabbed tan-brown 1/8 inch diameter abrasion is on the superior left forehead. A dry red abrasion 3/16 x 1/8 inch is on the left brow ridge just above the eyebrow. A dry tan-brown scabbed abrasion 1/16 inch in diameter is on the glabellum. A cluster of four dry red-brown scabbed healing abrasions is along the inferior right orbit measuring up to 1/16 inch in diameter. A tan-brown scabbed healing abrasion 1/14 inch in diameter is on the right cheek. A dry tan-brown scabbed abrasion 3/16 x 1/8 inch is on the inferior left orbit. A cluster of dry red-brown healing scabbed abrasions measuring up to 1/16 inch in diameter is on the left cheek. An area of pink-red ecchymosis 3/4 x 1/2 inch is on the right chin. A 1/16 inch diameter red abrasion is on the chin just below the vermillion border of the mid lower lip.

Reflection of the scalp reveals no soft tissue or subgaleal hemorrhage. A nearly symmetrical nodular bony deformity is present on the occipital bone measuring 1.5 cm in diameter on the right. A similar 1 cm in diameter defect is on the left frontal skull. There is no defect on the inner table of the skull. The bone of the skull is thickened. There are no skull fractures. There is no epidural or subdural hemorrhage. The brain and dura are retained for Neuropathologic Consultation; a separate report will be issued.

A cluster of dry punctate abrasions extends from the thyroid prominence to the anterior border of the left sternocleidomastoid muscle on the anterior neck covering an area 1-3/4 x 1 inch ranging in size from 1/32 inch in diameter up to 1/8 inch in diameter. A dry red-brown scabbed healing abrasion with peripheral ecchymosis 1/2 x 3/16 inch is along the superior right neck just below the edge of the mandible. A cluster of scabbed tan-brown healing abrasions measuring 1/32 inch in diameter is on the lateral right neck covering an area 1 x 3/16 inch. Anterior neck dissection reveals no internal neck hemorrhage or fractures.

B. <u>BLUNT FORCE INJURY OF TORSO</u>:

A scabbed red-brown peripherally hypopigmented and scarred healing abrasion 1/2 x 3/16 inch is along the medial aspect of the right clavicle. A cluster of dry red-brown scabbed abrasions 1/16 inch in diameter (three) is on the anterior left clavicle. A cluster of punctate and linear dry scabbed tan-brown abrasions is on the left upper chest just below the posterior margin of the clavicle covering an area 2 x 1 inch. Pink-red ecchymosis is on the mid chest. Three tan-red to tan-orange abrasions are on the mid chest ranging from 1/16 inch in diameter up to 1/2 x 1/4 inch in diameter. Two linear partially interrupted partially scabbed tan pink-red

abrasions are on the lateral right sidewall of the body measuring 1/2 x 1/16 inch and 1/2 x 3/16 inch.

A scabbed healing red-brown abrasion 1/4 x 3/16 inch is on the superolateral right back. A cluster of pink-red abrasions ranging from 1/8 inch in diameter up to 1/4 x 3/16 inch is on the right lower back. Two parallel partially interrupted scabbed tan-brown healing abrasions with a small amount of peripheral ecchymosis are on the left buttock measuring 3 x 3/16 inch superiorly and inferiorly measuring 1-1/4 x 1/16 inch.

There are displaced minimally hemorrhagic fractures of the anterior right 5th through 8th ribs, and anterior left 4th through 7th ribs. There is hemorrhage in the anterior mediastinal soft tissue. There pericardial sac is lacerated. The anterior right ventricle and right atrium have epicardial hemorrhage and focal laceration. There is 75 mL of liquid blood in the pericardial sac. These injuries are consistent with attempted cardiopulmonary resuscitation.

C. BLUNT FORCE INJURY OF EXTREMITIES:

Two pink-red abrasions up to 3/16 inch in diameter are on the right elbow. A scabbed peripheral hypopigmented and peeling lesion is on the dorsal surface of the right 5th finger over the metacarpophalangeal joint. A healing scabbed abrasion 3/16 x 1/32 inch is on the dorsal surface of the right 3rd finger overlying the metacarpophalangeal joint. A scabbed healing 1/16 inch in diameter abrasion is on the dorsal surface of the right thumb just distal to the metacarpophalangeal joint.

A cluster of healing tan-brown scabbed abrasions with peripheral hypopigmented skin are on the dorsal surface of the left upper arm measuring up to 3/16 inch in diameter. A healing scabbed red-brown lesion 1/8 inch in diameter is on the dorsal left thumb overlying the interphalangeal joint. A pink-tan abrasion 3/16 x 1/8 inch is on the dorsal surface of the left thumb overlying the metacarpophalangeal joint. There is loss of the distal aspect of the nail on the left 2nd finger. There is only a small amount of red-brown discoloration along the edge of the remaining nail.

Punctate and coalescing tan-brown abrasions are on the anterior right thigh measuring 1/32 inch in diameter covering an area 5 x 2 inches. No abrasion, contusions, or ulcerations are on the remaining thigh, lower leg, or foot.

Punctate and coalescing scabbed red-brown abrasions are on the anterior left thigh covering an area 11 x 1-3/4 inches. A pink-red abrasion 1/14 inch in diameter is on the lateral left malleolus. A scabbed healing red-brown abrasion 1/4 x 3/16 inch is on the posterior left lower leg just above the heel.

*These injuries, having been described, will not be repeated.*

## INTERNAL EXAMINATION

BODY CAVITIES: The organs are in their normal situs. The diaphragm is intact. The abdominal fat pannus measures 0.1 cm. There is 75 mL of liquid blood in the pericardial sac secondary to attempted cardiopulmonary resuscitation. There are no pericardial adhesions. There is no abnormal fluid accumulation or adhesions in the pleural or peritoneal cavities. There is putrefactive discoloration of the abdominal viscera. The organs are otherwise covered by glistening serosal surfaces.

CARDIOVASCULAR SYSTEM: The heart weighs 280 grams. There is focal epicardial hemorrhage along the anterior right ventricle and right atrium with several small 0.1 cm to 0.3 cm lacerations. The remaining epicardial surface is smooth and glistening. The heart has an overall normal shape. The coronary arteries have a normal origin and follow a right dominant course. They are widely patent. There is no atherosclerotic stenosis. The ventricles are not dilated. The left ventricle, right ventricle and interventricular septum measure 1.5 cm, 0.3 cm and 1.4 cm in thickness, respectively. The myocardium is uniformly red-brown without pallor, hemorrhage, softening, or fibrosis. The endocardial surfaces and four cardiac valves are unremarkable. The coronary ostia are patent.

The aorta is elastic without atherosclerosis. The vena cavae and pulmonary arteries are without thrombus or embolus.

RESPIRATORY SYSTEM: The right lung weighs 480 grams, and the left weighs 1030 grams. Both lungs have smooth pleural surfaces and mild anthracotic pigment deposition. Cross sectioning reveals subcrepitant pink-maroon parenchyma with consolidation in the left upper lung lobe. There is no abscess, mass and no pulmonary thromboemboli. Mild to marked amounts of watery red fluid flowing from the cut surfaces. The bronchi contain no foam, mucous plugging, or gastric content.

