EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JEREMIAH A. LOWE (CA SBN 239166)
*jeremiah@lowelawapc.com*
LOWE LAW, APC
402 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 878-2725
Facsimile: (619) 878-2737

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD,

Plaintiff,

v.

COUNTY OF SAN DIEGO, *et al.*,

Defendants.

CASE NO. 23-CV-1357-CAB-JAC

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT COUNTY OF SAN DIEGO**

Judge: Hon. Cathy Ann Bencivengo

Date: None Set

**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that before the Honorable Cathy Ann Bencivengo, in the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Plaintiff the Estate of Lonnie Rupard will and hereby does move the Court for summary judgment on its *Monell* cause of action against the County of San Diego, or in the alternative, for partial summary judgment on each element of the claim that is not genuinely disputed. Please note, pursuant to Judge Bencivengo's Chambers Rules, the motion will be decided on the papers, without oral argument unless the Court orders otherwise. The Court has not set a hearing date.

Plaintiff bases this motion on the grounds that there are no genuine issues of material fact and Plaintiff is entitled to summary judgment on the *Monell* claim relating to a failure to provide safety checks and inadequate monitoring of inmates.

The motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Eugene G. Iredale and its exhibits; exhibits and pleadings already on file with this Court and any other evidence or argument the Court may consider.

Respectfully submitted,

DATED: November 13, 2026

IREDALE & YOO, APC
EUGENE G. IREDALE
JULIA YOO
SARAH MUSUMECI

/s/ *Eugene Iredale*

Eugene G. Iredale
Attorneys for Plaintiff