EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JEREMIAH A. LOWE (CA SBN 239166)
*jeremiah@lowelawapc.com*
LOWE LAW, APC
402 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 878-2725
Facsimile: (619) 878-2737

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD,

Plaintiff,

v.

COUNTY OF SAN DIEGO, *et al.*,

Defendants.

CASE NO. 23-CV-1357-CAB-JAC

**DECLARATION OF EUGENE IREDALE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT COUNTY OF SAN DIEGO**

Judge: Hon. Cathy Ann Bencivengo

Date: None Set

**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

I, EUGENE G. IREDALE, being duly sworn, hereby declare:

1. I am a partner at the law firm of Iredale & Yoo, APC. We represent the Plaintiff in the above-entitled action. I make this declaration based on my personal knowledge. If called to testify on the matters set forth herein, I could and would competently testify as to these matters based on my personal knowledge.

2. Plaintiff lodges the following exhibits in support of Plaintiff's motion for summary judgment, or in the alternative partial summary judgment, against the County of San Diego.

a) **Exhibit 1** is the Autopsy Report of Lonnie Rupard (COSD 002085–2106). This document was provided to Plaintiff by the County of San Diego during discovery.

b) **Exhibit 2** is comprised of Orders of Incompetency for Lonnie Rupard. (COSD 003055 and 003256). These documents were provided to Plaintiff by the County of San Diego during discovery.

c) **Exhibit 3** is the Follow-Up Investigative Report II, Det. Blumenshine, dated Mar. 16, 2023 (COSD 001656–1677). This document was provided to Plaintiff by the County of San Diego during discovery.

d) **Exhibit 4** is the San Diego County Sheriff's Department Detention Services Bureau Policy I.64 (COSD 006088–6090). This document was provided to Plaintiff by the County of San Diego during discovery.

e) **Exhibit 5** consists of excerpts from the Rule 30(b)(6) deposition of Lt. Aaron Boorman, taken in this case on January 16, 2026.

f) **Exhibit 6** is San Diego County Sheriff's Department Detention Services Bureau Policy I.43 (COSD 006343–6345). This document was provided to Plaintiff by the County of San Diego during discovery.

g) **Exhibit 7** consists of excerpts from the deposition of Dep. Jason Viladiu, taken in this case on February 2, 2026.

h) **Exhibit 8** is comprised of the reports by Nicolas Badre, M.D. (COSD 000153–158). These documents were provided to Plaintiff by the County of San Diego

during discovery.

i) **Exhibit 9** consists of excerpts from the deposition of Nicolas Badre, M.D., taken in this case on December 19, 2025.

j) **Exhibit 10** consists of excerpts from the deposition of Sgt. Michael Johnson, taken in this case on February 27, 2026.

k) **Exhibit 11** consists of excerpts from the deposition of Dep. Andrew Torres, taken in this case on April 13, 2026.

l) **Exhibit 12** consists of excerpts from the deposition of Dep. Miguel Aguilera, taken in this case on April 13, 2026.

m) **Exhibit 13** consists of the excerpts from the deposition of Dep. Linda Gutierrez, taken in this case on December 11, 2024.

n) **Exhibit 14** consists of excerpts from the deposition of Dep. Jeff Amado, taken in this case on January 29, 2026.

o) **Exhibit 15** consists of excerpts from the deposition of Dep. Gustavo Martinez, taken in this case on January 29, 2026.

p) **Exhibit 16** is an audio recording of the homicide interview of Dep. Thomas Mace, dated December 20, 2023 (COSD 000371). This recording was provided to Plaintiff by the County of San Diego during discovery.

q) **Exhibit 17** is a transcript of the homicide interview of Dep. Thomas Mace, dated December 20, 2023 (COSD 000371).

r) **Exhibit 18** is the Rule 26 Report of Will Adams. This document was provided to Plaintiff by the Liberty Defendants during expert discovery.

s) **Exhibit 19** consists of excerpts from the deposition of Plaintiff's expert Gary Raney, taken in this case on September 3, 2026.

t) **Exhibit 20** consists of excerpts from the deposition of Will Adams, taken in this case on September 24, 2026.

u) **Exhibits 21** consists of eight video recordings (marked 21a-h) of logged safety checks. The master videos from which these clips were excerpted were provided to Plaintiff by the County of San Diego during discovery.

v) **Exhibit 22** is the San Diego County Sheriff's Department Detention Services Bureau Policy G.2.1, dated October 30, 2020 (COSD 006313–6314). This document was provided to Plaintiff by the County of San Diego during discovery.

w) **Exhibit 23** consists of excerpts from the Rule 30(b)(6) deposition of Melissa Quiroz, taken in this case on January 8, 2026.

x) **Exhibit 24** consists of excerpts from the deposition of Anthony Cruz, M.D., taken in this case on March 3, 2026.

y) **Exhibit 25** consists of excerpts from the deposition of Christina Goodall, taken in this case on December 16, 2024.

z) **Exhibit 26** consists of excerpts from the deposition of Serina Rognlien-Hood, taken in this case on March 26, 2026.

aa) **Exhibit 27** is a true and correct copy of the Rule 26 Report of Plaintiff's expert Homer Venters, M.D.

bb) **Exhibit 28** is a true and correct copy of the Rule 26 Report of Plaintiff's expert Report of Lori Roscoe.

cc) **Exhibit 29** is a San Diego County Sheriff's Department News Release, Sheriff Bill Gore Announces Retirement, Jan. 19, 2022. My firm obtained this document from the San Diego County Sheriff's Department's website via the following link: https://www.sdsheriff.gov/Home/Components/News/News/901/

dd) **Exhibit 30** is a San Diego County Sheriff's Department News Release, Anthony Ray Appointed Interim Sheriff, Mar. 22, 2022. My firm obtained this document from the San Diego County Sheriff's Department's website via the following link: https://www.sdsheriff.gov/Home/Components/News/News/1040/

ee) **Exhibit 31** consists of Defendant Kelly Martinez's Revised Responses to Plaintiff Estate's Interrogatories, Set One.

ff) **Exhibit 32** consists of Defendant William Gore's Revised Responses to Plaintiff Estate's Interrogatories, Set One.

gg) **Exhibit 33** is a San Diego County Sheriff's Department News Release, Mar. 2,

2023 (RUP001161–1164). Plaintiff produced this document to the Defendants during discovery.

hh) **Exhibit 34** consists of excerpts of the deposition of Det. Max Blumenshine, taken in this case on January 7, 2026.

ii) **Exhibit 35** is the County of San Diego Sheriff's Department's Line-Up Training on 11-53 Safety Checks, May 1, 2021 (COSD 006245–6246). This document was provided to Plaintiff by the County of San Diego during discovery.

jj) **Exhibit 36** consists of excerpts of the deposition of Cpl. Blade Romans, taken in this case on January 13, 2025.

kk) **Exhibit 37** is the Rule 26 Report of Kathryn Wild, RN. This document was provided to Plaintiff by the County Defendants during expert discovery.

ll) **Exhibit 38** is a true and correct copy of the Rebuttal Expert Report of Plaintiff's expert Homer Venters, M.D.

mm) **Exhibit 39** is the Rebuttal Expert Report of Jackie Clark. This document was provided to Plaintiff by the Liberty Defendants during expert discovery.

nn) **Exhibit 40** is a true and correct copy of the rebuttal Expert Report of Plaintiff's expert, Daphne Glindmeyer, M.D.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of November, 2026, in San Diego, California.

/s/ Eugene Iredale
EUGENE G. IREDALE