**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**
Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;

Plaintiffs,

vs.

COUNTY OF SAN DIEGO; et al.

Defendants.

CASE NO. 3:23-cv-1357-CAB-JAC
***Assigned to Hon. Cathy Ann Bencivengo***
***Magistrate Hon. Janet A. Cabral in Dept. 15A***

**COUNTY DEFENDANTS' NOTICE OF ERRATA RE: APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, PART 10 OF 10 [ECF NO. 328-10]; EXHIBIT 109 (DECLARATION OF JEFF AMADO)**

**Complaint Filed:** **7/26/2023**
**Trial Date:** **3/8/2027**

*25163*



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE (collectively "County Defendants") submit this Notice of Errata regarding Part 10 of 10 of their Appendix of Evidence in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, filed as Attachment No. 12 to ECF No. 328 (ECF No. 328-12) ("Appendix Part 10").

Exhibit 109, the Declaration of Jeff Amado in Support of County Defendants' Motion for Summary Judgment, executed November 13, 2026, was omitted from ECF No. 328-12 (Appendix Part 10) as filed.

A true and correct copy of Exhibit 109, as executed, is attached to this Notice. County Defendants make no other changes to the Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, or other part of the Appendix of Evidence.

County Defendants respectfully request that the Court consider Exhibit 109 as though it had been filed with Appendix Part 10 (ECF No. 328-12).

DATED: November 14, 2026 COLLINS + COLLINS LLP

By: ______________________________

RADA FELDMAN
NICHOLAS R. COLLETTI
ROBERT S. KAHN
CAROLINE M. PARK
CRISTINA I. BUTOIU

*25163*

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE



COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

# TABLE OF CONTENTS OF EXHIBITS TO NOTICE OF ERRATA


| Exhibit | Description | Page |
|---|---|---|
| Ex. 109 | Declaration of Jeff Amado in Support of County Defendants' Motion for Summary Judgment (executed November 13, 2026) | 328 |


*25163*

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

# EXHIBIT 109

**Rada Feldman, Esq. (State Bar No. 285931)**
**Nicholas R. Colletti, Esq. (State Bar No. 283947)**
**Robert S. Kahn, Esq. (State Bar No. 231277)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**Cristina I. Butoiu, Esq. (State Bar No. 335902)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: rfeldman@ccllp.law**
**Email: ncolletti@ccllp.law**
**Email: rkahn@ccllp.law**
**Email: cpark@ccllp.law**
**Email: cbutoiu@ccllp.law**

Attorneys for Defendants
COUNTY OF SAN DIEGO, BILL GORE, KELLY MARTINEZ, JON MONTGOMERY, CHRISTINA GOODALL (sued as CHRISTINA ANOSIKE), MIGUEL AGUILERA, JASON VILADIU, GUSTAVO MARTINEZ, JEFF AMADO, ERNESTO AGUIRRE, TREYVONNE JAMES (sued in duplicate J. TREYVONNE), BERNARDO ROMERO, MICHAEL JOHNSON, ANDREW TORRES, ALLEN WERESKI, BLADE ROMANS, LINDA GUTIERREZ, AND THOMAS MACE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;

Plaintiffs,

vs.

COUNTY OF SAN DIEGO; et al.

Defendants.

CASE NO. 3:23-cv-1357-CAB-JAC
***Assigned to Hon. Cathy Ann Bencivengo***
***Magistrate Hon. Janet A. Cabral in Dept. 15A***

**DECLARATION OF JEFF AMADO IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Complaint Filed:** **07/26/2023**
**Trial Date:** **03/08/2027**

I, Jeff Amado, declare as follows:

1. I am over the age of 18 years old. I am competent to make this declaration, which is based on my personal knowledge. I could and would be able to testify about this declaration if called upon to do so.

2. I was employed as a Deputy (#4193) for the County of San Diego Sheriff's Department at all times relevant to this lawsuit.

3. On March 16, 2022, I was assigned to the day shift in Area 7 of the San Diego Central Jail, the area in which Lonnie Rupard was housed. The San Diego Central Jail Area Activity Logs for Area 7 reflect my presence and activity on that shift. Specifically, the logs reflect my presence on March 16, 2022. My duties on the housing floor included conducting 11-53 safety checks.

4. During my shift I conducted safety checks of incarcerated persons (logged as "11-53" checks) as required by California Title 15 and the San Diego Sheriff's Department policy. A safety check is a visual check conducted to identify (1) an incarcerated person in obvious medical distress; (2) obvious medical trauma, such as bleeding or ligature marks; (3) criminal activity; and (4) facility damage or maintenance issues. A safety check is not a clinical, wellness, or mental-health assessment, and it does not require a deputy to verify "signs of life" or to evaluate an incarcerated person's medical or psychiatric condition.

5. The requirement that sworn staff obtain an incarcerated person's verbal or physical acknowledgment of well-being is a function of the facility counts, not the 11-53 safety check. I performed the safety checks on my shift in accordance with the policy criteria described above.

6. When, during a safety check, I observed indications of trauma or medical distress based on an incarcerated person's presentation or the condition of the cell, such as an accumulation of feces or uneaten food, my practice, consistent with my training and policy, was to notify the appropriate medical or mental-health staff.

7. I do not independently recall Lonnie Rupard or the condition of his cell.

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

*25163*

8. I have no recollection of observing, or of receiving from anyone, any information reporting, that Lonnie Rupard was in medical or mental-health distress, that he required medical or mental-health attention, or that his cell was in a condition suggesting he was unable to care for himself. Had I observed or been told of any such condition, I would have notified medical or mental-health staff consistent with my training and policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 13, 2026 at 2305 Hours, California.

San Diego

/s/ J amado

JEFF AMADO

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111