Corey E. Krueger, Esq. (SBN 244989)
ckrueger@burgermeyer.com
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1888
Fax: (949) 427-1889

Attorneys for Defendants, Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD, THROUGH ITS COURT-APPOINTED ADMINISTRATOR TERRI LOPEZ;<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.<br><br>Defendants. | Case No. 3:23-cv-01357-CAB-JAC<br>Assigned for All Purposes:<br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Janet A. Cabral<br><br>**NOTICE OF ERRATA**<br><br>Action filed: July 26, 2023<br>Trial Date: March 8, 2027 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Anthony Cruz, D.O. and Liberty Healthcare of California, Inc. submit this Notice of Errata to file the complete versions of Exhibits D, F, L, M, and N to the Declaration of Corey E. Krueger in support of their Motion for Summary Judgment (ECF No. 318).

When Defendants filed their Motion for Summary Judgment on November 13,

2026, their Application to File Documents Under Seal (ECF No. 310) as to these five exhibits remained pending. To comply with the Protective Order (ECF No. 46) pending the Court's ruling, Defendants filed redacted versions of Exhibits D and F (ECF Nos. 318-6, 318-8) and placeholders for Exhibits L, M, and N (ECF Nos. 318-14, 318-15, 318-16), and lodged the unredacted versions conditionally under seal.

On November 13, 2026, the Court denied the Application to File Documents Under Seal in its entirety. (ECF No. 319.) Accordingly, Defendants now file the complete versions of Exhibits D, F, L, M, and N, attached hereto, which replace the redacted versions and placeholders previously filed. Consistent with the Court's order and Federal Rule of Civil Procedure 5.2, the only redaction in these exhibits is the reduction of the decedent's date of birth to the year of birth in Exhibit M; Exhibits D, F, L, and N are complete and unredacted.

DATED: November 13, 2026

**BURGER, MEYER & D'ANGELO, LLP**

Corey E. Krueger
Attorneys for Defendant,
Anthony Cruz, D.O. and Liberty Healthcare of California, Inc.