# EXHIBIT L

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

9/13/2023 10:27:52 AM PDT

## Sick Calls - RUPARD, LONNIE 21149433

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 12/19/2021 | Second Stage Nurse Eval scheduled from Receiving Screening: Patient refused COVID test at intake. | 12/19/2021 |
| Psychiatry Sick Call | 12/20/2021 | [[ R/S ON-SITE - Refused Tele 12/23 - denies that he will come. H/O extensive meds, Patton. ]] Patient has hx of psych and was on medications during previous incarceration, please eval. | 12/29/2021 |
| Psych Chart Review | 1/15/2022 | Multiple refusal of psych meds. Pls. eval Cancelled by mian.jan on 1/19/2022 Reason: duplicate | 1/19/2022 |
| Psych Chart Review | 1/15/2022 | Inmate has been refusing medication, Please evaluate. | 1/20/2022 |
| Chronic Care | 2/2/2022 | Psychotic Disorders | |
| QMHP | 2/1/2022 | IP has D/I. Pls assess. | 2/9/2022 |
| Psychiatry Sick Call | 2/2/2022 | [[ R/S ON-SITE - Refused 2/18 ]] Last seen 12/29, f/u in 4-5wks or sooner prn, started (offer) Haldol, VPA, Cogentin | 2/22/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) | 3/18/2022 |
| Dental Sick Call | 10/15/2022 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| QMHP | 2/23/2022 | Wellness check. **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |
| Psychiatry Sick Call | 4/12/2022 | Last seen 2/22, f/u in 6-7wks or sooner prn, Pt refuses meds (PC1368) **** APPOINTMENT CANCELLED ON RELEASE **** | 3/19/2022 |