**EXHIBIT M**

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## QMHP PROGRESS NOTE - Completed by: Christina Anosike MHC on 2/9/2022 9:52:33 AM PST

| | | |
|---|---|---|
| **Patient:** RUPARD, LONNIE NEWTON | **#:** 100016570 (21149433) | **Class:** 5 |
| **DOB:** [redacted]/1975 (Age=48) | **Sex:** M | **Race:** F |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 12/19/2021 2:22:10 AM PST | **Release:** 3/18/2022 2:00:00 AM |

Date of Encounter: 2/9/2022

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:

### Encounter Setting

- [ ] Confidential
- [x] Semi-Confidential
- [ ] Non-Confidential

### Housing Assignment

- [ ] Mainline
- [ ] Mainline Protective Custody
- [x] Segregation/Confinement
- [ ] Psychiatric
- [ ] Medical

Emotional Response to Incarceration:

IP remains successfully housed in 7D quarantine, has coexisted with his peers with no reported aggression, violence or erratic behaviors. MHC observed IP standing at the cell door. This MHC introduced self and explained the reason for the meeting. IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP's cell was clean and had some debris. MHC observed empty food trays inside of his cell. IP's cell was free of any urine, feces or flooding. IP was moderately groomed. MHC spoke with deputies on the 7th floor who reports IP has been engaging in life preserving bx's and has not engage in any SIB. IP does not demonstrate any acute distress or immediate safety concerns. He has not engaged in any bx that would suggest harm to himself or others while under observation. There are no distressing sxs or major impairment requiring ISP or PSU referral. He will continue to be monitored for safety concerns and GD.

### Presenting Symptoms

- [ ] Depression
- [ ] Anxiety
- [ ] Mania

- [ ] Psychosis
- [ ] Trauma
- [ ] Drug/Alcohol Cravings/Urges
- [ ] Adjustment Issues
- [ ] Sleep Disturbance
- [ ] Somatic
- [ ] Other
- [x] None/Denied
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

## MENTAL STATUS EXAM

### Appearance:

- ( ) Well-Groomed
- (•) Moderately Groomed
- ( ) Disheveled/Unkempt

### Speech/Hearing:

- [ ] Normal
- [ ] Slow
- [ ] Poverty of Speech
- [ ] Impairment
- [ ] Pressured
- [x] Quiet
- [ ] Hard of Hearing
- [ ] Deaf
- [ ] Slurred
- [ ] Aphasic
- [ ] Mute
- [ ] Other

### Eye Contact:

- [x] Good
- [ ] Avoids Eye Contact
- [ ] Poor
- [ ] Staring
- [ ] No Eye Contact

### Behavior:

- [ ] Calm
- [ ] Apprehensive
- [x] Agitated
- [ ] Motor Impairment
- [ ] Tearful
- [ ] Withdrawn

### Attitude:

- [ ] Cooperative
- [ ] Guarded
- [x] Non-disclosing
- [ ] Hostile/Belligerent
- [x] Uncooperative

### Interactions:

- [ ] Spontaneous
- [ ] Distant
- [x] Non-Cooperative/Evasive
- [ ] Threatening
- [ ] Relevant
- [ ] Irrelevant
- [ ] Only in Response to Questions
- [ ] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Mood:**

- [ ] Neutral
- [ ] Frightened
- [ ] Happy
- [ ] Threatening
- [ ] Depressed
- [ ] Sad
- [ ] Anxious
- [x] Irritable
- [ ] Angry
- [ ] Other

IP was uncooperative AEB Ip stating, "I am fine. I don't want to talk to you." MHC observes IP not engaging in SIB. Unable to fully assess IP, due to his refusal and/or inability to cooperative. IP did not answer any further of MHC's questions despite multiple attempts from writer trying to engage IP. IP then began speaking in unintelligible words. Ip stated, "go away." Deputies on the 7th floor report IP will often speak to himself in unintelligible words. IP does not demonstrate any acute distress or immediate safety concerns.

