**EXHIBIT N**

Plan:

- Start/offer Haldol 5mg po bid
- Start/offer Cogentin 1mg po bid
- Start/offer Valproic acid 500mg/10mL po bid
- Encourage medication compliance
- Pt did not consent to labs at this visit.

rtc: 4-5wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 1/20/2022 7:06:56 PM PST Type: PSYCHIATRIST

Per Psych Chart Review, Pt consistently refuses psych meds. At this time, will discontinue Haldol, Cogentin and VPA. PsychSC f/u is already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 2/22/2022 6:53:16 PM PST Type: PSYCHIATRIST

Psychiatry sick call: Progress Note

ID: 46 y/o Pt booked on 12/19/21 for charges of "PRCS REVOCATION". Next court date on 03/09/2022 (SUPEF);03/18/2022 (SD162). Legal Status PC1368. Pt is seen today for PsychSC f/u. Pt last seen 12/29/21 by this provider (PsychSC initial evaluation) and is currently not prescribed psychotropic medication (meds were discontinued d/t consistent refusals).

Patient was evaluated today by this clinician at SDCJ-7D, cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and refused to participate.

SUBJECTIVE:

Interval hx: At Pt's last visit on 12/29, Haldol 5mg po bid, Cogentin 1mg po bid and Valproic acid 500mg/10mL po bid were started/offered. Per 1/20/22 PsychCC, psych meds were discontinued due to consistent refusals. Today, multiple attempts were made to engage the Pt in conversation, however he refused to answer questions and rambled incoherently and became verbally aggressive. Pt was observed through his cell door window. Pt was awake, alert, shirtless (wearing pants), initially sitting on his bed then kneeled on his cell floor and appeared to be in no acute distress. Cell room was relatively relatively clean, no flooding/gassing or smearing of feces. However, toilet seat was covered with cloth. No s/s of Pt being a danger to self or others. Regarding psychotropic medication, Pt continued to yell when offered psych meds. No s/s of Pt being a danger to self or others at this time.

OBJECTIVE:

MSE

General/Behavior: irritable, uncooperative

Appearance: limited grooming, shirtless (wearing pants), in no acute distress

Cognition: awake, alert, oriented to person

Speech: yelling, verbally aggressive, rambling incoherently at times, non-pressured, spontaneous

Mood/Affect: unable to assess due to lack of Pt cooperation/irritable, reactive

Thought process: disorganized

Thought content: unable to assess due to lack of Pt cooperation

Perception: unable to assess due to lack of Pt cooperation; Pt may be responding to internal stimuli

SI/HI: no s/s of Pt being a danger to self or others

I/J: unable to assess due to lack of Pt cooperation

ASSESSMENT/PLAN:

Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29 by hx
Antisocial personality Disorder F60.2 by hx
Stimulant Use Disorder F15.20 by hx

Patient presents to the clinic irritable and uncooperative with today's visit. Pt has h/o psychosis, substance use, suicidality, psychiatric hospitalizations and psychotropic medication treatment. No s/s of Pt being a danger to self or others at this time. Pt was irritable and verbally aggressive during the interview. Due to Pt's presentation, psych hx, legal status (PC1368), and potential for decompensation, will continue to monitor and offer tx. Discussed current treatment plan with patient. Potential benefit, risks, side effects, alternatives discussed, including no medication. No signs of DTS/DTO or GD requiring immediate psychiatric intervention at this visit.

Plan:

- Pt offered psychotropic medication, however Pt refuses meds.

rtc: 6-7wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum: