**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LONNIE RUPARD,<br>Plaintiff,<br>vs.<br>COUNTY OF SAN DIEGO, et al.,<br>Defendants. | Case No. 3:23-cv-1357-CAB-JAC<br>**ORDER GRANTING EX PARTE MOTION TO LODGE CERTAIN EXHIBITS**<br>[Doc. No. 327] |

On November 13, 2026, Plaintiff the Estate of Lonnie Rupard moved ex parte to lodge certain video and audio exhibits that support its recently filed motion for summary judgment. [Doc. No. 327.] This Court's Civil Case Procedures provide that "[e]x parte motions that are not opposed within two Court days will be considered unopposed and may be granted on that ground." *See* Civil Case Procedures for the Honorable Cathy Ann Bencivengo, Section IV. As of the date of this Order, no Defendant has filed an opposition. The Court thus **GRANTS** the Plaintiff's motion.

It is **SO ORDERED**.

Dated: November 24, 2026

Hon. Cathy Ann Bencivengo
United States District Judge