EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESTATE OF LONNIE RUPARD,

Plaintiff,

v.

COUNTY OF SAN DIEGO; *et al.*,

Defendants.

CASE NO. 23-CV-1357-CAB-JAC

**NOTICE OF LODGMENT OF VIDEO AND AUDIO EXHIBITS**

IREDALE AND YOO, APC

On November 24, 2026, the Court granted Plaintiff Estate of Lonnie Rupard leave to file to video and audio exhibits in support of Plaintiff's motion for summary judgment (Order at ECF No. 334). Plaintiff now lodges the following video and audio exhibits in physical form with the Clerk of the Southern District of California:

**Exhibit 16**: Audio recording of interview with Deputy Thomas Mace (COSD000371); and

**Exhibit 21a-h**: Video recordings of logged safety checks.

Respectfully submitted,

DATED: November 25, 2026

IREDALE AND YOO, APC
EUGENE IREDALE
JULIA YOO
PETER BIBRING
SARAH MUSUMECI

*s/ Eugene Iredale*

EUGENE IREDALE
Attorneys for Plaintiff

IREDALE AND YOO, APC