HEPATOBILIARY SYSTEM: The liver weighs 1170 grams and has an intact capsule and uniformly red-brown parenchyma without nodularity, palpable fibrosis, hemorrhage, slippery texture, or mass. The gallbladder contains 10 mL of green, viscid bile without calculi. The mucosa is unremarkable. The wall is not thickened.

The pancreas has red-tan, lobulated parenchyma without fibrosis, hemorrhage, masses, or chalky discoloration.

HEMOLYMPHATIC SYSTEM: The spleen weighs 70 grams and has an intact capsule and unremarkable, purple-maroon parenchyma with a normal follicular pattern. There are

no lymph node enlargements. Liquid and clotted blood are recovered from the central and peripheral vasculature.

GASTROINTESTINAL SYSTEM: The esophagus and gastroesophageal junction are unremarkable. The stomach contains 60 mL of brown watery fluid without tablets, capsules, or solid food particles. There is a 2.5 cm x 2 cm ulcer in the proximal duodenum just distal to the pylorus. The ulcer base is tan-green with no hemorrhage. The small and large intestine are open along the antimesenteric border revealing soft tan-brown to maroon content in the small intestine and soft brown stool in the large intestine. There is putrefactive discoloration of the bowel mucosa with no ulceration, no mucoid content, and no hemorrhage. The appendix is present.

GENITOURINARY SYSTEM: The right kidney weighs 140 grams, and the left weighs 150 grams. The capsules strip with ease from the smooth, red-brown subcapsular surfaces. The corticomedullary architecture is unremarkable. The pelves are not dilated. The ureters maintain uniform caliber into an unremarkable urinary bladder. The bladder contains 130 mL of dark yellow urine. The prostate gland is symmetrical and unremarkable. The testes are unremarkable palpated within the scrotum.

ENDOCRINE SYSTEM: The thyroid gland is symmetrical and has red-brown parenchyma without masses or cysts. The adrenal glands have the usual golden cortical ribbon and unremarkable medullae. The pituitary gland is unremarkable.

MUSCULOSKELETAL SYSTEM: The skeletal system is normally developed. The ribs are not brittle. The fractures to the ribs secondary to attempted cardiopulmonary resuscitation are described in the above injury section. The clavicles, sternum, vertebrae, and pelvis are without fracture. The musculature is normally distributed, red-brown, and otherwise unremarkable.

HEAD: Reflection of the scalp reveals no soft tissue or subgaleal hemorrhage. Slightly nodular deformities are noted on the outer table of the occipital bone and right frontal bone. The skull is thickened on the cross section. There is no epidural or subdural hemorrhage. The skull is otherwise normally formed. There are no skull fractures.

CENTRAL NERVOUS SYSTEM: The unfixed brain weighs 1290 grams. The brain and dura are retained for neuropathological consultation and a separate report will be issued.

NECK: There is an endotracheal tube in situ. The trachea and larynx are patent and lined by smooth, tan mucosa. The hyoid bone, and tracheal and laryngeal cartilages are without hemorrhage or fracture. The anterior strap muscles and paratracheal soft tissues are without hemorrhage. The cervical vertebrae are intact without hemorrhage or fracture. The tongue has no bite mark or hemorrhage.

## SPECIMENS

TOXICOLOGY: The following specimens are submitted for toxicology: central and peripheral blood, vitreous, urine, liver, and gastric contents.

MICROBIOLOGY: Nasopharyngeal swabs for SARS CoV-2 (COVID-19) virus and influenza A and B virus were submitted.

HISTOLOGY: Portions of tissues and major organs are retained in formalin. Sections of heart, liver, lungs, and kidney are submitted for microscopic examination.

PHOTOGRAPHS: Facial identification photographs, full-body external overall photographs, and additional photographs of selected autopsy findings are taken.

X-RAYS: Full-body postmortem radiographs reveal medical equipment and several of the cardiopulmonary resuscitation related anterior rib fractures.

## MICROSCOPIC EXAMINATION

HEART (2 sections): Sections show orderly cardiomyocytes with no fibrosis, necrosis, or inflammatory cell infiltrates. There are few scattered chronic inflammatory cells in the epicardial adipose tissue. The epicardial and myocardial vessels are unremarkable.

LIVER (1 section): Section shows normal hepatic architecture. There is sinusoidal congestion. There is no steatosis, fibrosis, necrosis, or inflammatory cell infiltrate.

LUNGS (5 sections): Sections from the upper, middle, and lower right lung lobes (slides 2 and 3) show a background of airspace dilation and terminal alveolar clubbing with patchy atelectasis. The alveoli in the right lung sections contain variable amounts of edema fluid, extravasated red blood cells, pigmented and nonpigmented macrophages, rare squamous epithelial cells and few neutrophils. Foreign body giant cell granulomas with central foreign plant material are noted in two of the three sections from the right lung. There is no hyaline membrane formation. The airways of the right lung are unremarkable. There are no chronic bronchial asthmatic changes. The vessels are congested without thrombosis. There is extravasation of red blood cells surrounding one large artery and bronchus (slide 3). Sections from the left lung show extensive neutrophilic infiltrate in the alveoli and bronchioles with flocculent edema fluid and extravasated red blood cells most extensive in the upper lobe of the left lung section (slide 4). There is no significant fibrin deposition and no hyaline membrane formation. Other areas from the lower lobe of the left lung (slide 5) show background of emphysematous changes with patchy areas of aspiration pneumonia characterized by neutrophilic infiltrate surrounding scattered squamous epithelial cells with adhered bacteria in bronchioles and alveoli. There is no foreign material noted in the areas of inflammation. The large bronchi are unremarkable. The vessels are congested and unremarkable.

KIDNEY (1 section): Section shows rare senescent glomeruli. The glomeruli are otherwise unremarkable. The tubular epithelium is autolyzed. There is no tubulointerstitial fibrosis or inflammation. The vessels are congested and unremarkable.

BS:cmh
D: 3/19/22 T: 3/21/22
Rev. 2/27/23 cmh

## *Outside Brain Autopsy Final Reports*

| | | | |
|---|---|---|---|
| Accession #: | FA-22-0000070 | Date of Procedure: | 3/17/2022 23:51 PDT |
| | | Date Received: | 3/19/2022 09:35 PDT |

**Final Diagnosis**

1. **Remote neocortical contusion (1 cm), right orbitofrontal region**
2. **No evidence of acute traumatic brain injury seen**

## Case Information/Discussion

| | |
|---|---|
| Outside Case Number: | 2022-01007 |
| Date of Examination: | June 20, 2022 |
| Forensic Pathologist: | Bethann Schaber, MD |
| Originating Laboratory: | County of San Diego Medical Examiner's Department |

The autopsy neuropathology study demonstrated a small area of remote neocortical contusion in the right orbitofrontal region, consistent with focal remote traumatic brain injury. There was no evidence to suggest acute trauma or nutritional/metabolic brain injury seen.

*Verified by: Jeremy Kieth Deisch*
*Date: 25-JUL-22 08:35 (Electronically signed)*

*JKD*

**Neuropathology Gross**

| | |
|---|---|
| Brain weight: | 1290 grams (fresh) |
| Plane of section: | Cerebrum: Coronal<br>Cerebellum: Parasagittal<br>Brainstem: Axial |
| Cerebral hemispheres: | Symmetric, without foci of softening or discoloration |
| Gyral pattern: | Unremarkable, appropriate for age |
| Gyral atrophy/edema: | Absent |
| Leptomeninges: | Thin and transparent, without exudate or hemorrhage |
| Herniations: | Absent |
| Cortical ribbon: | Remote neocortical contusion (1 x 0.5 cm), right orbitofrontal region. Cortical ribbon otherwise unremarkable |
| Gray-white junction: | Distinct throughout |
| Cerebral white matter: | Homogeneous, without foci of discoloration or mass lesion |
| Hippocampi: | Symmetric, unremarkable |
| Basal ganglia: | Symmetric, unremarkable |
| Thalami: | Symmetric, unremarkable |
| Ventricles: | Unremarkable throughout; no ventriculomegaly or compression seen |
| Shift of midline structure: | Absent |

## *Outside Brain Autopsy Final Reports*

| | | | |
|---|---|---|---|
| Accession #: | FA-22-0000070 | Date of Procedure: | 3/17/2022 23:51 PDT |
| | | Date Received: | 3/19/2022 09:35 PDT |

**Neuropathology Gross**

| | |
|---|---|
| Cerebellum: | Unremarkable, without foliar atrophy or focal lesion |
| Brainstem: | Unremarkable |
| Nuclear pigmentation: | Pigmentation of substantia nigra and locus coerulei appropriate for age |
| Vasculature: | Circle of Willis intact. No occlusive atherosclerosis or aneurysm seen |
| Cranial Nerves: | Unremarkable |
| Dura mater: | Dura mater unremarkable, without hemorrhage, exudate, or defect. Dural venous sinuses patent |
| Spinal cord: | Not examined |

<u>Block Key</u>:

A1: Dura mater, pineal gland
A2: Right orbitofrontal region with contusion
A3: Right orbitofrontal region with contusion
A4: Right hippocampus, mammillary bodies
A5: Left hippocampus
A6: Right frontal lobe parasagittal
A7: Midbrain
A8: Pons
A9: Medulla, right cerebellar hemisphere
A10: Vermis, left superior temporal gyrus

**Neuropathology Micro**

Histologic sections demonstrate an unremarkable dura mater, without hemorrhage, hemosiderin deposits, or inflammatory exudate. The cerebral hemispheric sections from the region of the neocortical contusions shows cavitation, rarefaction, and gliosis of the gyral crests, with scattered hemosiderin deposits and eosinophilic granular bodies. The remaining neocortex is well-populated with appropriately-formed neurons, without ischemic injury or gliosis. The leptomeninges are free of hemorrhage, inflammation, or significant hemosiderin deposition. The subcortical white matter is unremarkable, without axonal injury, gliosis, or myelin pallor. The hippocampus shows no neuronal loss or malformation. Proteinaceous neuronal inclusions are lacking either in supratentorial or pigmented brainstem neurons. The deep gray nuclei, brainstem structures, and hippocampal structures are histologically unremarkable. No pathologic inflammatory infiltrates, acute hemorrhages, or infectious organisms were seen. The pineal gland and mammillary bodies are unremarkable.

**Clinical History**

46-year-old male, found unresponsive while in custody in San Diego Central jail. Per report, was not eating and was malnourished. CPR was performed, death pronounced in Emergency Department. Acute and remote head trauma noted at autopsy.

# County of San Diego

STEVEN C. CAMPMAN, M.D.
CHIEF MEDICAL EXAMINER

DEPARTMENT OF THE MEDICAL EXAMINER
5570 OVERLAND AVE., STE. 101, SAN DIEGO, CALIFORNIA 92123-1206
TEL: (858) 694-2895 FAX: (858) 495-5956

## TOXICOLOGY REPORT

| | |
|---|---|
| Name: | **RUPARD, Lonnie** |
| Medical Examiner Number: | **2022-01007** |
| Date of Death: | **03/17/2022** |
| Time of Death: | **23:51** |
| Pathologist: | **Bethann Schaber, M.D.** |
| Specimens Received: | **Central Blood, Central Blood, Gastric, Liver, Peripheral Blood 1, Peripheral Blood 2, Urine, Vitreous** |
| Date Specimens Received: | **03/21/2022** |

| Test Name (Method of Analysis) | Specimen Tested | Result |
|---|---|---|
| Alcohol Analysis (GC/FID-Headspace) | Peripheral Blood 2 | |
| Alcohol (Ethanol) | | Not Detected |
| Acetone, Isopropanol, Methanol | | Not Detected |
| Drugs of Abuse Screen (ELISA) | Central Blood | |
| Amphetamines | | Not Detected |
| Benzodiazepines | | Not Detected |
| Buprenorphine | | Not Detected |
| Cannabinoids | | Not Detected |
| Carisoprodol | | Not Detected |
| Cocaine metabolites | | Not Detected |
| Fentanyl | | Not Detected |
| Methadone | | Not Detected |
| Opiates | | Not Detected |
| Phencyclidine (PCP) | | Not Detected |
| Zolpidem | | Not Detected |
| Base Screen (GC/MS) | Peripheral Blood 1 | Not Detected |
| Acid/Neutral Screen (HPLC/DAD) | Peripheral Blood 1 | Not Detected |
| Vitreous Chem Panel (Cobas c111) | Vitreous | |
| **Chloride** | | **141 mmol/L** |
| **Creatinine** | | **0.9 mg/dL** |
| **Glucose** | | **1 mg/dL** |
| **Potassium** | | **12.0 mmol/L** |
| **Sodium** | | **158 mmol/L** |
| **VUN** | | **122 mg/dL** |

Unless otherwise requested, all specimens will be destroyed six (6) months after the closure of the case by the Medical Examiner
End Results

Approved and Signed: 06/27/2022

Audra L. Brown
Interim Forensic Toxicology Laboratory Manager

COUNTY OF SAN DIEGO HHSA HEALTH AND HUMAN SERVICES AGENCY | LIVE WELL SAN DIEGO

San Diego County
PUBLIC HEALTH LABORATORY
CLIA # 05D0060808
Brett Austin. MA. PHM. Director

3851 Rosecrans Street
San Diego, CA 92110
Phone (619) 692-8500
FAX (619) 692-8558

# FINAL REPORT

| Patient Information | Specimen Information | Submitter Information |
|---|---|---|
| Patient Name: **Rupard, Lonnie**<br><br>Patient Id:<br>Birth Date: 10/01/1975<br>Gender: Male<br>Pregnancy Status: Unknown<br>Outside ID: 2022-01007<br>PUID #:<br>Address: NOT PROVIDED<br>NOT PROVIDED, N/A 00000<br><br>Phone #: 000-000-0000 | Specimen # **22-206526-01**<br><br>Source: Nasopharynx<br>Date Collected: 03/19/2022<br>Date Received: 03/19/2022 | SAN DIEGO COUNTY MEDICAL EXAMINER<br>5570 Overland Ave # 101<br>San Diego, CA 92123<br><br>**Site Contact**<br>Steven Campman, M.D.<br>Fax: 858-495-5956<br>mxclerical@sdcounty.ca.gov<br><br>Physician: Schaber, B<br>Diagnosis Code:<br><br>Comments: B-00011 |

| Analyte (Method) | Result | Analysis Date |
|---|---|---|
| SARS-CoV-2 (NAAT) | Detected | 03/20/2022 |

**Comments:**

03/19/2022 NAAT (Nucleic Acid Amplification Test): This assay is for in vitro diagnostic use under FDA Emergency Use Authorization (EUA) only.

03/20/2022 Samples tested using GeneXpert under CLIA ID # 05D2197127 at 5570 Overland Avenue San Diego, CA 92123

Approved by: Joe Ana Jones-Price

Date reported: 03/20/2022

This document contains confidential health information that is privileged, confidential and exempt from disclosure under law. If you have received this information in error, please call (619) 692-8500 and arrange for return or destruction.

22-1007

COUNTY OF SAN DIEGO HHSA HEALTH AND HUMAN SERVICES AGENCY

LIVE WELL SAN DIEGO

San Diego County
PUBLIC HEALTH LABORATORY
CLIA # 05D0060808
Jeremy Corrigan, DrPH, HCLD/TS(ABB)

5570 Overland Ave, Ste 103
San Diego, CA 92123
Phone 619-692-8500
FAX 619-692-8558

# FINAL REPORT

| *Patient Information* | *Specimen Information* | *Submitter Information* |
|---|---|---|
| Patient Name: **Rupard, Lonnie** | Specimen # **22-206691-01** | SAN DIEGO COUNTY MEDICAL EXAMINER |
| Patient Id: | Source: Nasopharynx | 5570 Overland Ave # 101 |
| Birth Date: 10/01/1975 | Date Collected: 03/19/2022 | Site Contact: Steven Campman, M.D. |
| Gender: Male | Date Received: 03/19/2022 | Fax: 858-495-5956 |
| Pregnancy Status: | | Physician: Schaber, B |
| Outside ID: 2022-01007 | | Diagnosis Code: |
| Comments: | | |

| Analyte (Method) | Result | Analysis Date |
|---|---|---|
| Influenza Typing | Refer to reference laboratory report. | |

**Comments:**

03/24/2022 Sample sent to CA State Viral and Rickettsial Diseases Laboratory, 850 Marina Bay Parkway, Richmond, CA 94804.

04/13/2022 VRDL report

Approved by: Ishita Gulati

Date reported: 04/27/2022

This document contains confidential health information that is privileged, confidential and exempt from disclosure under law. If you have received this information in error, please call (619) 692-8500 and arrange for return or destruction.

California Department of Public Health

State of California-Health and Human Services Agency

**Viral and Rickettsial Disease Laboratory**

CDPH 850 Marina Bay Parkway, E365
Richmond, CA 94804

CLIA ID # 05D0643850

Phone: 510-307-8575
Fax: 510-307-8599

## Laboratory Results

Page 1 of 1

**Patient Information**

| Patient Name or Submitter ID: | Gender | Date of Birth | Age |
|---|---|---|---|
| Rupard, Lonnie | Male | 10/1/1975 | 47 Years |

Medical Records:

CalREDIE Incident #:

Pregnancy Status:

Patient Address: , , CA,

**Disease Suspected / Test Requested / Symptoms**

Disease Onset:

Rash Onset .

Disease Suspected: Influenza A or B

Test Requested:

ICD Code:

Specimen Collection Site.

**Submitter Information**

Submitter Type: CA City & County Health Depts
Facility: San Diego County Public Health Dept.
Address: 3851 Rosecrans Street

San Diego, CA 92110-3134
Phone: (619) 692-8499 Fax: (858) 715-6458

Health Jurisdiction: San Diego,CA

Laboratory Results

Reason Code v_140

**Specimen Information**

| Specimen Type | Date Collected | Date Received | Condition Received | Submitter Tracking#: | VRDL Accession #: |
|---|---|---|---|---|---|
| Nasopharyngeal Swab | 3/19/2022 | 3/22/2022 | Dry Ice | 22-206891 | V22T07708-01 |

**Polymerase Chain Reaction (PCR) Results**

| Analyte | Test Type | VRDL Accession # | Test Method | Laboratory Results |
|---|---|---|---|---|
| Influenza A Nucleic Acid | FDA | V22T07708-01 | PCR (realtime) | not detected |
| Influenza B Nucleic Acid | FDA | V22T07708-01 | PCR (realtime) | not detected |

**Additional Information or Overall Interpretation of State Laboratory Test Results:**

FDA - Food and Drug Administration: This test has been FDA approved for clinical diagnostic use.

JP 4/4/22

Reviewed by: Ishita Gulati
04/04/2022

**The VRDL is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing.**

Report to:
San Diego County Public Health Dept.
3851 Rosecrans St. Mail Stop P572 Suite 716
San Diego, CA 92110
Attn: Email - Laboratory Director Fax#
18587156458

Testing performed under the direction of Dr. Carl Hanson Ph.D., Laboratory Director, Viral and Rickettsial Disease Laboratory

**Final Report Date: April 04, 2022**

Report Method: [ ] faxed to 18587156458 [ ] E-mailed [ ] NR
[ ] by: date: 4/4/2022

eurofins [redacted]
Product Testing

# Final Report

| Order Details | | Ordering Professional |
|---|---|---|
| Referral ID # | 22-01007 | [redacted] |
| DOB | 1975-10-01 | |
| Gender | M | |

| Request / Accession | R-P40234140 |
|---|---|
| Received | 03/25/2022 11:14 |
| Final Report | 03/25/2022 16:24 |
| Report Generated | 03/25/2022 16:24 |
| Time Zone | Pacific Standard Time |

## Results

| Test | Completed | Results | Ref. Range |
|---|---|---|---|
| Hepatitis B Surface Ag | 03/25/2022 16:21 | **Non Reactive** | Non Reactive |
| Hepatitis C Virus Ab | 03/25/2022 16:22 | **Non Reactive** | Non Reactive |
| HIV-1/HIV-2 Plus O | 03/25/2022 16:24 | **Non Reactive** | Non Reactive |

## Sample Reference(s)

**Collection Time Zone:** Pacific Standard Time

| VRL Sample ID | Type | Collected | Test(s) |
|---|---|---|---|
| S-P40234140A | Serum | 03/19/2022 13:15 | 3214, 3221, 3521 |

[redacted]: *Post-Mortem*

## Test Reference(s)

| Code | Name | Methodology Description |
|---|---|---|
| 3214 | Hepatitis B Surface Ag | BioRad Genetic Systems HBsAg EIA 3.0 is FDA approved for [redacted] screening. |
| 3221 | Hepatitis C Virus Ab | ORTHO HCV Version 3.0 ELISA is FDA approved for [redacted] screening. |
| 3521 | HIV-1/HIV-2 Plus O | BioRad GS HIV-1/HIV-2 Plus O EIA is FDA approved for [redacted] screening. This is a screening assay; it is neither a diagnostic assay nor a confirmatory test for the presence of HIV. |

**AUTOPSY FINDINGS**

San Diego County Medical Examiner

2022-01007 B. Schaber, M.D. 3/19/2022

RUPARD, Lonnie

**Age:** 46 **Sex:** M ✓ Embalmed
**Height:** 69 **Weight:** 105
**Race:** ~~C / B / H / A / F / NA / Other:~~
______ nourished / thin / (cachectic) / obese
**Lividity:** ant / (post) L / R, (fixed) / un-fixed
**Rigidity:** none / (mild) / mod / full
X Decomposition: mild / mod / advanced early green abd

**CAVITIES:** Pericardium: lac 75 ml hemopericardium
Pleural: R ⌀ FPA L ⌀ FPA
Peritoneum: ⌀ FPA Abd fat: 0.1 cm
**HEART:** 280 grams:
Hypertrophy: ⌀ Dilation: ⌀
Ventricles: R 0.3 cm; L 1.5 cm; IVS 1.4 cm
Valves: WNL
Coronaries: LAD LCx R + WNL
**Aorta:** (minimal) / mild / mod / severe atherosclerosis
Aneurysms: ⌀ Pulmonary arteries: no PE

**LUNGS:** R 480 g, L 1030 g
~~atelectatic / hyperinflated~~
Anthracosis: none / (small) / mod / large
Edema: Consolidation: LUL Red Firm
Congestion: mild-mod Bronchi: WNL no pe

**LIVER:** 1170 g Fat: ⌀ Fibrosis: ⌀
~~Cirrhosis: macro / micro~~
GALLBLADDER: 10 Stones: y / (n)
**PANCREAS:** WNL

**SPLEEN:** 70 g
Lymph nodes no enlg Marrow / Blood liq + clot
**THYMUS:** ______ g

**GI:** Esophagus: WNL Brown fluid Bowel opened
Stomach contents: 60 ml of SB soft tan brown LB soft brown stool
Bowels:
Appendix: (Y) / N Anus: soft brn stool
**KIDNEYS:** R 140 g, L 150 g, cysts: ⌀
smooth / granular:
Bladder: 130 ml urine dk yellow urine
Prostate: WNL
Testes: ↓↓

2.5x2 ulcer duodenal ... pylorus

**ADRENALS:** WNL
**THYROID:** WNL **PITUITARY:** WNL
**NECK:** Hemorrhages: NOT
Trachea ET Hyoid / Thyroid cartilage
Tongue: no hem WNL no hem or fx
**MUSCULOSKELETAL:** Fractures: Yes peristernal Rt 5-8 ant Rt 8
CPR: (Y) / N ) Ribs ( ⌀ brittle): perist Lt 4-7 ant Lt 4-7
~~Kyphosis / scoliosis~~ Skull: no fx

**SCALP:** Bony defect Bilat occip lt fx ⌀ EDH ⌀ SDH ⌀ SAH
**BRAIN:** 1290 g
+ dura Retained for NP consultation

**TOXICOLOGY:**
✓ Central Blood
✓ Peripheral Bld
✓ Vitreous
✓ Urine
___ Chest blood / fluid
___ Other:
___ None
___ Bile
___ CSF
✓ Liver
___ Spleen
✓ Gastric:

**Rapid Screens:** Glu Ket
+ / - meth; + / - coc; + / - morph; + / - alcohol

**HISTOLOGY:** (Ht) (Liv) (Lung) (R / L), Cor art: (Kid), Panc, Spl, GI, Thyroid, Brain:
Other:
___ None 7 Cassettes

**PHOTOGRAPHS:** ✓ ID ✓ Over-alls
✓ Other:

**X-RAYS:** ___ None ✓ Yes: no fx's other than CPR ml
___ head ___ chest ___ abd ___ other:

**CULTURES:** ___ None ___ Blood ___ Lung
___ CSF ✓ Viral:
___ Other: COVID-19 + Sept Fut SH - FAS AMB WR - SC

**EVIDENCE:** Bullets:

Det Max Blumenshine

**WITNESSES:** ___ None ✓ Yes: D. Racicot Fed, M. Gervasoni Fed
SDPD, SO, NCIS, OPD, BP

**GROSS AUTOPSY SUMMARY:**

Inmate central jail found unresp in his cell
Hx/o schizoph ?

peric sac lac 75 ml
Rt atr/vent lac hemopericardium
2/2 CPR

Rev. 9/08

CONFIDENTIAL COSD 006403

**County of San Diego**
OFFICE OF THE MEDICAL EXAMINER

**2022-01007** B. Schaber, M.D.
3/19/2022

RUPARD, Lonnie

outer Red Seal 4950349 yellow tarp
inner red seal 4950993 on green sheet

**Date & Time of Examination**: 0935

**CLOTHING** (___None/ ___Not examined): ~~None/~~ ~~Not examined~~ Diaper
Blue sheet on body - additional clothing in paper bag

**IDENTIFICATION**: ✓ M.E. band checked



# County of San Diego
OFFICE OF THE MEDICAL EXAMINER

San Diego County Medical Examiner
2022-01007
B. Schaber, M.D.
3/19/2022
RUPARD, Lonnie



~~Doc~~

- 12/14/21 arrested Back Probation prevent single cell
  Refused medications.
- Single occupan cell.

Last seen alive cell check 2146

Found inmp in cell 2248 not Breathy. under blanket under in Bunk.
3/17

CPR transport to ER pronounced in ER.

Cell soiled c̄ feces Food c̄ maggots.

— never c̄ other inmates.

San Diego County Medical Examiner
2022-01007 B. Schaber, M.D.
3/19/2022
RUPARD, Lonnie

# County of San Diego

DR. GLENN N. WAGNER
CHIEF MEDICAL EXAMINER
(858) 694-2895

MEDICAL EXAMINER'S DEPARTMENT
5570 OVERLAND AVE., STE 101, SAN DIEGO, CA 92123-1215
http://www.sandiegocounty.gov/me/

DR. STEVEN CAMPMAN
CHIEF DEPUTY MEDICAL EXAMINER
(858) 694-2895

## EVIDENCE TRANSFER FORM

NAME OF DECEDENT: Rupard, Lonnie ME# 22-1007

PATHOLOGIST: Schaber, B. MD

INVESTIGATINGAGENCY: SDSO

| | | | |
|---|---|---|---|
| | BODY BAG | | OTHER (See REMARKS) |
| | BAGS REMOVED FROM HEAD | | ANAL SWABS |
| | BAGS REMOVED FROM HANDS | ✓ | ORAL SWABS |
| | BAGS REMOVED FROM FEET | | URETHRA SWABS |
| | HEAD HAIR SAMPLE | | VAGINAL SWABS |
| | FACIAL HAIR SAMPLES | | GUNSHOT RESIDUE SWABS |
| | CHEST HAIR SAMPLES | | FINGERPRINTS |
| | PUBIC HAIR SAMPLE | | PALM PRINTS |
| | PUBIC HAIR COMBING | | PROJECTILES/FRAGMENTS |
| ✓ | BLOOD SAMPLE | | FINGERNAIL CLIPPINGS |
| | | | FINGERNAIL SCRAPINGS |

CLOTHING: 1- blue SHIRT

JEWELRY: None

BONES/TISSUE SPECIMEN: None

REMARKS:

RELEASED BY Stephen Hannum (Print Name) — Stephen Hannum (Signature) — 3-19-22 (Date)

RECEIVED BY Melissa Gervasoni /SDSO (Print Name/Agency) — [signature] (Signature) — 3/19/22 (Date)

Original: File Yellow: Customer
MEE-34 (R 8/2019)

Receipt: 31356

## San Diego County Medical Examiner's Office
### Personal Effects Inventory

Name of Deceased: RUPARD, LONNIE Date: 3/19/22 M.E. Case No.: 22-1007

Name of Investigator/F.A.A: F. SANCHEZ / HANNUM PB # 687195

**Personal Effects**

**Currency:**

| | | |
|---|---|---|
| $1 × | ø | =$ ø |
| $5 × | 1 | =$ 5.00 |
| $10 × | 1 | =$ 10.00 |
| $20 × | 6 | =$ 120.00 |
| $100 × | 2 | =$ 200 |
| × | ø | =$ |
| Coins: | | $ ø.32 |
| Total U.S. Currency: | | $ 335.32 |

**Bank Card:**

| QTY | Description – VISA, MasterCard, American Express (include account number) |
|---|---|
| / | / |

Foreign Currency: None

**Items:**

| QTY | Description | QTY | Description |
|---|---|---|---|
| 1 | wd y/metal watch | / | / |
| / | / | | |

**Government Issued Documents and Identification Cards** – The listed government documents issued by federal, state, county, or local agencies or foreign governments are property of that agency and will be returned to them.

| QTY | Description (include the agency name and ID number) |
|---|---|
| / | / / / |

**Witness Declaration**

The above listed property, found on the body, clothing, adjacent area, or residence of the above decedent was checked by me in the presence of the witness signed below.

| Print Name | Signature | Agency | Date |
|---|---|---|---|
| Deanne Rupard Osuna | [signature] Sen | SDMEO | 03,19,22 |

**Release of Property to Next-of-Kin**

Received by: Megan Ruaner (Print Name) Date: 3/22/22 Time: 1543

Signature: ______ Relationship: Mortuary

Address: ______ City/State/Zip: ______

**Affidavit Under California Probate Code, Section 330**

I declare under Penalty of Perjury under the laws of the State of California that the foregoing is true and correct and that I do not know or have reason to believe that a dispute exists over the right to possess the property held by the Medical Examiner.

Signature of Declarant: ______

Printed Name of Declarant: ______

☐ **Miscellaneous medications, and/or illicit drugs, and/or drug paraphernalia impounded and inventoried at the Medical Examiner's Office.** These items will be retained and subsequently destroyed pursuant to departmental policy.

105 #

MEDICAL EXAMINER'S OFFICE
INVESTIGATIVE MEMO

AGE: 46 CASE # 22-1007

NAME RUPARD, LONNIE
LAST FIRST MIDDLE

DATE 03/18/2022

CARRIER 92M

INVESTIGATOR FERNANDA SÁNCHEZ

HIO (NAT) MVA SUI HOM (ACC) DONOR — NAT VS ACC

HOW IN CUSTODY

~~B2294384~~
BLUE SEAL # RED SEAL# 4950993

X-RAYS REQUIRED? (YES) (NO) — NO circled

IF YES, WHAT AREA(S) OF BODY X-rays by JRC 03/18/22

REMARKS RQ EXAM SAT 03/19

SDSO DET BLUMENSHINE
AGENCY, TEAM #, and PHONE # 619-886-0434

# CAUSE OF DEATH WORKSHEET

## San Diego County Medical Examiner Department

- [X] Autopsy
- [ ] External
  - [ ] Not Dictated
- [ ] Body not coming to office
- [ ] Fetal death
- [ ] Possible SIDS
- [ ] Family Paid

San Diego County Medical Examiner
2022-01007 B. Schaber, M.D.
3/19/2022
RUPARD, Lonnie

**CAUSE OF DEATH:** ( ✓ PENDING) **Time interval**

______________________________ ________

Due To: ______________________________ ________

Due To: ______________________________ ________

Due To: ______________________________ ________

**CONTRIBUTING:** ______________________________

______________________________

**MANNER:** ( ✓)Pending ( ) Natural ( ) Accident ( ) Suicide ( ) Homicide ( ) Undetermined

**Use reverse side for manner type in non-pending cases

**HOW OCCURRED:** ______________________________

**DATE and TIME of INJURY:** **LOCATION:**

**SURGERIES and DATES:**

**If FEMALE, pregnant within the last year?** ( ) Yes ( ) No ( ) Unknown

Deputy Medical Examiner/Fellow/Resident Supervising Pathologist Date 3/19/22

Rev. 06/15

TM 3/21/22

3/20/22

# Manner Types and SubTypes

(check one)

## NATURAL

- ☐ AIDS Related
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Autoimmune/Systemic
- ☐ Cancer
- ☐ Cardiovascular
- ☐ Central Nervous System
- ☐ Chronic Drug Abuse
- ☐ Diabetes Related
- ☐ Endocrine
- ☐ Family Paid
- ☐ Gastrointestinal
- ☐ Hematologic
- ☐ Infant/Perinatal (not SIDS)
- ☐ Infectious
  - ☐ Viral
  - ☐ Bacterial
  - ☐ Other
- ☐ Intrauterine/Stillborn
- ☐ Liver disease
- ☐ Obesity Related
- ☐ Other
- ☐ Pregnancy Related
- ☐ Psychiatric Related
- ☐ Pulmonary
- ☐ Renal
- ☐ Seizures
- ☐ SIDS
- ☐ Undetermined

## ACCIDENT

- ☐ Aircraft
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Animal Related
- ☐ Asphyxia
  - ☐ Airway Obstruction
  - ☐ Autoerotic
  - ☐ Other
  - ☐ Positional
  - ☐ Strangulation
  - ☐ Suffocation
  - ☐ Traumatic
- ☐ Bicycle
- ☐ Blunt Force (other)
- ☐ Boating
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
  - ☐ Drug and Alcohol
  - ☐ Drug and Meds
  - ☐ Drug, meds & alcohol
  - ☐ Drugs of Abuse
  - ☐ Medication
  - ☐ Meds & Alcohol

### ACCIDENT (cont.)

- ☐ Electrocution
- ☐ Explosion
- ☐ Exposure
- ☐ Fall
  - ☐ Blunt head trauma
  - ☐ Fracture, other
  - ☐ Hip/Femur fracture
  - ☐ Multiple injuries
  - ☐ Other
  - ☐ Spinal fracture
  - ☐ Subdural hematoma
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Industrial
- ☐ Ingested Foreign Object(s)
- ☐ Inhalation
- ☐ Medical/Therapeutic
- ☐ Motor Vehicle
  - ☐ Auto Rollover (solo)
  - ☐ Auto vs Auto
  - ☐ Auto vs Bicycle
  - ☐ Auto vs Fixed Object
  - ☐ Auto vs Motorcycle
  - ☐ Auto vs Pedestrian
  - ☐ Hit and Run
  - ☐ Motorcycle
  - ☐ Off Road
  - ☐ Other
  - ☐ Unknown
- ☐ Other
- ☐ Restraint Related
- ☐ Scalding
- ☐ Scuba - Diving
- ☐ Spear gun
- ☐ Train
- ☐ Undetermined

## SUICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
  - ☐ Strangulation
  - ☐ Suffocation
  - ☐ Other
- ☐ Blunt Force (other)
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
  - ☐ Drug & Alcohol
  - ☐ Drug and Meds
  - ☐ Drug, meds & alcohol
  - ☐ Drugs of Abuse
  - ☐ Medication
  - ☐ Meds & Alcohol
- ☐ Electrocution

### SUICIDE (cont.)

- ☐ Explosion
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Inhalation
- ☐ Jumping
- ☐ Motor Vehicle
  - ☐ Auto Rollover (solo)
  - ☐ Auto vs. Fixed Object
  - ☐ Auto vs. Pedestrian
  - ☐ Motorcycle
- ☐ Train
- ☐ Undetermined

## HOMICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
  - ☐ Other
  - ☐ Positional
  - ☐ Strangulation
  - ☐ Suffocation
- ☐ Assault
- ☐ Blunt Force
- ☐ Chemical/Poison
- ☐ Child Abuse
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Elder Abuse
- ☐ Exposure
- ☐ Fire
- ☐ Firearm
- ☐ Homicidal Violence, NOS
- ☐ Intrauterine/Stillborn
- ☐ Motor Vehicle
- ☐ Other
- ☐ Restraint Related
- ☐ Undetermined

## UNDETERMINED

- ☐ Alcohol Related
- ☐ Blunt Force
- ☐ Decomposed
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Fire related
- ☐ Firearm
- ☐ Infant/Perinatal (not SIDS)
- ☐ Intrauterine/Stillborn
- ☐ Other
- ☐ Skeletal Remains
- ☐ Undetermined

Rev. 06/15

# DEATH CERTIFICATE AMENDMENT WORKSHEET

Case: 2022-1007

Name: RUPARD, LONNIE

CAUSE OF DEATH: PNEUMONIA, MALNUTRITION, AND DEHYDRATION ( )
IN THE SETTING OF NEGLECTED SCHIZOPHRENIA (unknown)

Due to: ( )

Due to: ( )

Due to: ( )

Contributing: SARS-COV-2 (COVID-19) VIRAL INFECTION; PULMONARY EMPHYSEMA; DUODENAL ULCER

Surgeries:

MANNER OF DEATH

☐ NATURAL ☐ ACCIDENT ☐ SUICIDE ☑ HOMICIDE ☐ UNDETERMINED

Place of Injury: SAN DIEGO CENTRAL JAIL

Date & Time: UNKNOWN

How Occurred: INADEQUATE CARE WHILE INCARCERATED

2/27/23
DEPUTY MEDICAL EXAMINER Date
SCHABER

3/1/23
CHIEF MEDICAL EXAMINER Date

AL 03/01/23 @ 2:46pm

LG 3/1/23

# Manner Types and SubTypes

(check one)

## NATURAL

- ☐ AIDS Related
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Autoimmune/Systemic
- ☐ Cancer
- ☐ Cardiovascular
- ☐ Central Nervous System
- ☐ Chronic Drug Abuse
- ☐ Diabetes Related
- ☐ Endocrine
- ☐ Family Paid
- ☐ Gastrointestinal
- ☐ Hematologic
- ☐ Infant/Perinatal (not SIDS)
- ☐ Infectious
    - ☐ Viral
    - ☐ Bacterial
    - ☐ Other
- ☐ Intrauterine/Stillborn
- ☐ Liver disease
- ☐ Obesity Related
- ☐ Other
- ☐ Pregnancy Related
- ☐ Psychiatric Related
- ☐ Pulmonary
- ☐ Renal
- ☐ Seizures
- ☐ SIDS
- ☐ Undetermined

## ACCIDENT

- ☐ Aircraft
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Animal Related
- ☐ Asphyxia
    - ☐ Airway Obstruction
    - ☐ Autoerotic
    - ☐ Other
    - ☐ Positional
    - ☐ Strangulation
    - ☐ Suffocation
    - ☐ Traumatic
- ☐ Bicycle
- ☐ Blunt Force (other)
- ☐ Boating
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
    - ☐ Drug and Alcohol
    - ☐ Drug and Meds
    - ☐ Drug, meds & alcohol
    - ☐ Drugs of Abuse
    - ☐ Medication
    - ☐ Meds & Alcohol

**ACCIDENT (cont.)**

- ☐ Electrocution
- ☐ Explosion
- ☐ Exposure
- ☐ Fall
    - ☐ Blunt head trauma
    - ☐ Fracture, other
    - ☐ Hip/Femur fracture
    - ☐ Multiple injuries
    - ☐ Other
    - ☐ Spinal fracture
    - ☐ Subdural hematoma
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Industrial
- ☐ Ingested Foreign Object(s)
- ☐ Inhalation
- ☐ Medical/Therapeutic
- ☐ Motor Vehicle
    - ☐ Auto Rollover (solo)
    - ☐ Auto vs Auto
    - ☐ Auto vs Bicycle
    - ☐ Auto vs Fixed Object
    - ☐ Auto vs Motorcycle
    - ☐ Auto vs Pedestrian
    - ☐ Hit and Run
    - ☐ Motorcycle
    - ☐ Off Road
    - ☐ Other
    - ☐ Unknown
- ☐ Other
- ☐ Restraint Related
- ☐ Scalding
- ☐ Scuba - Diving
- ☐ Spear gun
- ☐ Train
- ☐ Undetermined

## SUICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
    - ☐ Strangulation
    - ☐ Suffocation
    - ☐ Other
- ☐ Blunt Force (other)
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
    - ☐ Drug & Alcohol
    - ☐ Drug and Meds
    - ☐ Drug, meds & alcohol
    - ☐ Drugs of Abuse
    - ☐ Medication
    - ☐ Meds & Alcohol
- ☐ Electrocution

**SUICIDE (cont.)**

- ☐ Explosion
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Inhalation
- ☐ Jumping
- ☐ Motor Vehicle
    - ☐ Auto Rollover (solo)
    - ☐ Auto vs. Fixed Object
    - ☐ Auto vs. Pedestrian
    - ☐ Motorcycle
- ☐ Train
- ☐ Undetermined

## HOMICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
    - ☐ Other
    - ☐ Positional
    - ☐ Strangulation
    - ☐ Suffocation
- ☐ Assault
- ☐ Blunt Force
- ☐ Chemical/Poison
- ☐ Child Abuse
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Elder Abuse
- ☐ Exposure
- ☐ Fire
- ☐ Firearm
- ☐ Homicidal Violence, NOS
- ☐ Intrauterine/Stillborn
- ☐ Motor Vehicle
- ■ Other
- ☐ Restraint Related
- ☐ Undetermined

## UNDETERMINED

- ☐ Alcohol Related
- ☐ Blunt Force
- ☐ Decomposed
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Fire related
- ☐ Firearm
- ☐ Infant/Perinatal (not SIDS)
- ☐ Intrauterine/Stillborn
- ☐ Other
- ☐ Skeletal Remains
- ☐ Undetermined

Rev. 06/15

# COUNTY OF SAN DIEGO MEDICAL EXAMINER

5570 OVERLAND AVENUE, SUITE 101, SAN DIEGO, CA 92123-1215
PHONE: 858-694-2895 FAX: 858-495-5956

## ORDER FOR RELEASE OF REMAINS

**TO:** MEDICAL EXAMINER, COUNTY OF SAN DIEGO

**RE:** REMAINS OF Lonnie Newton Rupard, ME CASE # 22-1007

RUPARD Lonnie 2022-01007

I certify that pursuant to the State of California Health & Safety Code, Section 7100, it is my legal right to control the disposition of the remains referenced above, the location and conditions of interment, and arrangements for funeral goods and services to be provided. I further certify that I am acting in the capacity of: **Legal Next of Kin** [redacted], **OR Executor/Executrix** ___________, **OR Agent with Durable Power of Attorney for Health Care** (must be for Health Care) ___________ **OR other legal capacity** ___________ (please **INITIAL** the appropriate category). If acting in a capacity other than Legal Next of Kin, I have attached a copy of the relevant appointing document(s).

Therefore, upon completion of your examination of the deceased, please release the remains referenced above to the custody of the service designated below. If possible please **RELEASE** [redacted] **OR DO NOT RELEASE** ___________ (please **INITIAL** desired choice) all of the deceased's personal property in your care with the remains. I understand that personal property can only be released during regular working hours (M-F 8-5, except holidays). **As per California Laws and Department Policies, if the property in custody of the Medical Examiner's Department is not collected within 90 days from the date of death, it will be processed for immediate disposal.**

Featheringill Mortuary
Print Name of Designated Mortuary, Cremation Society, or other Disposition Service

| Print Name of Person Signing | Relationship | Signature | Date Signed |
|---|---|---|---|
| [redacted] | Son | [redacted] | Mar 22 2022 |

| Mailing Address of Person Signing | Home / Cell Phone Number |
|---|---|
| [redacted] El Cajon CA 92021 | [redacted] |

| City, State, Zip Code of Person Signing | City, State Where Signed |
|---|---|
| El Cajon CA 92021 | El Cajon CA |

### DECEDENT INFORMATION

| Name of Deceased – First (Given) | Middle | Last (Family) | Gender | Date of Death |
|---|---|---|---|---|
| Lonnie | Newton | Rupard | N | 03/17/2022 |

| Date of Birth | Age | Place of Birth | Social Security Number | Race |
|---|---|---|---|---|
| 10/1/1975 | 46 | PI | [redacted] | Filipino |

| Marital Status | Occupation | Residence Address: |
|---|---|---|
| Div | Disabled | [redacted] Bonita ca 91902 |

### MEDICAL EXAMINER DEPARTMENT USE ONLY

ME FAS Hannum Release Date/Time: 3-22-22 1511

Transport Staff: (signed) [signature] Printed Name: Megan Ruona

MEA-15 (R 3/26/19)

# COUNTY OF SAN DIEGO MEDICAL EXAMINER

5570 OVERLAND AVENUE, SUITE 101, SAN DIEGO, CA 92123-1215
PHONE: 858-694-2895 FAX: 858-495-5956

## ORDER FOR RELEASE OF REMAINS

**TO:** MEDICAL EXAMINER, COUNTY OF SAN DIEGO

**RE:** REMAINS OF Lonnie Newton Rupard, ME CASE # 22-01007

RUPARD, Lonnie 2022-01007

I certify that pursuant to the State of California Health & Safety Code, Section 7100, it is my legal right to control the disposition of the remains referenced above, the location and conditions of interment, and arrangements for funeral goods and services to be provided. I further certify that I am acting in the capacity of: **Legal Next of Kin** [redacted], **OR Executor/Executrix** ______, **OR Agent with Durable Power of Attorney for Health Care** (must be for Health Care) ______ **OR other legal capacity** ______ (please INITIAL the appropriate category). If acting in a capacity other than Legal Next of Kin, I have attached a copy of the relevant appointing document(s).

Therefore, upon completion of your examination of the deceased please release the remains referenced above to the custody of the service designated below. If possible please **RELEASE** [redacted] **OR DO NOT RELEASE** ______ (please INITIAL desired choice) all of the deceased's personal property in your care with the remains. I understand that personal property can only be released during regular working hours (M-F 8-5, except holidays). **As per California Laws and Department Policies, if the property in custody of the Medical Examiner's Department is not collected within 90 days from the date of death, it will be processed for immediate disposal.**

Featheringill Mortuary

Print Name of Designated Mortuary, Cremation Society, or other Disposition Service

-> [redacted] Son X [redacted] 3-22-22

Print Name of Person Signing | Relationship | Signature | Date Signed

[redacted] [redacted]

Mailing Address of Person Signing | Home / Cell Phone Number

Bonita CA 91902 | San Diego CA

City, State, Zip Code of Person Signing | City, State Where Signed

**DECEDENT INFORMATION**

| Name of Deceased – First (Given) | Middle | Last (Family) | Gender | Date of Death |
|---|---|---|---|---|
| Lonnie | Newton | Rupard | M | 3-17-22 |

| Date of Birth | Age | Place of Birth | Social Security Number | Race |
|---|---|---|---|---|
| 10-1-1975 | 46 | PI | [redacted] | Filipino |

| Marital Status | Occupation | Residence Address: |
|---|---|---|
| div | Disabled | [redacted] Bonita CA 91902 |

**MEDICAL EXAMINER DEPARTMENT USE ONLY**

ME FAS ______ Release Date/Time: ______

Transport Staff: (signed) [signature] Printed Name: Megan Ruona

MEA-15 (R 3/26/19)

***County of San Diego***
***Office of the Medical Examiner***

**RELEASE OF REMAINS**

**Name: RUPARD, Lonnie**

**M.E. #: 2022-01007**

Investigator: Fernanda Sanchez

Date Rec: 3/18/2022

Body Status: Ready to release

Mortuary: Featheringill Mortuary

**OK to Release Property?** yes

Date and Time Released: 3/22/2022 1509

Ok to release property Yes-JM

Released By: Data Entry: Stephen Hannum

T.E. No-JM

Body Retrieval: Stephen Hannum

[ ] Cert
[ ] N.C.
[ ] Military
[ ] Release
[ ] Property
[ ] Child
[ ] Vitals
[ ] County
[ ] Decomp
[ ] Fee Paid
[ ] P.A.
[ ] Pouch

**Weight: 105 lb** **Height: 69"** **Age: 46 Years** **Sex: Male**

**Body Condition: Within Normal Limits**

**Exam Type: Autopsy**

**Clothing Released with Body: True**

**Location: 15C dbl Son [redacted] also signed OFR**

**Clothing:** blue stripped sweatshirt, grey tank top, grey pants, black underwear, pair brown boots

**Items on or with Body:** none

***Remains have been examined with I.D. verified by comparison to ankle bracelet.***
***Clothing, valuables, if any, and posession of remains recieved in satisfactory condition:***

SHannum
Signature (Body retrieval M.E. staff)

**Stephen Hannum**
Printed Name

[signature]
Signature (Transport staff)

Megan Ruana
Printed Name

Date: 3/22/22 Time: 1519

2022-01007 Printed 3/22/2022