**Affect:**

- [ ] Appropriate/Full Range
- [ ] Blunted
- [ ] Agitated
- [ ] Labile
- [ ] Anxious
- [ ] Depressed
- [ ] Flat
- [ ] Angry
- [ ] Constricted
- [ ] Expansive
- [ ] Inappropriate
- [x] Other

Irritated.

**Thought Content:**

- [ ] Appropriate to Situation
- [ ] Grandiose
- [ ] Paranoid
- [x] Impoverished

**Thought Process:**

- [ ] Normal/Goal Directed
- [ ] Incoherent
- [ ] Flight of Ideas
- [ ] Illogical
- [ ] Disorganized
- [ ] Circumstantial
- [ ] Disassociation
- [ ] Rambling
- [x] Concrete
- [ ] Slow/Hesitant
- [ ] Blocking
- [ ] Loose Associations
- [ ] Tangential
- [ ] Abstract

**Delusions:**

- [x] None
- [ ] Ideas of Reference
- [ ] Mood Congruent
- [ ] Grandiose
- [ ] Somatic
- [ ] Persecutory

- [ ] Guilt
- [ ] Poor Organized
- [ ] Nihilistic
- [ ] Insertion
- [ ] Systemized
- [ ] Mood Incongruent
- [ ] Paranoid
- [ ] Bizarre
- [ ] Religious
- [ ] Hypochondriacal
- [ ] Broadcasting
- [ ] Other

**Perceptual Symptoms:**

- [ ] Normal
- [ ] Tactile
- [ ] Olfactory
- [ ] Auditory
- [ ] Visual
- [ ] Other

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Orientation:**

- [ ] Month
- [ ] Year
- [x] Person
- [x] Situations
- [x] Place
- [ ] None

**RISK ASSESSMENT**

**Suicidal Ideation:**

- [ ] Denied
- [ ] Passive
- [ ] Active
- [ ] Intent
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Homicidal Ideation:**

- [ ] Denied
- [ ] Passive
- [ ] Active
- [ ] Intent
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Recent experience of significant loss:**

- [ ] Relationship
- [ ] Job
- [ ] Finances
- [ ] Home
- [ ] Recent Death of Family Member/Close Friend
- [ ] None/Denied
- [ ] Other
- [x] Refused

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Family or Close Friend Attempted or Completed Suicide:**

- [ ] Mother
- [ ] Father
- [ ] Sibling
- [ ] Grandparent
- [ ] Aunt/Uncle
- [ ] Spouse
- [ ] Friend
- [ ] Other
- [ ] None/Denied
- [x] Refused

Details:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Feeling as though there is nothing to look forward to in the immediate future (helplessness/hopelessness)**

- [ ] Hopeful
- [ ] Hopeless
- [ ] Helpless
- [x] Realistic
- [ ] Unrealistic

Describe:

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**Coping Skills:**

- [ ] Read
- [ ] TV
- [ ] Religion
- [ ] Write
- [ ] Play Games
- [ ] Talk with Others
- [ ] Puzzles
- [ ] Exercise
- [x] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

Provisional Diagnosis:

**Intervention Provided**

- [ ] Depression Coping Skills
- [ ] Anxiety Coping Skills
- [ ] Sleep Hygiene Skills
- [ ] Self-Harm Safety Skills Planning
- [ ] Distress Tolerance Skills
- [ ] Discharge Planning/Resources
- [x] No Intervention Indicated
- [ ] Other

Unable to fully assess IP, due to his refusal and/or inability to cooperative.

**RETURN TO CLINIC**

☐ Therapy/Counseling:

☐ 1 week ☐ 2 weeks ☐ 3-6 weeks
☐ Other

☑ Wellness Check

☐ 1 week ☑ 2 weeks ☐ 3-6 weeks
☐ Other

☐ ISP Follow-Up:

☐ 1 week ☐ 2 weeks ☐ 3-6 weeks
☐ Other

☐ No Appointment Indicated

**Referral:**

☐ Psych SC:

☐ Priority ☐ Routine

Details:

☐ MD SC:

☐ Priority ☐ Routine

Details: